# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC.,<br><br>                          Debtor.[1] | Chapter 11<br><br>Case No. 21-10723 (MFW)<br><br>**NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above-captioned case:

1.      Christiana Care Health Services, Inc. Attn: Gay Lynn Rice 4000 Nexus Dr., Ave. N., Ste. NW3-100, Wilmington, DE 19803, Ph.: 302-623-4402, Email: grice@christianacare.org.

2.      Bayshore Ford, Attn: Joe Tracy, 4003 N. DuPont Hwy New Castle, DE 1720, Ph: 302-656-3160 (Ext. 1149), Email: jtracy@bayshoreford.com.

3.      Drummond Plaza Associates LLC, Attn: Bob Stella 2126 W. Newport Park, Suite 200, Wilmington, DE 19804, Ph.: 302-633-9134, Email: bob@financialandconsulting.com.

4.      First State Surgery Center, LLC, Attn: David Blaeuer 4745 Ogletown Stanton Rd., Suite 225 Newark, DE 19713, Ph.: 302-451-9601, Email: dblaeuer@fsortho.com.

5.      Medline Industries Inc., Attn: Scott Smith Three Lakes Drive Northfield, IL 60093, Ph: 847-643-4232, Email: scsmith@medline.com.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030). The address of the Debtor's corporate headquarters is 3812 Lancaster Pike, Wilmington, Delaware 19805.

1

**ANDREW R. VARA**<br>**United States Trustee, Region 3**

/s/ *Rosa Sierra* for<br>T. PATRICK TINKER<br>ASSISTANT UNITED STATES TRUSTEE

Dated: May 3, 2021.

Attorney assigned to this case: Rosa Sierra, Esq., Phone: (302) 573-6492.
Proposed Debtor's Counsel: Mark L. Desgrosseilliers, Esq., Phone: (302) 295-0192