# **<u>EXHIBIT A</u>**

# EXHIBIT A

### COMPENSATION BY PROFESSIONAL FOR THE PERIOD
### APRIL 19, 2021 THROUGH APRIL 30, 2021

| Name of Professional Individual | Position, year of obtaining relevant license to practice | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| William E. Chipman, Jr. | Partner; Member of the Delaware Bar since 1999 | $650.00 | 22.6 | $14,690.00 |
| Adam Cole | Partner; Member of the New York State Bar | $650.00 | 11.8 | $7,670.00 |
| Mark L. Desgrosseilliers | Partner; Member of the Delaware Bar since 2001 | $650.00 | 121.0 | $78,650.00 |
| Mark D. Olivere | Partner; Member of the Delaware Bar since 2002 | $500.00 | 1.8 | $900.00 |
| Aidan Hamilton | Associate; Member of the Delaware Bar since 2020 | $300.00 | 2.6 | $780.00 |
| Michelle M. Dero | Paralegal | $250.00 | 7.5 | $1,875.00 |
| Renae M. Fusco | Paralegal | $250.00 | 35.0 | $8,750.00 |
| | | **TOTAL:** | 202.3 | $113,315.00 |
| | | **ATTORNEY COMPENSATION:** | | $102,690.00 |
| | | **TOTAL ATTORNEY HOURS:** | | 159.8 |
| | | **BLENDED HOURLY RATE OF ALL TIMEKEEPERS:** | | $560.13 |