**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC., | Case No. 21-10723 (MFW) |
| Debtor.[1] | |

**SCHEDULES OF ASSETS AND LIABILITIES**
**OF DEBTOR CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC.**
**(CASE NO. 21-10723)**

---

[1]    The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030).  The address of the Debtor's corporate headquarters is 3812 Lancaster Pike, Wilmington, Delaware 19805.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC., | Case No. 21-10723 (MFW) |
| Debtor.[1] | |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS

### INTRODUCTION

Connections Community Support Programs, Inc., the debtor and debtor in possession (the "**Debtor**" or the "**Company**") with the assistance of its advisors, has filed its Schedules of Assets and Liabilities  (the "**Schedules**") and Statement of Financial Affairs (the "**Statement**" and together with the Schedules, the "**Schedules and Statement**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**"), pursuant to section 521 of title 11 of the United States Code (the "**Bankruptcy Code**") and  Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

These Global Notes, Methodology and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs (the "**Global Notes**") pertain to, are incorporated by reference in, and comprise an integral part of the Debtor's Schedules and Statement. The Global Notes should be referred to, considered and reviewed in connection with any review of the Schedules and Statement.

The Schedules and Statement do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("**GAAP**"), nor are they intended to be fully reconciled with the financial statements of the Debtor (whether publicly filed or otherwise). Additionally, the Schedules and Statement contain unaudited information that is subject to further review and potential adjustment and reflect the Debtor's reasonable best efforts and to the best of the Debtor's knowledge to report the assets and liabilities and the other information included herein of the Debtor at the time of this filing.

In preparing the Schedules and Statement, the Debtor relied upon information derived from its books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information,

---

[1]    The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030).  The address of the Debtor's corporate headquarters is 3812 Lancaster Pike, Wilmington, Delaware 19805.

inadvertent errors or omissions, as well as the discovery of conflicting, revised or subsequent information, may cause a material change to the Schedules and Statement.  Accordingly, the Debtor reserves all rights to amend, update, supplement or otherwise modify the Schedules and Statement as is necessary and appropriate. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statement.

The Debtor, its officers, employees, agents, attorneys and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable in any way or in any capacity for any loss or injury arising out of or caused in whole or in part by the acts, omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. Except as expressly required by the Bankruptcy Code, the Debtor and its officers, employees, agents, attorneys and financial advisors expressly do not undertake any obligation to update, modify revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. The Debtor, on behalf of itself, its officers, employees, agents and advisors, disclaims any liability to any third-party arising out of or related to the information contained in the Schedules and Statement and reserve all rights with respect thereto.

The Schedules and Statement have been signed by an authorized representative of the Debtor. In reviewing and signing the Schedules and Statement, this representative relied upon the efforts, statements and representations of the Debtor's other personnel and professionals. The representative has not (and could not have) personally verified the accuracy of each such statement and representation, including, for example, statements and representations concerning amounts owed to creditors and its addresses.  As noted, there may differences from what has been reported herein and those differences maybe material.

## GLOBAL NOTES AND OVERVIEW OF METHODOLOGY

1.    ***Reservation of Rights***. Reasonable best efforts have been made to prepare and file complete and accurate Schedules and Statement especially in light of the compressed timeframe and limited resources; however, inadvertent errors or omissions may exist. The Debtor reserves all rights to amend or supplement the Schedules and Statement from  time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statement with respect to any and all information including but not limited to claim ("**Claim**") description or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statement as to amount, liability, priority, status or classification; subsequently designate any Claim as "disputed," "contingent" or "unliquidated;" or object to the extent, validity, enforceability, priority or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statement as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent" or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor. Nor does not listing information, suggest that a potential liability is excluded. Furthermore, nothing contained in the Schedules and Statement shall constitute a waiver of rights with respect to the Debtors' chapter 11 cases, including, without limitation, issues involving Claims, defenses, equitable subordination, recharacterization and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or

avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statement.

The listing in the Schedules or Statement (including, without limitation, Schedule A/B, and Schedule E/F) by the Debtor of any obligation between a Debtor and a non-Debtor is a statement of what appears in the Debtors' books and records and does not reflect any admission or conclusion of the Debtor regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. The Debtor reserves all rights with respect to such obligations.

2.      ***Description of Case and "as of" Information Date***. On April 19, 2021 (the "**Petition Date**"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtor continues to operate its business and manage its properties as debtor-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**The assets and liabilities data provided herein, except as otherwise noted, represent the Debtors' information as of March 31, 2021.**

3.      ***Net Book Value of Assets***. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtor to obtain current market valuations for all their assets.  Accordingly, unless otherwise indicated, the Debtor's Schedules and Statement reflect net book values as of March 31, 2021, as recorded in the Debtor's books and records.  Furthermore, as applicable, assets that have fully depreciated or were expensed for accounting purposes do not appear in the Schedules and Statement as they have no net book value. The Debtor reserves the right to amend or adjust the value of each asset or liability set forth herein. Also, the value is not to suggest that is a recoverable or realizable value.

4.      ***Recharacterization***. Notwithstanding the Debtor's reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statement, the Debtor may, nevertheless, have improperly characterized, classified, categorized, designated or omitted certain items due to the complexity and size of the Debtor's business.  Accordingly, the Debtor reserves all rights to recharacterize, reclassify, recategorize, re-designate, add or delete items reported in the Schedules and Statement at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

5.      ***Real Property and Personal Property-Leased***. In the ordinary course of business, the Debtor may have leased real property and various articles of personal property, including equipment from certain third-party lessors. The Debtor has made reasonable efforts to list all such leases in the Schedules and Statement.  However, nothing in the Schedules or Statement is or shall be construed as an admission or determination as to the legal status of any lease (including whether to assume and assign or reject such lease or whether it is a true lease or a financing arrangement) and the Debtor reserves all rights with respect to all such issues and reserves the right to provide

additional updates and modifications.

6.    ***Excluded Assets and Liabilities***. The Debtor has sought to allocate liabilities between the prepetition and post-petition periods based on the information and research conducted in connection with the preparation of the Schedules and Statement. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and post-petition periods may and likely will change. Accordingly, the Debtor reserves all rights to amend, supplement or otherwise modify the Schedules and Statement as is necessary or appropriate.

The liabilities listed on the Schedules do not reflect any analysis of Claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtor reserves all rights to dispute or challenge the validity of any asserted Claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's Claim.

The Debtor has excluded any and all potential rejection damage Claims of counterparties to executory contracts and unexpired leases that may be rejected, to the extent such damage Claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

7.    ***Insiders***. Persons listed as "insiders" have been included for informational purposes only and by including them in the Schedules and Statement, shall not constitute an admission that those persons are insiders for purposes of section 101(31) of the Bankruptcy Code. Moreover, the Debtor does not take any position with respect to: (a) such person's influence (or potential influence) or impact upon and over the control of the Debtor or its related entities; (b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether the Debtor or such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.

8.    ***Intellectual and Intangible Property Rights***. Exclusion of or accidental omission of certain intellectual and intangible property shall not be construed as an admission that such intellectual and intangible property rights have been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual and intangible property shall not be construed to be an admission that such intellectual and intangible property rights have not been abandoned, terminated, assigned, expired by its terms, or otherwise transferred pursuant to a sale, acquisition, or other transaction.

9.    ***Executory Contracts and Unexpired Leases***. The Debtor reserves all rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

10.    ***Materialman's/Mechanic's Liens***. The assets listed in the Schedules and Statement are presented without consideration of any materialman's or mechanic's liens.

11.    ***Classifications***. Listing a Claim or contract on (a) Schedule D as "secured," (b) Schedule E/F as "priority," or "unsecured," or (c) on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the Claimant or a waiver of

the Debtor's rights to recharacterize or reclassify such Claims or contracts or to setoff of such Claims.

12.    *Claims Description*. Schedule D and Schedule E/F permit the Debtor to designate a Claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a Claim on the Debtor's Schedules and Statement as "disputed," "contingent" or "unliquidated" does not constitute an admission that such amount is not "disputed," "contingent" or "unliquidated," or that such Claim is not subject to objection.  The Debtor reserves all rights to dispute, or assert offsets or defenses to, any Claim reflected on its respective Schedules and Statement on any grounds, including liability or classification.  Additionally, the Debtor expressly reserves all rights to subsequently designate such Claims as "disputed," "contingent" or "unliquidated," as well as modify the claims classification category.  Moreover, listing a Claim does not constitute an admission of liability by the Debtor.

13.    *Causes of Action*. Despite its reasonable best efforts to identify all known assets, the Debtor may not have listed all causes of action or potential causes of action against third parties as assets in the Schedules and Statement, including, without limitation, causes of actions arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers.  The Debtor reserves all rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-Claim, counter-Claim or recoupment and any Claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law, or in equity or pursuant to any other theory of law (collectively, "**Causes of Action**") it may have, and neither these Global Notes nor the Schedules and Statement shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

14.    *Summary of Significant Reporting Policies*. The following is a summary of significant reporting policies:

(a)    Undetermined Amounts. The description of an amount as "unknown," "to be determined" ("TBD"), or "undetermined" is not intended to reflect upon the materiality of such amount.

(b)    Totals. All totals that are included in the Schedules and Statement represent estimated totals of known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total and those differences may be material

(c)    Liens. Property and equipment listed in the Schedules and Statement are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

15.     ***Estimates and Assumptions***. Because of the timing of the filings, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities.  Actual results could differ from those estimates, perhaps materially. The Debtor reserves all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

16.     ***Currency***. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

17.     ***Intercompany***. The net balance of intercompany transactions between the Debtor and any Non-Debtor-affiliates, if any, is set forth on Schedule A/B or Schedule E/F, as applicable, and receivables are classified as current assets. Intercompany transfers with or among Non-Debtor affiliates are not captured on Statement 2 or 3. The listing in the Schedules or Statement (including, without limitation, Schedule A/B or Schedule E/F) by the Debtor of any obligation and guarantees between the Debtor and a non-Debtor affiliate is a statement of what appears in the Debtor's books and records and does not reflect any admission or conclusion of the Debtor regarding whether such amount would be allowed as a Claim or how such obligations may be classified and/or characterized in a plan of reorganization or by the Bankruptcy Court. It further does not represent or vouch to the collectability of the intercompany balance. The Debtor reserve all rights with respect to such obligations.

18.     ***Setoffs***. The Debtor incurs certain offsets and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, refunds, warranties, debit memos, credits and other disputes between the Debtor and its service providers and/or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are generally not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets generally are not independently accounted for, and as such, are or may be excluded from the Debtor's Schedules and Statement.  Offsets in conjunction with the filing may occur outside the ordinary course of the Debtor's business.

19.     ***Confidentiality***.  There may be instances in the Schedules and Statement where the Debtor deemed it necessary and appropriate to withhold certain information from the public record information, examples such as but not limited to, among other things, names, addresses, social security numbers, contact information, HIPPA requirements or amounts.  Typically, the Debtor has withheld information because of: (i) an agreement between the Debtor and a third party (e.g., an executory contract that contains a confidentiality provision) or (ii) concerns regarding the confidentiality of such information.

20.     ***Addresses of Current and Former Employees***. To protect the privacy of the Debtor's current and former employees, the Debtor, to the best of its knowledge, has not disclosed such persons' addresses.   The Debtor and Omni Agent Solutions, the Debtor's claims and noticing agent, maintain a record of all addresses on file.  The Debtor has served and will continue to serve all necessary notices, including notice of the claims bar date, to the actual address of each current and former employee.

21.    *Global Notes Control*. In the event that the Schedules and Statement differ from the foregoing Global Notes, the Global Notes shall control.

## SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTORS' SCHEDULES

**SCHEDULE A/B**.  All values set forth in Schedule A/B reflect the book value of the Debtors' assets as of the Petition Date unless otherwise noted below.

**SCHEDULE A/B3**.  Cash values held in financial accounts are listed on Schedule A/B3 as of March 31, 2021.

**SCHEDULE A/B11**. Accounts receivable are presented net of allowance for doubtful accounts, and reflect borrowing base reserves, but may not be reserved for all doubtful accounts and the balances do not necessarily reflect the collectability in the context of a bankruptcy filing.

**SCHEDULE A/B 60-64**.  Intellectual property is listed in Schedule A/B 60-64 as an undetermined amount on account of the fact that the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from its net book value.  Nothing herein or in the Schedules and Statement shall be construed as an admission or acknowledgment by the Debtor that any particular intellectual property is not transferable either pursuant to its terms or pursuant to provisions of the Bankruptcy Code or has no market value, and the Debtor reserves all rights with respect to any such issues.

**SCHEDULE A/B 74/75**. The Debtor's failure to list any contingent and/or unliquidated claim held by the Debtor in response to this question shall not constitute a waiver, release, relinquishment, or forfeiture of such claim.  In the ordinary course of its business, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, refunds or potential warranty Claims against its suppliers.  Additionally, the Debtor may be a party to pending litigation in which the Debtor has asserted, or may assert, Claims as a plaintiff or counter-Claims as a defendant. Because such Claims are unknown to the Debtor and not quantifiable as of the Petition Date, they are not listed on Schedule A/B 74/75.

**SCHEDULE D**. The Claims listed on Schedule D arose or were incurred on various dates; a determination of the date upon which each Claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each Claim. All Claims listed on Schedule D, however, appear to have arisen or been incurred before the Petition Date.

Except as otherwise agreed, the Debtor reserve all rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset of a secured creditor listed on Schedule D.  Moreover, although the Debtor has scheduled Claims of various creditors as secured Claims, the Debtor reserves all rights to dispute or challenge the secured nature of any such creditor's Claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's Claim.  The descriptions provided on Schedule D are solely intended to be a summary—and not an admission—of liability.

Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of liens. Nothing in the Global Notes or the Schedules and Statement shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies and other parties that may hold security deposits have not been listed on Schedule D. The Debtor reserves all rights to amend Schedule D to the extent that the Debtor determines that any Claims or those claims that may be associated with such agreements should be reported on Schedule D. Nothing herein shall be construed as an admission by the Debtor of the legal rights of the Claimant or a waiver of the right to recharacterize or reclassify such Claim or contract.

Moreover, the Debtor has not included on Schedule D parties that may believe its Claims are secured whether it be through setoff rights, inchoate statutory lien rights, or any other way.

The amounts outstanding under the Debtor's prepetition secured credit facility reflects the approximate amounts as of the Petition Date.

**SCHEDULE E/F Part 1**. The Debtor has received Bankruptcy Court authorization to pay certain liabilities that may be entitled to priority under the applicable provisions of the Bankruptcy Code.

The listing of any claim on Schedule E Part 1 does not constitute an admission by the Debtor that such claim is entitled to priority treatment under 11 U.S.C. § 507. The Debtor reserve its right to dispute the priority status of any claim on any basis.

**SCHEDULE E/F Part 2**. The Debtor has used reasonable best efforts to report all general unsecured Claims against it on Schedule E/F Part 2 based upon the Debtor's existing books and records as of the Petition Date.

The Claims listed on Schedule E/F Part 2 arose or were incurred on various dates. In certain instances, the date on which a Claim arose is an open issue of fact. Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule E/F Part 2 was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors may not have listed a date for each Claim listed on Schedule E/F Part 2. As a general matter, the date of incurrence of each Claim was listed as the most recent invoice date, if available.

In addition, Schedule E/F Part 2 contains information regarding pending litigation involving the Debtor. The dollar amount of potential Claims associated with any such pending litigation is listed as "undetermined" and marked as contingent, unliquidated and disputed in the Schedules and Statement.

The Debtor expressly incorporates by reference into Schedule E/F Part 2 parties to pending litigation listed in Statement 7 as contingent, unliquidated and disputed claims, to the extent not already listed on Schedule E/F Part 2.

Schedule E/F Part 2 reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Additionally, Schedule E/F Part 2 does not include potential rejection damage Claims, if any, of the counterparties to executory contracts and unexpired leases that may be rejected.

SCHEDULE G. Although the Debtor's existing books, records and information systems have been relied upon to identify and schedule executory contracts and diligent efforts have been made, to the best of the Debtor's ability, to ensure the accuracy of Schedule G, inadvertent errors, omissions or over inclusions may have occurred. In certain cases when the Debtor believed that a contract existed but were unable to locate a copy thereof, available information regarding that presumed contract was listed in Schedule G.  In other cases, due to the voluminous number of contracts, the Debtor may have been or was unable to verify the counterparty and made best efforts to include such contracts based on reasonable assumptions.  Certain information, such as the contact information of the counterparty, may not be included where such information could not be obtained using the Debtor's reasonable efforts.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtor hereby reserves all rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.  The Debtor reserves all rights with respect to such agreements.

Certain of the contracts and agreements listed on Schedule G may consist of several parts, including, purchase orders, amendments, restatements, waivers, letters and other documents that may not be listed on Schedule G or that may be listed as a single entry. The Debtor expressly reserves its rights to challenge whether such related materials constitute an executory contract, a single contract or agreement or multiple, severable or separate contracts.

The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda and other documents, instruments, and agreements that may not be listed therein despite reasonable efforts to identify such documents.

Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements or other agreements made directly or indirectly by any agreement, instrument or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements or other agreements made directly or indirectly by any agreement, instrument or other document are listed thereon.

The Debtor reserves all rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission. Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract or that such contract is an executory contract or unexpired lease. The Debtor reserves all rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

SCHEDULE H. The Debtor may not have identified certain guarantees associated with the contracts, unexpired leases, secured financing, debt instruments and other such agreements, and reserves all rights to amend the Schedules to the extent that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable.

In the ordinary course of its businesses, the Debtor may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-Claims and counter-Claims against other parties. Because all such Claims are contingent, disputed or unliquidated, such Claims have not been set forth individually on Schedule H. Litigation matters can be found on Schedule E/F and Statement 7, as applicable.

<u>SPECIFIC DISCLOSURES WITH RESPECT TO THE DEBTOR'S STATEMENT</u>

STATEMENT 3. Statement 3 includes any disbursement or other transfer made by the Debtor except for those made to employees. Payments by credit card have been listed in aggregate to the credit card issuer, rather than to the ultimate recipient. All disbursements listed on Statement 3 are made through the Debtor's cash management system.

STATEMENT 4. Debtor has included all payroll distributions and aggregate business expense reimbursements made over the twelve (12) months preceding the Petition Date to any individual that may be deemed an "Insider" (as defined in section 101(31) of the Bankruptcy Code) when the Debtors have either made or been charged for such payments. To the extent that former officers did not qualify as Insiders at the time of the transfer, such benefits and payments are not included

in the Schedules and Statement. To the extent that a current or former employee is an Insider, such employee received payment pursuant to the terms of his or her employment agreement and/or severance agreement with the Debtor, and such payments are listed in the aggregate for current and former employees in response to Statement 4. The listing of a party as an Insider in the Schedules and Statement, however, is not intended to be, nor shall be construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims and defenses are hereby expressly reserved.

STATEMENT 7. Information provided in Statement 7 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum. Additionally, any information contained in Statement 7 shall not be a binding representation of the Debtor's liabilities with respect to any of the suits and proceedings identified therein.

STATEMENT 26d. From time to time, the Debtor may have provided financial statements in the ordinary course of business to certain parties for business, statutory, credit, financing and other reasons. Although reasonable efforts have been made to identify the recipient of such financial statements, determining the recipient of each financial statement would be unduly burdensome and cost prohibitive.

| Debtor Name | **Connections Community Support Programs, Inc.** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **21-10723** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:    Summary of Assets**

*1. Schedule A/B: Assets - Real and Personal Property*    (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*..............................................................................

Undetermined

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*..............................................................................

$18,193,701.62

1c. **Total of all property:**
Copyline 92 from *Schedule A/B*..............................................................................

$18,193,701.62

---

**Part 2:    Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of Schedule D...........................

$28,069,707.87

3. *Schedule E/F: Creditors Who Have Unsecured Claims*   (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from the line 5a of *Schedule E/F*...............................................

$0.00

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................................

**+**   $22,402,876.13

4. **Total liabilities** ...............................................................................................................
Lines 2 + 3a + 3b

$50,472,584.00

| Debtor Name | **Connections Community Support Programs, Inc.** |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **21-10723** |

☐ Check if this is an
amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                         **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit.  Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized.  In Schedule A/B, list any executory contracts or unexpired leases.  Also list them on  *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206G).

Be complete and accurate as possible.  If more space is needed, attach a separate spreadsheet to this form.  At the top of any pages added, write the debtor's name and case number (if known).  Also identify the form and line number to which the additional information applies.  If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the approriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category.  List each asset only once.  In valuing the debtor's interest, do not deduct the value of secured claims.  See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1.     **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2.    **Cash on hand**

3.    **Checking, savings, money market, or financial brokerage accounts**

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1 | WSFS Bank | Operating Account | 0751 | $531,208.28 |
| | | | | Bank Balance as of April 19, 2021 |
| 3.2 | WSFS Bank | Disbursement Account | 8684 | $800,266.22 |
| | | | | Bank Balance as of April 19, 2021 |
| 3.3 | WSFS Bank | Capital Campaign Account | 1912 | $7,475.84 |
| | | | | Bank Balance as of April 19, 2021 |
| 3.4 | WSFS Bank | Security Deposit Account | 9961 | $0.00 |
| | | | | Bank Balance as of April 19, 2021 |
| 3.5 | WSFS Bank | Payroll Account | 5207 | $76,074.21 |
| | | | | Bank Balance as of April 19, 2021 |
| 3.6 | TD Bank | Trust Account - Clients Restricted Funds | 3912 | $786,123.92 |
| | | | | Bank Balance as of April 19, 2021 |
| 3.7 | TD Bank | Trust Account - Clients Restricted Funds | 8033 | $896,885.50 |
| | | | | Bank Balance as of April 19, 2021 |

4.    **Other cash equivalents**

Debtor  Connections Community Support Programs, Inc.                    Case Number (if known) 21-10723

5.    **Total of Part 1**                                                                                          **$3,098,033.97**
      Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6.    **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

|  |  |  | Current value of debtor's interest |
| --- | --- | --- | --- |
| 7. | **Deposits, including security deposits and utility deposits**<br>Description, including name of holder of deposit | | |
| 7.1 | Lancaster Avenue Lease Deposit | PRE Holding II, LLC<br>1504 N Broom St, Ste 3<br>Wilmington, DE 19806 | $67,500.00 |
| 7.2 | Carolls Plaza Lease Deposit | Caroll Properties<br>P.O. Box 541<br>Montchanin, DE 19710 | $40,434.33 |
| 7.3 | Elms Lease Deposit | Elms Holding Company LLC<br>1504 N Broom St, Ste 3<br>Wilmington, DE 19806 | $26,700.00 |
| 7.4 | Naaman's Lease Deposit | Naamanscap, LLC<br>105 Foulk Rd<br>Wilmington, DE 19803 | $98,847.14 |
| 7.5 | Drummond Lease Deposit | Drummond Plaza Associates LLC<br>c/o Fin & Consulting SVC Inc<br>Wilmington, DE 19804 | $23,823.14 |
| 8. | **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**<br>Description, including name of holder of prepayment | | |
| 8.1 | See Exhibit AB-8 | | $292,816.63 |

9.    **Total of Part 2**                                                                                          **$550,121.24**
      Add lines 7 through 8.  Copy the total to line 81.

| Part 3: | Accounts Receivable |
| --- | --- |

Debtor  Connections Community Support Programs, Inc.                    Case Number (if known) 21-10723

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 11. **Accounts receivable** | | |

| | | | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | $11,102,135.92 face amount | - | $3,032,075.00 doubtful or uncollectible accounts | = | $8,070,060.92 |
| 11b. Over 90 days old: | $11,573,692.83 face amount | - | $11,342,219.00 doubtful or uncollectible accounts | = | $231,473.83 |

12. **Total of Part 3**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                    **$8,301,534.75**

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. **Mutual funds of publicly traded stocks not included in Part 1** Name of fund or stock: | | | |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

| | Name of entity: | % of ownership: | | |
|---|---|---|---|---|
| 15.1 | Claymont Street Apartments, L.P. | .01% | N/A | N/A |
| 15.2 | Quaker Arts, LLC | .01% | N/A | N/A |
| 15.3 | Marcella's House Limited Partnership | .01% | N/A | N/A |
| 15.4 | Homeward Bound, Inc. | 100.0% | N/A | N/A |
| 15.5 | Additions Coalition of Delaware, Inc. | 100.0% | N/A | N/A |
| 15.6 | Affordable Housing Opportunities, Inc. | 100.0% | N/A | N/A |

Debtor  Connections Community Support Programs, Inc.                    Case Number (if known) 21-10723

| | | | | |
|---|---|---|---|---|
| 15.7 | Connections Development Corporation | 100.0% | N/A | N/A |
| 15.8 | Quaker Arts MM LLC | 100.0% | N/A | N/A |
| 15.9 | Housing First, LLC | 100.0% | N/A | N/A |
| 15.10 | Housing First II, LLC | 100.0% | N/A | N/A |

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

**Part 5:**   **Inventory, excluding agricultural assets**

18. **Does the debtor own any inventory (excluding agricultual assets)?**

   ☑ No. Go to Part 6.
   ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw Materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** | | | | |

Debtor  Connections Community Support Programs, Inc.                    Case Number (if known) 21-10723

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☐ No.
    ☐ Yes.

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No.
    ☐ Yes.      Book Value $_____      Valuation Method _____      Current Value $_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops - either planted of harvested** | | | |
| 29. **Farm animals**<br>Examples: Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment**<br>(Other than titled motor vehicles) | | | |

Debtor  Connections Community Support Programs, Inc.                    Case Number (if known) 21-10723

31. **Farm and fishing supplies, chemicals, and feed**

32. **Other farming and fishing-related property not already listed in Part 6**

33. **Total of Part 6**
    Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**

    ☐ No.
    ☐ Yes.

    **Is any of the debtor's property stored at the cooperative?**

    ☐ No.
    ☐ Yes.

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

    ☐ No.
    ☐ Yes.        Book Value $ _____        Valuation Method _____        Current Value $ _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

    ☐ No.
    ☐ Yes.

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

    ☐ No.
    ☐ Yes.

Debtor  Connections Community Support Programs, Inc.                    Case Number (if known) 21-10723

**Part 7:**          **Office furniture, fixtures, and equipment; and collectibles**

38.  **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 39.1   Furniture & Equipment, less Accumulated Depreciation | $675,831.79 | Net Book Value | $675,831.79 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1   Computer Equipment, less Accumulated Depreciation | $382,825.44 | Net Book Value | $382,825.44 |
| 41.2   Building Service Equipment, less Accumulated Depreciation | $18,174.47 | Net Book Value | $18,174.47 |
| 41.3   Internet Fixed Assets, less Accumulated Depreciation | $382,422.08 | Net Book Value | $382,422.08 |

42.  **Collectibles**
Examples: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.                    **$1,459,253.78**

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No.
☐ Yes.

Debtor  Connections Community Support Programs, Inc.                    Case Number (if known) 21-10723

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles** | | | |
| 47.1 | See Exhibit AB-47 | N/A | N/A | Undetermined |
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, fishing vessels | | | |
| 48.1 | Mobile Home 2016 Ford - 999+D2 3ALACWDU8GDHG7417 | $160,451.87 | Net Book Value | $160,451.87 |
| 49. | **Aircraft and accessories** | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 51. | **Total of Part 8.** Add lines 47 through 50. Copy the total to line 87. | | | $160,451.87 |

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**

Debtor  Connections Community Support Programs, Inc.                    Case Number (if known) 21-10723

☑ No.

☐ Yes.

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

**Part 9:**    **Real property**

54.  **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1   See Exhibit AB 55 | | | | Undetermined |

56.  **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No.

☐ Yes.

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No.

☐ Yes.

Debtor  Connections Community Support Programs, Inc.                    Case Number (if known) 21-10723

| Part 10: | Intangibles and intellectual property |
| --- | --- |

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 60. | **Patents, copyrights, trademarks, or trade secrets** | | | |
| 61. | **Internet domain names and websites** | | | |
| 61.1 | Website - www.connectionscsp.org | N/A | Book Value | Undetermined |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | Resident List protected by HIPAA | N/A | Net Book Value | $0.00 |
| 63.2 | Client List protected by HIPAA | N/A | Net Book Value | $0.00 |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.  **Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.                                                $0.00

Debtor  Connections Community Support Programs, Inc.                    Case Number (if known) 21-10723

67.  **Do your lists or records include personally identifiable information of customers?**

☐ No.
☑ Yes.

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No.
☐ Yes.

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No.
☐ Yes.

| Part 11: | All other assets |
|---|---|

70.  **Does the debtor own any other assets that have not yet been reported on this form?**

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

                                                                    **Current value of**
                                                                    **debtor's interest**

71.  **Notes receivable**
     Description (include name of obligor)

   71.1    Quaker Arts LLC (Contingent Note)           To Be Determined  -                  =              To Be Determined

                                                    _____        _____
                                                     Total face amount         Doubtful or uncollectible amount

72.  **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

73.  **Interests in insurance policies or annuities**

Debtor  Connections Community Support Programs, Inc.                    Case Number (if known) 21-10723

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   United Healthcare                                                                    Undetermined

   **Nature of claim**              In negotiation for settlement

   **Amount Requested**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   **Nature of claim**

   **Amount Requested**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed**
   Examples: Season tickets, country club membership

   77.1   Building & Land Improvements, less Accumulated Depreciation                   $2,159,140.05

   77.2   Leasehold Improvements, less Accumulated Amortization                         $87,806.69

   77.3   Construction in Progress                                                      $2,184,430.36

   77.4   Debt Issue Costs, Net                                                         $192,928.91

78. **Total of Part 11.**                                                              **$4,624,306.01**
   Add lines 71 through 77.  Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☑ No.
   ☐ Yes.

Debtor  Connections Community Support Programs, Inc.               Case Number (if known) 21-10723

| Part 12: | Summary |
| --- | --- |

| | Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- | --- |
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $3,098,033.97 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $550,121.24 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $8,301,534.75 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,459,253.78 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $160,451.87 | |
| 88. | **Real Property.** *Copy line 56, Part 9.* | Undetermined | |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | $4,624,306.01 | |
| 91. | **Total.** Add lines 80 through 90 for each column.   91a. | $18,193,701.62 | **+** 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B.** Lines 91a + 91b = 92............................................................. | | $18,193,701.62 |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 2, QUESTION 8

## PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT

**Connections Community Support Programs, Inc**
**Case No. 21-10723**
**Schedule AB-8: Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

| Description | Name of holder of prepayment | Current value of debtor's interest |
|---|---|---|
| Boiler & Machinery Insurance expense | Arthur Hall | $6,400.00 |
| Crime - Primary Coverage | Arthur Hall | $2,859.00 |
| Cyber Liability | Arthur Hall | $5,731.69 |
| Directors & Officers | Arthur Hall | $23,414.00 |
| Employer Lawyers Policy | Arthur Hall | $918.75 |
| Employment Practice Liab & Fiduciary Liab | Arthur Hall | $3,593.00 |
| Excess Crime | Arthur Hall | $874.00 |
| Excess Liability | Westfield | $17,345.48 |
| Flood Insurance - Brandywine | Selective Flood | $364.19 |
| General Liability Counsel & Vicarious Liability | Arthur Hall | $74,947.00 |
| Med/Professional Liability | Westfield | $31,039.14 |
| Med/Professional Liability - Dr Vic | Arthur Hall | $2,343.25 |
| Med/Professional Liability - Gerald Mahalick | Arthur Hall | $1,799.96 |
| Med/Professional Liability - Scott Houser | Arthur Hall | $1,804.64 |
| NCALL Loan 4-18-01 -2319 | NCALL | $12,692.47 |
| NCALL Loan 4-19-01 -2320 | NCALL | $17,941.06 |
| Property Ins | Arthur Hall | $29,644.00 |
| Umbrella Policy | Arthur Hall | $59,105.00 |
|  |  |  |
| **Total:** |  | **$292,816.63** |

# SCHEDULES OF ASSETS AND LIABILITIES

## EXHIBIT FOR SCHEDULE AB

## PART 8, QUESTION 47

## AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, OR TITLED FARM VEHICLES

**Connections Community Support Programs, Inc**
**Case No. 21-10723**
**Schedule AB-47: Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

| Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Current Value of Debtor's interest |
|------|------|-------|---------------------------------------------------|-----------------------------------|
| 2020 | Ford | Escape | 1FMCU9H93LUB73142 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H91LUB37997 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD2HUD03702 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD2KUB44847 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD3KUA10543 | Unknown |
| 2019 | Ford | Escape | 1FMCU0GD3KUA29039 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HDXKUA87376 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HD8JUB94702 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG3MR517270 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H97LUA21235 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD8KUA87375 | Unknown |
| 2018 | Ford | Escape | 1FMCU9GD7JUA43870 | Unknown |
| 2017 | Ford | T350 12 | 1FBZX2CM0HKA84497 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H91LUB73138 | Unknown |
| 2020 | Chrysler | Voyager | 2C4RC1CG0LR281904 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CGXMR535023 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H99LUB73131 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG2MR535016 | Unknown |
| 2019 | Ford | Escape | 1FMCU9GD8KUA49498 | Unknown |
| 2020 | Chrysler | Voyager | 2C4RC1CG3LR159263 | Unknown |
| 2020 | Ford | Transit | 1FTBR1Y85LKA75655 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GDXHUC54345 | Unknown |
| 2017 | Ford | T350 12 | 1FBZX2CG2HKA44397 | Unknown |
| 2020 | Chrysler | Voyager | 2C4RC1CG9LR146663 | Unknown |
| 2019 | Ford | Edge | 2FMPK4G92KBB78817 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG1MR535024 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG6MR535018 | Unknown |
| 2019 | Ford | Transit | 1FMZK1CM2KKA90941 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H97LUB73144 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD4KUB74500 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD4KUA74204 | Unknown |
| 2019 | Ford | T150 | 1FMZK1CM8KKA34521 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HD9JUC87678 | Unknown |
| 2020 | Ford | T250 | 1FTBR1Z82LKB68549 | Unknown |
| 2017 | Ford | 10 PASS | 1FMZK1ZM6HKA40429 | Unknown |
| 2020 | Chrysler | Voyager | 2C4RC1CG6LR281910 | Unknown |
| 2017 | Ford | Escape | 1FMCU0GD3HUE40255 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG6MR535021 | Unknown |
| 2020 | Chrysler | Voyager | 2C4RC1CG6LR281907 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD7HUD43743 | Unknown |
| 2017 | Ford | T350 12-PASS | 1FBZX2CM2HKA84498 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG9MR535014 | Unknown |
| 2019 | Ford | Escape | 1FMCU9GD7KUA43997 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD6KUA58408 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H91LUB73141 | Unknown |
| 2020 | Chrysler | Voyager | 2C4RC1CGXLR281912 | Unknown |

**Connections Community Support Programs, Inc**
**Case No. 21-10723**
**Schedule AB-47: Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

| Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Current Value of Debtor's interest |
|------|------|-------|---------------------------------------------------|-------------------------------------|
| 2020 | Chrysler | Voyager | 2C4RC1CG8LR281911 | Unknown |
| 2017 | Dodge | Caravan | 2C4RDGBG5HR725576 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD4KUB44400 | Unknown |
| 2016 | Ford | Transit T250 | 1FTYR1CM3GKB23657 | Unknown |
| 2020 | Ford | T250 | 1FTBR1Y89LKA75657 | Unknown |
| 2016 | Ford | T150 | 1FDZK1ZM3GKA12621 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HD7JUC87680 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HD8JUD33727 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG5MR517271 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG5MR535026 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD5HUD43742 | Unknown |
| 2020 | Chrysler | Voyager | 2C4RC1CG8LR281908 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD9HUE29071 | Unknown |
| 2017 | Ford | T350 12 Pass | 1FBZX2CM4HKA84499 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD8HUE55869 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD3KUB19620 | Unknown |
| 2020 | Chrysler | Voyager | 2C4RC1CG4LR281906 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG4MR535020 | Unknown |
| 2020 | Ford | Escape | 1FMCU9G60LUB37996 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD2HUD43746 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD0HUD43745 | Unknown |
| 2017 | Ford | Escape | 1FMCU0GD5HUE40256 | Unknown |
| 2018 | Ford | Escape SEL | 1FMCU9HD3JUC16492 | Unknown |
| 2020 | Ford | Escape | 1FMCU9G68LUC67220 | Unknown |
| 2017 | Ford | Escape | 1FMCU0GD1HUE40254 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG8MR535022 | Unknown |
| 2020 | Chrysler | Voyager | 2C4RC1CG1LR281913 | Unknown |
| 2020 | Chrysler | Voyager | 2C4RC1CGXLR281909 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD6HUD45256 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG7MR517269 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG0MR535015 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H93LUB73139 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG8MR535019 | Unknown |
| 2017 | Ford | T350 12-Pass | 1FBZX2CM7HKA84500 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD6KUA49644 | Unknown |
| 2020 | Chrysler | Voyager | 2C4RC1CG2LR281905 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD8HUD45257 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD1HUC54346 | Unknown |
| 2018 | Ford | Escape SE | 1FMCU9GDXJUB58415 | Unknown |
| 2019 | Ford | Escape | 1FMCU0HD0KUA86961 | Unknown |
| 2017 | Ford | T250 Cargo | 1FTYR1ZG9HKA13487 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HD0JUC87679 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HD0JUC87682 | Unknown |
| 2018 | Ford | Escape | 1FMCU0HD7JUB34843 | Unknown |
| 2017 | Ford | Escape | 1FMCU0F78HUC58840 | Unknown |
| 2017 | Ford | Escape | 1FMCU0F7XHUC83951 | Unknown |

**Connections Community Support Programs, Inc**
**Case No. 21-10723**
**Schedule AB-47: Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

| Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Current Value of Debtor's interest |
|------|------|-------|---------------------------------------------------|-------------------------------------|
| 2021 | Chrysler | Voyager | 2C4RC1CG3MR535025 | Unknown |
| 2018 | Ford | Escape | 1FMCU9GD8JUB03221 | Unknown |
| 2018 | Ford | Escape | 1FMCU9GD0JUA43869 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD3HUD44016 | Unknown |
| 2018 | Ford | T150 | 1FMZK1YMXJKA19025 | Unknown |
| 2018 | Ford | Escape | 1FMCU9GD7JUA43867 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HD0JUB30413 | Unknown |
| 2018 | Ford | Escape | 1FMCU9GD1JUB03223 | Unknown |
| 2018 | Ford | Escape | 1FMCU9GDXJUB03222 | Unknown |
| 2017 | Dodge | Caravan | 2C4RDGBG7HR655580 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG7MR535013 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD8KUA29041 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HD4JUC87684 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD5KUB19621 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HD2JUC87683 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD1KUB92792 | Unknown |
| 2019 | Ford | T350 - 12 | 1FBZX2CM2KKA13907 | Unknown |
| 2018 | Ford | Transit 10 | 1FMZK1CMXJKA30727 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H96LUA21565 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H9XLUB73137 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H92LUB73133 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H95LUB73143 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H98LUB73136 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H9XLUB73140 | Unknown |
| 2019 | Ford | Escape | 1FMCU9GD4KUA87374 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H96LUB73135 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H94LUB73134 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H67LUC29122 | Unknown |
| 2019 | Dodge | Caravan | 2C4RDGBG0KR684779 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD1KUB74499 | Unknown |
| 2020 | Ford | Transit | 1FMZK1C84LKB11535 | Unknown |
| 2016 | Ford | T250-10 | 1FTYR2CM8GKB23661 | Unknown |
| 2020 | Ford | Transit | 1FMZK1Y82LKB35230 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD6KUC44689 | Unknown |
| 2021 | Chrysler | Voyager | 2C4RC1CG4MR535017 | Unknown |
| 2020 | Ford | Escape | 1FMCU9H90LUB73132 | Unknown |
| 2020 | Ford | Transit | 1FTBR1Y80LKA75658 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD0HUE12269 | Unknown |
| 2017 | Ford | Escape | 1FMCU9G98HUD72115 | Unknown |
| 2017 | Ford | Escape | 1FMCU9J93HUB85471 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD1HUA02239 | Unknown |
| 2017 | Ford | T-350 | 1FBAX2CG0HKB45659 | Unknown |
| 2017 | Ford | Escape | 1FMCU0GD2HUE24791 | Unknown |
| 2017 | Ford | Explorer | 1FM5K8D80HGD34381 | Unknown |
| 2017 | Ford | Transit | NM0GS9F75H1326607 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GD0HUE20436 | Unknown |

**Connections Community Support Programs, Inc**
**Case No. 21-10723**
**Schedule AB-47: Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

| Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Current Value of Debtor's interest |
|------|------|-------|---------------------------------------------------|-----------------------------------|
| 2017 | Ford | Escape | 1FMCU9GD1HUE40257 | Unknown |
| 2017 | Ford | Escape | 1FMCU9GDXHUD24085 | Unknown |
| 2017 | Dodge | Caravan | 2C4RDGBG7HR686215 | Unknown |
| 2017 | Ford | Escape | 1FMCU0GD3HUD71955 | Unknown |
| 2018 | Dodge | Caravan | 2C4RDGBG4JR156127 | Unknown |
| 2017 | Ford | T250 MID Roof | 1FTYR1CM1HKB06356 | Unknown |
| 2017 | Dodge | Caravan | 2C4RDGBG3HR725575 | Unknown |
| 2017 | Ford | Escape | 1FMCU0GD2HUC44405 | Unknown |
| 2017 | Dodge | Caravan | 2C4RDGBG1HR627161 | Unknown |
| 2017 | Ford | Expedition | 1FMJU2AT1HEA43530 | Unknown |
| 2018 | Ford | Escape | 1FMCU9GD9JUA43868 | Unknown |
| 2019 | Dodge | Caravan | 2C4RDGBG5KR730073 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HD5JUA35779 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD0KUB93321 | Unknown |
| 2018 | Ford | 10 Pass | 1FMZK1CM4JKA12837 | Unknown |
| 2020 | Ford | T250 | 1FTBR1Z89LKB68550 | Unknown |
| 2017 | Ford | T350 | 1FBZX2CM3HKA55009 | Unknown |
| 2018 | Ford | Escape | 1FMCU0HD3JUB19272 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HD0JUA47712 | Unknown |
| 2019 | Ford | Transit | 1FMZK1CM6KKB77144 | Unknown |
| 2019 | Ford | Transit | 1FBZX2CM7KKB71546 | Unknown |
| 2019 | Ford | Transit 150 | 1FMZK1CM4KKB85162 | Unknown |
| 2019 | Ford | T150 | 1FMZK1CMXKKA34522 | Unknown |
| 2018 | Ford | T150 | 1FMZK1ZM5JKA19030 | Unknown |
| 2018 | Ford | T150 | 1FMZK1CM8JKA30726 | Unknown |
| 2019 | Ford | T350-12 | 1FBZX2CM9KKB71547 | Unknown |
| 2020 | Ford | Transit-10 | 1FMZK1C86LKB11536 | Unknown |
| 2017 | Ford | T-150 Van | 1FMZK1ZM6HKA40432 | Unknown |
| 2018 | Ford | Escape | 1FMCU0HD5JUA60256 | Unknown |
| 2018 | Dodge | Caravan | 2C4RDGBG2JR231312 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HD9JUC87681 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HD6JUC87685 | Unknown |
| 2018 | Ford | T-350 15 Pass | 1FBAX2CG4JKB27543 | Unknown |
| 2019 | Ford | T-250 10 Pass | 1FMZK1CM5KKA07115 | Unknown |
| 2019 | Ford | T-250 10 Pass | 1FMZK1CM2KKA07119 | Unknown |
| 2019 | Ford | T-250 10 Pass | 1FMZK1CM8KKA07125 | Unknown |
| 2018 | Ford | Trans Con | NM0LS7E75J1348455 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD0KUA43998 | Unknown |
| 2019 | Ford | T-250 10 Pass | 1FMZK1CM6KKA07124 | Unknown |
| 2019 | Ford | T-250 10 Pass | 1FMZK1CM2KKA07122 | Unknown |
| 2018 | Ford | Escape | 1FMCU9HDXJUD33728 | Unknown |
| 2018 | Ford | Escape | 1FMCU9J91JUA39334 | Unknown |
| 2018 | Ford | T250 | 1FTYR2YGXJKB22103 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD9KUA86963 | Unknown |
| 2019 | Ford | Escape | 1FMCU0GD8KUA37976 | Unknown |
| 2019 | Ford | Escape | 1FMCU0GD1KUA44090 | Unknown |

**Connections Community Support Programs, Inc**
**Case No. 21-10723**
**Schedule AB-47: Automobiles, vans, trucks, motorcycles, trailers, or titled farm vehicles**

| Year | Make | Model | Identification Number (i.e. VIN, HIN or N-number) | Current Value of Debtor's interest |
|---|---|---|---|---|
| 2019 | Ford | Escape | 1FMCU9GDXKUA10542 | Unknown |
| 2019 | Ford | Escape | 1FMCU9HD7KUB74359 | Unknown |
| 2019 | Ford | Transit 350 MR | 1FBZX2CM4JKB21539 | Unknown |
| 2017 | Ford | T250 LR | 1FTYR1ZM9HKA70570 | Unknown |
| 2016 | Ford | Transit | 1FTYR1YM1HKA29593 | Unknown |
| 2019 | Ford | T250 | 1FTYR2YM9KKB14789 | Unknown |
| 2019 | Ford | E450 | 1FDXE4FS5KDC45383 | Unknown |
| TOTAL | | | | **Unknown** |

# SCHEDULES OF ASSETS AND LIABILITIES

EXHIBIT FOR SCHEDULE AB

PART 9, QUESTION 55

ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR
LAND WHICH THE DEBTOR OWNS OR IN WHICH THE
DEBTOR HAS AN INTEREST

Connections Community Support Programs, Inc.
Case No. 21-10723
Schedule AB-55: Any Building, Other Improved Real Estate, Or Land Which The Debtor Owns Or In Which The Debtor Has An Interest

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current | Current value of debtor's interest |
|---|---|---|---|---|---|
| ACT | 3102 Drummond Plaza Bldg 1, Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| ACT | 3102 Drummond Plaza Bldg 1 #1201, Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| ACT | 3102 Drummond Plaza Bldg 1 #1208, Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| ACT | 3102 Drummond Plaza Bldg 1 #1210, Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| ACT | 3103 Drummond Plaza Bldg 1, Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| ACT | 3103 Drummond Plaza Bldg 1 #1303, Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| ACT | 3103 Drummond Plaza Bldg 1 #1302, Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| ACT, IDS, Outpatient, Administration | S DuPont Highway, Dover, DE 19903 | Rent | N/A | N/A | Undetermined |
| ACT, IDS, Outpatient, Administration | S DuPont Highway, Dover, DE 19903 | Rent | N/A | N/A | Undetermined |
| ACT1 | Melrose Place Dr., Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| Administration | 3821 Lancaster Pike, Wilmington, DE 19801 | Rent | N/A | N/A | Undetermined |
| Apts | 600 E 9th St, Wilmington, DE 19801 | Owned | N/A | N/A | Undetermined |
| Apts | 822 N West Street (Quaker Arts), Wilmington, DE 19801 | Owned | N/A | N/A | Undetermined |
| Apts | 617 N West Street, Wilmington, DE 19801 | Owned | N/A | N/A | Undetermined |
| Apts | 1300 E 16th St (Claymont St Apts), Wilmington, DE 19802 | Owned | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 42 Commerce St Apt D4, Harrington, DE 19952 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 603 Washington Ave, Ellendale, DE 19941 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1602 W 14th St Apt B, Wilmington, DE 19806 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 804 West Street Apt 3, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 804 West Street Apt 4, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 804 West Street Apt 5, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 804 West Street Apt 7, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 804 West Street Apt 9, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 727 Maryland Avenue, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 802 N Adams St Apt 2C, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2610 Philadelphia Pike Apt K-04, Claymont, DE 19703 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2610 Philadelphia Pike Apt O-01, Claymont, DE 19703 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2610 Philadelphia Pike Apt P-02, Claymont, DE 19703 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 3 Earlington Lane Apt A, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 4 Winchester Road Apt E, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 5 Winchester Road Apt A, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 6 Sussex Road Apt 15B, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 6 Sussex Road Apt 7B, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 10 Chatham Lane Apt D, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 21 Chatham Lane Apt A, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 23 Chatham Lane Apt B, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 25 Winchester Rd Apt C, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 202 Mederia Circle, Newark, DE 19702 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 219 Mederia Circle Apt 219, Newark, DE 19702 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 503 Mederia Circle, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 63 Lawson Ave Apt A, Claymont, DE 19703 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 51 Webbs Lane Apt E10, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 255 Webbs Lane Apt C22, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 15 E High St, Blades, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 36 Fairway Rd Apt 3A, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 54 Cheswold Blvd Apt 112, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 54 Cheswold Blvd Apt 110, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 54 Cheswold Blvd Apt 207, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 54 Cheswold Blvd Apt 301, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 101 West 23rd St Apt A, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 900 Coventry Lane (THE ELMS), Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 927 Wildel Ave Unit A, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 812 Washington St, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 103 Walnut St, Milton, DE 19968 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 30 S New St Apt 101, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 30 S New St Apt 104, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 203 W 25th St Apt A, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 220 E 14th St Apt 2, `Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 112 S Queen Apt 3, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 360 Greens Branch Lane, Smyrna, DE 19977 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 214 S Porter St, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 410 Hickory Lane Apt B, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 4306 Miller Rd Apt 110, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 605 N Broom Street Apt 2, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 202 Allen Way Apt 23, Milford, DE 19963 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2 Congress Place, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 167 Mitscher Road, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1604 Thornhill Dr, Newark, DE 19702 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 7 Capano Dr Apt A3, Newark, DE 19702 | Leased | N/A | N/A | Undetermined |

Connections Community Support Programs, Inc.
Case No. 21-10723
Schedule AB-55: Any Building, Other Improved Real Estate, Or Land Which The Debtor Owns Or In Which The Debtor Has An Interest

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current | Current value of debtor's interest |
|---|---|---|---|---|---|
| CCSP Leased Properties for Clients | 320 Weiner Avenue, Harrington, DE 19952 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 718 W Glenwood Ave, Smyrna, DE 19977 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 105 Stoney Drive, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 318 Shipley Road Apt 304, Wilmington, DE 19809 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 413 Marsh Road, Wilmington, DE 19809 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 7 Mary Ella Drive Apt C, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 8 Mary Ella Drive Apt C, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 9 Mary Ella Drive Apt D, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 10 Mary Ella Drive Apt B, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 9 Par Haven Dr Apt C21, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 36 Courtside Dr Apt A34, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 46 Par Haven Dr Apt F12, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1401 N Harrison St Apt 3, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 145 Haman Drive Apt 102, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 3300 Philadelphia Pike Apt 2S, Claymont, DE 19703 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2605 Normandy Court (ELMS), Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 34006 Mulberry Lane, Lewes, DE 19958 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 210 Melrose Place Dr., Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 109.5 S Jackson St, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 24 S Bradford St Apt B, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 24 S Bradford St Apt C, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 34 S Bradford St Apt 2, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 97 Parhaven Dr Apt J-13, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 112 Pennsylvania Ave, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 348 Savanah Rd Apt D, Lewes, DE 19958 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 348 Savanah Rd Apt E, Lewes, DE 19958 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 48 Cemetery Road Apt A5, Selbyville, DE 19975 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 8 Corbin Court Apt A, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 8 Corbin Court Apt B, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 20 Corbin Court Apt A, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 29 Marlin Dr, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2116 Pasternak Place, Newark, DE 19702 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 214 Highland Blvd Apt C, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 34 Continental Avenue, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 453 Barrister Place, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 105 Dewey St Apt 507, Laurel, DE 19956 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1213 W 8th St Apt 3, Wilmington, DE 19806 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 112 Holmes St, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 26479 Bay Farm Road, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 26495 Bay Farm Road, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 22206 Careys Camp, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2112 Pasternak Place, Newark, DE 19702 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1908 Dumas Place, Newark, DE 19710 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 5 E Lockwood St, Middletown, DE 19709 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 11 Clinton Court Apt A, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 18 Hunter Road, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 23973 E Middlecord Circle, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 51 Webbs Lane Apt A05, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 51 Webbs Lane Apt AA05, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 51 Webbs Lane Apt C07, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 51 Webbs Lane Apt E04, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 51 Webbs Lane Apt O01, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 51 Webbs Lane Apt P05, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 255 Webbs Lane Apt B13, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 255 Webbs Lane Apt C12, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 255 Webbs Lane Apt D24, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 255 Webbs Lane Apt G13, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 255 Webbs Lane Apt G21, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 3102 Drummond Plaza Bldg 1, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 3102 Drummond Plaza Bldg 1 #1201, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 3102 Drummond Plaza Bldg 1 #1208, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 3102 Drummond Plaza Bldg 1 #1210, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 3103 Drummond Plaza Bldg 1, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 3103 Drummond Plaza Bldg 1 #1303, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 3106 Drummond Plaza Bldg 1 #1302, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 8 Chatham Lane Apt 8A, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 15 Chatham Lane Apt 15J, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1 Chatham Lane Apt B, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1404 Coventry Lane (THE ELMS), Newark, DE 19713 | Leased | N/A | N/A | Undetermined |

Connections Community Support Programs, Inc.
Case No. 21-10723
Schedule AB-55: Any Building, Other Improved Real Estate, Or Land Which The Debtor Owns Or In Which The Debtor Has An Interest

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current | Current value of debtor's interest |
|---|---|---|---|---|---|
| CCSP Leased Properties for Clients | 2203 Washington St Apt 1, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 54 Cheswold Blvd Apt 308, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 231 Bradford Apt 3, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 6 S Governors Ave Apt A, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 87 West View Ave, Ocean View, DE 19970 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1623 West 4th St, `Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 201 1/2 Philadelphia Pike #107, Wilmington, DE 19809 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 208 N New St, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1712 Reindeer Pl., Bear, DE 19701 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1108 S Rodney St Apt A, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1108 S Rodney St Apt B, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 121 E High St, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 900 Peachtree Rd Apt F, Claymont, DE 19703 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 730 Peachtree Rd Apt 3, Claymont, DE 19703 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 217 W Reed St Apt A, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 217 W Reed St Apt B, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 219 W Reed St Apt A, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 219 W Reed St Apt B, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 561 Moose Lodge Rd Apt B, Camden, DE 19934 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 241 W Chestnut Hill Rd, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 113 S Bradford St Apt A, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 517 Lafayette Blvd, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 709 N Market St Apt 4C, Wilmington, DE 198081 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 12 Norway Ave, Wilmington, DE 19804 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 818 S Broom Apt 1B, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1233 Chestnut St, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 318 East 5th St Apt B, Laurel, DE 19956 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 312 W 8th St Apt 17, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 312 W 8th St Apt 19, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2507 Baynard Blvd, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2509 Baynard Blvd Apt 1F, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2509 Baynard Blvd Apt 3F, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 210 E 16th St Apt 1C, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 210 E 16th St Apt 2B, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 210 E 16th St Apt 3C, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 210 E 16th St Apt 3D, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 210 E 16th St Apt 4A, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2201 N Washington St Apt 2, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1005 Wright St Apt A, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 402 W 7th St Apt 2, Laurel, DE 19956 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1112 Houston Drive, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 110 Gordon Place, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 172 Bertha Drive, Magnolia, DE 19962 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 827 W 4th St Apt 2, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 827 W 4th St Apt 3, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1001 White Oak Rd Apt M11, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 33334 Sharkey's Lane, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 26234 Jeannette Road, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 224 W Division St Apt A, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 221 N Marshall St Apt 2, Newport, DE 19804 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 218 N Kirkwood St, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 222 N Kirkwood St, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 24168 German Road, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2508 Belford Dr, Wilmington, DE 19808 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 109 E 39th St, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 115 Winder Road, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 4624 Griffin Drive, Wilmington, DE 19808 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2673 Jersey Road, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 31 Westfield Drive, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 701 Collins Avenue, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 221 N Bradford St, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1 Harlech Hall, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 19 W 24th St Apt 1, Wilmington, DE 19806 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 23 Belmont Ave Apt C, Wilmington, DE 19804 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 118 S Maryland Ave Apt 3, Wilmington, DE 19804 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1120 N Clayton St, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 43 Court Dr Apt A, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1328 N Walnut St Apt 1, Wilmington, DE 19806 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 5 Colony Blvd Apt 509, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |

Connections Community Support Programs, Inc.
Case No. 21-10723
Schedule AB-55: Any Building, Other Improved Real Estate, Or Land Which The Debtor Owns Or In Which The Debtor Has An Interest

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current | Current value of debtor's interest |
|---|---|---|---|---|---|
| CCSP Leased Properties for Clients | 209 Greenbank Rd Apt C1, Wilmington, DE 19808 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 606 W Lea Blvd Apt A4, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 606 W Lea Blvd Apt B4, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 16 West North St, Georgetown, DE 19947 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 26 Winchester Rd Apt 26A, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1210 Terra Hill Dr Apt 3A, Wilmington, DE 19809 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 209 Hillview Ave, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1320 Clifford Brown Walk Apt 309, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 102 N Pennsylvania Ave Apt 1, Delmar, DE 19940 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 102 N Pennsylvania Ave Apt 2, Delmar, DE 19940 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 102 N Pennsylvania Ave Apt 3, Delmar, DE 19940 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 102 N Pennsylvania Ave Apt 4, Delmar, DE 19940 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 102 N Pennsylvania Ave Apt 5, Delmar, DE 19940 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 6656 Shawnee Road Apt 1, Milford, DE 19963 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 21 Beech Avenue, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 23 Beech Avenue, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 233 N West St, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 507 W 6th Street Apt 1, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 511 N Washington St Apt 1, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 511 N Washington St Apt 3, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 823 W 4th St 1st Flr Rear, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 823 W 4th St Apt 1, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 31 Bradford St Apt 2, Dover, DE 19902 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 14 Lea Boulevard Apt D, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 622 Homestead Rd Apt B, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1119 Beech St, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 26 Winterhaven Dr Apt 3, Newark, DE 19702 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 20 Glenrich Ave Apt 12, Wilmington, DE 19804 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 20 Glenrich Ave Apt 6, Wilmington, DE 19804 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 20 Glenrich Ave Apt 7, Wilmington, DE 19804 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 305 W 18th St Apt 1, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1411 Maple Street, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2307 N Harrison St Apt 1, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2307 N Harrison St Apt 17, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 11 Opus Drive, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 100 Garfield Avenue, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 102 Richards Drive Apt 202, Newport, DE 19804 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 106 Richards Drive Apt 201, Newport, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 758 Christiana Rd Apt 1002, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 758 Christiana Rd Apt 307, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 758 Christiana Rd Apt 311, Newark, DE 19711 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 758 Christiana Rd Apt 902, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 320 Raymond St Apt 101, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 320 Raymond St Apt 107, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 320 Raymond St Apt 200, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 320 Raymond St Apt 208, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 320 Raymond St Apt 301, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 320 Raymond St Apt 305, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 412 W 23rd St, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 109 Willis Drive Apt G, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 166 Willis Road Apt F, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 309 Tollhouse Place Apt G103, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2719 N Washington St Apt 3, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 101 N Dupont St Apt D, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 400 W 7th St Apt 2, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 530 East 10th St, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 606 N West St Apt 4, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 610 Washington St Apt 1, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 612 N Washington St Apt 2, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 824 West St Apt 12, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 824 West St Apt 3, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1401 Maryland Ave Apt A11, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1401 Maryland Ave Apt A4, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1401 Maryland Ave Apt A9, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1401 Maryland Ave Apt B5, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1401 Maryland Ave Apt C9, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1716 Lancaster Ave Apt A, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2311 N Broom St Apt 2, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2313 N Broom St Apt 2, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |

**Connections Community Support Programs, Inc.**
**Case No. 21-10723**
**Schedule AB-55: Any Building, Other Improved Real Estate, Or Land Which The Debtor Owns Or In Which The Debtor Has An Interest**

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current | Current value of debtor's interest |
|---|---|---|---|---|---|
| CCSP Leased Properties for Clients | 1404 W 8th St Apt 1, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 201 1/2 Philadelphia Pike #327, Wilmington, DE 19809 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 241 N Broom St Apt 3, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 115 Matthes Ave, Wilmington, DE 19804 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 502 N Harrison St Apt 5, Wilmington, DE 19806 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 602 N Tatnall St Apt 2, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 604 N Tatnall St Apt 1, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 822 Anchorage St, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2205 N Tatnall St Apt 1, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2205 N Tatnall St Apt 2, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1309 Linden St, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 610 N Tatnall St Apt 2R, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1507 Coleman St Apt 1, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1507 Coleman St Apt 4, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 9 Ruth Rd Apt E1, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 411 N Governors Ave Apt 3, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 814 Grandview Ave Apt 2, Wilmington, DE 19809 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 32742 River Road Apt 1, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 173 Hampton Drive, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 222 West 17th St, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 3821 Lancaster Pike, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1400 N King St Apt 3, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1718 N Washington St Apt 3, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 230 Presidential Drive Apt 4, Greenville, DE 19807 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 500 S DuPont Apt 114-1B, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 500 S DuPont Apt 123-2A, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 500 S DuPont Apt 355-6A, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 500 S DuPont Apt 355-6B, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 26 S State St Apt 8, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 26 S State St Apt 4, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 315 Billy Mitchell Lane Apt E307, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 420 N Jefferson St Apt 3, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 615 W 6th Street Apt 1, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 940 Spruce St Apt 1, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2239 N Pine Street, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 811 Brandywine Blvd, Wilmington, DE 19809 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 729 W 9th Street, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 29 Bramhall Street, Georgetown, DE 19947 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 27526 Pot of Gold Circle, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 27530 Pot of Gold Circle, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 524 Poplar St, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 529 East Poplar Street, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 807 S Market St, Blades, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 823 W North St Apt A, Dover, DE 19904 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 308 Grant St, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 607 W 27th St, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 301 N Dupont Rd Apt 5, Wilmington, DE 19804 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1121 W 3rd St, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 131 Scarborough Park 31-2, Wilmington, DE 19804 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 207 High School Ave, Georgetown, DE 19947 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 567 Homestead Rd 1st Flr, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 567 Homestead Rd 2nd Flr, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 905 Maple Street, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1018 Read St, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1000 W Newport Pike Apt 2, Newport, DE 19804 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 125 Delamore Place 2nd Flr, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 125 Delamore Place Apt 1, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 31732 Dune Circle, Lewes, DE 19958 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 3607 N Tatnall St, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 301 Walt Messick Rd Apt D, Harrington, DE 19952 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 654 Beechwood Ave, Milford, DE 19963 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 100 Grayson Court Apt 5-34, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 106 Dewey St Apt 606, Laurel, DE 19956 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2200 N Washington St Apt 1, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 28585 W Meadowview Dr, Milton, DE 19958 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 110 Towne Estates Dr Apt D1, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 110 Towne Estates Dr Apt E4, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 20 5th St, Blades, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 529 W 7th St, Laurel, DE 19956 | Leased | N/A | N/A | Undetermined |

**Connections Community Support Programs, Inc.**
**Case No. 21-10723**
**Schedule AB-55: Any Building, Other Improved Real Estate, Or Land Which The Debtor Owns Or In Which The Debtor Has An Interest**

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current | Current value of debtor's interest |
|---|---|---|---|---|---|
| CCSP Leased Properties for Clients | 430 West St Apt 101, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2700 Lancaster Ave Apt 1A, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2700 Lancaster Ave Apt 6, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 12 W 26th St 2nd Flr, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 401 W 25th St 1st Flr, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 401 W 25th St 2nd Flr, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2111 N Washington St Apt 3, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 701 Bennett St, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 219 N Arch Street, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 30384 Gull Point Rd, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 2215 Washington St Apt 2, Wilmington, DE 19802 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 14 Waples Drive, Georgetown, DE 19947 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1109 Houston Drive, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 318 Pyramid Ave Apt A, Claymont, DE 19703 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 208 Front St Apt A, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 9 Par Haven Dr Apt C31, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 31 Villas Drive Apt 1, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 31 Villas Drive Apt 8, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 91 Villas Drive Apt 7, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 121 Villas Drive Apt 5, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 131 Villas Drive Apt 3, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 191 Villas Drive Apt 1, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 109 N Broom St Apt 1, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 16 Parker Circle Apt 3, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 15 S West St, Camden, DE 19934 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 27 Medal Way, Magnolia, DE 19962 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 356 Paradee Drive, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1926 W 5th St Apt 2, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 17 Sunny Bend Ave, Newark, DE 19702 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 7507 Rodin Court, Newark, DE 19702 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 1104 Vinings Way Apt 1104, Christiana, DE 19702 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 359 Nimitz Road, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 221 Commerce St, Harrington, DE 19952 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 511 West 9th St Apt 1, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 511 West 9th St Apt 2, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 511 West 9th St Apt 3, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 511 West 9th St Apt 4, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 511 West 9th St Apt 5, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 511 West 9th St Apt 6, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 37176 Burton Ave, Rehoboth Beach, DE 19971 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 28420 Delaware Avenue Apt 4, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 14 Bristol Way, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 20 Windmill Lane Apt 26, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 29 Holland Circle Apt 34, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 119 S Bradford St Apt A, Dover, DE 19901 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 701 Blair Court, New Castle, DE 19720 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 25 Corbin Court Apt 2, Wilmington, DE 19805 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 618 Ilse Dr Apt A, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 618 Ilse Dr Apt B, Newark, DE 19713 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 31 Maple Wood Dr, Lewes, DE 19958 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 107 Sandridge Court, Millsboro, DE 19966 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 118 S Porter St Apt B, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 226 N Porter St, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 803 Cypress Drive, Seaford, DE 19973 | Leased | N/A | N/A | Undetermined |
| CCSP Leased Properties for Clients | 607 W 4th St Apt B, Wilmington, DE 19801 | Leased | N/A | N/A | Undetermined |
| Clinic | 1-11 Clark St, Harrington, DE 19952 | Owned | N/A | N/A | Undetermined |
| Clinic | 315 Old Landing Road, Millsboro, DE 19966 | Owned | N/A | N/A | Undetermined |
| CRISP | 816 N West Street (Quaker Arts), Wilmington, DE 19801 | Owned | N/A | N/A | Undetermined |
| Group Home | 722 Cardinal Avenue, Bear, DE 19701 | Owned | N/A | N/A | Undetermined |
| Group Home | 204 Gordy Place, New Castle, DE 19720 | Owned | N/A | N/A | Undetermined |
| Group Home | 994 Black Bird Landing Rd, Townsend, DE 19734 | Owned | N/A | N/A | Undetermined |
| Group Home | 800 Bellevue Road, Wilmington, DE 19809 | Owned | N/A | N/A | Undetermined |
| Group Home | 124 N West Street , Camden-Wyoming, DE 19934 | Owned | N/A | N/A | Undetermined |
| Group Home | 2197 Still Road, Camden-Wyoming, DE 19934 | Owned | N/A | N/A | Undetermined |
| Group Home | 35906 Zion Church Road , Frankford, DE 19945 | Owned | N/A | N/A | Undetermined |
| Group Home | 676 Black Diamond Road, Smyrna , DE 19977 | Owned | N/A | N/A | Undetermined |
| IDS | 2048 Old Telegraph Road, Middletown, DE 19709 | Owned | N/A | N/A | Undetermined |
| IDS | 706 Port Penn Road, Middletown, DE 19709 | Owned | N/A | N/A | Undetermined |
| IDS | 98 University Avenue, New Castle, DE 19720 | Owned | N/A | N/A | Undetermined |

Connections Community Support Programs, Inc.
Case No. 21-10723
Schedule AB-55: Any Building, Other Improved Real Estate, Or Land Which The Debtor Owns Or In Which The Debtor Has An Interest

| Description of property | Location of property | Nature and extent of debtor's interest in property | Net book value of debtor's interest (where available) | Valuation method used for current | Current value of debtor's interest |
|---|---|---|---|---|---|
| IDS | 12 W Bellamy Drive, New Castle, DE 19720 | Owned | N/A | N/A | Undetermined |
| IDS | 126 Homewood Road, Wilmington, DE 19803 | Owned | N/A | N/A | Undetermined |
| IDS | 1430 S Hancock Avenue, Dover, DE 19901 | Owned | N/A | N/A | Undetermined |
| IDS | 125 Bertrand Drive, Dover, DE 19904 | Owned | N/A | N/A | Undetermined |
| IDS | 902 Schoolhouse Lane, Dover, DE 19904 | Owned | N/A | N/A | Undetermined |
| IDS | 620 Cedarwood Road, Milford, DE 19963 | Owned | N/A | N/A | Undetermined |
| Judys | 801 Washington Street (Judy's), Wilmington, DE 19801 | Owned | N/A | N/A | Undetermined |
| Land and Buildings, less accumulated depreciation | | Real Property | $23,218,076.72 | Net Book Value | Undetermined |
| Marcellas | 901-903 Washington Street (Marcella's), Wilmington, DE 19801 | Owned | N/A | N/A | Undetermined |
| Office | 511 W 9th St, Wilmington, DE 19801 | Owned | N/A | N/A | Undetermined |
| Office (church) | 713 Washington Street, Wimington, DE 19801 | Owned | N/A | N/A | Undetermined |
| Outpatient | 105 N Front St, Seaford, DE 19973 | Rent | N/A | N/A | Undetermined |
| Outpatient | 123 Pennsylvania Ave, Seaford, DE 19973 | Rent | N/A | N/A | Undetermined |
| Outpatient | 321 Old Landing Road, Millsboro, DE 19966 | Rent | N/A | N/A | Undetermined |
| Outpatient | 811 Brandywine Blvd, Wilmington, DE 19809 | Rent | N/A | N/A | Undetermined |
| Outpatient | 105 N Front St, Seaford, DE 19973 | Rent | N/A | N/A | Undetermined |
| Outpatient | 123 Pennsylvania Ave, Seaford, DE 19973 | Rent | N/A | N/A | Undetermined |
| Outpatient | 321 Old Landing Road, Millsboro, DE 19966 | Rent | N/A | N/A | Undetermined |
| Outpatient and Family Therapy | 310 N High St Extension  (310-350), Smyrna, DE 19977 | Rent | N/A | N/A | Undetermined |
| Outpatient and Family Therapy | 310 N High St Extension  (310-350), Smyrna, DE 19977 | Rent | N/A | N/A | Undetermined |
| Outpatient, HUB | 3106 Drummond Plaza Bldg 3 1st flr, Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| Outpatient, HUB | 3202 Drummond Plaza Bldg 3 2nd flr, Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| Outpatient, HUB | 3204 Drummond Plaza Bldg 3 3rd flr, Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| Outpatient, HUB | 3106 Drummond Plaza Bldg 3 1st flr, Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| Outpatient, HUB | 3202 Drummond Plaza Bldg 3 2nd flr, Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| Outpatient, HUB | 3204 Drummond Plaza Bldg 3 3rd flr, Newark, DE 19711 | Rent | N/A | N/A | Undetermined |
| Outpatient, IDS, CRISP, Staff Success, Connect to Work, IT | 590 Naamans Road, Claymont, DE 19703 | Rent | N/A | N/A | Undetermined |
| Outpatient, IDS, CRISP, Staff Success, Connect to Work, IT | 590 Naamans Road, Claymont, DE 19703 | Rent | N/A | N/A | Undetermined |
| Parking (church) | 700 Wollaston St, Wilmington, DE 19801 | Owned | N/A | N/A | Undetermined |
| Parking (church) | 701-713 Wollaston St, Wilmington, DE 19801 | Owned | N/A | N/A | Undetermined |
| Recovery Residence | 34 Continental Avenue, Newark , DE 19711 | Rent | N/A | N/A | Undetermined |
| Recovery Residence | W 23rd St, Wilmington, DE 19802 | Rent | N/A | N/A | Undetermined |
| Recovery Residence | 927 Wildel Ave Unit A, New Castle, DE 19720 | Rent | N/A | N/A | Undetermined |
| Residential | 3096 New Castle Avenue, New Castle, DE 19720 | Owned | N/A | N/A | Undetermined |
| Residential | 18 South Ford Avenue, Wilmington, DE 19805 | Owned | N/A | N/A | Undetermined |
| Residential | 1071 W 6th street, Laurel, DE 19956 | Owned | N/A | N/A | Undetermined |
| Sober Living | 1116-1126 Brandywine St/ 1132 E 12th St, Wilmington, DE 19802 | Owned | N/A | N/A | Undetermined |
| Sober Living | 33 East 22nd St, Wilmington, DE 19802 | Owned | N/A | N/A | Undetermined |
| Sober Living | 414 W 23rd Street, Wilmington, DE 19802 | Owned | N/A | N/A | Undetermined |
| Sober Living | 110 West Liberty Street, Harrington, DE 19952 | Owned | N/A | N/A | Undetermined |
| Sober Living | 22910 Pine Road, Lewes, DE 19958 | Owned | N/A | N/A | Undetermined |
| Sober Living | 9 Causey Avenue, Milford, DE 19963 | Owned | N/A | N/A | Undetermined |
| Sober Living | 401 S Washington St, Milford, DE 19963 | Owned | N/A | N/A | Undetermined |
| Sober Living | 18 N Arch St Extension, Seaford, DE 19973 | Owned | N/A | N/A | Undetermined |
| Sober Living | 114 Southeast 2nd Street, Milford, DE 19963 | Owned | N/A | N/A | Undetermined |
| Transitional Housing | 900 Coventry Lane (THE ELMS), Newark, DE 19713 | Rent | N/A | N/A | Undetermined |
| Vacant | 801 N West Street  (Quaker Arts), Wilmington, DE 19801 | Owned | N/A | N/A | Undetermined |
| Vacant lot | 1123 Brandywine St, Wilmington, DE 19802 | Owned | N/A | N/A | Undetermined |
| Vacant lot | 1132 East 12th Street, Wilmington, DE 19802 | Owned | N/A | N/A | Undetermined |
| Vacant lot | 45 Clark St., Harrington, DE 19952 | Owned | N/A | N/A | Undetermined |
| WomanSpace | 708-710 N West Street (Quaker Arts), Wilmington, DE 19801 | Owned | N/A | N/A | Undetermined |
| Total: | | | | | Undetermined |

| Debtor Name | Connections Community Support Programs, Inc. |
|---|---|

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):          **21-10723**

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D - Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

**Amount of Claim**
Do not deduct the
value of collateral

**Value of collateral
that supports this
claim**

| **2.1** | Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|
| | 310-317 OLD LANDING-NCALL | | $578,074.15 | To be determined |
| | Creditor's mailing address | | | |

**Describe the lien**

Property

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

Date debt was incurred

Last four digits of
account number

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent

☐ Unliquidated

☐ Disputed

| **2.2** | Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|---|
| | 310-317 OLD LANDING-USDA | | $1,550,657.03 | To be determined |
| | Creditor's mailing address | | | |

**Describe the lien**

Property

**Is the creditor an insider or related party?**

☒ No

☐ Yes

Creditor's email address, if known

Date debt was incurred

Last four digits of
account number

**Is anyone else liable on this claim?**

☒ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No

☐ Yes. Have you already specified the relative priority?

☒ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent

☐ Unliquidated

☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$28,069,707.87

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.3**

Creditor's name

**713 WASHINGTON ST NCALL**

Describe debtor's property that is subject to a lien

$809,312.70     To be determined

Creditor's mailing address

**363 SAULSBURY RD**
**DOVER, DE 19904-2722**

Describe the lien

Property

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred

Last four digits of account number

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.4**

Creditor's name

**BALBOA3-HARRINGTON/NAAMANS**

Describe debtor's property that is subject to a lien

$93,521.01     To be determined

Creditor's mailing address

**2010 MAIN ST, 11TH FL**
**IRVINE, CA 92614**

Describe the lien

Equipment

Creditor's email address, if known

Is the creditor an insider or related party?

☑ No
☐ Yes

Date debt was incurred

Last four digits of account number

Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

---

**Part 1:** Additional Page(s)

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.5**

Creditor's name
**BALBOA4-NAAMANS**

$81,796.32   To be determined

Creditor's mailing address
**2010 MAIN ST, 11TH FL**
**IRVINE, CA 92614**

Creditor's email address, if known

Date debt was incurred

Last four digits of account number

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Describe the lien
Equipment

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.6**

Creditor's name
**BARCLAY - 33 E 22ND ST**

$112,540.93   To be determined

Creditor's mailing address
**100 SOUTH WEST ST**
**WILMINGTION, DE 19801**

Creditor's email address, if known

Date debt was incurred

Last four digits of account number

Do multiple creditors have an interest in the same property?
- ☑ No
- ☐ Yes. Have you already specified the relative priority?
  - ☑ No. Specify each creditor, including this creditor, and its relative priority.
  - ☐ Yes.  The relative priority of creditors is specified on lines

Describe debtor's property that is subject to a lien

Describe the lien
Property

Is the creditor an insider or related party?
- ☑ No
- ☐ Yes

Is anyone else liable on this claim?
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

---

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|

---

**2.7**

**Creditor's name**

BARCLAY - GROUP HOMES

**Describe debtor's property that is subject to a lien**

$457,149.48    To be determined

**Creditor's mailing address**

100 SOUTH WEST ST
WILMINGTION, DE 19801

**Describe the lien**

Property

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last four digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

---

**2.8**

**Creditor's name**

BARCLAYS - BRANDYWINE STREET

**Describe debtor's property that is subject to a lien**

$342,803.07    To be determined

**Creditor's mailing address**

100 SOUTH WEST ST
WILMINGTION, DE 19801

**Describe the lien**

Property

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Last four digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

---

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|

**2.9**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| BARCLAYS 300 HVAC | | $147,337.19  To be determined |

Creditor's mailing address

**100 SOUTH WEST ST**
**WILMINGTION, DE 19801**

Describe the lien

Equipment

Creditor's email address, if known

Is the creditor an insider or related party?

Date debt was incurred

☑ No
☐ Yes

Last four digits of account number

Is anyone else liable on this claim?

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

**2.10**

| Creditor's name | Describe debtor's property that is subject to a lien | |
|---|---|---|
| BARCLAYS 310 VAN | | $14,453.56  To be determined |

Creditor's mailing address

**100 SOUTH WEST ST**
**WILMINGTION, DE 19801**

Describe the lien

Vehicle

Creditor's email address, if known

Is the creditor an insider or related party?

Date debt was incurred

☑ No
☐ Yes

Last four digits of account number

Is anyone else liable on this claim?

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Amount of Claim**
Do not deduct the value of collateral

**Value of collateral that supports this claim**

---

**2.11**

**Creditor's name**
GREAT AMERICA-SAFE-590 NAAMANS

**Describe debtor's property that is subject to a lien**

$2,887.02    To be determined

**Creditor's mailing address**
P.O. BOX 660831
DALLAS, TX 75266-0831

**Describe the lien**
Equipment

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last four digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

**2.12**

**Creditor's name**
GREAT AMERICAN 1463313 590

**Describe debtor's property that is subject to a lien**

$50,760.79    To be determined

**Creditor's mailing address**
P.O. BOX 660831
DALLAS, TX 75266-0831

**Describe the lien**
Equipment

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**

**Last four digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

---

| **Part 1:** | **Additional Page(s)** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|

**2.13**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | |
| GREAT AMERICAN WASCO 1446944 | | **$3,401.91**     To be determined |
| **Creditor's mailing address** | | |
| P.O. BOX 660831 DALLAS, TX 75266-0831 | | |
| | **Describe the lien** | |
| **Creditor's email address, if known** | Equipment | |
| | **Is the creditor an insider or related party?** | |
| **Date debt was incurred** | ☑ No | |
| | ☐ Yes | |
| **Last four digits of account number** | **Is anyone else liable on this claim?** | |
| **Do multiple creditors have an interest in the same property?** | ☑ No | |
| ☑ No | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | |
| ☐ Yes. Have you already specified the relative priority? | **As of the petition filing date, the claim is:** | |
| ☑ No. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| ☐ Yes.  The relative priority of creditors is specified on lines | | |

**2.14**

| | | |
|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | |
| HP-ADVANTECH VARIOUS SITES | | **$13,896.31**     To be determined |
| **Creditor's mailing address** | | |
| 4092 N DUPONT HWY DOVER, DE 19901 | | |
| | **Describe the lien** | |
| **Creditor's email address, if known** | Equipment | |
| | **Is the creditor an insider or related party?** | |
| **Date debt was incurred** | ☑ No | |
| | ☐ Yes | |
| **Last four digits of account number** | **Is anyone else liable on this claim?** | |
| **Do multiple creditors have an interest in the same property?** | ☑ No | |
| ☑ No | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H). | |
| ☐ Yes. Have you already specified the relative priority? | **As of the petition filing date, the claim is:** | |
| ☑ No. Specify each creditor, including this creditor, and its relative priority. | ☐ Contingent | |
| | ☐ Unliquidated | |
| | ☐ Disputed | |
| ☐ Yes.  The relative priority of creditors is specified on lines | | |

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.15**

| | |
|---|---|
| Creditor's name | Describe debtor's property that is subject to a lien |
| **HP-ADVANTECH-105 N FRONT ST** | |

$16,807.78          To be determined

Creditor's mailing address
**4092 N DUPONT HWY**
**DOVER, DE 19901**

Describe the lien

Equipment

Creditor's email address, if known

Is the creditor an insider or related party?

Date debt was incurred

☑ No
☐ Yes

Last four digits of
account number

Is anyone else liable on this claim?

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

**2.16**

| | |
|---|---|
| Creditor's name | Describe debtor's property that is subject to a lien |
| **HP-ADVANTECH-590 NAAMANS** | |

$165,750.00          To be determined

Creditor's mailing address
**4092 N DUPONT HWY**
**DOVER, DE 19901**

Describe the lien

Equipment

Creditor's email address, if known

Is the creditor an insider or related party?

Date debt was incurred

☑ No
☐ Yes

Last four digits of
account number

Is anyone else liable on this claim?

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |

## Part 1: Additional Page(s)

| | | Amount of Claim<br>Do not deduct the<br>value of collateral | Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | | |

**2.17**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| **HP-ADVANTECH-706 PORT PENN RD** | |

Amount of Claim: $43,649.97    Value of collateral: To be determined

Creditor's mailing address
**4092 N DUPONT HWY
DOVER, DE 19901**

Describe the lien
Equipment

Creditor's email address, if known

Is the creditor an insider or related party?

Date debt was incurred
☑ No
☐ Yes

Last four digits of
account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

**2.18**

| Creditor's name | Describe debtor's property that is subject to a lien |
|---|---|
| **HP-ADVANTECH-HARRINGTON** | |

Amount of Claim: $52,068.47    Value of collateral: To be determined

Creditor's mailing address
**4092 N DUPONT HWY
DOVER, DE 19901**

Describe the lien
Equipment

Creditor's email address, if known

Is the creditor an insider or related party?

Date debt was incurred
☑ No
☐ Yes

Last four digits of
account number

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Amount of Claim**
Do not deduct the value of collateral

**Value of collateral that supports this claim**

**2.19**

**Creditor's name**

**HP-ADVANTECH-HARRINGTON-2**

Describe debtor's property that is subject to a lien

$66,945.08     To be determined

**Creditor's mailing address**

**4092 N DUPONT HWY**
**DOVER, DE 19901**

Describe the lien

Equipment

**Creditor's email address, if known**

Is the creditor an insider or related party?

**Date debt was incurred**

☑ No
☐ Yes

**Last four digits of account number**

Is anyone else liable on this claim?

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

**2.20**

**Creditor's name**

**HP-C&S-590 NAAMANS**

Describe debtor's property that is subject to a lien

$202,054.58     To be determined

**Creditor's mailing address**

**4092 N DUPONT HWY**
**DOVER, DE 19901**

Describe the lien

Equipment

**Creditor's email address, if known**

Is the creditor an insider or related party?

**Date debt was incurred**

☑ No
☐ Yes

**Last four digits of account number**

Is anyone else liable on this claim?

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

As of the petition filing date, the claim is:

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |

---

| Part 1: | Additional Page(s) |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |

**2.21**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| MORTGAGE 507 WEST NINTH ST WIL | | $31,204.02 | To be determined |

Creditor's mailing address

Describe the lien

Property

Creditor's email address, if known

**Is the creditor an insider or related party?**

Date debt was incurred

☑ No
☐ Yes

Last four digits of account number

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

**2.22**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| NCALL - BRANDYWINE ST. 2 | | $575,818.67 | To be determined |

Creditor's mailing address

363 SAULSBURY RD
DOVER, DE 19904-2722

Describe the lien

Property

Creditor's email address, if known

**Is the creditor an insider or related party?**

Date debt was incurred

☑ No
☐ Yes

Last four digits of account number

**Is anyone else liable on this claim?**

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|---|

**2.23**

**Creditor's name**
NCALL - WEST LIBERTY STREET

$234,485.78    To be determined

**Creditor's mailing address**
363 SAULSBURY RD
DOVER, DE 19904-2722

**Describe debtor's property that is subject to a lien**

**Creditor's email address, if known**

**Describe the lien**
Property

**Date debt was incurred**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last four digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

**2.24**

**Creditor's name**
NCALL LOAN 165

$3,008,254.39    To be determined

**Creditor's mailing address**
363 SAULSBURY RD
DOVER, DE 19904-2722

**Describe debtor's property that is subject to a lien**

**Creditor's email address, if known**

**Describe the lien**
Property

**Date debt was incurred**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Last four digits of account number**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes.  The relative priority of creditors is specified on lines

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|

**2.25**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| NCALL LOAN 170 | | $233,125.82 | To be determined |

Creditor's mailing address

363 SAULSBURY RD
DOVER, DE 19904-2722

**Describe the lien**

Property

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

Date debt was incurred

☐ Yes

Last four digits of account number

**Is anyone else liable on this claim?**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

☑ No

**As of the petition filing date, the claim is:**

☐ Yes. Have you already specified the relative priority?

☐ Contingent

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Unliquidated

☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

**2.26**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| NCALL MILLSBORO LOAN 162 | | $424,473.73 | To be determined |

Creditor's mailing address

363 SAULSBURY RD
DOVER, DE 19904-2722

**Describe the lien**

Property

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

Date debt was incurred

☐ Yes

Last four digits of account number

**Is anyone else liable on this claim?**

☑ No

**Do multiple creditors have an interest in the same property?**

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

☑ No

**As of the petition filing date, the claim is:**

☐ Yes. Have you already specified the relative priority?

☐ Contingent

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Unliquidated

☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

| | | **Amount of Claim**<br>Do not deduct the<br>value of collateral | **Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.27**   Creditor's name

NCALL MORT 706 PORT PENN ROAD       $371,213.49    To be determined

Creditor's mailing address

363 SAULSBURY RD
DOVER, DE 19904-2722

Describe debtor's property that is subject to a lien

Creditor's email address, if known

**Describe the lien**

Property

**Is the creditor an insider or related party?**

Date debt was incurred

☑ No
☐ Yes

Last four digits of
account number

**Is anyone else liable on this claim?**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

**2.28**   Creditor's name

NCALL SOBLIV-CEDARWOOD CONSOL       $1,045,867.70    To be determined

Creditor's mailing address

363 SAULSBURY RD
DOVER, DE 19904-2722

Describe debtor's property that is subject to a lien

Creditor's email address, if known

**Describe the lien**

Property

**Is the creditor an insider or related party?**

Date debt was incurred

☑ No
☐ Yes

Last four digits of
account number

**Is anyone else liable on this claim?**

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

☐ Yes. The relative priority of creditors is specified on lines

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|

**2.29**

Creditor's name
OTH-LHI LOAN 105 FRONT ST

Creditor's mailing address

Describe debtor's property that is subject to a lien

$86,300.95    To be determined

Creditor's email address, if known

Date debt was incurred

Last four digits of account number

Do multiple creditors have an interest in the same property?

- [x] No
- [ ] Yes. Have you already specified the relative priority?
  - [x] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes.  The relative priority of creditors is specified on lines

Describe the lien
Property

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**2.30**

Creditor's name
PORT PENN DSHA

Creditor's mailing address

Describe debtor's property that is subject to a lien

$792,545.38    To be determined

Creditor's email address, if known

Date debt was incurred

Last four digits of account number

Do multiple creditors have an interest in the same property?

- [x] No
- [ ] Yes. Have you already specified the relative priority?
  - [x] No. Specify each creditor, including this creditor, and its relative priority.
  - [ ] Yes.  The relative priority of creditors is specified on lines

Describe the lien
Property

Is the creditor an insider or related party?
- [x] No
- [ ] Yes

Is anyone else liable on this claim?
- [x] No
- [ ] Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Amount of Claim**
Do not deduct the value of collateral

**Value of collateral that supports this claim**

---

**2.31**

Creditor's name
PORT PENN NCALL

Creditor's mailing address

Describe debtor's property that is subject to a lien

$543,339.70    To be determined

Creditor's email address, if known

Date debt was incurred

Last four digits of account number

**Describe the lien**
Property

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.32**

Creditor's name
USDA MORTGAGE CAUSEY AVE

Creditor's mailing address
P.O. BOX 790170
ST LOUIS, MO 63179-0170

Describe debtor's property that is subject to a lien

$473,069.22    To be determined

Creditor's email address, if known

Date debt was incurred

Last four digits of account number

**Describe the lien**
Property

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of Claim** Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|

**2.33**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **USDA MORTGAGE SPARTAN STATION** | | $5,664,449.68 | To be determined |

Creditor's mailing address

**P.O. BOX 790170
ST LOUIS, MO 63179-0170**

Creditor's email address, if known

Describe the lien

Property

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred

Last four digits of
account number

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.34**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| **WILMINGTON SAVINGS FUND SOCIETY, FSB (WS** | | $9,000,000.00 | To be determined |

Creditor's mailing address

**P. O. BOX 400
CLAYMONT, DE 19703-0400**

Creditor's email address, if known

Describe the lien

Line of Credit

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Date debt was incurred

Last four digits of
account number

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

Do multiple creditors have an interest in the same property?

☑ No
☐ Yes. Have you already specified the relative priority?
☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 1:** | **Additional Page(s)** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | **Amount of Claim**<br>Do not deduct the value of collateral | **Value of collateral that supports this claim** |
|---|---|---|

**2.35**

**Creditor's name**

WILMINGTON SAVINGS FUND SOCIETY, FSB (WS

**Creditor's mailing address**

P. O. BOX 400
CLAYMONT, DE 19703-0400

**Creditor's email address, if known**

**Date debt was incurred**

**Last four digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes.  The relative priority of creditors is specified on lines

**Describe debtor's property that is subject to a lien**

$779,691.99    To be determined

**Describe the lien**

Property

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

☐ Contingent

☐ Unliquidated

☐ Disputed

| Debtor Name | Connections Community Support Programs, Inc. |
|---|---|

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):  **21-10723**

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F - Creditors Who Have Claims Unsecured Claims

12/15

Be as complete and accurate as possible.  Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.  List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property*   (Official Form 206A/B) and on  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).  Number the entries in Parts 1 and 2 in the boxes on the left.  If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?**

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.**   If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | As of the petition filing date, the claim is: $_____ | $_____ |
|  |  | ☐ Contingent |  |
|  |  | ☐ Unliquidated |  |
|  |  | ☐ Disputed |  |
|  | **Date or dates debt was incurred** | **Basis for the claim:** |  |
|  | **Last 4 digits of account number** | **Is the claim subject to offset?** |  |
|  |  | ☐ No |  |
|  |  | ☐ Yes |  |
|  | **Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (        ) |  |  |

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
ACCOUNTEMPS
12400 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:** **Undetermined**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ACCTTE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2** **Nonpriority creditor's name and mailing address**
ACTION UNLIMITED RESOURCES
NEW CASTLE, DE 19720

**As of the petition filing date, the claim is:** **$34,408.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ACTUN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3** **Nonpriority creditor's name and mailing address**
ADAM WENZKE
C/O JAMES T VAUGHN CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

**As of the petition filing date, the claim is:** **UNKNOWN**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.4** **Nonpriority creditor's name and mailing address**
ADVANCED EYE CARE PA
213 GREENHILL AVE, STE A
WILMINGTON, DE 19805-1944

**As of the petition filing date, the claim is:** **$99.33**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ADVANCEDEY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.5** **Nonpriority creditor's name and mailing address**
ADVANTECH, INC
4092 N DUPONT HWY
DOVER, DE 19901

**As of the petition filing date, the claim is:** $44,046.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ADVA

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.6** **Nonpriority creditor's name and mailing address**
ALFIERI CARDIOLOGY, PA
701 FOULK RD, STE 1A
WILMINGTON, DE 19803

**As of the petition filing date, the claim is:** $1,273.81
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ALFIERI

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.7** **Nonpriority creditor's name and mailing address**
ALLIED DIAGNOSTIC PATHOLOGY, PA
P.O. BOX 69150
BALTIMORE, MD 21264-9150

**As of the petition filing date, the claim is:** $3,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ALLIEDIAG

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.8** **Nonpriority creditor's name and mailing address**
ALLIED LOCK & SAFE COMPANY
709 SHIPLEY ST
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:** $485.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ALLILO

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.9**

**Nonpriority creditor's name and mailing address**
AMERICAN LEGION AMBULANCE
71 OMEGA DR, BLDG D
NEWARK, DE 19713-2063

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$92,496.80

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
AMERLEGION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.10**

**Nonpriority creditor's name and mailing address**
AMIR FATIR
1181 PADDOCK RD
P.O. BOX 500
SMYRNA, DE 19977

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

UNKNOWN

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.11**

**Nonpriority creditor's name and mailing address**
ANESTHESIA SERVICES, PA
P.O. BOX 12993
BELFAST, ME 04915-4020

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$6,206.61

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ANESTSERV

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.12**

**Nonpriority creditor's name and mailing address**
ANKLE AND FOOT SURGICAL ASSOC
717 N UNION ST
WILMINGTON, DE 19805

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$981.74

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ANKLEFOOT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.13** **Nonpriority creditor's name and mailing address**
ANTHONY WHITE
C/O JAMES T VAUGHN CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

As of the petition filing date, the claim is:                    UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.14** **Nonpriority creditor's name and mailing address**
APOGEE MEDICAL GROUP-DELAWARE
P.O. BOX 708728
SANDY, UT 84070-8708

As of the petition filing date, the claim is:                    $14,727.16
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
APOGEE

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.15** **Nonpriority creditor's name and mailing address**
APPLEBALE, LLC
198 AIRPORT RD
NEW CASTLE, DE 19720

As of the petition filing date, the claim is:                    $6,200.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
APPLEBALE

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.16** **Nonpriority creditor's name and mailing address**
ARTHUR HALL INSURANCE
P.O. BOX 512
WEST CHESTER, PA 19381-0512

As of the petition filing date, the claim is:                    $0.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ARTHUR

Is the claim subject to offset?
[✓] No
[ ] Yes

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.17** **Nonpriority creditor's name and mailing address**
ATLANTIC RETINA CENTER, PA
31455 WINTER PL PKWY
SALISBURY, MD 21804

As of the petition filing date, the claim is:                  $127.44
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number**
ATLRETINA

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**
AUGUSTUS HEBREW EVANS, JR
C/O JAMES T VAUGHN CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

As of the petition filing date, the claim is:                  **UNKNOWN**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**
AXION OF PENNSYLVANIA LLC
1430 BROADWAY, 7TH FL
NEW YORK, NY 10018

As of the petition filing date, the claim is:                  $7,215.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number**
AXION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**
B & B DESIGN CONTRACTING LLC
1290 PEACH BASKET RD
FELTON, DE 19943

As of the petition filing date, the claim is:                  $2,450.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number**
B&BDESIGN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.21**

**Nonpriority creditor's name and mailing address**
B SAFE, INC
109 BALTIMORE AVE
WILMINGTON, DE 19805

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BSAFE

Is the claim subject to offset?
☑ No
☐ Yes

$3,171.56

**3.22**

**Nonpriority creditor's name and mailing address**
BALICK & BALICK LLC
711 N KING ST
WILMINGTON, DE 19801

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BALICK

Is the claim subject to offset?
☑ No
☐ Yes

$2,921.48

**3.23**

**Nonpriority creditor's name and mailing address**
BAY ANESTHESIA ASSOCIATES
P.O. BOX 826515
PHILADELPHIA, PA 19182-6515

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BAYANESTHE

Is the claim subject to offset?
☑ No
☐ Yes

$7,122.86

**3.24**

**Nonpriority creditor's name and mailing address**
BAYHEALTH EMERGENCY PHYSICIAN
P.O. BOX 829862
PHILADELPHIA, PA 19182-9862

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BAYEMERG

Is the claim subject to offset?
☑ No
☐ Yes

$3,127.42

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

Amount of claim

**3.25** **Nonpriority creditor's name and mailing address**
BAYHEALTH MEDICAL CENTER
640 S STATE ST
DOVER, DE 19901

As of the petition filing date, the claim is:    $2,243,455.50
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BAYHEALTH

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.26** **Nonpriority creditor's name and mailing address**
BAYHEALTH MEDICAL GROUP
P.O. BOX 822639
PHILADELPHIA, PA 19182-2639

As of the petition filing date, the claim is:    $67,697.25
[ ] Contingent
[ ] Unliquidated
[X] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BAYHEALMED

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.27** **Nonpriority creditor's name and mailing address**
BAYSHORE FORD
P.O. BOX 627
NEW CASTLE, DE 19720

As of the petition filing date, the claim is:    $355,522.35
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BAYFO

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.28** **Nonpriority creditor's name and mailing address**
BAYSHORE RECORDS MANAGEMENT
901 DAWSON DR
NEWARK, DE 19713

As of the petition filing date, the claim is:    $4,277.41
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BAYREC

Is the claim subject to offset?
[✓] No
[ ] Yes

---

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.29**  **Nonpriority creditor's name and mailing address**
BBEE, LLC
1685 SOUTHSTATE ST
DOVER, DE 19901

**As of the petition filing date, the claim is:**    $36,904.20
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BBEE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30**  **Nonpriority creditor's name and mailing address**
BEEBE MEDICAL CENTER
424 SAVANNAH RD
LEWES, DE 19958-1462

**As of the petition filing date, the claim is:**    $58,332.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BEEBEM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31**  **Nonpriority creditor's name and mailing address**
BEEBE MEDICAL GROUP
P.O. BOX 12283
BELFAST, ME 04915-4013

**As of the petition filing date, the claim is:**    $70,035.34
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BEEBE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.32**  **Nonpriority creditor's name and mailing address**
BENJAMIN FRANKLIN PLUMBING
410 MECO DR, STE B
WILMINGTON, DE 19804

**As of the petition filing date, the claim is:**    $39.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BENFRAPLU

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.33**
**Nonpriority creditor's name and mailing address**
BERKSHIRE HATHAWAY HOMESTATE C
P.O. BOX 911617
DENVER, CO 80291-1617

As of the petition filing date, the claim is:                    $14,193.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BERKSHIRE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.34**
**Nonpriority creditor's name and mailing address**
BIO-ONE
58 SNYDER AVE, STE 37118
PHILADELPHIA, PA 19148

As of the petition filing date, the claim is:                    $1,957.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BIO-ONE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.35**
**Nonpriority creditor's name and mailing address**
BLUE HEN DISPOSE-ALL,INC
34026 ANNAS WAY, STE 3
MILLSBORO, DE 19966

As of the petition filing date, the claim is:                    $261.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BLUEHENDIS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.36**
**Nonpriority creditor's name and mailing address**
BLUE HEN MECHANICAL, INC
P.O. BOX 630
MIDDLETOWN, DE 19709

As of the petition filing date, the claim is:                    $3,602.60
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BLUEMECH

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

| | | Amount of claim |
|---|---|---|

**3.37**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $294.00 |
|---|---|---|

BLUE HEN NAAMANS RD
800 NAAMANS RD
WILMINGTON, DE 19810

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BLUE CAR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.38**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,950.00 |
|---|---|---|

BOB CAT SEPTIC SERVICES LLC
P.O. BOX 57
KELTON, PA 19346

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BOBCAT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.39**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $75.06 |
|---|---|---|

BRANDYWINE UROLOGY CONSULTANTS
2000 FOULK RD, STE F
WILMINGTON, DE 19810-3642

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BRANDURO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|

BRIAN M BEY
C/O JAMES T VAUGHN CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

<div align="right">

**Amount of claim**

</div>

---

**3.41** | **Nonpriority creditor's name and mailing address**
BUCHANAN INGERSOLL & ROONEY
409 N 2ND ST, STE 500
HARRISBURG, PA 17101-1357

**As of the petition filing date, the claim is:**    $35,213.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BIR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address**
BURKE DERMATOLOGY, PA
774 CHRISTIANA RD, STE 107
NEWARK, DE 19713

**As of the petition filing date, the claim is:**    $269.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BURKEDERM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address**
BUTLER HUMAN SERVICES FURNITUR
P.O. BOX 230
ARCHBOLD, OH 43502

**As of the petition filing date, the claim is:**    $22,233.25
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BUTLERFUR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address**
BUTLER LANDSCAPING
431 FIELDBROOK DR
MAGNOLIA, DE 19962

**As of the petition filing date, the claim is:**    $1,145.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BUTLAN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.45**

**Nonpriority creditor's name and mailing address**
BWS REALTY GROUP
P.O. BOX 138
TOWNSEND, DE 19734

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
BWSREALTY

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$50.00

---

**3.46**

**Nonpriority creditor's name and mailing address**
C&S COMPUTER CONSULTING INC
406 SUBURBAN DR
NEWARK, DE 19711

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
C&SCO

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,295.10

---

**3.47**

**Nonpriority creditor's name and mailing address**
CALVERT COMFORT HEATING & COOL
410 MECO DR
WILMINGTON, DE 19804

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CALVERT

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,300.00

---

**3.48**

**Nonpriority creditor's name and mailing address**
CAMDEN -WYOING SEWER & WATER A
P.O. BOX 405
CAMDEN, DE 19934

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CAMDEN

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,520.42

---

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

<div align="right">Amount of claim</div>

**3.49**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $20,593.83 |
|---|---|---|

CANON FINANCIAL SERVICES, INC
P.O. BOX 4004
CAROL STREAM, IL 60197-4004

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CANFIN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.50**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $344.96 |
|---|---|---|

CAPE ENT
18947 JOHN J WILLIAMS HWY
REHOBETH BEACH, DE 19971

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CAPENT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.51**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,384.91 |
|---|---|---|

CARDMEMBER SERVICES
P.O. BOX 790408
ST. LOUIS, MO 63179-0408

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CMBS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.52**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN |
|---|---|---|

CAROLINE GRANT
C/O GARY S NITSCHE
305 N UNION ST, 2ND FL
WILMINGTON, DE 19805

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.53** | **Nonpriority creditor's name and mailing address**
CARROLL PROPERTIES,LLC
C/O EMORY HILL REAL ESTATE SERVICES, INC
10 CORPORATE CIR, STE 100
NEW CASTLE, DE 19720

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$258,776.24

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CARROLLPRO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**
CASON-BUSH
C/O RONALD G POLIQUIN
155 S BRADFORD ST, STE 203
DOVER, DE 19904

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**UNKNOWN**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**
CATHOLIC CHARITIES INC
THRIFT CENTER
WILMINGTON, DE 19802

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$543.00

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CATCHA-RR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**
CCHS CARDIAC SERVICES
P.O. BOX 30170
WILMINGTON, DE 19805-7170

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$1,957.21

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CCHSCARDIA

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.57** | **Nonpriority creditor's name and mailing address**
CCHS CHIEF SURG SERVICES
P.O. BOX 30170
WILMINGTON, DE 19805-7170

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CCHSCHIEF

**Is the claim subject to offset?**
☑ No
☐ Yes

$51.35

**3.58** | **Nonpriority creditor's name and mailing address**
CCHS GASTROENTEROLOGY
P.O. BOX 30170
WILMINGTON, DE 19805

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CCHSGASTRO

**Is the claim subject to offset?**
☑ No
☐ Yes

$389.19

**3.59** | **Nonpriority creditor's name and mailing address**
CCHS HOSPITALISTS
P.O. BOX 30170
WILMINGTON, DE 19805

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CCHSHOSP

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,683.02

**3.60** | **Nonpriority creditor's name and mailing address**
CCHS IMAGING
P.O. BOX 30170
WILMINGTON, DE 19805

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CCHSIMAG

**Is the claim subject to offset?**
☑ No
☐ Yes

$126.78

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.61**

**Nonpriority creditor's name and mailing address**
CCHS INTERVENTIONAL RAD
P.O. BOX 30170
WILMINGTON, DE 19805

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$25.85

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CCHSINTRAD

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.62**

**Nonpriority creditor's name and mailing address**
CCHS NEUROLOGY SPECIALIST
P.O. BOX 30170
WILMINGTON, DE 19805

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$369.03

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CCHSNEURO

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.63**

**Nonpriority creditor's name and mailing address**
CCHS OB GYN
P.O. BOX 30170
WILMINGTON, DE 19805-7170

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$709.42

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CCHSOBGYN

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.64**

**Nonpriority creditor's name and mailing address**
CCHS ONCOLOGY
P.O. BOX 30170
WILMINGTON, DE 19805

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$220.74

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CCHSONCO

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.65**

**Nonpriority creditor's name and mailing address**
CCHS PULMONARY ASSOCIATES
P.O. BOX 30170
WILMINGTON, DE 19805-7170

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CCHSPULMO

**As of the petition filing date, the claim is:**    $75.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.66**

**Nonpriority creditor's name and mailing address**
CCHS SURGERY
P.O. BOX 30170
WILMINGTON, DE 19805

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CCHSSURGERY

**As of the petition filing date, the claim is:**    $73.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.67**

**Nonpriority creditor's name and mailing address**
CCHS VASCULAR SURGERY
P.O. BOX 30170
WILMINGTON, DE 19805

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CCHSVASCUL

**As of the petition filing date, the claim is:**    $1,102.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.68**

**Nonpriority creditor's name and mailing address**
CENTER FOR ADVANCED SURGICAL A
2710 CENTERVILLE RD, STE 100
WILMINGTON, DE 19808-1652

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CENTERFORA

**As of the petition filing date, the claim is:**    $1,760.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Connections Community Support Programs, Inc.**   Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.69** **Nonpriority creditor's name and mailing address**
CENTRAL MANAGEMENT SERVICES LL
P.O. BOX 737
LAKEWOOD, NJ 08701

As of the petition filing date, the claim is:   $1,150.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CENMAN

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.70** **Nonpriority creditor's name and mailing address**
CENTURION OF FLORIDA, LLC
7700 FORSYTH BLVD, 6TH FL
CLAYTON, MO 63105

As of the petition filing date, the claim is:   $27,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CENTURFLA

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.71** **Nonpriority creditor's name and mailing address**
CHARDONNAY DIALYSIS, INC
807 W FAIRCHILD
DANVILLE, IL 61832

As of the petition filing date, the claim is:   $28,440.00
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CHARDONNAY

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.72** **Nonpriority creditor's name and mailing address**
CHARLENE GREEN
C/O STEPHEN A HAMPTON
6 N BRADFORD ST
DOVER, DE 19904

As of the petition filing date, the claim is:   UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
| --- | --- | --- |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

---

**3.73**

**Nonpriority creditor's name and mailing address**

CHARLES WANG MD PA
1700 WAWASET ST
WILMINGTON, DE 19806-2142

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WANGCH

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,585.69

---

**3.74**

**Nonpriority creditor's name and mailing address**

CHAUNCEY W PINKSTON, JR V CONNECTIONS ET AL

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.75**

**Nonpriority creditor's name and mailing address**

CHESAPEAKE UTILITIES
P.O. BOX 826531
PHILADELPHIA, PA 19182-6531

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CHESCLIENT

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$152.05

---

**3.76**

**Nonpriority creditor's name and mailing address**

CHIMES METRO, INC
4815 SETON DR
BALTIMORE, MD 21215

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CHIMES

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$798.00

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

**3.77** | **Nonpriority creditor's name and mailing address**
CHRISTIANA CARE HEALTH SERVICE
200 HYGEIA DR
NEWARK, DE 19713

**As of the petition filing date, the claim is:**          $1,990,314.87
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CHRISCARE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address**
CHRISTIANA CARE ORAL MAXILLOFA
501 W 14TH ST
WILMINGTON, DE 19801-1013

**As of the petition filing date, the claim is:**          $619.24
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CCOMF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address**
CHRISTIANA PSYCHIATRIC SERVICE
4745 OGLETOWN STANTON RD
NEWARK, DE 19713

**As of the petition filing date, the claim is:**          $10,400.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CHPSYCHIA

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address**
CHRISTIANA SPINE CENTER PA
4745 OGLETOWN STANTON RD, STE 3302
NEWARK, DE 197132094

**As of the petition filing date, the claim is:**          $148.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CHRISSPINE

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.81**

**Nonpriority creditor's name and mailing address**
CHRISTOPHER WEST
C/O STEPHEN A HAMPTON
6 N BRADFORD ST
DOVER, DE 19904

**As of the petition filing date, the claim is:**          **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.82**

**Nonpriority creditor's name and mailing address**
CITY OF DOVER
P.O. BOX 475
DOVER, DE 19903

**As of the petition filing date, the claim is:**          **$360.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CITDOVE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.83**

**Nonpriority creditor's name and mailing address**
CITY OF HARRINGTON
106 DORMAN ST
HARRINGTON, DE 19952

**As of the petition filing date, the claim is:**          **$5,033.86**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CITYHARR

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.84**

**Nonpriority creditor's name and mailing address**
CITY OF MILFORD
P.O. BOX 159
MILFORD, DE 19963

**As of the petition filing date, the claim is:**          **$2,043.54**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CITMILFORD

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.85** **Nonpriority creditor's name and mailing address**
CITY OF WILMINGTON
DEPARTMENT OF FINANCE
WILMINGTON, DE 19886-5577

**As of the petition filing date, the claim is:**    $109.73
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CITWIL

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.86** **Nonpriority creditor's name and mailing address**
CITY OF WILMINGTON
P.O. BOX 15377
WILMINGTON, DE 19850-5377

**As of the petition filing date, the claim is:**    $110.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CITYWIL

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.87** **Nonpriority creditor's name and mailing address**
CITY OF WILMINGTON-FINANCE
DEPARTMENT OF FINANCE
WILMINGTON, DE 19886-5577

**As of the petition filing date, the claim is:**    $139.61
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CITOFW

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.88** **Nonpriority creditor's name and mailing address**
CITY OF WILMINGTON-REVENUE
ATTN: DIVISION OF REVENUE
WILMINGTON, DE 19886-5526

**As of the petition filing date, the claim is:**    $13,424.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CITWI

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.89**

**Nonpriority creditor's name and mailing address**
CITY WIDE HOUSING LLC
P.O. BOX 3158
NEWPORT, DE 19804

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CITWID

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,950.00

---

**3.90**

**Nonpriority creditor's name and mailing address**
CITY WIDE HOUSING LLC
P.O. BOX 3158
NEWPORT, DE 19804

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CITWID

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,950.00

---

**3.91**

**Nonpriority creditor's name and mailing address**
CLASSIC PROPERTY MANAGEMENT
P.O. BOX 928
MIDDLETOWN, DE 19709

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CLASSPROP

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,821.15

---

**3.92**

**Nonpriority creditor's name and mailing address**
CLEAN DELAWARE, LLC
P.O. BOX 123
MILTON, DE 19968

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CLEAN

**Is the claim subject to offset?**
☑ No
☐ Yes

$489.00

---

Debtor Name  **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.93** **Nonpriority creditor's name and mailing address**
CMI ELECTRIC, INC
83A ALBE DR
NEWARK, DE 19702

**As of the petition filing date, the claim is:**    $633.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CMI

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**
CNMRI,PA
1074 S STATE ST
DOVER, DE 19901-6925

**As of the petition filing date, the claim is:**    $1,169.32
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CNMRI

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.95** **Nonpriority creditor's name and mailing address**
COLOGUARD
27277 NETWORK PL
CHICAGO, IL 60673-1272

**As of the petition filing date, the claim is:**    $13,579.39
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
COLOG

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.96** **Nonpriority creditor's name and mailing address**
COLONIAL PARKING INC
715 ORANGE ST
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**    $4,840.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
COLPAR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.97**

**Nonpriority creditor's name and mailing address**
COMMERCIAL CLEANING SERVICES
P.O. BOX 362
CLAYMONT, DE 19703

As of the petition filing date, the claim is:                $13,711.99
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
COMMCL

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.98**

**Nonpriority creditor's name and mailing address**
COMMUNITY ECONSULT NETWORK
635 MAIN ST
MIDDLETOWN, CT 06457

As of the petition filing date, the claim is:                $3,340.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CECN

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.99**

**Nonpriority creditor's name and mailing address**
COMMUNITY LEGAL AID SOCIETY, I
100 W 10TH ST, STE 801
WILMINGTON, DE 19801

As of the petition filing date, the claim is:                $21,349.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CLAS

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.100**

**Nonpriority creditor's name and mailing address**
CONNECTIONS CSP-CLIENT ACCT

As of the petition filing date, the claim is:                $2,056.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CONNCL

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.101** Nonpriority creditor's name and mailing address      $968.00
CONNECTIONS TRUST

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CONNECTION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102** Nonpriority creditor's name and mailing address      $487.00
CORPORATION SERVICE COMPANY
P.O. BOX 13397
PHILADELPHIA, PA 19101-3397

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CSC

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.103** Nonpriority creditor's name and mailing address      $22,944.00
CROZER TAYLOR SPRINGFIELD
ONE MEDICAL CENTER BLVD
UPLAND, PA 19013

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CROTAY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.104** Nonpriority creditor's name and mailing address      UNKNOWN
DANIEL M WOODS
C/O JAMES T VAUGHN CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

As of the petition filing date, the claim is:
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.105** | **Nonpriority creditor's name and mailing address**
DE DIVISION OF CHILD SUPPORT ENFORCEMENT
WILMINGTON, DE 19850

**As of the petition filing date, the claim is:**                                          $623.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DIVICH

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address**
DE LAGE LANDEN FINANCIAL SERV
PHILADELPHIA, PA 19101-1601

**As of the petition filing date, the claim is:**                                          $15,110.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELAG

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address**
DE MEDICAL CARE ASSOCIATES
550 STANTON CHRISTIANA RD
NEWARK, DE 19713

**As of the petition filing date, the claim is:**                                          $109.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DEMEDICAL

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.108** | **Nonpriority creditor's name and mailing address**
DEBORAH USHERY
298 S PROGRESS AVE
HARRISBURG, PA 17109

**As of the petition filing date, the claim is:**                                          $150.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
USHDEB

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.109**

**Nonpriority creditor's name and mailing address**
DEL LAWN LLC
207 JACKSON BLVD
WILMINGTON, DE 19803

**As of the petition filing date, the claim is:**    $65,044.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GILEN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**
DEL-MAR APPLIANCE
230 S GOVERNORS AVE
DOVER, DE 19904

**As of the petition filing date, the claim is:**    $250.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DEL-MAR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.111**

**Nonpriority creditor's name and mailing address**
DELAWARE ANES ASSOCIATES PA
P.O. BOX 512496
PHILADELPHIA, PA 19175-2496

**As of the petition filing date, the claim is:**    $1,217.82
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELANES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.112**

**Nonpriority creditor's name and mailing address**
DELAWARE CARDIOVASCULAR ASSOCI
1403 FOULK RD, STE 101A
WILMINGTON, DE 19803

**As of the petition filing date, the claim is:**    $176.31
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELCARDIO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

---

**3.113** **Nonpriority creditor's name and mailing address**
DELAWARE COASTAL ANESTHESIA
P.O. BOX 298
MAGNOLIA, DE 19962

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DECOASTANE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,026.86

---

**3.114** **Nonpriority creditor's name and mailing address**
DELAWARE COUNTY LINEN
P.O. BOX 1364
LINWOOD, PA 19061

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELCLINEN

**Is the claim subject to offset?**
☑ No
☐ Yes

$46,134.29

---

**3.115** **Nonpriority creditor's name and mailing address**
DELAWARE CTR FOR MATERNAL & FE
ONE CENTURIAN DR, STE 312
NEWARK, DE 19713-2127

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DCMFM

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,549.02

---

**3.116** **Nonpriority creditor's name and mailing address**
DELAWARE ELEVATOR SERVICE, INC
2210 ALLEN DR
SALISBURY, MD 21801

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELELEVATE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,836.00

---

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.117** | **Nonpriority creditor's name and mailing address**
DELAWARE EYE CARE CENTER, PA
833 S GOVERNORS AVE
DOVER, DE 19904

**As of the petition filing date, the claim is:**                          $15,980.68
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELEYECARE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address**
DELAWARE OPEN MRI RADIOLOGY AS
P.O. BOX 827275
PHILADELPHIA, PA 19182-7275

**As of the petition filing date, the claim is:**                          $74.03
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELOPENMRI

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address**
DELAWARE PAIN & SPINE CENTER,I
UDAY UTHAMAN, MD
WILMINGTON, DE 19808-5536

**As of the petition filing date, the claim is:**                          $359.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELSPINE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.120** | **Nonpriority creditor's name and mailing address**
DELAWARE PODIATRIC MEDICINE,PA
22 OLD RUDNICK LN
DOVER, DE 19901

**As of the petition filing date, the claim is:**                          $321.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELPODIA

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.121** Nonpriority creditor's name and mailing address
DELAWARE PROPERTY MANAGEMENT
1101 MILLSTONE DR
NEWARK, DE 19711

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DPM

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,259.34

**3.122** Nonpriority creditor's name and mailing address
DELAWARE STATE POLICE
ATTN DEPT OF PUBLIC SAFETY
DOVER, DE 19903

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DSP

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$325.00

**3.123** Nonpriority creditor's name and mailing address
DELAWARE SURGERY CENTER
200 BANNING ST, STE 110
DOVER, DE 19904-3486

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELSURGERY

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,076.38

**3.124** Nonpriority creditor's name and mailing address
DELAWARE SURGICAL GROUP
1941 LIMESTONE RD, STE 213
WILMINGTON, DE 19808-5434

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELSURGIC

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$191.49

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.125** Nonpriority creditor's name and mailing address
DELAWARE VALLEY RETIREMENT, IN
21 CHESTER PIKE
RIDLEY PARK, PA 19078

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$4,406.25

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DEVALR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.126** Nonpriority creditor's name and mailing address
DELMAR TERMITE & PEST CONTROL
1116 S RODNEY ST
WILMINGTON, DE 19805

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$15,925.14

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELMAR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.127** Nonpriority creditor's name and mailing address
DELMARVA APPLIED NEURO SOLUTIO
811 BRANDYWINE BLVD
WILMINGTON, DE 19809

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$17,200.00

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELAPPLIED

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.128** Nonpriority creditor's name and mailing address
DELMARVA LINEN SERVICE
309 TRUITT ST
SALISBURY, MD 21801

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$5,569.80

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELMARLIN

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
| --- | --- |

**Amount of claim**

**3.129**  **Nonpriority creditor's name and mailing address**
DELMARVA POWER
P.O. BOX 13609
PHILADELPHIA, PA 19101

**As of the petition filing date, the claim is:**    $2,769.79
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELMARVAPO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130**  **Nonpriority creditor's name and mailing address**
DELMARVA POWER
P.O. BOX 13609
PHILADELPHIA, PA 19101

**As of the petition filing date, the claim is:**    $10,105.15
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELPOW

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131**  **Nonpriority creditor's name and mailing address**
DELMARVA RADIOLOGY PA
918 EASTERN SHORE DR
SALISBURY, MD 21804-6410

**As of the petition filing date, the claim is:**    $52.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELRAD

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132**  **Nonpriority creditor's name and mailing address**
DELTA ETA CORP
1101 MILLSTONE DR
NEWARK, DE 19711

**As of the petition filing date, the claim is:**    $10,600.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DELTAETA

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.133**   **Nonpriority creditor's name and mailing address**
DENNIS DAISEY
C/O MICHAEL F MCGROERTY, PA
110 N PINE ST
SEAFORD, DE 19973

UNKNOWN

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.134**   **Nonpriority creditor's name and mailing address**
DEVIN L COLEMAN
1301 E 12TH ST
P.O. BOX 9561
WILMINGTON, DE 19809

UNKNOWN

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.135**   **Nonpriority creditor's name and mailing address**
DOCTOR'S PATHOLOGY SERVICES, PA
1253 COLLEGE PARK DR
DOVER, DE 19904

$56,915.56

**As of the petition filing date, the claim is:**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number**
DOCTORPATH

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.136**   **Nonpriority creditor's name and mailing address**
DONALD DUROSS
C/O RONALD GEORGE POLIQUIN
1475 SOUTH GOVERNORS AVE
DOVER, DE 19904

UNKNOWN

**As of the petition filing date, the claim is:**
[X] Contingent
[X] Unliquidated
[x] Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
LITIGATION

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.137** **Nonpriority creditor's name and mailing address**
DORSEY S PARKER
239 GRINDING WHEEL DR
DOVER, DE 19904

**As of the petition filing date, the claim is:**    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.138** **Nonpriority creditor's name and mailing address**
DOVER PULMONARY, PA
530 S STATE ST, STE 107-A
DOVER, DE 19901

**As of the petition filing date, the claim is:**    **$40.39**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DOVERPULMO

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.139** **Nonpriority creditor's name and mailing address**
DREW WARD
25051 WARD FASRM LN
MILLSBORO, DE 19966

**As of the petition filing date, the claim is:**    **$1,200.00**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DREW WARD

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.140** **Nonpriority creditor's name and mailing address**
DRUMMOND PLAZA ASSOCIATES
C/O FIN & CONSULTING SVCS INC
WILMINGTON, DE 19804

**As of the petition filing date, the claim is:**    **$168,688.72**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DRUPLA

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.141**

**Nonpriority creditor's name and mailing address**
DWIGHT L SHIVERS JR
C/O JAMES T VAUGHN CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.142**

**Nonpriority creditor's name and mailing address**
DYNAMIC MOBILE IMAGING
1100 WELBORNE RD
HENRICO, VA 23229

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DYNAMIC

**As of the petition filing date, the claim is:**                $41,587.50
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.143**

**Nonpriority creditor's name and mailing address**
ED HENRY'S AUTO BODY
2300 W 4TH ST
WILMINGTON, DE 19805

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EDHENRY

**As of the petition filing date, the claim is:**                $10,768.18
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.144**

**Nonpriority creditor's name and mailing address**
ELMS MAINTENANCE ASSOCIATION
2202 LONDON WAY
NEWARK, DE 19713

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ELMSMAINT

**As of the petition filing date, the claim is:**                $4,925.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
[✓] No
[ ] Yes

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.145** | Nonpriority creditor's name and mailing address
EMERALD BUSINESS SUPPLY
4807 ASHBURNER ST
PHILADELPHIA, PA 19136-2901

**As of the petition filing date, the claim is:** $7,694.21
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EMERALD

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address
EMERGENCY PHYSICIAN ASSOCIATES
P.O. BOX 636364
CINCINNATI, OH 45263-6364

**As of the petition filing date, the claim is:** $18,893.94
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EMERPHY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address
EMERGENCY REPONSE PROTOCOL, LLC
101 W AYRE ST
WILMINGTON, DE 19804

**As of the petition filing date, the claim is:** $399.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EMERGREPON

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address
ENDOCRINOLOGY CONSULTANT PA
111 WOLF CREEK BLVD, STE 3
DOVER, DE 19901-4969

**As of the petition filing date, the claim is:** $189.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ENDOCRIN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

---

**3.149**

**Nonpriority creditor's name and mailing address**
ERANGA CARDIOLOGY, PA
200 BANNING ST, STE 310
DOVER, DE 19904-3488

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ERANGA

**Is the claim subject to offset?**
☑ No
☐ Yes

$74.39

---

**3.150**

**Nonpriority creditor's name and mailing address**
ERIC M KRISE ELECTRICAL CONT
80 BOARD ST
ELMER, NJ 08318

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KRISEELE

**Is the claim subject to offset?**
☑ No
☐ Yes

$360.06

---

**3.151**

**Nonpriority creditor's name and mailing address**
EXCEL BUSINESS
201 RUTHAR DR
NEWARK, DE 19711

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EXCEL

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,132.98

---

**3.152**

**Nonpriority creditor's name and mailing address**
EYE PHYSICIANS AND SURGEONS
1207 NORTHSCOTT ST
WILMINGTON, DE 19806

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EYEPHYSCIA

**Is the claim subject to offset?**
☑ No
☐ Yes

$17,390.80

---

Debtor Name    **Connections Community Support Programs, Inc.**

Case number (if known): **21-10723**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.153** **Nonpriority creditor's name and mailing address**
FANTA SCHWARZ
514 W HUMMOCK LN
NEWARK, DE 19702

**As of the petition filing date, the claim is:**      $67.76
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SCHFAN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154** **Nonpriority creditor's name and mailing address**
FIDELITY INVESTMENT CO
REMITTANCE PROCESSING RMS, 4TH FL
NEW YORK, NY 10281-1003

**As of the petition filing date, the claim is:**      $112.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FIDIN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155** **Nonpriority creditor's name and mailing address**
FIRST STATE COMMUNITY LOAN FND
100 W 10TH ST
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**      $1,612.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FIRSTST

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156** **Nonpriority creditor's name and mailing address**
FIRST STATE EMPLOYMENT SERVICE
P.O. BOX 26327
WILMINGTON, DE 19899

**As of the petition filing date, the claim is:**      $3,200.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FSES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.157** | **Nonpriority creditor's name and mailing address**
FIRST STATE ORTHOPAEDICS, PA
4745 OGLETOWN STANTON RD
NEWARK, DE 19713-1338

**As of the petition filing date, the claim is:**                    $16,773.40
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FIRSTORTHO

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.158** | **Nonpriority creditor's name and mailing address**
FIRST STATE SURGERY CENTER LLC
1000 TWIN C LANE, STE 310
NEWARK, DE 19713

**As of the petition filing date, the claim is:**                    $115,366.18
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FIRSTSURGE

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.159** | **Nonpriority creditor's name and mailing address**
FOOD BANK OF DELAWARE
222 LAKE DR
NEWARK, DE 19702

**As of the petition filing date, the claim is:**                    $735.81
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FOODBA

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**3.160** | **Nonpriority creditor's name and mailing address**
FOOD EQUIPMENT SERVICE
3316A OLD CAPITAL TRAIL
WILMINGTON, DE 19808

**As of the petition filing date, the claim is:**                    $4,557.30
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FS FOODEQ

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Debtor Name   **Connections Community Support Programs, Inc.**   Case number (if known): **21-10723**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.161**

**Nonpriority creditor's name and mailing address**
FREDERICK W SMITH, JR
1301 E 12TH ST
P.O. BOX 9561
WILMINGTON, DE 19809

**As of the petition filing date, the claim is:**   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.162**

**Nonpriority creditor's name and mailing address**
GABRIEL HUFFORD
1704 GREEN LN
WILMINGTON, DE 19810

**As of the petition filing date, the claim is:**   $200.00
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HUFGA

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.163**

**Nonpriority creditor's name and mailing address**
GALLAGHER BASSETT SERVICES INC
2850 GOLF RD
ROLLING MEADOWS, IL 60008

**As of the petition filing date, the claim is:**   $533,403.30
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WESTERN

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.164**

**Nonpriority creditor's name and mailing address**
GARDEN STATE DUST CONTROL INC
7007 ROUTE 38
PENNSAUKEN, NJ 08109

**As of the petition filing date, the claim is:**   $835.20
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GARST

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.165**

**Nonpriority creditor's name and mailing address**
GENOA HEALTHCARE
P.O. BOX 77030
MINNEAPOLIS, MN 55480-0773

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GENOA

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,191.42

**3.166**

**Nonpriority creditor's name and mailing address**
GEORGE B SHAW
SUSSEX CORRECTIONAL INSTITUTION SCI, MERIT BLDG
P.O. BOX 500
GEORGETOWN, DE 19947

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

**3.167**

**Nonpriority creditor's name and mailing address**
GI CONSULTANTS DOVER
810 NEW BURTON RD, STE 1
DOVER, DE 19904

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GICONSUL

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,498.35

**3.168**

**Nonpriority creditor's name and mailing address**
GI CONSULTANTS, LLC
810 NEW BURTON RD
DOVER, DE 19904

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GOCONSULT

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$267.46

Debtor Name   **Connections Community Support Programs, Inc.**   Case number (if known): **21-10723**

**Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.169** | **Nonpriority creditor's name and mailing address**
GLASS DOCTOR OF DELAWARE
13 KING CT, STE 1
NEW CASTLE, DE 19720

**As of the petition filing date, the claim is:**   $586.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
GLASSDOC

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.170** | **Nonpriority creditor's name and mailing address**
GORDON FOOD SERVICE INC
P.O. BOX 88029
CHICAGO, IL 60680-1029

**As of the petition filing date, the claim is:**   $59,367.54
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FS GORDON

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.171** | **Nonpriority creditor's name and mailing address**
GREGG E WILSON & MICHELLE A
9 ST ANDREWS CIRC
CRESTED BUTTE, CO 81224

**As of the petition filing date, the claim is:**   $1,569.57
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WILSGREG

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.172** | **Nonpriority creditor's name and mailing address**
H & R HEATING AND A/C, INC
7 KING CRT
NEW CASTLE, DE 19720

**As of the petition filing date, the claim is:**   $165.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
H&RHEATING

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

<div align="right">

**Amount of claim**
</div>

**3.173**   **Nonpriority creditor's name and mailing address**
HALPERN MEDICAL SERVICES, LLC
200 BANNING ST, STE 130
DOVER, DE 19904

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$8,866.24

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HALPERN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174**   **Nonpriority creditor's name and mailing address**
HARBOUR TEXTILE RENTAL SERVICE
17 HARBOR VIEW DR
NEW CASTLE, DE 19720-2179

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$10,155.31

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HARBTEXT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.175**   **Nonpriority creditor's name and mailing address**
HARTMAN V CONNECTIONS ET AL

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**UNKNOWN**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.176**   **Nonpriority creditor's name and mailing address**
HEM ONC DCLP
4701 OGLETOWN STANTON RD
NEWARK, DE 19713-2072

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$109.71

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HEMONC

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.177**

**Nonpriority creditor's name and mailing address**
HENRY SCHEIN
135 DURYEA RD
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HENRYSCHE

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,238.55

**3.178**

**Nonpriority creditor's name and mailing address**
HERITAGE BUSINESS SYSTEMS
P.O. BOX 41602
PHILADELPHIA, PA 19101-1602

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HBS2

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,278.97

**3.179**

**Nonpriority creditor's name and mailing address**
HERITAGE BUSINESS SYSTEMS, INC
P.O. BOX 684
PENNSAUKEN, NJ 08110

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HBS

**Is the claim subject to offset?**
☑ No
☐ Yes

$15,250.73

**3.180**

**Nonpriority creditor's name and mailing address**
HERMIONE KELLY IVY WINTER
SUSSEX CORRECTIONAL INSTITUTION SCI, MERIT BLDG
P.O. BOX 500
GEORGETOWN, DE 19947

**As of the petition filing date, the claim is:**
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.181** **Nonpriority creditor's name and mailing address**
HETRICK-DRAKE ASSOCIATES, INC
2018 DUNCAN RD
WILMINGTON, DE 19808

As of the petition filing date, the claim is:    $285.95
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HETRICK-DR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.182** **Nonpriority creditor's name and mailing address**
HOFFMAN'S EXTERMINATING CO IN
532 BRIDGETON PIKE
MANTUA, NJ 08051

As of the petition filing date, the claim is:    $1,025.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HOFFMAN

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.183** **Nonpriority creditor's name and mailing address**
HOME DEPOT
P.O. BOX 78047
PHEONIX, AZ 85062

As of the petition filing date, the claim is:    $631.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HOMEDE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.184** **Nonpriority creditor's name and mailing address**
HOOPES FIRE PREVENTION, INC
124 SANDY DR
NEWARK, DE 19713

As of the petition filing date, the claim is:    $721.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
HOOPES

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.185**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $204.50
HOSPITALIST MEDICINE
P.O. BOX 740590    ☐ Contingent
LOS ANGELES, CA 90074-0590    ☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    Is the claim subject to offset?
HOSPITALIS    ☑ No
☐ Yes

**3.186**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    **UNKNOWN**
HUTCHISON
C/O STEPHEN A HAMPTON    ☒ Contingent
6 N BRADFORD ST    ☒ Unliquidated
DOVER, DE 19904    ☒ Disputed

**Basis for the claim:**
LITIGATION
**Date or dates debt was incurred**

**Last 4 digits of account number**    Is the claim subject to offset?
☑ No
☐ Yes

**3.187**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $9,035.90
HY POINT FARMS INC
425 BEAVER VALLEY RD    ☐ Contingent
WILMINGTON, DE 19803    ☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    Is the claim subject to offset?
FS HYPO    ☑ No
☐ Yes

**3.188**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $180.00
IGNITION INNOVATIONS
605 HILLSIDE AVE    ☐ Contingent
WILMINGTON, DE 19805    ☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE
**Date or dates debt was incurred**
Various

**Last 4 digits of account number**    Is the claim subject to offset?
IGNITIONIN    ☑ No
☐ Yes

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.189**

**Nonpriority creditor's name and mailing address**
INFINITY SEARCH GROUP
761 W SPROUL RD, STE 103
SPRINGFIELD, PA 19064

**As of the petition filing date, the claim is:**    $66,016.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
INFINITY

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.190**

**Nonpriority creditor's name and mailing address**
INPATIENT CONSULTANTS OF DELAW
P.O. BOX 844923
LOS ANGELES, CA 90084-4923

**As of the petition filing date, the claim is:**    $3,384.77
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
INPATIENT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.191**

**Nonpriority creditor's name and mailing address**
INTELLITEC SOLUTIONS
P.O. BOX 4080
WILMINGTON, DE 19807-0080

**As of the petition filing date, the claim is:**    $2,520.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
INTSO

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.192**

**Nonpriority creditor's name and mailing address**
INTERNAL REVENUE SERVICE ACS
P.O. BOX 57
BENSALEM, PA 19020-9980

**As of the petition filing date, the claim is:**    $20.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
IRS

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known) **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

---

**3.193**

**Nonpriority creditor's name and mailing address**
ITDATA INC
1628 JFK BLVD, STE 2110
PHILADELPHIA, PA 19103

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ITDATA

**Is the claim subject to offset?**
☑ No
☐ Yes

$60,600.00

---

**3.194**

**Nonpriority creditor's name and mailing address**
JACK LINGO, INC REALTOR
28442 DUPONT BLVD
MILLSBORO, DE 19966

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
JACKLINGO

**Is the claim subject to offset?**
☑ No
☐ Yes

$244.50

---

**3.195**

**Nonpriority creditor's name and mailing address**
JACQUES MOREAU
2100 LONDON WAY, STE 4
NEWARK , DE 19713

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.196**

**Nonpriority creditor's name and mailing address**
JAMES DOUGLAS THOMAS RIDER
SUSSEX CORRECTIONAL INSTITUTION SCI, MERIT BLDG
P.O. BOX 500
GEORGETOWN, DE 19947

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.197** | **Nonpriority creditor's name and mailing address**
JANINE GROSSNICKLE
C/O CHRISTOFER JOHNSON, ESQ
704 N KING ST, STE 600
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**                UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.198** | **Nonpriority creditor's name and mailing address**
JOHN KEVIN ZUTELL
1 1/2 PROSPERITY RD
NEW CASTLE, DE 19720

**As of the petition filing date, the claim is:**                UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.199** | **Nonpriority creditor's name and mailing address**
JOHNNY JANOSIK, INC
11151 TRUSSUM POND RD
LAUREL, DE 19956

**As of the petition filing date, the claim is:**                $3,088.86
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
JOHJAN

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.200** | **Nonpriority creditor's name and mailing address**
JONATHAN S JOHNSON
C/O JAMES T VAUGHN CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

**As of the petition filing date, the claim is:**                UNKNOWN
[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

Debtor Name   **Connections Community Support Programs, Inc.**   Case number (if known): **21-10723**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.201**   **Nonpriority creditor's name and mailing address**

JONATHAN SWIFT
C/O BARTHOLOMEW J DALTON
1106 W 10TH ST
WILMINGTON, DE 19806

**As of the petition filing date, the claim is:**   UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.202**   **Nonpriority creditor's name and mailing address**

JOSEPH JTHORNTON
774 CHRISTIANA RD, STE 101
NEWARK, DE 19713-4248

**As of the petition filing date, the claim is:**   $5,509.02

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
THORNTON

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.203**   **Nonpriority creditor's name and mailing address**

KAMILLA LONDON
C/O STEPHEN B BRAUERMAN
600 N KING ST, STE 400
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**   UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.204**   **Nonpriority creditor's name and mailing address**

KCI USA
P.O. BOX 301557
DALLAS, TX 75303-1557

**As of the petition filing date, the claim is:**   $7,199.92

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KCI

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.205**

**Nonpriority creditor's name and mailing address**
KEEN COMPRESSED GAS CO
P.O. BOX 15151
WILMINGTON, DE 19850-5151

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KEENGAS

**As of the petition filing date, the claim is:**                    $253.90
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206**

**Nonpriority creditor's name and mailing address**
KENDALL MAURICE SMITH, III
C/O JAMES T VAUGHN CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207**

**Nonpriority creditor's name and mailing address**
KENT DIAGNOSTIC RADIOLOGY
P.O. BOX 3798
PEORIA, IL 61612-3798

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KENTDI

**As of the petition filing date, the claim is:**                    $5,817.38
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208**

**Nonpriority creditor's name and mailing address**
KEVIN H BOONE
1301 E 12TH ST
P.O. BOX 9561
WILMINGTON, DE 19802

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.209** | **Nonpriority creditor's name and mailing address**
KPA SMYRNA
P.O. BOX 62830
BALTIMORE, MD 21264-2830

**As of the petition filing date, the claim is:**                    $466.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KPASMYRNA

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address**
KPA-DOVER
P.O. BOX 62830
BALTIMORE, MD 21264-2830

**As of the petition filing date, the claim is:**                    $3,227.67
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
KPADOVER

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address**
LAB CORP OF AMERICA HOLDINGS
P.O. BOX 12140
BURLINGTON, NC 27216-2140

**As of the petition filing date, the claim is:**                    $51,248.46
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LABCO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.212** | **Nonpriority creditor's name and mailing address**
LANGUAGE LIAISONS, LLC
322 VILLAGE RD
WILMINGTON, DE 19805

**As of the petition filing date, the claim is:**                    $4,290.55
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LANGLIASON

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.213**

**Nonpriority creditor's name and mailing address**
LAUREL FIRE DEPARTMENT
P.O. BOX 375
SMYRNA, DE 19977

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$707.80

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LAURELFIRE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.214**

**Nonpriority creditor's name and mailing address**
LEAF FINANCIAL CORPORATION
1551 N TUSTIN AVE
SANTA ANA, CA 92705-6854

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$1,201.97

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LEAF

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215**

**Nonpriority creditor's name and mailing address**
LEE TURNER
C/O JAMES T VAUGHN CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**UNKNOWN**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216**

**Nonpriority creditor's name and mailing address**
LEGACY FOODS
P.O. BOX 488
JOPPA, MD 21085

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

$10,845.45

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FS LEGACY

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

Amount of claim

**3.217**

**Nonpriority creditor's name and mailing address**
LEIPSIC FIRE COMPANY
ATTN: SHERRI
SMYRNA, DE 19977

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LEIPSICFIR

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,497.00

**3.218**

**Nonpriority creditor's name and mailing address**
LEWES SURGERY CENTER
17015 OLD ORCHARD RD
LEWES, DE 19958

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LEWESSURG

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,917.24

**3.219**

**Nonpriority creditor's name and mailing address**
LEXINGTON INSURANCE COMPANY
C/O LISA C MCLAUGHLIN
1200 N BROOM ST
WILMINGTON, DE 19806

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

**3.220**

**Nonpriority creditor's name and mailing address**
LIFE TREE PHARMACY
COLLEGEVILLE, PA 19426

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LIFETR

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$64,791.72

Debtor Name   **Connections Community Support Programs, Inc.**   Case number (if known): **21-10723**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

---

**3.221** **Nonpriority creditor's name and mailing address**
LINDA DOLAN
P.O. BOX 516
MILLSBORO, DE 19966

As of the petition filing date, the claim is:   $2,626.57
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DOLAN

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.222** **Nonpriority creditor's name and mailing address**
LINDA DOLAN
P.O. BOX 516
MILLSBORO, DE 19966

As of the petition filing date, the claim is:   $2,626.57
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
DOLAN

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.223** **Nonpriority creditor's name and mailing address**
LINGO CREEK APARTMENTS
32980 SHOPPES AT LONG NEC BLVD
MILLSBORO, DE 19966

As of the petition filing date, the claim is:   $35.00
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LINCREAPT

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.224** **Nonpriority creditor's name and mailing address**
LOCUMTENENS
P.O. BOX 405547
ATLANTA, GA 30384-5547

As of the petition filing date, the claim is:   $6,258.06
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
LOCUMTEN

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.225** Nonpriority creditor's name and mailing address
LUCIUS JONES
1 KELLEY DR
COAL TOWNSHIP, PA 17866

As of the petition filing date, the claim is:   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.226** Nonpriority creditor's name and mailing address
LYNELL B TUCKER
C/O JAMES T VAUGHN CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

As of the petition filing date, the claim is:   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.227** Nonpriority creditor's name and mailing address
MANDEL D WALKER
313 JEFFERSON ST
MIDDLETOWN, DE 19709

As of the petition filing date, the claim is:   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed

Basis for the claim:
LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.228** Nonpriority creditor's name and mailing address
MARCELLAS HOUSE, LP

As of the petition filing date, the claim is:   $39,245.20
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

Basis for the claim:
ACCOUNTS PAYABLE

Date or dates debt was incurred
Various

Last 4 digits of account number
MARCEL

Is the claim subject to offset?
[✓] No
[ ] Yes

Debtor Name     **Connections Community Support Programs, Inc.**          Case number (if known): **21-10723**

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

---

**3.229**

**Nonpriority creditor's name and mailing address**
MARCIA K LIS
901 MC CABE AVE
WILMINGTON, DE 19802

**As of the petition filing date, the claim is:**                            $9,010.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MARCIALIS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.230**

**Nonpriority creditor's name and mailing address**
MARCUS JOHNSON
C/O RONALD G POLIQUIN
155 S BRADFORD ST, STE 203
DOVER, DE 19904

**As of the petition filing date, the claim is:**                            UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.231**

**Nonpriority creditor's name and mailing address**
MARCUS JOHNSON 2
C/O RONALD G POLIQUIN
155 S BRADFORD ST, STE 203
DOVER, DE 19904

**As of the petition filing date, the claim is:**                            UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.232**

**Nonpriority creditor's name and mailing address**
MARCUS JOHNSON 3
C/O RONALD G POLIQUIN
155 S BRADFORD ST, STE 203
DOVER, DE 19904

**As of the petition filing date, the claim is:**                            UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.233** | **Nonpriority creditor's name and mailing address**
MATTHEW JONES
11366 SUSSEX HWY
GREENWOOD, DE 19950

**As of the petition filing date, the claim is:**                    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.234** | **Nonpriority creditor's name and mailing address**
MAYOR & COUNCIL OF MIDDLETOWN
216 N BROAD ST
MIDDLETOWN, DE 19709

**As of the petition filing date, the claim is:**                    **$739.95**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MAYCO

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.235** | **Nonpriority creditor's name and mailing address**
MCKESSON MEDICAL SURGICAL
P.O. BOX 933027
ATLANTA, GA 31193-3027

**As of the petition filing date, the claim is:**                    **$71,408.56**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MCKESSON

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.236** | **Nonpriority creditor's name and mailing address**
MEDICAL ONCOLOGY HEMATOLOGY AS
101 E OLNEY AVE, STE 400
PHILADELPHIA, PA 19120

**As of the petition filing date, the claim is:**                    **$1,438.12**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MEDICALONC

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

| | | **Amount of claim** |
|---|---|---|

**3.237**

**Nonpriority creditor's name and mailing address**
MEDICAL ONCOLOGY HEMATOLOGY CO
4701 OGLETOWN STANTON RD, STE 3400
NEWARK, DE 19713-2055

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MEDIONCO

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$176,798.68

**3.238**

**Nonpriority creditor's name and mailing address**
MEDLINE INDUSTRIES, INC
P.O. BOX 382075
PITTSBURGH, PA 15251-8075

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MEDLINE

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$82,091.45

**3.239**

**Nonpriority creditor's name and mailing address**
MERCEDES SCIENTIFIC
P.O. BOX 850001
ORLANDO, FL 32885-0123

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MERCEDES

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,208.77

**3.240**

**Nonpriority creditor's name and mailing address**
METTEL
P.O. BOX 1056
NEW YORK, NY 10268-1056

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
METTEL

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,551.87

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Part 2:**   List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.241**

**Nonpriority creditor's name and mailing address**
MID ATLANTIC REALTY CO-RENT
CEDARWOOD APTS
NEWARK, DE 19713

**As of the petition filing date, the claim is:**                     $100.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MIDATL

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.242**

**Nonpriority creditor's name and mailing address**
MID SUSSEX MEDICAL CENTER
P.O. BOX 824327
PHILADELPIHA, PA 191824327

**As of the petition filing date, the claim is:**                     $2,413.51
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MIDSUSMED

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.243**

**Nonpriority creditor's name and mailing address**
MILLSBORO FIRE COMPANY
P.O. BOX 363
SMYRNA, DE 19977

**As of the petition filing date, the claim is:**                     $3,152.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MILLSBFIRE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.244**

**Nonpriority creditor's name and mailing address**
MINQUADALE FIRE COMPANY
71 OMEGA DR, BLDG D
NEWARK, DE 19713-2063

**As of the petition filing date, the claim is:**                     $9,617.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MINQUADALE

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.245**

**Nonpriority creditor's name and mailing address**
MLM EC INVESTOR LP
892 WOODCREST DR
DOVER, DE 19904

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MLMECINV

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,704.00

**3.246**

**Nonpriority creditor's name and mailing address**
MOBILEXUSA
THE HIGHLANDS
SPARKS, MD 21152-9390

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MOBILEX

**Is the claim subject to offset?**
☑ No
☐ Yes

$63,605.22

**3.247**

**Nonpriority creditor's name and mailing address**
MONITOR DATA CORPORATION
P.O. BOX 517
GLENSIDE, PA 19038

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MONITOR

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,340.34

**3.248**

**Nonpriority creditor's name and mailing address**
MOORE PROPERTIES LLC
135 LAMONT AVE
GLENHOLDEN, PA 19036

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MOOREPROP

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,575.00

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.249** | Nonpriority creditor's name and mailing address
MOORE PROPERTIES LLC
135 LAMONT AVE
GLENHOLDEN, PA 19036

As of the petition filing date, the claim is:                                $2,575.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MOOREPROP

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.250** | Nonpriority creditor's name and mailing address
MORNINGSTAR PROPERTY GROUP
214 W 7TH ST
WILMINGTON, DE 19801

As of the petition filing date, the claim is:                                $1,760.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MORPROGRO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251** | Nonpriority creditor's name and mailing address
MTMM SOLUTIONS
630 MILLTOWN RD
WILMINGTON, DE 19808

As of the petition filing date, the claim is:                                $5,212.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
MTMM

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.252** | Nonpriority creditor's name and mailing address
N CALL RESEARCH INC
363 SAULSBURY RD
DOVER, DE 19904-2722

As of the petition filing date, the claim is:                                $56,480.23
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NCALL

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.253 Nonpriority creditor's name and mailing address**
NAAMANSCAP LLC
C/O NICOLE M FARIES
2711 CENTERVILLE RD, STE 401
WILMINGTON, DE 19808

**As of the petition filing date, the claim is:**                   UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.254 Nonpriority creditor's name and mailing address**
NANTICOKE CARDIOLOGY PA
200 FEDERAL ST
SEAFORD, DE 19973-5764

**As of the petition filing date, the claim is:**                   $25.76
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NANTICARDI

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.255 Nonpriority creditor's name and mailing address**
NANTICOKE GASTROENTEROLOGY
924 MIDDLEFORD RD
SEAFORD, DE 19973-3604

**As of the petition filing date, the claim is:**                   $4,608.23
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NANTIGASTR

**Is the claim subject to offset?**
[✓] No
[ ] Yes

**3.256 Nonpriority creditor's name and mailing address**
NANTICOKE MEMORIAL HOSPITAL
P.O. BOX 824318
PHILADELPHIA, PA 19182-4318

**As of the petition filing date, the claim is:**                   $13,365.99
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NANTIMEMOR

**Is the claim subject to offset?**
[✓] No
[ ] Yes

Debtor Name   **Connections Community Support Programs, Inc.**       Case number (if known): **21-10723**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

Amount of claim

---

**3.257**

**Nonpriority creditor's name and mailing address**
NANTICOKE SURGICAL CENTER LLC
400 HEALTH SERVICES DR, STE 401
SEAFORD, DE 19973

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NANSURG

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,344.20

---

**3.258**

**Nonpriority creditor's name and mailing address**
NATIONAL ELEVATOR INSPECTION
P.O. BOX 503067
ST LOUIS, MO 63150-3067

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NATIEL

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$93.50

---

**3.259**

**Nonpriority creditor's name and mailing address**
NATIONAL EYE CARE
2264 SARANAC AVE
LAKE PLACID, NY 12946

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NATEYECARE

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$91,190.62

---

**3.260**

**Nonpriority creditor's name and mailing address**
NEMOURS

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NEMOURS

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$463.16

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.261** | Nonpriority creditor's name and mailing address
NEPHROLOGY ASSOCIATES PA
4923 OGLETOWN STANTON RD
NEWARK, DE 19713-2081

As of the petition filing date, the claim is: | $109.85
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NEPHROLOGY

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.262** | Nonpriority creditor's name and mailing address
NETALYTICS, LLC
ATTN: A/R
GREER, SC 29652

As of the petition filing date, the claim is: | $25,172.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NETAL

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.263** | Nonpriority creditor's name and mailing address
NETCARRIER TELECOM, INC
4000 N CANNON AVE
LANSDALE, PA 19446

As of the petition filing date, the claim is: | $168.33
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NETCARRIER

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.264** | Nonpriority creditor's name and mailing address
NIXON UNIFORM SERVICE & MEDICA
500 CENTERPOINT BLVD
NEW CASTLE, DE 19720

As of the petition filing date, the claim is: | $5,598.45
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NIXON

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Connections Community Support Programs, Inc.**   Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

**Amount of claim**

**3.265** | **Nonpriority creditor's name and mailing address**
NORTH AMER PARTNERS ANESTH
P.O. BOX 220
DEPT 1806
BETTENDORF, LA 52722-9998

As of the petition filing date, the claim is:                    $2,352.04

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
NORAMERPAR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address**
NOVICK BROTHERS CORP
3660 SOUTH LAWRENCE ST
PHILADELPHIA, PA 19148

As of the petition filing date, the claim is:                    $4,765.78

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FS NOVICK

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address**
OLD TOWN HALL ASSOCIATES, LLC
1202 KIRKWOOD HWY
WILMINGTON, DE 19805

As of the petition filing date, the claim is:                    $76,414.50

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
OLDTOWN

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address**
OMB-FLEET SERVICES

As of the petition filing date, the claim is:                    $57,493.61

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
OMB

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name   **Connections Community Support Programs, Inc.**      Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.269**

**Nonpriority creditor's name and mailing address**
ONE HOUR HEATING AND AIR CONDI
410 MECO DR
WILMINGTON, DE 19804

As of the petition filing date, the claim is:     $299.88
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ONEHOUR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.270**

**Nonpriority creditor's name and mailing address**
ORTHOPAEDIC ASSOC OF SOUTHERN
17005 OLD ORCHARD RD
LEWES, DE 19958

As of the petition filing date, the claim is:     $12,526.35
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ORTHOASSOC

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.271**

**Nonpriority creditor's name and mailing address**
PAT EVANCHO
13 RIDON DR
HOCKESSIN, DE 19707

As of the petition filing date, the claim is:     $700.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
EVANCHOPAT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272**

**Nonpriority creditor's name and mailing address**
PENNSYLVANIA AVENUE PROPERTIES
16356 SUSSEX HWY
BRIDGEVILLE, DE 19933

As of the petition filing date, the claim is:     $4,500.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PENNAVENUE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.273** **Nonpriority creditor's name and mailing address**
PITNEY BOWES INC
P.O. BOX 371887
PITTSBURGH, PA 15250-7887

**As of the petition filing date, the claim is:**    $622.49
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PITBO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274** **Nonpriority creditor's name and mailing address**
PIVOT OCCUPATIONAL HEALTH
200 BIDDLE AVE, STE 213
NEWARK, DE 19702

**As of the petition filing date, the claim is:**    $16,177.40
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PIVOT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.275** **Nonpriority creditor's name and mailing address**
PJ BALE, INC
198 AIRPORT RD
NEW CASTLE, DE 19720

**As of the petition filing date, the claim is:**    $1,538.58
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PJBALE

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.276** **Nonpriority creditor's name and mailing address**
PRE HOLDING CONCORD, LLC
1504 N BROOM ST, STE 3
WILMINGTON, DE 19806

**As of the petition filing date, the claim is:**    $10,187.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PREHOLD

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name    **Connections Community Support Programs, Inc.**

Case number (if known): **21-10723**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.277**  **Nonpriority creditor's name and mailing address**

PRE HOLDING CONCORD, LLC
1504 N BROOM ST, STE 3
WILMINGTON, DE 19806

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.278**  **Nonpriority creditor's name and mailing address**

PRE HOLDING II, LLC
1504 N BROOM ST, STE 3
WILMINGTON, DE 19806

**As of the petition filing date, the claim is:**    $145,665.24

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PREHOLDII

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.279**  **Nonpriority creditor's name and mailing address**

PRE HOLDING II, LLC
C/O RICHARD A FORSTEN
1201 N MARKET ST, STE 2300
P.O. BOX 1266
WILMINGTON, DE 19899

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.280**  **Nonpriority creditor's name and mailing address**

PRE HOLDING II, LLC
C/O RICHARD A FORSTEN
1201 N MARKET ST, STE 2300
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**    UNKNOWN

[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

---

**3.281**

**Nonpriority creditor's name and mailing address**
PREMIER ANESTHESIA OF DELAWARE
P.O. BOX 678006
DALLAS, TX 75267-8006

**As of the petition filing date, the claim is:**                                    $1,973.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PREMANEST

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.282**

**Nonpriority creditor's name and mailing address**
PREMIER HOME MEDICAL EQUIPMENT
3070 MCCANN FARM DR, STE 104
GARNET VALLEY, PA 19060

**As of the petition filing date, the claim is:**                                    $8,970.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PREMHOME

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.283**

**Nonpriority creditor's name and mailing address**
PRESCIENT MEDICINE
1214 RESEARCH BLVD, STE 1000
HUMMELSTOWN, PA 17036

**As of the petition filing date, the claim is:**                                    $18,258.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PRESCIENT

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.284**

**Nonpriority creditor's name and mailing address**
PRICE PLUMBING INC
5017 HALLTOWN RD
HARTLY, DE 19953

**As of the petition filing date, the claim is:**                                    $971.36
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PRICEPLUMB

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.285** | **Nonpriority creditor's name and mailing address**
PURCHASE POWER
P.O. BOX 856042
LOUISVILLE, KY 40285-6042

**As of the petition filing date, the claim is:**                    $1,815.18
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PURCHA

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.286** | **Nonpriority creditor's name and mailing address**
PURPLE LOQUAX LLC
811 BRANDYWINE BLVD
WILMINGTON, DE 19809

**As of the petition filing date, the claim is:**                    $6,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PURPLE

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.287** | **Nonpriority creditor's name and mailing address**
PYA, PC
ATTN: DEPT 888255
KNOXVILLE, TN 37995-8255

**As of the petition filing date, the claim is:**                    $23,669.20
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PYA

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.288** | **Nonpriority creditor's name and mailing address**
QUADREY SALAAM-ROANE
213 W 19TH ST
WILMINGTON, DE 19802

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.289** **Nonpriority creditor's name and mailing address**
QUALIFACTS
315 DEADERICK ST, STE 2300
NASHVILLE, TN 37238

**As of the petition filing date, the claim is:**    $122,808.30
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
QUALIFACTS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.290** **Nonpriority creditor's name and mailing address**
QUEST DIAGNOSTICS
P.O. BOX 828669
PHILADELPHIA, PA 19182-8669

**As of the petition filing date, the claim is:**    $203,353.69
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
QUEST

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.291** **Nonpriority creditor's name and mailing address**
RADIATION ONCOLOGISTS, PA
P.O. BOX 12870
WILMINGTON, DE 19850-2870

**As of the petition filing date, the claim is:**    $3,650.71
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
RADIAONCO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.292** **Nonpriority creditor's name and mailing address**
RAMON A JOYNER
C/O JAMES T VAUGHN CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

**As of the petition filing date, the claim is:**    UNKNOWN
☒ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

<div align="right">

**Amount of claim**

</div>

---

**3.293** **Nonpriority creditor's name and mailing address**
RAY, PULAK MD
774 CHRISTIANA RD, STE 202
NEWARK, DE 19713-4221

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
RAYPULAK

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,065.88

---

**3.294** **Nonpriority creditor's name and mailing address**
REALPAGE, INC
P.O. BOX 67177
DALLAS, TX 75267-1777

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
REALP

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$5,000.00

---

**3.295** **Nonpriority creditor's name and mailing address**
RED LION MEDGAS CONSULTANTS, IN
123 A SANDY DR
NEWARK, DE 19713

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
REDLIONMED

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$285.00

---

**3.296** **Nonpriority creditor's name and mailing address**
RED ROOF INN

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
REDROOF

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$880.00

---

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.297** **Nonpriority creditor's name and mailing address**
REDITEST SCREENING DEVICES
P.O. BOX 14327
SANTA ROSA, CA 95402-6327

**As of the petition filing date, the claim is:**    $15,540.50
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
REDBI

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.298** **Nonpriority creditor's name and mailing address**
REDWOOD TOXICOLOGY
P.O. BOX 5680
SANTA ROSA, CA 95402

**As of the petition filing date, the claim is:**    $6,237.55
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
REDTO

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.299** **Nonpriority creditor's name and mailing address**
REHABILITATION ASSOCIATES PA
200 BIDDLE AVE, STE 204
NEWARK, DE 19702-3966

**As of the petition filing date, the claim is:**    $381.55
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
REHABASSOC

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.300** **Nonpriority creditor's name and mailing address**
REL MALIKA SPRUILL AND DOUGLAS SPRUILL
C/O EDWARD K BLACK
CARVEL STATE OFFICE BLDG
820 N FRENCH ST
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed
**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name   **Connections Community Support Programs, Inc.**        Case number (if known): **21-10723**

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

|   | | **Amount of claim** |
|---|---|---|

**3.301** | **Nonpriority creditor's name and mailing address**
REL MALIKA SPRUILL AND DOUGLAS SPRUILL
C/O JESSE S WENGER
1313 N MARKET ST
P.O. BOX 2046
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**   **UNKNOWN**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.302** | **Nonpriority creditor's name and mailing address**
REL MALIKA SPRUILL AND DOUGLAS SPRUILL
C/O LAINA M HERBERT
123 JUSTISON ST
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**   **UNKNOWN**

[X] Contingent
[X] Unliquidated
[x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.303** | **Nonpriority creditor's name and mailing address**
RELIAS LEARNING
1010 SYNC ST
MORRISVILLE, NC 27560

**As of the petition filing date, the claim is:**   **$29,784.16**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
RELIAS

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

**3.304** | **Nonpriority creditor's name and mailing address**
REPUBLIC SERVICES
1420 NEW YORK AVE
WILMINGTON, DE 19801-5826

**As of the petition filing date, the claim is:**   **$1,295.53**

[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
REPUBLIC

**Is the claim subject to offset?**
[✓] No
[ ] Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

---

**3.305** **Nonpriority creditor's name and mailing address**
RHEUMATOLOGY CENTER OF DELAWAR
P.O. BOX 723
MILFORD, DE 19963

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
RHEUMATO

Is the claim subject to offset?
☑ No
☐ Yes

$111.95

---

**3.306** **Nonpriority creditor's name and mailing address**
RICHARD F CARUSO, MD PA
1309 SAVANNAH RD, STE B
LEWES, DE 19958-1514

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CARUSO

Is the claim subject to offset?
☑ No
☐ Yes

$1,025.75

---

**3.307** **Nonpriority creditor's name and mailing address**
RICHARD J PARSONS
18820 SCENIC DR
REHOBOTH, DE 19971

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PARRI

Is the claim subject to offset?
☑ No
☐ Yes

$2,700.00

---

**3.308** **Nonpriority creditor's name and mailing address**
RITE AIR MECHANICAL
109 EDGEWOOD AVE
BELLMAWR, NJ 08031

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
RITEAIR

Is the claim subject to offset?
☑ No
☐ Yes

$780.00

---

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

**Amount of claim**

**3.309** **Nonpriority creditor's name and mailing address**
ROBERT CONAWAY
30587 BENNETT RD
SALISBURY, MD 21804

As of the petition filing date, the claim is:    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.310** **Nonpriority creditor's name and mailing address**
ROBERT S SMITH, MD INC
11390 OLD ROSWELL RD
ALPHARETTA, GA 30009

As of the petition filing date, the claim is:    **$574.16**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ROBSMITH

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.311** **Nonpriority creditor's name and mailing address**
ROBERT SAUNDERS
C/O JAMES T VAUGHN CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

As of the petition filing date, the claim is:    **UNKNOWN**
[X] Contingent
[X] Unliquidated
[X] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
[✓] No
[ ] Yes

---

**3.312** **Nonpriority creditor's name and mailing address**
SCHLOSSER & ASSOCIATES
P.O. BOX 7984
NEWARK, DE 19714-7984

As of the petition filing date, the claim is:    **$2,857.90**
[ ] Contingent
[ ] Unliquidated
[ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SCHLOSSER

Is the claim subject to offset?
[✓] No
[ ] Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Part 2:** List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.313** Nonpriority creditor's name and mailing address
SCOTT PINDER
C/O NICHOLAS M KRAYER
1300 N GRANT AVE, STE 206
WILMINGTON, DE 19899

As of the petition filing date, the claim is:    UNKNOWN
[X] Contingent
[X] Unliquidated
[X] Disputed
**Basis for the claim:**
LITIGATION

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.314** Nonpriority creditor's name and mailing address
SEAFORD ENDOSCOPY CENTER
13 FALLON AVE
SEAFORD, DE 19973-1577

As of the petition filing date, the claim is:    $268.39
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

Date or dates debt was incurred
Various

Last 4 digits of account number
SEAENDOS

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.315** Nonpriority creditor's name and mailing address
SECURITAS ELECTRONIC SECURITY
P.O. BOX 643731
PITTSBURGH, PA 15264-5253

As of the petition filing date, the claim is:    $399.96
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

Date or dates debt was incurred
Various

Last 4 digits of account number
SECURITAS

Is the claim subject to offset?
[✓] No
[ ] Yes

**3.316** Nonpriority creditor's name and mailing address
SECURITY INSTRUMENT CORP
309 W NEWPORT PIKE
WILMINGTON, DE 19804

As of the petition filing date, the claim is:    $1,015.29
[ ] Contingent
[ ] Unliquidated
[ ] Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

Date or dates debt was incurred
Various

Last 4 digits of account number
SECINST

Is the claim subject to offset?
[✓] No
[ ] Yes

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.317** | **Nonpriority creditor's name and mailing address**
SFDE PARTNERS IN CARDIOVASCULA
P.O. BOX 824804
PHILADELPHIA, PA 19182-4804

$25.79

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SFDECARDIO

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.318** | **Nonpriority creditor's name and mailing address**
SHARP WATER
P.O. BOX 184
CHESWOLD, DE 19936

$152.49

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SHAWAT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.319** | **Nonpriority creditor's name and mailing address**
SHELTERED YOGA
214 RIVER COURT
BORDENTOWN, NJ 08505

$29,500.00

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SHELTERED

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.320** | **Nonpriority creditor's name and mailing address**
SHRED-IT USA LLC
649 WHITEHEAD RD
LAWRENCEVILLE, NJ 08648-4449

$1,369.60

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SHREDIT

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.321** **Nonpriority creditor's name and mailing address**
SOUTHERN DELAWARE IMAGNG
P.O. BOX 512568
PHILADELPHIA, PA 19175-2568

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SOUTHDEL

**Is the claim subject to offset?**
☑ No
☐ Yes

$4,662.02

**3.322** **Nonpriority creditor's name and mailing address**
SPECIALTYCARE IOM SERVICES LLC
SEPT 1748
P.O. BOX 11407
BIRMINGHAM, AL 35246-1748

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SPECIALTY

**Is the claim subject to offset?**
☑ No
☐ Yes

$865.58

**3.323** **Nonpriority creditor's name and mailing address**
STACEY A SCRIVANI
111 N 6TH ST
READING, PA 19601

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

**3.324** **Nonpriority creditor's name and mailing address**
STAPLES BUSINESS ADVANTAGE
P.O. BOX 70242
PHILADELPHIA, PA 19176-0242

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
STAPADVA

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,624.95

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): 21-10723 |
|---|---|---|

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

**Amount of claim**

### 3.325

**Nonpriority creditor's name and mailing address**
STERICYCLE, INC
P.O. BOX 6582
CAROL STREAM, IL 60197-6582

**As of the petition filing date, the claim is:**                    $16,227.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
STERI

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.326

**Nonpriority creditor's name and mailing address**
SUEZ WATER DELAWARE
CUSTOMER SERVICE CENTER
WILMINGTON, DE 19804

**As of the petition filing date, the claim is:**                    $195.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SUEZ

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.327

**Nonpriority creditor's name and mailing address**
SUSSEX POST 8 AMERICAN LEGION
P.O. BOX 128
SMYRNA, DE 19977-0128

**As of the petition filing date, the claim is:**                    $23,956.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
SUSPOST

**Is the claim subject to offset?**
☑ No
☐ Yes

### 3.328

**Nonpriority creditor's name and mailing address**
SYSCO EASTERN MARYLAND
33239 COSTEN RD
POCOMOKE, MD 218851

**As of the petition filing date, the claim is:**                    $294,010.92
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
FS SYSCO

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Amount of claim

**3.329** Nonpriority creditor's name and mailing address
TD BANK, N.A.
2035 LIMESTONE ROAD
WILMINGTON, DE 19808

As of the petition filing date, the claim is:    $12,000,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
PPP LOAN

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.330** Nonpriority creditor's name and mailing address
THE MANDT SYSTEM INC
P.O. BOX 831790
RICHARDSON, TX 75083-1790

As of the petition filing date, the claim is:    $2,925.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number**
MANDT

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.331** Nonpriority creditor's name and mailing address
THE NEWS JOURNAL CO
CIRCULATION DEPT
WILMINGTON, DE 19886-1155

As of the petition filing date, the claim is:    $25.50
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number**
THENEW

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.332** Nonpriority creditor's name and mailing address
THE NON PROFIT TRUST
1807 SANTA RITA RD, STE D251
PLEASANTON, CA 94566

As of the petition filing date, the claim is:    $6,410.16
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Various

**Basis for the claim:**
ACCOUNTS PAYABLE

**Last 4 digits of account number**
NONPROFITR

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |

| | | **Amount of claim** |

**3.333**

**Nonpriority creditor's name and mailing address**
TOWN OF CAMDEN
1783 FRIENDS WAY
CAMDEN, DE 19934

**As of the petition filing date, the claim is:**                    $3.47
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
CAMTAX

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.334**

**Nonpriority creditor's name and mailing address**
TOWNSEND FIRE COMPANY
P.O. BOX 194
TOWNSEND, DE 19734

**As of the petition filing date, the claim is:**                    $2,085.80
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TOWNSNFC

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.335**

**Nonpriority creditor's name and mailing address**
TRACEY CREWS
506 E CREEK LN
MIDDLETOWN, DE 19709

**As of the petition filing date, the claim is:**                    $20,000.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
SEVERENCE SETTLEMENT

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.336**

**Nonpriority creditor's name and mailing address**
TRACY HURLEY
C/O MICHAEL F MCGROERTY, I
110 PINE ST
SEAFORD, DE 19973

**As of the petition filing date, the claim is:**                    **UNKNOWN**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor Name  **Connections Community Support Programs, Inc.**      Case number (if known): **21-10723**

**Part 2:**    List All Creditors with NONPRIORITY Unsecured Claims

Amount of claim

**3.337** | **Nonpriority creditor's name and mailing address**
TRI-STATE PEST CONTROL
1170 CORNER KETCH RD
NEWARK, DE 19711

**As of the petition filing date, the claim is:**     $960.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TRISTAPES

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address**
TRIBUNUS HEALTH
2631 JEFFERSON PARK CIR
CHARLOTTESVILLE, VA 22903

**As of the petition filing date, the claim is:**     $3,900.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
TRIBUNUS

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address**
TYRONE NORWOOD
C/O RONALD G POLIQUIN
155 S BRADFORD ST, STE 203
DOVER, DE 19904

**As of the petition filing date, the claim is:**     UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address**
UNIFIRST CORPORATION
710 NAYLOR MILL RD
SALISBURY, MD 21801

**As of the petition filing date, the claim is:**     $29,768.59
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UNIFIRST

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Part 2:** **List All Creditors with NONPRIORITY Unsecured Claims**

Amount of claim

**3.341** **Nonpriority creditor's name and mailing address**
UNION CENTRAL LIFE INSURANCE
P.O. BOX 691699
CINCINNATI, OH 45269-1699

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UNION

**Is the claim subject to offset?**
☑ No
☐ Yes

$21.27

**3.342** **Nonpriority creditor's name and mailing address**
UNION PRESS PRINTING
1723 W 8TH ST
WILMINGTON, DE 19805

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UNIONPRESS

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,858.00

**3.343** **Nonpriority creditor's name and mailing address**
UNITED WAY
625 ORANGE ST
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UNITWA

**Is the claim subject to offset?**
☑ No
☐ Yes

$597.84

**3.344** **Nonpriority creditor's name and mailing address**
UNIVERSITY OF CINCINNATI RESEA
260 STETSON ST, STE 5300
CINCINNATI, OH 45219

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
UCRI

**Is the claim subject to offset?**
☑ No
☐ Yes

$22,000.00

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.345** | **Nonpriority creditor's name and mailing address**
URBAN FURNITURE
166 S DUPONT HWY
NEW CASTLE, DE 19720

**As of the petition filing date, the claim is:**   $31,445.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
URBANFUR

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.346** | **Nonpriority creditor's name and mailing address**
US BANK EQUIPMENT FINANCE
1310 MADRID ST, STE 101
MARSHALL, MN 56258-4002

**As of the petition filing date, the claim is:**   $4,007.12
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
USBANK

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.347** | **Nonpriority creditor's name and mailing address**
US DEPT OF EDUCATION
ATTN: NATIONAL PAYMENT CENTER
GREENVILLE, TX 75403-4142

**As of the petition filing date, the claim is:**   $82.34
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
USDED

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.348** | **Nonpriority creditor's name and mailing address**
VENTURA APPLIANCE REPAIR
635 CANNERY LN
TOWNSEND, DE 19734

**As of the petition filing date, the claim is:**   $555.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VENTURA AP

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

Amount of claim

**3.349** Nonpriority creditor's name and mailing address

VENTURA MAINTENANCE
101 E GREEN ST
MIDDLETOWN, DE 19709

As of the petition filing date, the claim is:    $28.15

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VENTURA

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.350** Nonpriority creditor's name and mailing address

VERIZON WIRELESS
P.O. BOX 25505
LEHIGH VALLEY, PA 18002-5505

As of the petition filing date, the claim is:    $80,761.97

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
V-1103

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.351** Nonpriority creditor's name and mailing address

VERNON ERNEST DORIAN CEPHAS
C/O JAMES T VAUGHN CORRECTIONAL CENTER
1181 PADDOCK RD
SMYRNA, DE 19977

As of the petition filing date, the claim is:    UNKNOWN

- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

**3.352** Nonpriority creditor's name and mailing address

VIRGIL PACELLI
2806 DUNCAN RD
WILMINGTON, DE 19805

As of the petition filing date, the claim is:    $1,300.00

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
PACVIR

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Amount of claim

**3.353** Nonpriority creditor's name and mailing address
VISIONARY EDUCATION TRAINING SERVICES, LLC
811 BRANDYWINE BLVD
WILMINGTON, DE 19809

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
ACCOUNTS PAYABLE

$20,250.00

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.354** Nonpriority creditor's name and mailing address
VISTAPHARM, INC
ATTN: ACCOUNTS RECEIVABLE
NEW PROVIDENCE, NJ 07974

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
ACCOUNTS PAYABLE

$322,488.00

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VISTA

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.355** Nonpriority creditor's name and mailing address
VITAL STATISTICS

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
ACCOUNTS PAYABLE

$50.00

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
VITALSTAT

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.356** Nonpriority creditor's name and mailing address
WASTE INDUSTRIES
604 CANNERY AVE
TOWNSEND, DE 19734

As of the petition filing date, the claim is:
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
ACCOUNTS PAYABLE

$25.95

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WASTE

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Amount of claim**

**3.357** **Nonpriority creditor's name and mailing address**
WAYMAN FIRE PROTECTION INC
403 MECO DR
WILMINGTON, DE 19804

**As of the petition filing date, the claim is:**                    $841.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WAYFI

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.358** **Nonpriority creditor's name and mailing address**
WAYNE SCOTT O'NEAL
1055 WOLFE ST
LAUREL, DE 19906

**As of the petition filing date, the claim is:**                    UNKNOWN
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.359** **Nonpriority creditor's name and mailing address**
WB MASON CO, INC
P.O. BOX 981101
BOSTON, MA 02298-1101

**As of the petition filing date, the claim is:**                    $43,275.27
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WB

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.360** **Nonpriority creditor's name and mailing address**
WEATHERVANE PROPERTIES
23924 SUNNY COVE CRT
LEWES, DE 19958

**As of the petition filing date, the claim is:**                    $1,390.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WEAPRO

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

| | Amount of claim |
|---|---|

**3.361**

**Nonpriority creditor's name and mailing address**
WEINER BENEFITS GROUP
2961 CENTERVILLE ROAD
SUITE 3000
WILMINGTON, DE 19808

**As of the petition filing date, the claim is:**          $314,221.29
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.362**

**Nonpriority creditor's name and mailing address**
WELLS FARGO VENDOR FIN SERV
P.O. BOX 70239
PHILADELPHIA, PA 19176-0239

**As of the petition filing date, the claim is:**          $8,871.23
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WELLSFAR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.363**

**Nonpriority creditor's name and mailing address**
WHISMAN, GIORDANO & ASSOCS, LLC
111 CONTINENTAL DR
NEWARK, DE 19713-4330

**As of the petition filing date, the claim is:**          $72,836.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WHIGR

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.364**

**Nonpriority creditor's name and mailing address**
WHITE & WILLIAMS LLP
600 N KING ST, STE 800
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**          $13,479.75
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WHITEWILL

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**Amount of claim**

**3.365**

**Nonpriority creditor's name and mailing address**
WHITE AND ASSOCIATE TREATS LLC
11 BARONS CT
DOVER, DE 19901

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WHITE AND

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$600.00

**3.366**

**Nonpriority creditor's name and mailing address**
WILLIAM C FLETCHER, JR
ATTN: PLUMMER COMMUNITY CORRECTIONS CENTER
38 TODDS LN
WILMINGTON, DE 19802

**Date or dates debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LITIGATION

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

**3.367**

**Nonpriority creditor's name and mailing address**
WILMINGTON OTOLARYNGOLOGY ASSO
2300 PENNSYLVANIA AVE, STE 2A
WILMINGTON, DE 19806-1379

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WILOTOLAR

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,526.87

**3.368**

**Nonpriority creditor's name and mailing address**
WSFS BANK
838 MARKET ST
WILMINGTON, DE 19801

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WSFSB

**As of the petition filing date, the claim is:**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
ACCOUNTS PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$45,410.22

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

**Amount of claim**

**3.369** **Nonpriority creditor's name and mailing address**
WSFS BANK VISA
P.O. BOX 0818
CAROL STREAM, IL 60197-6818

**As of the petition filing date, the claim is:**    $107,614.64
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
WSFSCC

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.370** **Nonpriority creditor's name and mailing address**
YELLOW PAGES
P.O. BOX 161069
ATLANTA, GA 30321

**As of the petition filing date, the claim is:**    $498.80
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
YELLOW

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.371** **Nonpriority creditor's name and mailing address**
ZABEL PLASTIC & RECONSRTUCTIVE
550 STANTON CHRISTIANA RD
NEWARK, DE 19713-2125

**As of the petition filing date, the claim is:**    $7,000.13
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:**
ACCOUNTS PAYABLE

**Date or dates debt was incurred**
Various

**Last 4 digits of account number**
ZABEDAV

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor Name    **Connections Community Support Programs, Inc.**

Case number (if known): **21-10723**

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors**

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1   IGWE & SHARMA, LLC<br>ATTENTION: AMAN K SHARMA<br>ATTN: AMAN K SHARMA, ESQ<br>ONE COMMERCE CENTER<br>1201 N ORANGE ST, STE 502<br>WILMINGTON, DE 19801 | Line 3.335<br><br>☐ Not listed.  Explain | |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor Name    **Connections Community Support Programs, Inc.**    Case number (if known): **21-10723**

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

**5a. Total claims from Part 1**                                              $0.00

**5b. Total claims from Part 2**                                              $22,402,876.13

**5c. Total claims of Parts 1 and 2**
   Lines 5a + 5b = 5c                                                         $22,402,876.13

| Debtor Name | Connections Community Support Programs, Inc. |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| Case number (if known): | **21-10723** |

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☒ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B)

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 42 COMMERCE ST APT D4, HARRINGTON, DE 19952** | **42 COMMERCE PLACE LLC**<br>**15 SHORT ST**<br>**HARRINGTON, DE 19952** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 603 WASHINGTON AVE, ELLENDALE, DE 19941** | **603 WASH AVE - CAMPBELL**<br>**102 APPLEWOOD DR**<br>**DOVER, DE 19901** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1602 W 14TH ST APT B, WILMINGTON, DE 19806** | **A & T REALTY, LLC**<br>**P.O. BOX 15033**<br>**NEWARK, DE 19711** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 804 WEST STREET APT 3, WILMINGTON, DE 19801** | **ABESSINIO PROP MGT**<br>**P.O. BOX 25204**<br>**WILMINGTON, DE 19899** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 804 WEST STREET APT 4, WILMINGTON, DE 19801** | **ABESSINIO PROP MGT**<br>**P.O. BOX 25204**<br>**WILMINGTON, DE 19899** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

## Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 804 WEST STREET APT 5, WILMINGTON, DE 19801** | **ABESSINIO PROP MGT**<br>**P.O. BOX 25204**<br>**WILMINGTON, DE 19899** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 804 WEST STREET APT 7, WILMINGTON, DE 19801** | **ABESSINIO PROP MGT**<br>**P.O. BOX 25204**<br>**WILMINGTON, DE 19899** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 804 WEST STREET APT 9, WILMINGTON, DE 19801** | **ABESSINIO PROP MGT**<br>**P.O. BOX 25204**<br>**WILMINGTON, DE 19899** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 727 MARYLAND AVENUE, WILMINGTON, DE 19805** | **ACRE INVESTORS LLC - PABIAN**<br>**365 WALLACE DR**<br>**NEWARK, DE 19711** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.10 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 802 N ADAMS ST APT 2C, WILMINGTON, DE 19801** | **ADAMS ST APTS - 51 SUMMIT**<br>**1316 WASHINGTON ST**<br>**WILMINGTON, DE 19801** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | **VENDOR CONTRACTS** | **ADOBE**<br>**150 BROADWAY**<br>**NEW YORK, NY 10036** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | **VENDOR CONTRACTS** | **ADVANTECH**<br>**4092 N DUPONT HWY**<br>**DOVER, DE 19901** |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2610 PHILADELPHIA PIKE APT K-04, CLAYMONT, DE 19703** | **AION MGNT - AP EAST POINTE**<br>**2610 PHILADELPHIA PIKE**<br>**CLAYMONT, DE 19703** |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2610 PHILADELPHIA PIKE APT O-01, CLAYMONT, DE 19703** | **AION MGNT - AP EAST POINTE**<br>**2610 PHILADELPHIA PIKE**<br>**CLAYMONT, DE 19703** |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2610 PHILADELPHIA PIKE APT P-02, CLAYMONT, DE 19703** | **AION MGNT - AP EAST POINTE**<br>**2610 PHILADELPHIA PIKE**<br>**CLAYMONT, DE 19703** |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 3 EARLINGTON LANE APT A, NEWARK, DE 19713** | **AION PRIDES CT LLC/KETTLER**<br>**6 SUSSEX RD**<br>**NEWARK, DE 19713** |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 4 WINCHESTER ROAD APT E, NEWARK, DE 19713** | **AION PRIDES CT LLC/KETTLER**<br>**6 SUSSEX RD**<br>**NEWARK, DE 19713** |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

Debtor Name    **Connections Community Support Programs, Inc.**      Case number (if known): **21-10723**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 5 WINCHESTER ROAD APT A, NEWARK, DE 19713 | AION PRIDES CT LLC/KETTLER<br>6 SUSSEX RD<br>NEWARK, DE 19713 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 6 SUSSEX ROAD APT 15B, NEWARK, DE 19713 | AION PRIDES CT LLC/KETTLER<br>6 SUSSEX RD<br>NEWARK, DE 19713 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 6 SUSSEX ROAD APT 7B, NEWARK, DE 19713 | AION PRIDES CT LLC/KETTLER<br>6 SUSSEX RD<br>NEWARK, DE 19713 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 10 CHATHAM LANE APT D, NEWARK, DE 19713 | AION PRIDES CT LLC/KETTLER<br>6 SUSSEX RD<br>NEWARK, DE 19713 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 21 CHATHAM LANE APT A, NEWARK, DE 19713 | AION PRIDES CT LLC/KETTLER<br>6 SUSSEX RD<br>NEWARK, DE 19713 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 23 CHATHAM LANE APT B, NEWARK, DE 19713 | AION PRIDES CT LLC/KETTLER<br>6 SUSSEX RD<br>NEWARK, DE 19713 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 25 WINCHESTER RD APT C, NEWARK, DE 19713 | AION PRIDES CT LLC/KETTLER 6 SUSSEX RD NEWARK, DE 19713 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 202 MEDERIA CIRCLE, NEWARK, DE 19702 | AION UNIVERSITY - LIBERTY 207 MEDERIA CIR NEWARK, DE 19702 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 219 MEDERIA CIRCLE APT 219, NEWARK, DE 19702 | AION UNIVERSITY - LIBERTY 207 MEDERIA CIR NEWARK, DE 19702 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.27 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 503 MEDERIA CIRCLE, NEWARK, DE 19713 | AION UNIVERSITY - LIBERTY 207 MEDERIA CIR NEWARK, DE 19702 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.28 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 63 LAWSON AVE APT A, CLAYMONT, DE 19703 | AJ LAWSON LLC P.O. BOX 4743 WILMINGTON, DE 19807 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.29 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 51 WEBBS LANE APT E10, DOVER, DE 19904 | ALDER & PINE HOLDINGS LLC 51 WEBBS LN DOVER, DE 19904 |
| | State the term remaining List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.30 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 255 WEBBS LANE APT C22, DOVER, DE 19904 | ALDER & PINE HOLDINGS LLC<br>51 WEBBS LN<br>DOVER, DE 19904 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.31 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 15 E HIGH ST, BLADES, DE 19973 | ALLIANCE REALTY<br>4195 N DUPONT HWY<br>DOVER, DE 19901 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.32 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 36 FAIRWAY RD APT 3A, NEWARK, DE 19711 | ALTMAN MANAGEMENT CO<br>41 FAIRWAY RD, STE 41-2C<br>NEWARK, DE 19711 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.33 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 54 CHESWOLD BLVD APT 112, NEWARK, DE 19711 | ALTMAN MGT - EMPIRE<br>240 NEW YORK DR, STE 1<br>FT WASHINGTON, PA 19034 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 54 CHESWOLD BLVD APT 110, NEWARK, DE 19711 | ALTMAN MGT COMPANY, INC<br>240 NEW YORK DR, STE 1<br>FT WASHINGTON, PA 19034 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 54 CHESWOLD BLVD APT 207, NEWARK, DE 19711 | ALTMAN MGT COMPANY, INC<br>240 NEW YORK DR, STE 1<br>FT WASHINGTON, PA 19034 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 54 CHESWOLD BLVD APT 301, NEWARK, DE 19711 | ALTMAN MGT COMPANY, INC<br>240 NEW YORK DR, STE 1<br>FT WASHINGTON, PA 19034 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 101 WEST 23RD ST APT A, WILMINGTON, DE 19802 | ANETTE DARBY/FISHER<br>114 W 38TH ST<br>WILMINGTON, DE 19802 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest | PROPERTY MANAGEMENT AGREEMENT | APPFOLIO, INC<br>50 CASTILIAN DR<br>GOLETA, CA 93117 |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 900 COVENTRY LANE (THE ELMS), NEWARK, DE 19713 | APPLEBALE LLC<br>198 AIRPORT RD<br>NEW CASTLE, DE 19720 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 927 WILDEL AVE UNIT A, NEW CASTLE, DE 19720 | APPLEBALE LLC<br>198 AIRPORT RD<br>NEW CASTLE, DE 19720 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.41 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR CONTRACTS | APPLIED NEURO SOLUTIONS<br>811 BRANDYWINE BLVD<br>WILMINGTON, DE 19809 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor Name    **Connections Community Support Programs, Inc.**     Case number (if known): **21-10723**

████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.42** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 812 WASHINGTON ST, WILMINGTON, DE 19801** | **ASPIRE ASSOCIATES, INC** <br> **715 ORANGE ST** <br> **WILMINGTON, DE 19801** |
| | State the term remaining <br> List the contract number of any government contract | N/A | |
| **2.43** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 103 WALNUT ST, MILTON, DE 19968** | **BARBARA J WRIGHT** <br> **20398 FOREST RD** <br> **MILTON, DE 19968** |
| | State the term remaining <br> List the contract number of any government contract | N/A | |
| **2.44** | State what the contract or lease is for and the nature of the debtor's interest | **VENDOR CONTRACTS** | **BAYSHORE FORD** <br> **P.O. BOX 627** <br> **NEW CASTLE, DE 19720** |
| | State the term remaining <br> List the contract number of any government contract | N/A | |
| **2.45** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 30 S NEW ST APT 101, DOVER, DE 19901** | **BBC REAL ESTATE - REMAX** <br> **30 S NEW ST** <br> **DOVER, DE 19901** |
| | State the term remaining <br> List the contract number of any government contract | N/A | |
| **2.46** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 30 S NEW ST APT 104, DOVER, DE 19901** | **BBC REAL ESTATE - REMAX** <br> **30 S NEW ST** <br> **DOVER, DE 19901** |
| | State the term remaining <br> List the contract number of any government contract | N/A | |
| **2.47** | State what the contract or lease is for and the nature of the debtor's interest | **OUTPATIENT AND FAMILY THERAPY RENT** | **BBEE** <br> **310 N HIGH ST EXTENSION - 310-350** <br> **SMYRNA, DE 19977** |
| | State the term remaining <br> List the contract number of any government contract | 1656 | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 203 W 25TH ST APT A, WILMINGTON, DE 19802 | BCS BUILDINGS LLC<br>20 BEECH AVE<br>WILMINGTON, DE 19805 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 220 E 14TH ST APT 2, `WILMINGTON, DE 19801 | BCS BUILDINGS LLC<br>20 BEECH AVE<br>WILMINGTON, DE 19805 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 112 S QUEEN APT 3, DOVER, DE 19904 | BENNIE/SHIRLEY SMITH RE<br>P.O. BOX 691<br>DOVER, DE 19903 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 360 GREENS BRANCH LANE, SMYRNA, DE 19977 | BLUE HEN PROP - ZACCONE<br>20 GUNTHER ST<br>MENDHAM, NJ 07945 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 214 S PORTER ST, SEAFORD, DE 19973 | BRADFORD ST INVESTMENTS<br>25051 WARD FARM LN<br>MILLSBORO, DE 19966 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 410 HICKORY LANE APT B, SEAFORD, DE 19973 | BRADFORD ST INVESTMENTS<br>25051 WARD FARM LN<br>MILLSBORO, DE 19966 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.54** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 4306 MILLER RD APT 110, WILMINGTON, DE 19802** | **BRANDYWINE HILLS APTS LLC**<br>**4310 MILLER RD, STE 106**<br>**WILMINGTON, DE 19802** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.55** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 605 N BROOM STREET APT 2, WILMINGTON, DE 19805** | **BREEN R COLLINS**<br>**P.O. BOX 62**<br>**YORKLYN, DE 19736** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.56** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 202 ALLEN WAY APT 23, MILFORD, DE 19963** | **BRIGHTWAY - EAST COAST**<br>**134 N CANNON ST**<br>**SEAFORD, DE 19973** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.57** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2 CONGRESS PLACE, DOVER, DE 19901** | **BYLER - TRI- COUNTY PROP**<br>**P.O. BOX 10**<br>**DOVER, DE 19903** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.58** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 167 MITSCHER ROAD, DOVER, DE 19901** | **BYLER INVESTMENTS - JACOB**<br>**P.O. BOX 10**<br>**DOVER, DE 19903** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.59** | State what the contract or lease is for and the nature of the debtor's interest | **VENDOR CONTRACTS** | **C&S**<br>**406 SUBURBAN DR**<br>**NEWARK, DE 19711** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.60** | State what the contract or lease is for and the nature of the debtor's interest | **VENDOR CONTRACTS** | **CANON FINANCIAL SERVICES**<br>P.O. BOX 4004<br>CAROL STREAM, IL 60197-4004 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.61** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1604 THORNHILL DR, NEWARK, DE 19702** | **CAPANO MGT CO**<br>105 FOULK RD<br>WILMINGTON, DE 19803 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.62** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 7 CAPANO DR APT A3, NEWARK, DE 19702** | **CAPANO MGT COMPANY**<br>105 FOULK RD<br>WILMINGTON, DE 19803 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.63** | State what the contract or lease is for and the nature of the debtor's interest | **VENDOR CONTRACTS** | **CARE4**<br>51 W DAYTON ST<br>EDMONDS, WA 98020 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.64** | State what the contract or lease is for and the nature of the debtor's interest | **ACT, IDS,  OUTPATIENT, ADMINISTRATION RENT** | **CARROLL PROPERTIES**<br>S DUPONT HWY<br>DOVER, DE 19903 |
| | State the term remaining | 1656 | |
| | List the contract number of any government contract | | |
| **2.65** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 320 WEINER AVENUE, HARRINGTON, DE 19952** | **CD PROPERTIES - REHOBOTH**<br>711 N DUPONT BLVD<br>MILFORD, DE 19963 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

■ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.66 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 718 W GLENWOOD AVE, SMYRNA, DE 19977 | CDW MGMT - SKY MGMT P.O. BOX 717 LEWES, DE 19958 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.67 | State what the contract or lease is for and the nature of the debtor's interest | LETTER OF AGREEMENT | CENTURION OF DELAWARE, LLC 1593 SPRING HILL RD, STE 600 VIENNA, VA 22182 |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.68 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 105 STONEY DRIVE, DOVER, DE 19904 | CHARLES BRADLEY - REMAX 111 HUDSON MILL RD LINCOLN, DE 19960 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.69 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 318 SHIPLEY ROAD APT 304, WILMINGTON, DE 19809 | CHATEAU ORLEANS 200 BLVD OF AMERICAS, STE 106 LAKDWOOD, NJ 08701 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.70 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 413 MARSH ROAD, WILMINGTON, DE 19809 | CHERYL AUGUST/WICKET 2 WILKINSON DR LANDENBURG, PA 19350 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.71 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 7 MARY ELLA DRIVE APT C, WILMINGTON, DE 19805 | CHESTNUT RUN VILLAGE APTS 12 MARY ELLEN DR, STE E WILMINGTON, DE 19805-1548 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.72 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 8 MARY ELLA DRIVE APT C, WILMINGTON, DE 19805 | CHESTNUT RUN VILLAGE APTS<br>12 MARY ELLEN DR, STE E<br>WILMINGTON, DE 19805-1548 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.73 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 9 MARY ELLA DRIVE APT D, WILMINGTON, DE 19805 | CHESTNUT RUN VILLAGE APTS<br>12 MARY ELLEN DR, STE E<br>WILMINGTON, DE 19805-1548 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.74 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 10 MARY ELLA DRIVE APT B, WILMINGTON, DE 19805 | CHESTNUT RUN VILLAGE APTS<br>12 MARY ELLEN DR, STE E<br>WILMINGTON, DE 19805-1548 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.75 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTOR AGREEMENT | CHILDREN & FAMILIES FIRST<br>809 WASHINGTON ST<br>WILMINGTON, DE 19801 |
| | State the term remaining | 529 | |
| | List the contract number of any government contract | | |
| 2.76 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTOR AGREEMENT | CHRISTIANACARE HEALTH SERVICES, INC<br>4000 NEXUS DR AVE N, STE C3-300<br>WILMINGTON, DE 19803 |
| | State the term remaining | 315 | |
| | List the contract number of any government contract | N/A | |
| 2.77 | State what the contract or lease is for and the nature of the debtor's interest | INDEPENDENT CONTRACTOR AGREEMENT | CHRISTIANACARE HEALTH SERVICES, INC<br>501 W 14TH ST, STE 3170<br>WILMINGTON, DE 19801 |
| | State the term remaining | 72 | |
| | List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.78 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 9 PAR HAVEN DR APT C21, DOVER, DE 19901 | CHRISTOPHER SMITH/BWS REALTY P.O. BOX 138 TOWNSEND, DE 19734 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.79 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 36 COURTSIDE DR APT A34, DOVER, DE 19904 | CHRISTOPHER SMITH/BWS REALTY P.O. BOX 138 TOWNSEND, DE 19734 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.80 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 46 PAR HAVEN DR APT F12, DOVER, DE 19901 | CHRISTOPHER SMITH/BWS REALTY P.O. BOX 138 TOWNSEND, DE 19734 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.81 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1401 N HARRISON ST APT 3, WILMINGTON, DE 19801 | CLASSIC PROPERTY - PERINI P.O. BOX 928 MIDDLETOWN, DE 19709 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.82 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT (PARTNERSHIP) AGREEMENT | CLAYMONT STREET APARTMENTS, LP 3821 LANCASTER PIKE WILMINGTON, DE 19805 |
| | State the term remaining List the contract number of any government contract | | |
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 145 HAMAN DRIVE APT 102, DOVER, DE 19904 | CLEARFIELD APTS LP 121 HAMAN DR APT 103 DOVER, DE 19904 |
| | State the term remaining List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.84** | State what the contract or lease is for and the nature of the debtor's interest | **VENDOR CONTRACTS** | **COMCAST**<br>P.O. BOX 3006<br>SOUTHEASTERN, PA 19398-3006 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| **2.85** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 3300 PHILADELPHIA PIKE APT 2S, CLAYMONT, DE 19703** | **COMMON CENTS PROP MGT**<br>501 SILVERSIDE RD, STE 38<br>WILMINGTON, DE 19809 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| **2.86** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2605 NORMANDY COURT (ELMS), NEWARK, DE 19713** | **CONNECTIONS CSP INC**<br>3821 LANCASTER PIKE<br>WILMINGTON, DE 19805 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| **2.87** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 34006 MULBERRY LANE, LEWES, DE 19958** | **CONNIE MILLER**<br>1007 FOULK RD<br>WILMINGTON, DE 19803 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| **2.88** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 210 MELROSE PLACE DR., NEWARK, DE 19711** | **CSA, LLC**<br>234 N JAMES ST<br>NEWPORT, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| **2.89** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 109.5 S JACKSON ST, WILMINGTON, DE 19805** | **CYNTELLEX PROPERTIES**<br>2502 SILVERSIDE RD, STE 7<br>WILMINGTON, DE 19810 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.90 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 24 S BRADFORD ST APT B, DOVER, DE 19904 | D & S INVESTMENT CO LLP 500 N DUPONT HWY DOVER, DE 19901 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.91 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 24 S BRADFORD ST APT C, DOVER, DE 19904 | D & S INVESTMENT CO LLP 500 N DUPONT HWY DOVER, DE 19901 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.92 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 34 S BRADFORD ST APT 2, DOVER, DE 19904 | D & S INVESTMENT CO LLP 500 N DUPONT HWY DOVER, DE 19901 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.93 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 97 PARHAVEN DR APT J-13, DOVER, DE 19904 | D & S INVESTMENT CO LLP 500 N DUPONT HWY DOVER, DE 19901 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.94 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 112 PENNSYLVANIA AVE, SEAFORD, DE 19973 | DAISEY TRUST 6291 BAKER RD SEAFORD, DE 19973 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.95 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 348 SAVANAH RD APT D, LEWES, DE 19958 | DANIEL A MILLER P.O. BOX 673 REHOBOTH BEACH, DE 19971 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.96 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 348 SAVANAH RD APT E, LEWES, DE 19958 | DANIEL A MILLER<br>P.O. BOX 673<br>REHOBOTH BEACH, DE 19971 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.97 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 48 CEMETERY ROAD APT A5, SELBYVILLE, DE 19975 | DANIEL A MILLER - DAM<br>P.O. BOX 673<br>REHOBOTH BEACH, DE 19971 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.98 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 8 CORBIN COURT APT A, WILMINGTON, DE 19805 | DAVID PERSOLEO<br>3210 LANDSDOWNE DR<br>WILMINGTON, DE 19810 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.99 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 8 CORBIN COURT APT B, WILMINGTON, DE 19805 | DAVID PERSOLEO<br>3210 LANDSDOWNE DR<br>WILMINGTON, DE 19810 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.100 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 20 CORBIN COURT APT A, WILMINGTON, DE 19805 | DAVID W SMYTH<br>4023 KENNETT PIKE, STE 285<br>GREENVILLE, DE 19807 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.101 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 29 MARLIN DR, NEWARK, DE 19713 | DELAWARE HOME INVESTORS<br>4142 OGLETWN-STANTN, STE 211<br>NEWARK, DE 19713 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.102** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2116 PASTERNAK PLACE, NEWARK, DE 19702 | DELAWARE HOME INVESTORS 4142 OGLETWN-STANTN, STE 211 NEWARK, DE 19713 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.103** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 214 HIGHLAND BLVD APT C, NEW CASTLE, DE 19720 | DELAWARE PROPERTY MGT CO 1101 MILLSTONE DR NEWARK, DE 19711 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.104** | State what the contract or lease is for and the nature of the debtor's interest | | DELAWARE STATE HOUSING AUTHORITY 18 THE GREEN DOVER, DE 19901 |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| **2.105** | State what the contract or lease is for and the nature of the debtor's interest | SERVICE AGREEMENT | DELMARVA APPLIED BEURI SOLUTIONS, LLC 811 BRANDYWINE BLVD WILMINGTON, DE 19809 |
| | State the term remaining | 560 | |
| | List the contract number of any government contract | N/A | |
| **2.106** | State what the contract or lease is for and the nature of the debtor's interest | VENDOR CONTRACTS | DELMARVA LINEN 309 TRUITT ST SALISBURY, MD 21801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.107** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 34 CONTINENTAL AVENUE, NEWARK, DE 19711 | DELTA ETA CORP - SCHWEIZER P.O. BOX 805 NEWARK, DE 19715 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.108** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 453 BARRISTER PLACE, DOVER, DE 19901 | DENISE PENT - BYLER INVSTMT 2042 HIGHLAND AVE DOVER, DE 19901 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.109** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 105 DEWEY ST APT 507, LAUREL, DE 19956 | DEWEY STREET LLC P.O. BOX 505 SEAFORD, DE 19973 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.110** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1213 W 8TH ST APT 3, WILMINGTON, DE 19806 | DIANE L YOUNG 4603 LITTLE ROCK RD WILMINGTON, DE 19802 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.111** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 112 HOLMES ST, DOVER, DE 19901 | DIVINE CONNECTIONS PROP P.O. BOX 321 SMYRNA, DE 19977 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.112** | State what the contract or lease is for and the nature of the debtor's interest | DAY AND RESIDENTIAL CONTRACT | DIVISION OF DEVELOPMENTAL DISABILITIES SERVICES 2540 WRANGLE HILL RD BEAR, DE 19701 |
| | State the term remaining | 72 | |
| | List the contract number of any government contract | N/A | |
| **2.113** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 26479 BAY FARM ROAD, MILLSBORO, DE 19966 | DKR LLC 24265 CANAL DR MILLSBORO, DE 19966 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

██ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.114 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 26495 BAY FARM ROAD, MILLSBORO, DE 19966 | DKR LLC<br>24265 CANAL DR<br>MILLSBORO, DE 19966 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.115 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 22206 CAREYS CAMP, MILLSBORO, DE 19966 | DKR LLC - DAISEY TRUST<br>24265 CANAL DR<br>MILLSBORO, DE 19966 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.116 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2112 PASTERNAK PLACE, NEWARK, DE 19702 | DONALD FOLEY<br>93 FOLEY RD<br>WARWICK, MD 21912 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.117 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1908 DUMAS PLACE, NEWARK, DE 19710 | DONALD FOLEY - SEA SANDS<br>93 FOLEY RD<br>WARWICK, MD 21912 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 5 E LOCKWOOD ST, MIDDLETOWN, DE 19709 | DONALD FOLEY/JOHN CUSHING<br>93 FOLEY RD<br>WARWICK, MD 21912 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 11 CLINTON COURT APT A, NEW CASTLE, DE 19720 | DONALD FOLEY/JOHN CUSHING<br>93 FOLEY RD<br>WARWICK, MD 21912 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 18 HUNTER ROAD, NEW CASTLE, DE 19720** | DOUGLAS J SALTER<br>621 DELAWARE ST<br>NEW CASTLE, DE 19720 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 23973 E MIDDLECORD CIRCLE, SEAFORD, DE 19973** | DOVE ROAD, LLC<br>25051 WARD FARM LN<br>MILLSBORO, DE 19966 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 51 WEBBS LANE APT A05, DOVER, DE 19904** | DOVER INVESTORS, LP<br>901 HARVEST DR, STE 105<br>BLUE BELL, PA 19422 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 51 WEBBS LANE APT AA05, DOVER, DE 19904** | DOVER INVESTORS, LP<br>901 HARVEST DR, STE 105<br>BLUE BELL, PA 19422 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 51 WEBBS LANE APT C07, DOVER, DE 19904** | DOVER INVESTORS, LP<br>901 HARVEST DR, STE 105<br>BLUE BELL, PA 19422 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.125 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 51 WEBBS LANE APT E04, DOVER, DE 19904** | DOVER INVESTORS, LP<br>901 HARVEST DR, STE 105<br>BLUE BELL, PA 19422 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | | Case number (if known): **21-10723** |
|---|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.126 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 51 WEBBS LANE APT O01, DOVER, DE 19904** | **DOVER INVESTORS, LP 901 HARVEST DR, STE 105 BLUE BELL, PA 19422** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.127 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 51 WEBBS LANE APT P05, DOVER, DE 19904** | **DOVER INVESTORS, LP 901 HARVEST DR, STE 105 BLUE BELL, PA 19422** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.128 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 255 WEBBS LANE APT B13, DOVER, DE 19904** | **DOVER INVESTORS, LP 901 HARVEST DR, STE 105 BLUE BELL, PA 19422** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.129 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 255 WEBBS LANE APT C12, DOVER, DE 19904** | **DOVER INVESTORS, LP 901 HARVEST DR, STE 105 BLUE BELL, PA 19422** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.130 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 255 WEBBS LANE APT D24, DOVER, DE 19904** | **DOVER INVESTORS, LP 901 HARVEST DR, STE 105 BLUE BELL, PA 19422** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.131 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 255 WEBBS LANE APT G13, DOVER, DE 19904** | **DOVER INVESTORS, LP 901 HARVEST DR, STE 105 BLUE BELL, PA 19422** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

<div style="background:black"> </div> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 255 WEBBS LANE APT G21, DOVER, DE 19904 | DOVER INVESTORS, LP 901 HARVEST DR, STE 105 BLUE BELL, PA 19422 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 3102 DRUMMOND PLAZA BLDG 1, NEWARK, DE 19711 | DRUMMOND PLAZA ASSOC LLC 2126 W NEWPORT PIKE, STE 200 WILMINGTON, DE 19804 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 3102 DRUMMOND PLAZA BLDG 1 #1201, NEWARK, DE 19711 | DRUMMOND PLAZA ASSOC LLC 2126 W NEWPORT PIKE, STE 200 WILMINGTON, DE 19804 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 3102 DRUMMOND PLAZA BLDG 1 #1208, NEWARK, DE 19711 | DRUMMOND PLAZA ASSOC LLC 2126 W NEWPORT PIKE, STE 200 WILMINGTON, DE 19804 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 3102 DRUMMOND PLAZA BLDG 1 #1210, NEWARK, DE 19711 | DRUMMOND PLAZA ASSOC LLC 2126 W NEWPORT PIKE, STE 200 WILMINGTON, DE 19804 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 3103 DRUMMOND PLAZA BLDG 1, NEWARK, DE 19711 | DRUMMOND PLAZA ASSOC LLC 2126 W NEWPORT PIKE, STE 200 WILMINGTON, DE 19804 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 3103 DRUMMOND PLAZA BLDG 1 #1303, NEWARK, DE 19711 | DRUMMOND PLAZA ASSOC LLC 2126 W NEWPORT PIKE, STE 200 WILMINGTON, DE 19804 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.139 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 3106 DRUMMOND PLAZA BLDG 1 #1302, NEWARK, DE 19711 | DRUMMOND PLAZA ASSOC LLC 2126 W NEWPORT PIKE, STE 200 WILMINGTON, DE 19804 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.140 | State what the contract or lease is for and the nature of the debtor's interest | OUTPATIENT, HUB RENT | DRUMMOND PLAZZA ASSOCIATE 3106 DRUMMOND PLZ, BLDG 3 1ST FL NEWARK, DE 19711 |
| | State the term remaining | 1230 | |
| | List the contract number of any government contract | | |
| 2.141 | State what the contract or lease is for and the nature of the debtor's interest | OUTPATIENT, HUB RENT | DRUMMOND PLAZZA ASSOCIATE 3202 DRUMMOND PLZ, BLDG 3 2ND FL NEWARK, DE 19711 |
| | State the term remaining | 711 | |
| | List the contract number of any government contract | | |
| 2.142 | State what the contract or lease is for and the nature of the debtor's interest | OUTPATIENT, HUB RENT | DRUMMOND PLAZZA ASSOCIATE 3204 DRUMMOND PLZ, BLDG 3 3RD FL NEWARK, DE 19711 |
| | State the term remaining | -50 | |
| | List the contract number of any government contract | | |
| 2.143 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 8 CHATHAM LANE APT 8A, NEWARK, DE 19713 | EAST COAST PRIDES COURT 6-F SUSSEX RD NEWARK, DE 19713 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

Debtor Name     **Connections Community Support Programs, Inc.**                Case number (if known): **21-10723**

███████ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.144 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 15 CHATHAM LANE APT 15J, NEWARK, DE 19713 | EAST COAST PRIDES COURT 6-F SUSSEX RD NEWARK, DE 19713 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.145 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1 CHATHAM LANE APT B, NEWARK, DE 19713 | EAST COURT PRIDES COURT 1751 PINNACLE DR, STE 700 MCLEAN, VA 22102 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.146 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1404 COVENTRY LANE (THE ELMS), NEWARK, DE 19713 | ELMS HOLDING COMPANY LLC 1504 N BROOM, STE 3 WILMINGTON, DE 19806 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.147 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2203 WASHINGTON ST APT 1, WILMINGTON, DE 19802 | ELTON GEORGE, JR 15 MATTHEWS RD NEWARK, DE 19713 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.148 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 54 CHESWOLD BLVD APT 308, NEWARK, DE 19711 | EMPIRE DELAWARE LLC 240 NEW YORK DR, STE 1 FT WASHINGTON, PA 19034 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.149 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 231 BRADFORD APT 3, DOVER, DE 19904 | ERA HARRINGTON - JAMIE 736 N DUPONT HWY DOVER, DE 19901 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.150 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 6 S GOVERNORS AVE APT A, DOVER, DE 19901 | ERAMACK PROPERTIES LLC 38218 YACHT BASIN RD OCEAN VIEW, DE 19970 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.151 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 87 WEST VIEW AVE, OCEAN VIEW, DE 19970 | ERAMACK PROPERTIES LLC 38218 YACHT BASIN RD OCEAN VIEW, DE 19970 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.152 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR CONTRACTS | EXCEL PRINTERS 201 RUTHAR DR NEWARK, DE 19711 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.153 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1623 WEST 4TH ST, `WILMINGTON, DE 19805 | FEDALE PROPERTIES - BENNETT 101 S MARY ST WILMINGTON, DE 19804 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.154 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 201 1/2 PHILADELPHIA PIKE #107, WILMINGTON, DE 19809 | FERRETTI TRUST 4 LLC 15332 ANTIOCH ST, STE 198 PACIFIC PALISADES, CA 90272 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.155 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 208 N NEW ST, DOVER, DE 19904 | FIRST CLASS PROPERTY MGT 1641 E LEBANON RD DOVER, DE 19901 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.156 | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORTATION CONTRACT | FOOD BANK OF DELAWARE, INC<br>222 LAKE DR<br>NEWARK, DE 19702 |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.157 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1712 REINDEER PL., BEAR, DE 19701 | FOX RUN ASSOCIATES LLC<br>900 WOODCHUCK PL<br>BEAR, DE 01971 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.158 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1108 S RODNEY ST APT A, WILMINGTON, DE 19805 | FRANCESCO A VATTILANA<br>4 LONGFORD CT<br>WILMINGTON, DE 19808 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.159 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1108 S RODNEY ST APT B, WILMINGTON, DE 19805 | FRANCESCO A VATTILANA<br>4 LONGFORD CT<br>WILMINGTON, DE 19808 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.160 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 121 E HIGH ST, SEAFORD, DE 19973 | FRE INVESTMENTS LLC<br>20498 SANFILIPPO RD<br>BRIDGEVILLE, DE 19933 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.161 | State what the contract or lease is for and the nature of the debtor's interest | RESEARCH AGREEMENT | FRIENDS RESEARCH INSTITUTE, INC<br>1040 PARK AVE, STE 103<br>BALTIMORE, MD 21201 |
| | State the term remaining | 910 | |
| | List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.162 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 900 PEACHTREE RD APT F, CLAYMONT, DE 19703 | GALMAN GROUP 261 OLD YORK RD, STE 110 JENKINTOWN, PA 19046 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.163 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 730 PEACHTREE RD APT 3, CLAYMONT, DE 19703 | GALMAN GROUP/EDGE 261 OLD YORK RD, STE 110 JENKINTOWN, PA 19046 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.164 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 217 W REED ST APT A, DOVER, DE 19904 | GEMS PROP - HERMAN 106 BEACHSIDE DR STEVENSVILLE, MD 21666 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.165 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 217 W REED ST APT B, DOVER, DE 19904 | GEMS PROP - HERMAN 106 BEACHSIDE DR STEVENSVILLE, MD 21666 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.166 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 219 W REED ST APT A, DOVER, DE 19904 | GEMS PROP - HERMAN 106 BEACHSIDE DR STEVENSVILLE, MD 21666 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.167 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 219 W REED ST APT B, DOVER, DE 19904 | GEMS PROP - HERMAN 106 BEACHSIDE DR STEVENSVILLE, MD 21666 |
| | State the term remaining List the contract number of any government contract | N/A | |

Debtor Name     Connections Community Support Programs, Inc.     Case number (if known): **21-10723**

## ▮ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.168 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 561 MOOSE LODGE RD APT B, CAMDEN, DE 19934** | **GEORGE W MOORE**<br>**1415 ANDREWS LAKE RD**<br>**FELTON, DE 19943** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.169 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 241 W CHESTNUT HILL RD, NEWARK, DE 19711** | **GEORGIA IRWIN- DE HOMES**<br>**402 MAIN ST**<br>**P.O. BOX 38**<br>**TOWNSEND, DE 19704** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.170 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 113 S BRADFORD ST APT A, DOVER, DE 19901** | **GIA DOWNTOWN PROPERTIES**<br>**736 N DUPONT HWY**<br>**DOVER, DE 19901** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.171 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 517 LAFAYETTE BLVD, WILMINGTON, DE 19801** | **GLEN P TRUDEL**<br>**114 ROCKLAND CIR**<br>**WILMINGTON, DE 19803** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.172 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 709 N MARKET ST APT 4C, WILMINGTON, DE 198081** | **HAN REAL ESTATE**<br>**614 E BASIN RD**<br>**NEW CASTLE, DE 19720** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.173 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 12 NORWAY AVE, WILMINGTON, DE 19804** | **HARRIET SACHS**<br>**1205 STONEY RUN DR**<br>**WILMINGTON, DE 19803** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

### ▮ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.174 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 818 S BROOM APT 1B, WILMINGTON, DE 19805 | HARVIS LLC<br>45-06 QUEENS BLVD, STE 317<br>SUNNYSIDE, NY 11104 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.175 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1233 CHESTNUT ST, WILMINGTON, DE 19805 | HAYIM/SUSAN ANCEL<br>2533 S WATTS ST<br>PHILADELPHIA, PA 19148 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.176 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR CONTRACTS | HERITAGE PRINTER<br>P.O. BOX 41602<br>PHILADELPHIA, PA 19101-1602 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.177 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 318 EAST 5TH ST APT B, LAUREL, DE 19956 | HERR RENTALS - CHAD<br>110 WILLIAM ROSS LN<br>SEAFORD, DE 19973 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.178 | State what the contract or lease is for and the nature of the debtor's interest | MASTER HEALTH SERVICES AGREEMENT | HIGHMARK BLUE CROSS BLUE SHIELD DELAWARE<br>800 DELAWARE AVE<br>WILMINGTON, DE 19801 |
| | State the term remaining | Indefinite until terminated (90-day notice) | |
| | List the contract number of any government contract | N/A | |
| 2.179 | State what the contract or lease is for and the nature of the debtor's interest | PARTICIPATING PROVIDER AGREEMENT | HIGHMARK BLUE SHIELD<br>P.O. BOX 898842<br>CAMP HILL, PA 17089 |
| | State the term remaining | Indefinite until terminated (90 days notice) | |
| | List the contract number of any government contract | 15049002506 | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.180 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT AGREEMENT | HOUSING DEVELOPMENT CORPORATION MIDATLANTIC<br>4-6 WEST KING ST<br>LANCASTER, PA 17603 |
| | State the term remaining | Indefinite until terminated (90-day notice) | |
| | List the contract number of any government contract | N/A | |
| 2.181 | State what the contract or lease is for and the nature of the debtor's interest | ADMINISTRATIVE SERVICES AGREEMENT | INTERFLEX PAYMENTS LLC<br>DBA AMERIFLEX<br>2508 HIGHLANDER WAY, STE 200<br>CARROLLTON, TX 75006 |
| | State the term remaining | 469 | |
| | List the contract number of any government contract | N/A | |
| 2.182 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 312 W 8TH ST APT 17, WILMINGTON, DE 19801 | IRVIN LEVIN<br>P.O. BOX 799<br>CLAYMONT, DE 19703 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.183 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 312 W 8TH ST APT 19, WILMINGTON, DE 19801 | IRVIN LEVIN<br>P.O. BOX 799<br>CLAYMONT, DE 19703 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.184 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2507 BAYNARD BLVD, WILMINGTON, DE 19802 | IRVIN LEVIN<br>P.O. BOX 799<br>CLAYMONT, DE 19703 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.185 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2509 BAYNARD BLVD APT 1F, WILMINGTON, DE 19802 | IRVIN LEVIN<br>P.O. BOX 799<br>CLAYMONT, DE 19703 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | | Case number (if known): **21-10723** |
|---|---|---|---|

<span style="background:black">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.186 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2509 BAYNARD BLVD APT 3F, WILMINGTON, DE 19802 | IRVIN LEVIN<br>P.O. BOX 799<br>CLAYMONT, DE 19703 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.187 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 210 E 16TH ST APT 1C, WILMINGTON, DE 19801 | IRVIN LEVIN/PENCADER<br>P.O. BOX 799<br>CLAYMONT, DE 19703 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.188 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 210 E 16TH ST APT 2B, WILMINGTON, DE 19801 | IRVIN LEVIN/PENCADER<br>P.O. BOX 799<br>CLAYMONT, DE 19703 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.189 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 210 E 16TH ST APT 3C, WILMINGTON, DE 19801 | IRVIN LEVIN/PENCADER<br>P.O. BOX 799<br>CLAYMONT, DE 19703 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.190 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 210 E 16TH ST APT 3D, WILMINGTON, DE 19801 | IRVIN LEVIN/PENCADER<br>P.O. BOX 799<br>CLAYMONT, DE 19703 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.191 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 210 E 16TH ST APT 4A, WILMINGTON, DE 19801 | IRVIN LEVIN/PENCADER<br>P.O. BOX 799<br>CLAYMONT, DE 19703 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.192 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2201 N WASHINGTON ST APT 2, WILMINGTON, DE 19802** | IRVIN LEVIN/PENCADER<br>P.O. BOX 799<br>CLAYMONT, DE 19703 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.193 | State what the contract or lease is for and the nature of the debtor's interest | **VENDOR CONTRACTS** | IT DATA<br>1628 JFK BLVD, STE 2110<br>PHILADELPHIA, PA 19103 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.194 | State what the contract or lease is for and the nature of the debtor's interest | **MANAGEMENT SERVICES & SUPPORT AGREEMENT** | ITDATA, INC<br>1628 JFK BLVD, STE 2110<br>PHILADELPHIA, PA 19103 |
| | State the term remaining<br>List the contract number of any government contract | Indefinite until terminated (90-day notice)<br>N/A | |
| 2.195 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1112 HOUSTON DRIVE, MILLSBORO, DE 19966** | JACK LINGO/YOUNT<br>29442 DUPONT BLVD<br>MILLSBORO, DE 19966 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.196 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 110 GORDON PLACE, DOVER, DE 19901** | JACOB BYLER - TRI- COUNTY<br>P.O. BOX 10<br>DOVER, DE 19903 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.197 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 172 BERTHA DRIVE, MAGNOLIA, DE 19962** | JACOB BYLER - TRI- COUNTY<br>P.O. BOX 10<br>DOVER, DE 19903 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

Debtor Name   **Connections Community Support Programs, Inc.**                      Case number (if known): **21-10723**

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.198 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 827 W 4TH ST APT 2, WILMINGTON, DE 19801** | **JAMES A BYRD - BYRDS NEST** **2627 POINT BREEZE DR** **WILMINGTON, DE 19810** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.199 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 827 W 4TH ST APT 3, WILMINGTON, DE 19801** | **JAMES A BYRD - BYRDS NEST** **2627 POINT BREEZE DR** **WILMINGTON, DE 19810** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.200 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1001 WHITE OAK RD APT M11, DOVER, DE 19904** | **JAMES A MUNSON SR** **43 RED TAIL DR** **DOVER, DE 19904** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.201 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 33334 SHARKEY'S LANE, MILLSBORO, DE 19966** | **JAMES SAUERS - RITTER** **25269 MASTERMARK LN** **MILLSBORO, DE 19966** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.202 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 26234 JEANNETTE ROAD, MILLSBORO, DE 19966** | **JEANNETTE JACK** **26198 JEANNETTE RD** **MILLSBORO, DE 19966** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.203 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 224 W DIVISION ST APT A, DOVER, DE 19901** | **JOANN DOWD** **80 CASE RIDGE RD** **DOVER, DE 19901** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.204 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 221 N MARSHALL ST APT 2, NEWPORT, DE 19804** | **JOHN EVANCHO - EVA SMT 408 N JAMES ST, STE 13 NEWPORT, DE 19804** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.205 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 218 N KIRKWOOD ST, DOVER, DE 19901** | **JOHN/KAREN MARBLE 4495 N DUPONT HWY DOVER, DE 19901** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.206 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 222 N KIRKWOOD ST, DOVER, DE 19901** | **JOHN/KAREN MARBLE 4495 N DUPONT HWY DOVER, DE 19901** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.207 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 24168 GERMAN ROAD, SEAFORD, DE 19973** | **JOSE LOPEZ 9293 CRIMSON CT DALLAS, TX 75217** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.208 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2508 BELFORD DR, WILMINGTON, DE 19808** | **JOSEPH S & KAREN F COEN 1406 JAN DR WILMINGTON, DE 19803** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.209 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 109 E 39TH ST, WILMINGTON, DE 19802** | **JOSHUA LAFFERTY P.O. BOX 3214 WILMINGTON, DE 19804** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.210 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 115 WINDER ROAD, NEW CASTLE, DE 19720 | JOSHUA LIDBERG 1141 S 20TH, UNIT 3 PHILADELPHIA, PA 19146 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.211 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 4624 GRIFFIN DRIVE, WILMINGTON, DE 19808 | JR PROPERTIES OF DE 103 HUNT VALLEY LOOP ELKTON, MD 21921 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.212 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1005 WRIGHT ST APT A, WILMINGTON, DE 19805 | JS HOLDINGS LLC 10 JANVIER AVE NEW CASTLE, DE 19720 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.213 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2673 JERSEY ROAD, MILLSBORO, DE 19966 | JUAN CASAS 213 WALNUT ST BRIDGEVILLE, DE 19933 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.214 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 402 W 7TH ST APT 2, LAUREL, DE 19956 | JW SCOTT RENTALS 38199 WHALEYS RD DELMAR, DE 19940 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.215 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 31 WESTFIELD DRIVE, NEWARK, DE 19711 | JYCC LLC/JACK CHIU 138 PHILIP DR PRINCETON, NJ 08540 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

| ■ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 701 COLLINS AVENUE, SEAFORD, DE 19973 | KATHERINE INGRAHAM<br>P.O. BOX 334<br>PRESTONE, MD 21655 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 221 N BRADFORD ST, SEAFORD, DE 19973 | KATHRYN S MOORE - WILGUS<br>10977 STATE ST UNIT 7<br>DELMAR, DE 19940 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1 HARLECH HALL, DOVER, DE 19904 | KELLER WILLIAMS/LCD<br>1671 S STATE ST<br>DOVER, DE 19901 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 19 W 24TH ST APT 1, WILMINGTON, DE 19806 | KENNETH STANFORD<br>63 MILLWOOD DR<br>MIDDLETOWN, DE 19709 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 23 BELMONT AVE APT C, WILMINGTON, DE 19804 | KEVIN EVANCHO<br>206 CHEYNEY CT<br>HOCKESSIN, DE 19707 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 118 S MARYLAND AVE APT 3, WILMINGTON, DE 19804 | KEVIN EVANCHO<br>206 CHEYNEY CT<br>HOCKESSIN, DE 19707 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

<span style="background:black">    </span> **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1120 N CLAYTON ST, WILMINGTON, DE 19805** | KURSH/LONG & FOSTER 14501 GEORGE CARTER WAY,3RD FL CHANTILLY, VA 20151 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.223 | State what the contract or lease is for and the nature of the debtor's interest | **VENDOR CONTRACTS** | KYOCERA PRINTERS 5020 CAMPBELL BLVD, STE BALTIMORE, MD 21236 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.224 | State what the contract or lease is for and the nature of the debtor's interest | **PATIENT SPECIMEN COLLECTION AGREEMENT** | LABORATORY CORPORATION OF AMERICA HOLDINGS 4-6 WEST KING ST LANCASTER, PA 17603 |
| | State the term remaining | Indefinite until terminated (5-day notice) | |
| | List the contract number of any government contract | N/A | |
| 2.225 | State what the contract or lease is for and the nature of the debtor's interest | **PATIENT SPECIMEN COLLECTION AGREEMENT** | LABORATORY CORPORATION OF AMERICA HOLDINGS 4-6 WEST KING ST LANCASTER, PA 17603 |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.226 | State what the contract or lease is for and the nature of the debtor's interest | **PATIENT SPECIMEN COLLECTION AGREEMENT** | LABORATORY CORPORATION OF AMERICA HOLDINGS 4-6 WEST KING ST LANCASTER, PA 17603 |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.227 | State what the contract or lease is for and the nature of the debtor's interest | **PATIENT SPECIMEN COLLECTION AGREEMENT** | LABORATORY CORPORATION OF AMERICA HOLDINGS 4-6 WEST KING ST LANCASTER, PA 17603 |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.228 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 43 COURT DR APT A, WILMINGTON, DE 19805 | LANCASTER COURT APTS LLC<br>P.O. BOX 609<br>SOUTHEASTERN, PA 19399 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.229 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1328 N WALNUT ST APT 1, WILMINGTON, DE 19806 | LANDMARK RENTAL INC<br>4623 WELDIN RD<br>WILMINGTON, DE 19803 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.230 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR CONTRACTS | LANPROS<br>406 SUBURBAN DR PMB, STE174<br>NEWARK, DE 19711 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.231 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 5 COLONY BLVD APT 509, WILMINGTON, DE 19802 | LAS CASA APTS - COLONY BLVD<br>5 COLONY BLVD, STE101<br>WILMINGTON, DE 19802 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.232 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 209 GREENBANK RD APT C1, WILMINGTON, DE 19808 | LEA BOULEVARD APTS 2007 LLC<br>P.O. BOX 737<br>LAKEWOOD, NJ 08701 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.233 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 606 W LEA BLVD APT A4, WILMINGTON, DE 19802 | LEA BOULEVARD APTS 2007 LLC<br>P.O. BOX 737<br>LAKEWOOD, NJ 08701 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

| ██ | **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.234 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 606 W LEA BLVD APT B4, WILMINGTON, DE 19802** | LEA BOULEVARD APTS 2007 LLC<br>P.O. BOX 737<br>LAKEWOOD, NJ 08701 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.235 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 16 WEST NORTH ST, GEORGETOWN, DE 19947** | LESTER REALTY - SEED 2<br>208 W MARKET ST<br>GEORGETOWN, DE 19947 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.236 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 26 WINCHESTER RD APT 26A, NEWARK, DE 19713** | LIBERTY SQUARE APTS<br>6-F SUSSEX RD<br>NEWARK, DE 19713 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.237 | State what the contract or lease is for and the nature of the debtor's interest | **PHARMACY SERVICES AGREEMENT** | LIFE TREE PHARMACY SERVICES<br>5 BLUE HERON DR<br>COLLEGEVILLE, PA 19426 |
| | State the term remaining | 0 days | |
| | List the contract number of any government contract | N/A | |
| 2.238 | State what the contract or lease is for and the nature of the debtor's interest | **PHARMACY SERVICES AGREEMENT** | LIFE TREE PHARMACY SERVICES<br>5 BLUE HERON DR<br>COLLEGEVILLE, PA 19426 |
| | State the term remaining | Indefinite until terminated (90-day notice) | |
| | List the contract number of any government contract | N/A | |
| 2.239 | State what the contract or lease is for and the nature of the debtor's interest | **PHARMACY SERVICES AGREEMENT** | LIFE TREE PHARMACY SERVICES<br>5 BLUE HERON DR<br>COLLEGEVILLE, PA 19426 |
| | State the term remaining | 0 days | |
| | List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.240 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1210 TERRA HILL DR APT 3A, WILMINGTON, DE 19809 | LIGHTHOUSE HILL - WOODS EDGE 1204 TERRA HILL DR, APT 3B WILMINGTON, DE 19809 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.241 | State what the contract or lease is for and the nature of the debtor's interest | OUTPATIENT RENT | LINDA DOLAN 321 OLD LANDING RD MILLSBORO, DE 19966 |
| | State the term remaining | 955 | |
| | List the contract number of any government contract | | |
| 2.242 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 209 HILLVIEW AVE, NEW CASTLE, DE 19720 | LLOYD/MIRANDA BEAUDETTE 134 HONORA DR BEAR, DE 19701 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.243 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1320 CLIFFORD BROWN WALK APT 309, WILMINGTON, DE 19801 | LOFTS @ CLIFFORD BROWN 1320 CLIFFORD BROWN WALK WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.244 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 102 N PENNSYLVANIA AVE APT 1, DELMAR, DE 19940 | MADIGAN PROPERTY MGT 8801 GREENWOOD RD GREENWOOD, DE 19950 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.245 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 102 N PENNSYLVANIA AVE APT 2, DELMAR, DE 19940 | MADIGAN PROPERTY MGT 8801 GREENWOOD RD GREENWOOD, DE 19950 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

### Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.246 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 102 N PENNSYLVANIA AVE APT 3, DELMAR, DE 19940 | MADIGAN PROPERTY MGT 8801 GREENWOOD RD GREENWOOD, DE 19950 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.247 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 102 N PENNSYLVANIA AVE APT 4, DELMAR, DE 19940 | MADIGAN PROPERTY MGT 8801 GREENWOOD RD GREENWOOD, DE 19950 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.248 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 102 N PENNSYLVANIA AVE APT 5, DELMAR, DE 19940 | MADIGAN PROPERTY MGT 8801 GREENWOOD RD GREENWOOD, DE 19950 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.249 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 6656 SHAWNEE ROAD APT 1, MILFORD, DE 19963 | MADIGAN PROPERTY MGT 8801 GREENWOOD RD GREENWOOD, DE 19950 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.250 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 21 BEECH AVENUE, WILMINGTON, DE 19805 | MANG WONG/LING CHEUMG 600 SUNFLOWER CIR HOCKESSIN, DE 19707 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.251 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 23 BEECH AVENUE, WILMINGTON, DE 19805 | MANG WONG/LING CHEUMG 600 SUNFLOWER CIR HOCKESSIN, DE 19707 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.252 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 233 N WEST ST, DOVER, DE 19901 | MARBLE MANAGEMENT 4495 N DUPONT HWY DOVER, DE 19901 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.253 | State what the contract or lease is for and the nature of the debtor's interest | MANAGEMENT (PARTNERSHIP) AGREEMENT | MARCELLA'S HOUSE, LP 3821 LANCASTER PIKE WILMINGTON, DE 19805 |
| | State the term remaining List the contract number of any government contract | | |
| 2.254 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 507 W 6TH STREET APT 1, WILMINGTON, DE 19801 | MARCUS LEWIS 1106 W 7TH ST WILMINGTON, DE 19805 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.255 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 511 N WASHINGTON ST APT 1, WILMINGTON, DE 19801 | MARCUS LEWIS 1106 W 7TH ST WILMINGTON, DE 19805 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.256 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 511 N WASHINGTON ST APT 3, WILMINGTON, DE 19801 | MARCUS LEWIS 1106 W 7TH ST WILMINGTON, DE 19805 |
| | State the term remaining List the contract number of any government contract | N/A | |
| 2.257 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 823 W 4TH ST 1ST FLR REAR, WILMINGTON, DE 19801 | MARCUS LEWIS 1106 W 7TH ST WILMINGTON, DE 19805 |
| | State the term remaining List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 823 W 4TH ST APT 1, WILMINGTON, DE 19801 | MARCUS LEWIS<br>1106 W 7TH ST<br>WILMINGTON, DE 19805 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.259 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 31 BRADFORD ST APT 2, DOVER, DE 19902 | MCGINNIS COMML REAL EST<br>555 E LOOCKERMAN ST<br>DOVER, DE 19901 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.260 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 14 LEA BOULEVARD APT D, WILMINGTON, DE 19802 | MCLEEN PROPERTIES, LLC<br>240 N JAMES ST, STE 100C<br>NEWPORT, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.261 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 622 HOMESTEAD RD APT B, WILMINGTON, DE 19805 | MCLEEN PROPERTIES, LLC<br>240 N JAMES ST, STE 100C<br>NEWPORT, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.262 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1119 BEECH ST, WILMINGTON, DE 19805 | MCLEEN PROPERTIES, LLC<br>240 N JAMES ST, STE 100C<br>NEWPORT, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.263 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 26 WINTERHAVEN DR APT 3, NEWARK, DE 19702 | METROPOLITAN MGT GROUP<br>41 WINTERHAVEN DR<br>NEWARK, DE 19702 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| 2.264 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 20 GLENRICH AVE APT 12, WILMINGTON, DE 19804 | MEYER & MEYER REALTY 2706 KIRKWOOD HWY WILMINGTON, DE 19805 |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| 2.265 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 20 GLENRICH AVE APT 6, WILMINGTON, DE 19804 | MEYER & MEYER REALTY 2706 KIRKWOOD HWY WILMINGTON, DE 19805 |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| 2.266 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 20 GLENRICH AVE APT 7, WILMINGTON, DE 19804 | MEYER & MEYER REALTY 2706 KIRKWOOD HWY WILMINGTON, DE 19805 |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| 2.267 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 305 W 18TH ST APT 1, WILMINGTON, DE 19802 | MEYER & MEYER REALTY 2706 KIRKWOOD HWY WILMINGTON, DE 19805 |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| 2.268 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1411 MAPLE STREET, WILMINGTON, DE 19805 | MEYER & MEYER REALTY 2706 KIRKWOOD HWY WILMINGTON, DE 19805 |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| 2.269 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2307 N HARRISON ST APT 1, WILMINGTON, DE 19802 | MEYER & MEYER REALTY 2706 KIRKWOOD HWY WILMINGTON, DE 19805 |
|---|---|---|---|
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.270 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2307 N HARRISON ST APT 17, WILMINGTON, DE 19802** | MEYER & MEYER REALTY 2706 KIRKWOOD HWY WILMINGTON, DE 19805 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.271 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 11 OPUS DRIVE, NEWARK, DE 19711** | MICHAEL BRUNO 11 1/2 OPUS DR NEWARK, DE 19702 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.272 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 100 GARFIELD AVENUE, NEW CASTLE, DE 19720** | MICHAEL JOYCE 2031 OLD ARCH RD NORRISTOWN, PA 19401 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.273 | State what the contract or lease is for and the nature of the debtor's interest | **VENDOR CONTRACTS** | MICROSOFT ATTN: SALE OPERATIONS FARGO, ND 58104 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.274 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 102 RICHARDS DRIVE APT 202, NEWPORT, DE 19804** | MID- ATLANTIC REALTY CO INC 39 ABBEY LN NEWARK, DE 19711 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.275 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 106 RICHARDS DRIVE APT 201, NEWPORT, DE 19805** | MID- ATLANTIC REALTY CO INC 39 ABBEY LN NEWARK, DE 19711 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

███  **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.276 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 758 CHRISTIANA RD APT 1002, NEWARK, DE 19713 | MID- ATLANTIC REALTY CO INC 39 ABBEY LN NEWARK, DE 19711 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.277 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 758 CHRISTIANA RD APT 307, NEWARK, DE 19711 | MID- ATLANTIC REALTY CO INC 39 ABBEY LN NEWARK, DE 19711 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.278 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 758 CHRISTIANA RD APT 311, NEWARK, DE 19711 | MID- ATLANTIC REALTY CO INC 39 ABBEY LN NEWARK, DE 19711 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.279 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 758 CHRISTIANA RD APT 902, NEWARK, DE 19713 | MID- ATLANTIC REALTY CO INC 39 ABBEY LN NEWARK, DE 19711 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.280 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 320 RAYMOND ST APT 101, DOVER, DE 19904 | MISHOE COVE, LLC 320 RAYMOND DOVER, DE 19904 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.281 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 320 RAYMOND ST APT 107, DOVER, DE 19904 | MISHOE COVE, LLC 320 RAYMOND DOVER, DE 19904 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.282 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 320 RAYMOND ST APT 200, DOVER, DE 19904 | MISHOE COVE, LLC<br>320 RAYMOND<br>DOVER, DE 19904 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.283 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 320 RAYMOND ST APT 208, DOVER, DE 19904 | MISHOE COVE, LLC<br>320 RAYMOND<br>DOVER, DE 19904 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.284 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 320 RAYMOND ST APT 301, DOVER, DE 19904 | MISHOE COVE, LLC<br>320 RAYMOND<br>DOVER, DE 19904 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.285 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 320 RAYMOND ST APT 305, DOVER, DE 19904 | MISHOE COVE, LLC<br>320 RAYMOND<br>DOVER, DE 19904 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 412 W 23RD ST, WILMINGTON, DE 19802 | MOORE PROPERTIES, LLC<br>135 LAMONT AVE<br>GLENOLDEN, PA 19036 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 109 WILLIS DRIVE APT G, DOVER, DE 19901 | MORGAN PROPERTIES<br>160 CLUBHOUSE RD<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.288** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 166 WILLIS ROAD APT F, DOVER, DE 19901 | MORGAN PROPERTIES<br>160 CLUBHOUSE RD<br>KING OF PRUSSIA, PA 19406 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.289** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 309 TOLLHOUSE PLACE APT G103, DOVER, DE 19904 | MORGAN WESTOVER APTS LLC<br>120 PENNINGTON PL<br>DOVER, DE 19904 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.290** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2719 N WASHINGTON ST APT 3, WILMINGTON, DE 19801 | MORNINGSTAR - K SUMMERS<br>214 W 7TH ST<br>WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.291** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 101 N DUPONT ST APT D, WILMINGTON, DE 19805 | MORNINGSTAR PROPERTY GRP<br>214 W 7TH ST<br>WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.292** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 400 W 7TH ST APT 2, WILMINGTON, DE 19801 | MORNINGSTAR PROPERTY GRP<br>214 W 7TH ST<br>WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.293** | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 530 EAST 10TH ST, WILMINGTON, DE 19801 | MORNINGSTAR PROPERTY GRP<br>214 W 7TH ST<br>WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.294 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 606 N WEST ST APT 4, WILMINGTON, DE 19801 | MORNINGSTAR PROPERTY GRP 214 W 7TH ST WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.295 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 610 WASHINGTON ST APT 1, WILMINGTON, DE 19801 | MORNINGSTAR PROPERTY GRP 214 W 7TH ST WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.296 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 612 N WASHINGTON ST APT 2, WILMINGTON, DE 19801 | MORNINGSTAR PROPERTY GRP 214 W 7TH ST WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.297 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 824 WEST ST APT 12, WILMINGTON, DE 19801 | MORNINGSTAR PROPERTY GRP 214 W 7TH ST WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.298 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 824 WEST ST APT 3, WILMINGTON, DE 19901 | MORNINGSTAR PROPERTY GRP 214 W 7TH ST WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.299 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1401 MARYLAND AVE APT A11, WILMINGTON, DE 19805 | MORNINGSTAR PROPERTY GRP 214 W 7TH ST WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.300 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1401 MARYLAND AVE APT A4, WILMINGTON, DE 19805 | MORNINGSTAR PROPERTY GRP 214 W 7TH ST WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.301 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1401 MARYLAND AVE APT A9, WILMINGTON, DE 19805 | MORNINGSTAR PROPERTY GRP 214 W 7TH ST WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.302 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1401 MARYLAND AVE APT B5, WILMINGTON, DE 19805 | MORNINGSTAR PROPERTY GRP 214 W 7TH ST WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.303 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1401 MARYLAND AVE APT C9, WILMINGTON, DE 19805 | MORNINGSTAR PROPERTY GRP 214 W 7TH ST WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.304 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1716 LANCASTER AVE APT A, WILMINGTON, DE 19805 | MORNINGSTAR PROPERTY GRP 214 W 7TH ST WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.305 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2311 N BROOM ST APT 2, WILMINGTON, DE 19802 | MORNINGSTAR PROPERTY GRP 214 W 7TH ST WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.306 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2313 N BROOM ST APT 2, WILMINGTON, DE 19802 | MORNINGSTAR PROPERTY GRP<br>214 W 7TH ST<br>WILMINGTON, DE 19801 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.307 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1404 W 8TH ST APT 1, WILMINGTON, DE 19801 | MSP MANAGEMENT SERVICES<br>7209 LANCASTER PIKE, STE 4-1001<br>HOCKESSIN, DE 19707 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.308 | State what the contract or lease is for and the nature of the debtor's interest | OUTPATIENT, IDS, CRISP, STAFF SUCCESS, CONNECT TO WORK, IT RENT | NAAMANSCAP, LLC<br>590 NAAMANS RD<br>CLAYMONT, DE 19703 |
| | State the term remaining<br>List the contract number of any government contract | 4820 | |
| 2.309 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR CONTRACTS | NETCARRIER<br>4000 N CANNON AVE<br>LANSDALE, PA 19446 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.310 | State what the contract or lease is for and the nature of the debtor's interest | VOICE AND DATA MASTER SERVICES AGREEMENT | NETCARRIER TELECOM, INC<br>4000 N CANNON AVE<br>LANSDALE, PA 19446 |
| | State the term remaining<br>List the contract number of any government contract | Indefinite until terminated (90-day notice)<br>N/A | |
| 2.311 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR CONTRACTS | NEUROFEEDBACK DANS)<br>811 BRANDYWINE BLVD<br>WILMINGTON, DE 19809 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.312 | State what the contract or lease is for and the nature of the debtor's interest | OUTPATIENT RENT | OLD TOWN HALL ASSOCIATES<br>105 N FRONT ST<br>SEAFORD, DE 19973 |
| | State the term remaining<br>List the contract number of any government contract | 2355 | |
| 2.313 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 201 1/2 PHILADELPHIA PIKE #327, WILMINGTON, DE 19809 | OSASOGIE AKPOROTU<br>ADDRESS REDACTED |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.314 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 241 N BROOM ST APT 3, WILMINGTON, DE 19805 | PABIAN PROP - PROPER- T LLC<br>101 N MARYLAND AVE<br>WILMINGTON, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.315 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 115 MATTHES AVE, WILMINGTON, DE 19804 | PABIAN PROPERTIES LLC<br>101 N MARYLAND AVE<br>WILMINGTON, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.316 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 502 N HARRISON ST APT 5, WILMINGTON, DE 19806 | PABIAN PROPERTIES LLC<br>101 N MARYLAND AVE<br>WILMINGTON, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.317 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 602 N TATNALL ST APT 2, WILMINGTON, DE 19801 | PABIAN PROPERTIES LLC<br>101 N MARYLAND AVE<br>WILMINGTON, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.318 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 604 N TATNALL ST APT 1, WILMINGTON, DE 19801 | PABIAN PROPERTIES LLC<br>101 N MARYLAND AVE<br>WILMINGTON, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.319 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 822 ANCHORAGE ST, WILMINGTON, DE 19805 | PABIAN PROPERTIES LLC<br>101 N MARYLAND AVE<br>WILMINGTON, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.320 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2205 N TATNALL ST APT 1, WILMINGTON, DE 19801 | PABIAN PROPERTIES LLC<br>101 N MARYLAND AVE<br>WILMINGTON, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.321 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2205 N TATNALL ST APT 2, WILMINGTON, DE 19801 | PABIAN PROPERTIES LLC<br>101 N MARYLAND AVE<br>WILMINGTON, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.322 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1309 LINDEN ST, WILMINGTON, DE 19805 | PABIAN VENTURES - HAYIM<br>101B MARYLAND AVE<br>WILMINGTON, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.323 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 610 N TATNALL ST APT 2R, WILMINGTON, DE 19801 | PABIAN VENTURES LLC<br>101 N MARYLAND AVE<br>WILMINGTON, DE 19804 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

<table>
<tr><td colspan="3">⬛ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**</td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.324 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1507 COLEMAN ST APT 1, WILMINGTON, DE 19805 | PABIAN VENTURES LLC 101 N MARYLAND AVE WILMINGTON, DE 19804 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.325 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1507 COLEMAN ST APT 4, WILMINGTON, DE 19805 | PABIAN VENTURES LLC 101 N MARYLAND AVE WILMINGTON, DE 19804 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.326 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 9 RUTH RD APT E1, WILMINGTON, DE 19805 | PARKLYNN SUCCESS, LLC 5 RUTH RD, APT G2 WILMINGTON, DE 19805 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.327 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 411 N GOVERNORS AVE APT 3, DOVER, DE 19901 | PARTNERS REAL ESTATE 202 WASHINGTON ST DELAWARE CITY, DE 19706 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 814 GRANDVIEW AVE APT 2, WILMINGTON, DE 19809 | PATRICK EVANCHO 13 RIDON DR HOCKESSIN, DE 19707 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 32742 RIVER ROAD APT 1, MILLSBORO, DE 19966 | PATRICK J TELL REAL ESTATE 18 RICHARD DR LITITZ, PA 17543 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

---

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 173 HAMPTON DRIVE, DOVER, DE 19904 | PATTERSON- SCHWARTZ 7234 LANCASTER PIKE HOCKESSIN, DE 19707 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 222 WEST 17TH ST, WILMINGTON, DE 19802 | PAUL M PANTANO 1504 N BROOM, STE 3 WILMINGTON, DE 19806 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 3821 LANCASTER PIKE, WILMINGTON, DE 19801 | PE HOLDING II, LLC 1504 N BROOM, STE 3 WILMINGTON, DE 19806 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1400 N KING ST APT 3, WILMINGTON, DE 19801 | PENCADER REALTY |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1718 N WASHINGTON ST APT 3, WILMINGTON, DE 19802 | PENCADER REALTY - RENTWELL 3203 CONCORD PIKE, STE C WILMINGTON, DE 19803 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.335 | State what the contract or lease is for and the nature of the debtor's interest | OUTPATIENT RENT | PENNSYLVINIA AVENUE PROPERTIES 123 PENNSYLVANIA AVE SEAFORD, DE 19973 |
| | State the term remaining | 134 | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.336 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 230 PRESIDENTIAL DRIVE APT 4, GREENVILLE, DE 19807** | **PETTINARO RESIDENTIAL** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.337 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 500 S DUPONT APT 114-1B, NEW CASTLE, DE 19720** | **PINE VALLEY APARTMENTS 500 S DUPONT HWY NEW CASTLE, DE 19720** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.338 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 500 S DUPONT APT 123-2A, NEW CASTLE, DE 19720** | **PINE VALLEY APARTMENTS 500 S DUPONT HWY NEW CASTLE, DE 19720** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.339 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 500 S DUPONT APT 355-6A, NEW CASTLE, DE 19720** | **PINE VALLEY APARTMENTS 500 S DUPONT HWY NEW CASTLE, DE 19720** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.340 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 500 S DUPONT APT 355-6B, NEW CASTLE, DE 19720** | **PINE VALLEY APARTMENTS 500 S DUPONT HWY NEW CASTLE, DE 19720** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.341 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | **PRE HOLDING CONCORD, LLC 1504 N BROOM ST, STE 3 WILMINGTON, DE 19805** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.342 | State what the contract or lease is for and the nature of the debtor's interest | **LEASE** | **PRE HOLDING II, LLC**<br>**1504 N BROOM ST, STE 3**<br>**WILMINGTON, DE 19805** |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.343 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 26 S STATE ST APT 8, DOVER, DE 19901** | **PREM, INC**<br>**26 E MAIN ST, STE 340**<br>**MIDDLETOWN, DE 19709** |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.344 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 26 S STATE ST APT 4, DOVER, DE 19901** | **PREM, INC - YFIRE**<br>**26 E MAIN ST, STE 340**<br>**MIDDLETOWN, DE 19709** |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.345 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 315 BILLY MITCHELL LANE APT E307, DOVER, DE 19901** | **PREMIER VILLAGE APTS**<br>**2030 GENERALS WAY**<br>**DOVER, DE 19901** |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.346 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 420 N JEFFERSON ST APT 3, WILMINGTON, DE 19801** | **PROPERTY EXCHANGE LLC**<br>**236 KELSEY LYNN CT**<br>**TOWNSEND, DE 19734** |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.347 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 615 W 6TH STREET APT 1, WILMINGTON, DE 19801** | **PROPERTY EXCHANGE LLC**<br>**236 KELSEY LYNN CT**<br>**TOWNSEND, DE 19734** |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.348 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 940 SPRUCE ST APT 1, WILMINGTON, DE 19801 | PROPERTY EXCHANGE LLC 236 KELSEY LYNN CT TOWNSEND, DE 19734 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.349 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2239 N PINE STREET, WILMINGTON, DE 19802 | PROPERTY EXCHANGE LLC 236 KELSEY LYNN CT TOWNSEND, DE 19734 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.350 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | PURPLE LOQUAX LLC 811 BRANDYWINE BLVD WILMINGTON, DE 19809 |
| | State the term remaining | 0 | |
| | List the contract number of any government contract | N/A | |
| 2.351 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 811 BRANDYWINE BLVD, WILMINGTON, DE 19809 | PURPLE LOQUAX LLC 811 BRANDYWINE BLVD WILMINGTON, DE 19809 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.352 | State what the contract or lease is for and the nature of the debtor's interest | DEVELOPMENT SERVICES AGREEMENT | QUAKER ARTS, LLC 3821 LANCASTER PIKE WILMINGTON, DE 19805 |
| | State the term remaining | Indefinite (upon building completion) | |
| | List the contract number of any government contract | N/A | |
| 2.353 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR CONTRACTS | QUALIFACTS 315 DEADERICK ST, STE 2300 NASHVILLE, TN 37238 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.354** | State what the contract or lease is for and the nature of the debtor's interest | **BUSINESS ASSOCIATE AGREEMENT** | **QUALIFACTS SYSTEMS, INC**<br>**315 DEADERICK ST, STE 2300**<br>**NASHVILLE, TN 37238** |
| | State the term remaining | Indefinite until terminated (90-day notice) | |
| | List the contract number of any government contract | N/A | |
| **2.355** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 729 W 9TH STREET, WILMINGTON, DE 19801** | **RACHEL LEE VINSON**<br>**31 STAGE RD**<br>**NEWARK, DE 19711** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.356** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 29 BRAMHALL STREET, GEORGETOWN, DE 19947** | **RAJ ENTERPRISES, LLC**<br>**P.O. BOX 455**<br>**GEORGETOWN, DE 19947** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.357** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 27526 POT OF GOLD CIRCLE, MILLSBORO, DE 19966** | **RAJ ENTERPRISES, LLC - C&C**<br>**228 S BEDFORD ST**<br>**GEORGETOWN, DE 19947** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.358** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 27530 POT OF GOLD CIRCLE, MILLSBORO, DE 19966** | **RAJ ENTERPRISES, LLC - C&C**<br>**228 S BEDFORD ST**<br>**GEORGETOWN, DE 19947** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.359** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 524 POPLAR ST, SEAFORD, DE 19973** | **RANDY WOTHERS**<br>**25488 GREEN BRIAR RD**<br>**SEAFORD, DE 19973** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.360 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 529 EAST POPLAR STREET, SEAFORD, DE 19973 | RANDY WOTHERS 25488 GREEN BRIAR RD SEAFORD, DE 19973 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.361 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 807 S MARKET ST, BLADES, DE 19973 | RANDY WOTHERS 25488 GREEN BRIAR RD SEAFORD, DE 19973 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.362 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 823 W NORTH ST APT A, DOVER, DE 19904 | RE/MAX HORIZONS 1671 S STATE ST DOVER, DE 19901 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.363 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT FOR CORE PROPERTY MANAGEMENT SYSTEM | REALPAGE, INC 2201 LAKESIDE BLVD RICHARDSON, TX 75082 |
| | State the term remaining | 529 | |
| | List the contract number of any government contract | N/A | |
| 2.364 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 308 GRANT ST, SEAFORD, DE 19973 | REALSPRING LLC 11 E MARKET ST, STE 2 GEORGETOWN, DE 19947 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.365 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 607 W 27TH ST, WILMINGTON, DE 19802 | REGINA CAMBELL 2616 W DALI DR MIDDLETOWN, DE 19709 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.366 | State what the contract or lease is for and the nature of the debtor's interest | **VENDOR CONTRACTS** | **RELIAS LEARNING**<br>1010 SYNC ST<br>MORRISVILLE, NC 27560 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.367 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | **RELIAS LLC**<br>1010 SYNC ST, STE 100<br>MORRISVILLE, NC 27560 |
| | State the term remaining<br>List the contract number of any government contract | 1656 | |
| 2.368 | State what the contract or lease is for and the nature of the debtor's interest | **MASTER SERVICES AGREEMENT** | **RELIAS LLC**<br>1010 SYNC ST, STE 100<br>MORRISVILLE, NC 27560 |
| | State the term remaining<br>List the contract number of any government contract | 1656 | |
| 2.369 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 301 N DUPONT RD APT 5, WILMINGTON, DE 19804** | **RENTWELL**<br>3203 CONCORD PIKE, STE C<br>WILMINGTON, DE 19803 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.370 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1121 W 3RD ST, WILMINGTON, DE 19805** | **RENTWELL**<br>3203 CONCORD PIKE, STE C<br>WILMINGTON, DE 19803 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.371 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 131 SCARBOROUGH PARK 31-2, WILMINGTON, DE 19804** | **REYNOLDS ASSET/MILL CREEK**<br>P.O. BOX 684<br>RIDGEWOOD, NJ 07451 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.372 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 207 HIGH SCHOOL AVE, GEORGETOWN, DE 19947 | RICHARD J PARSONS 18220 SCENIC DR REHOBOTH BEACH, DE 19971 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.373 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 567 HOMESTEAD RD 1ST FLR, WILMINGTON, DE 19805 | RICHARD L HINDT 2633 DENNY RD BEAR, DE 19701 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.374 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 567 HOMESTEAD RD 2ND FLR, WILMINGTON, DE 19805 | RICHARD L HINDT 2633 DENNY RD BEAR, DE 19701 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.375 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 905 MAPLE STREET, WILMINGTON, DE 19805 | RICHARD L HINDT 2633 DENNY RD BEAR, DE 19701 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.376 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1018 READ ST, WILMINGTON, DE 19802 | RICHARD L HINDT 2633 DENNY RD BEAR, DE 19701 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.377 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1000 W NEWPORT PIKE APT 2, NEWPORT, DE 19804 | RICHARD TRINCIA 3 MEADOW KNOLL CT BEAR, DE 19701 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.378 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 125 DELAMORE PLACE 2ND FLR, WILMINGTON, DE 19805 | ROBERT BOVELL - LCBC P.O. BOX 2779 WILMINGTON, DE 19805 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.379 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 125 DELAMORE PLACE APT 1, WILMINGTON, DE 19805 | ROBERT BOVELL - LCBC P.O. BOX 2779 WILMINGTON, DE 19805 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.380 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 31732 DUNE CIRCLE, LEWES, DE 19958 | ROBERT C WOLHAR 18 SHERBORNE RD REHOBOTH, DE 19971 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.381 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 3607 N TATNALL ST, WILMINGTON, DE 19802 | ROMEY LEWIS 3602 N WEST ST WILMINGTON, DE 19802 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.382 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 301 WALT MESSICK RD APT D, HARRINGTON, DE 19952 | SCHATZ- MESSICK ENTERPRISE 705 ANDREWVILLE RD HARRINGTON, DE 19952 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.383 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 654 BEECHWOOD AVE, MILFORD, DE 19963 | SCHATZ- MESSICK ENTERPRISE 705 ANDREWVILLE RD HARRINGTON, DE 19952 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.384 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 100 GRAYSON COURT APT 5-34, SEAFORD, DE 19973 | SEAFORD APARTMENTS 600 GRAYSON CT SEAFORD, DE 19973 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.385 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 106 DEWEY ST APT 606, LAUREL, DE 19956 | SEAN STEWARD 20498 SANFILIPPO RD BRIDGEVILLE, DE 19933 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.386 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2200 N WASHINGTON ST APT 1, WILMINGTON, DE 19802 | SHAWN L HARRISON ENT 2644 KIRKWOOD HWY NEWARK, DE 19711 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.387 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 28585 W MEADOWVIEW DR, MILTON, DE 19958 | SHEILA PERINI 36213 FIELD LN REHOBOTH BEACH, DE 19971 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.388 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 110 TOWNE ESTATES DR APT D1, WILMINGTON, DE 19805 | SHORT SALE , LLC 2126 W NEWPORT PIKE, STE 200 WILMINGTON, DE 19804 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.389 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 110 TOWNE ESTATES DR APT E4, WILMINGTON, DE 19805 | SHORT SALE , LLC 2126 W NEWPORT PIKE, STE 200 WILMINGTON, DE 19804 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.390 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 20 5TH ST, BLADES, DE 19973 | SHREENATHGEE LLC 704 N SHORE DR MILFORD, DE 19963 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.391 | State what the contract or lease is for and the nature of the debtor's interest | VENDOR CONTRACTS | SMARTDEPLOY 12100 NORTHUP WAY, STE 100 BELLEVUE, WA 98005 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.392 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 529 W 7TH ST, LAUREL, DE 19956 | SNEAD PROPERTY MGT P.O. BOX 1676 MILLSBORO, DE 19966 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.393 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 430 WEST ST APT 101, WILMINGTON, DE 19801 | STAR PROPERTY - AW PROPERTY 4204 PYLES FORD RD GREENVILLE, DE 19807 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.394 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2700 LANCASTER AVE APT 1A, WILMINGTON, DE 19805 | STAR PROPERTY - NAPS HOMES 4204 PYLES FORD RD GREENVILLE, DE 19807 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.395 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2700 LANCASTER AVE APT 6, WILMINGTON, DE 19805 | STAR PROPERTY - NAPS HOMES 4204 PYLES FORD RD GREENVILLE, DE 19807 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.396 | State what the contract or lease is for and the nature of the debtor's interest | **AMENDED CONTRACT** | **STATE OF DELAWARE** THE DEPT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES 1825 FAULKLAND RD WILMINGTON, DE 19805 |
| | State the term remaining | 134 | |
| | List the contract number of any government contract | PHB(CCSP-PSSF)17-14539 | |
| 2.397 | State what the contract or lease is for and the nature of the debtor's interest | **AMENDED CONTRACT** | **STATE OF DELAWARE** THE DEPT OF SERVICES FOR CHILDREN, YOUTH & THEIR FAMILIES 1825 FAULKLAND RD WILMINGTON, DE 19805 |
| | State the term remaining | 529 | |
| | List the contract number of any government contract | PHB(CONNECT-FBMII)18-14819 | |
| 2.398 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 12 W 26TH ST 2ND FLR, WILMINGTON, DE 19802** | **STEPHANIE TARKENTON** 602 WIGGINS MILL RD TOWNSEND, DE 19734 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.399 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 401 W 25TH ST 1ST FLR, WILMINGTON, DE 19802** | **STEPHANIE TARKENTON** 602 WIGGINS MILL RD TOWNSEND, DE 19734 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.400 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 401 W 25TH ST 2ND FLR, WILMINGTON, DE 19802** | **STEPHANIE TARKENTON** 602 WIGGINS MILL RD TOWNSEND, DE 19734 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.401 | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2111 N WASHINGTON ST APT 3, WILMINGTON, DE 19801** | **STEVE EASTBURN** 2111 N WASHINGTON ST WILMINGTON, DE 19801 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.402 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 701 BENNETT ST, WILMINGTON, DE 19801 | STONY HOMES LLC<br>P.O. BOX 463<br>ODESSA, DE 19730 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.403 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 219 N ARCH STREET, SEAFORD, DE 19973 | SUPARNA MEHRA<br>228 S BEDFORD ST<br>GEORGETOWN, DE 19947 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.404 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 30384 GULL POINT RD, MILLSBORO, DE 19966 | TARA PARKHURST<br>29175 S OAK DR EXT<br>MILLSBORO, DE 19966 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.405 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 2215 WASHINGTON ST APT 2, WILMINGTON, DE 19802 | TED KRIKITOS<br>18 AUGUSTINE CUTOFF<br>WILMINGTON, DE 19803 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.406 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 14 WAPLES DRIVE, GEORGETOWN, DE 19947 | TEJAS SHETH<br>704 N SHORE DR<br>MILFORD, DE 19963 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.407 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1109 HOUSTON DRIVE, MILLSBORO, DE 19966 | TEJAS SHETH<br>704 N SHORE DR<br>MILFORD, DE 19963 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**▆ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.408 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 318 PYRAMID AVE APT A, CLAYMONT, DE 19703 | TELLISTA ENTERPRISES LLC<br>P.O. BOX 372<br>HOCKESSIN, DE 19707 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.409 | State what the contract or lease is for and the nature of the debtor's interest | THE MINISTRY OF CARING INC. - BETHANY HOUSE | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0002L3T002013 | |
| 2.410 | State what the contract or lease is for and the nature of the debtor's interest | THE MINISTRY OF CARING INC. - BETHANY HOUSE II | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0026L3T002005 | |
| 2.411 | State what the contract or lease is for and the nature of the debtor's interest | HOUSING ALLIANCE DELAWARE, INC. - CEWNTRALIZED INTAKE DELAWARE | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0034L3T002007 | |
| 2.412 | State what the contract or lease is for and the nature of the debtor's interest | HOUSING ALLIANCE DELAWARE, INC. - DE-500 COC PLANNING PROJECT APPLICATION 2020 | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0064L3T002000 | |
| 2.413 | State what the contract or lease is for and the nature of the debtor's interest | HOUSING ALLIANCE DELAWARE, INC. - DELAWARE HMIS | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0025L3T002010 | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.414 | State what the contract or lease is for and the nature of the debtor's interest | CHILD, INC. - DV SEPECIFIC RAPID REHOUSING | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0060L3T002001 | |
| 2.415 | State what the contract or lease is for and the nature of the debtor's interest | CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC. - EASY ACCESS | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0005L3T002013 | |
| 2.416 | State what the contract or lease is for and the nature of the debtor's interest | CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC. - ENTERPRISE | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0006L3T002013 | |
| 2.417 | State what the contract or lease is for and the nature of the debtor's interest | YWCA DELAWARE INC. - HOME-LIFE MANAGEMENT CENTER II | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0007L3T002013 | |
| 2.418 | State what the contract or lease is for and the nature of the debtor's interest | THE MINISTRY OF CARING INC. - HOUSE OF JOSEPH II | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0003L3T002013 | |
| 2.419 | State what the contract or lease is for and the nature of the debtor's interest | THE MINISTRY OF CARING INC. - HOUSE OF JOSEPH RESIDENCE | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0059L3T002002 | |

| Debtor Name | Connections Community Support Programs, Inc. | | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.420** | State what the contract or lease is for and the nature of the debtor's interest | CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC. - JUDY'S HOUSE | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0001L3T002010 | |
| **2.421** | State what the contract or lease is for and the nature of the debtor's interest | WEST END NEIGHBORHOOD HOUSE INC. - LIFE LINE HOUSING PROGRAM | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0010L3T002013 | |
| **2.422** | State what the contract or lease is for and the nature of the debtor's interest | THE MINISTRY OF CARING INC. - MARY MOTHER OF HOPE PERMANENT HOUSING | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0045L3T002005 | |
| **2.423** | State what the contract or lease is for and the nature of the debtor's interest | THE MINISTRY OF CARING INC. - NAZARETH PERMANENT HOUSING | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0037L3T002006 | |
| **2.424** | State what the contract or lease is for and the nature of the debtor's interest | CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC. - NEW CENTURY | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0023L3T002010 | |
| **2.425** | State what the contract or lease is for and the nature of the debtor's interest | CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC. - NEW HOPE 2 | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE004 7L3T002005 | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
| --- | --- | --- |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.426 | State what the contract or lease is for and the nature of the debtor's interest | **CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC. - NEXT STEP** | **THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE**<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0013L3T002013 | |
| 2.427 | State what the contract or lease is for and the nature of the debtor's interest | **CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC. - NEXT STEP 2** | **THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE**<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0022L3T002010 | |
| 2.428 | State what the contract or lease is for and the nature of the debtor's interest | **CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC. - NEXT STEP 3** | **THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE**<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0024L3T002009 | |
| 2.429 | State what the contract or lease is for and the nature of the debtor's interest | **CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC. - NEXT STEP 4** | **THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE**<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0030L3T002009 | |
| 2.430 | State what the contract or lease is for and the nature of the debtor's interest | **FAMILY PROMISE OF NORTHERN NEW CASTLE COUNTY, INC. - PATHWAY TO HOUSING** | **THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE**<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0062L3T002001 | |
| 2.431 | State what the contract or lease is for and the nature of the debtor's interest | **CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC. - PH FOR 20 CONSOLIDATED** | **THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE**<br>100 W 10TH ST, STE 611<br>WILMINGTON, DE19894 |
| | State the term remaining<br>List the contract number of any government contract | DE0014L3T002013 | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|---|
| 2.432 | State what the contract or lease is for and the nature of the debtor's interest | CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC. - POSITIVE PROGRESS | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE 100 W 10TH ST, STE 611 WILMINGTON, DE19894 |
| | State the term remaining List the contract number of any government contract | DE0050L3T002004 | |
| 2.433 | State what the contract or lease is for and the nature of the debtor's interest | THE MINISTRY OF CARING INC. - RAPID REHOUSING CONSOLIDATED | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE 100 W 10TH ST, STE 611 WILMINGTON, DE19894 |
| | State the term remaining List the contract number of any government contract | DE0036L3T002006 | |
| 2.434 | State what the contract or lease is for and the nature of the debtor's interest | THE MINISTRY OF CARING INC. - ST. FRANCIS TRANSITIONAL RESIDENCE | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE 100 W 10TH ST, STE 611 WILMINGTON, DE19894 |
| | State the term remaining List the contract number of any government contract | DE0018L3T002013 | |
| 2.435 | State what the contract or lease is for and the nature of the debtor's interest | FAMILY PROMISE OF NORTHERN NEW CASTLE COUNTY, INC. - TRANSITION-RAPID REHOUSING 2019 RENEWAL | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE 100 W 10TH ST, STE 611 WILMINGTON, DE19894 |
| | State the term remaining List the contract number of any government contract | DE0055L3T002003 | |
| 2.436 | State what the contract or lease is for and the nature of the debtor's interest | YWCA DELAWARE INC. - YMCW RAPID REHOUSING PROJECT | THE DELAWARE CONTINUUM OF CARE, HOUSING ALLIANCE DELAWARE 100 W 10TH ST, STE 611 WILMINGTON, DE19894 |
| | State the term remaining List the contract number of any government contract | DE0054L3T002003 | |
| 2.437 | State what the contract or lease is for and the nature of the debtor's interest | ITEMS OR SERVICES DELIVERED TO DELAWARE MEDICAL ASSISTANCE PROGRAM ELIGIBLE - CARDINAL | THE DEPT OF HEALTH & SOCIAL SERVICES 511 W 8TH ST WILMINGTON, DE 19801 |
| | State the term remaining List the contract number of any government contract | Indefinite until terminated  N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.438 | State what the contract or lease is for and the nature of the debtor's interest | **ITEMS OR SERVICES DELIVERED TO DELAWARE MEDICAL ASSISTANCE PROGRAM ELIGIBLE - CONNECTIONS** | **THE DEPT OF HEALTH & SOCIAL SERVICES**<br>**511 W 8TH ST**<br>**WILMINGTON, DE 19801** |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.439 | State what the contract or lease is for and the nature of the debtor's interest | **ITEMS OR SERVICES DELIVERED TO DELAWARE MEDICAL ASSISTANCE PROGRAM ELIGIBLE** | **THE DEPT OF HEALTH & SOCIAL SERVICES**<br>**511 W 8TH ST**<br>**WILMINGTON, DE 19801** |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.440 | State what the contract or lease is for and the nature of the debtor's interest | **ITEMS OR SERVICES DELIVERED TO DELAWARE MEDICAL ASSISTANCE PROGRAM ELIGIBLE** | **THE DEPT OF HEALTH & SOCIAL SERVICES**<br>**511 W 8TH ST**<br>**WILMINGTON, DE 19801** |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.441 | State what the contract or lease is for and the nature of the debtor's interest | **ITEMS OR SERVICES DELIVERED TO DELAWARE MEDICAL ASSISTANCE PROGRAM ELIGIBLE - FAMILY PRACTICE** | **THE DEPT OF HEALTH & SOCIAL SERVICES**<br>**511 W 8TH ST**<br>**WILMINGTON, DE 19801** |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.442 | State what the contract or lease is for and the nature of the debtor's interest | **ITEMS OR SERVICES DELIVERED TO DELAWARE MEDICAL ASSISTANCE PROGRAM ELIGIBLE - GORDY** | **THE DEPT OF HEALTH & SOCIAL SERVICES**<br>**511 W 8TH ST**<br>**WILMINGTON, DE 19801** |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.443 | State what the contract or lease is for and the nature of the debtor's interest | **ITEMS OR SERVICES DELIVERED TO DELAWARE MEDICAL ASSISTANCE PROGRAM ELIGIBLE - ACT 1** | **THE DEPT OF HEALTH & SOCIAL SERVICES**<br>**511 W 8TH ST**<br>**WILMINGTON, DE 19801** |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.444 | State what the contract or lease is for and the nature of the debtor's interest | ITEMS OR SERVICES DELIVERED TO DELAWARE MEDICAL ASSISTANCE PROGRAM ELIGIBLE - ACT 2 | THE DEPT OF HEALTH & SOCIAL SERVICES<br>511 W 8TH ST<br>WILMINGTON, DE 19801 |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.445 | State what the contract or lease is for and the nature of the debtor's interest | ITEMS OR SERVICES DELIVERED TO DELAWARE MEDICAL ASSISTANCE PROGRAM ELIGIBLE - ACT 3 | THE DEPT OF HEALTH & SOCIAL SERVICES<br>511 W 8TH ST<br>WILMINGTON, DE 19801 |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.446 | State what the contract or lease is for and the nature of the debtor's interest | ITEMS OR SERVICES DELIVERED TO DELAWARE MEDICAL ASSISTANCE PROGRAM ELIGIBLE - ACT DOVER | THE DEPT OF HEALTH & SOCIAL SERVICES<br>511 W 8TH ST<br>WILMINGTON, DE 19801 |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.447 | State what the contract or lease is for and the nature of the debtor's interest | ITEMS OR SERVICES DELIVERED TO DELAWARE MEDICAL ASSISTANCE PROGRAM ELIGIBLE - BLACKBIRD | THE DEPT OF HEALTH & SOCIAL SERVICES<br>511 W 8TH ST<br>WILMINGTON, DE 19801 |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.448 | State what the contract or lease is for and the nature of the debtor's interest | TITLE X FAMILY PLANNING SERVICES CONTRACT | THE DEPT OF HEALTH & SOCIAL SERVICES<br>STATE OF DELAWARE & COMMUNITY SUPPORT PROGRAMS, INC<br>511 W 8TH ST<br>WILMINGTON, DE 19801 |
| | State the term remaining | Indefinite until terminated | |
| | List the contract number of any government contract | N/A | |
| 2.449 | State what the contract or lease is for and the nature of the debtor's interest | DELAWARE MEDICAL ASSISTANCE PROGRAM ELIGIBLE - ACT 4 | THE DEPT OF HEALTH & SOCIAL SERVICES<br>1302 DRUMMOND PLZ<br>NEWARK, DE 19711 |
| | State the term remaining | 254 days | |
| | List the contract number of any government contract | 1962950881 | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**████ Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.450 | State what the contract or lease is for and the nature of the debtor's interest | **DELAWARE MEDICAL ASSISTANCE PROGRAM ELIGIBLE - ACT 5** | **THE DEPT OF HEALTH & SOCIAL SERVICES**<br>**1302 DRUMMOND PLZ**<br>**NEWARK, DE 19711** |
| | State the term remaining | 301 days | |
| | List the contract number of any government contract | 1962950881 | |
| 2.451 | State what the contract or lease is for and the nature of the debtor's interest | **PROFESSIONAL SERVICES AGREEMENT** | **THE DIVISION OF PUBLIC HEALTH**<br>**DELAWARE DEPT OF HEALTH & SOCIAL SERVICES**<br>**511 W 8TH ST**<br>**WILMINGTON, DE 19801** |
| | State the term remaining | 0 | |
| | List the contract number of any government contract | N/A | |
| 2.452 | State what the contract or lease is for and the nature of the debtor's interest | **PROFESSIONAL SERVICES AGREEMENT** | **THE DIVISION OF SUBSTANCE ABUSE & MENTAL HEALTH**<br>**DELAWARE DEPT OF SOCIAL SERVICES**<br>**511 W 8TH ST**<br>**WILMINGTON, DE 19801** |
| | State the term remaining | 72 | |
| | List the contract number of any government contract | FY21-SF-CCSP-GH | |
| 2.453 | State what the contract or lease is for and the nature of the debtor's interest | **PROFESSIONAL SERVICES AGREEMENT** | **THE DIVISION OF SUBSTANCE ABUSE & MENTAL HEALTH**<br>**DELAWARE DEPT OF SOCIAL SERVICES**<br>**511 W 8TH ST**<br>**WILMINGTON, DE 19801** |
| | State the term remaining | 103 | |
| | List the contract number of any government contract | FY21-HSS-15-016-CCSP | |
| 2.454 | State what the contract or lease is for and the nature of the debtor's interest | **PROFESSIONAL SERVICES AGREEMENT** | **THE DIVISION OF SUBSTANCE ABUSE & MENTAL HEALTH**<br>**DELAWARE DEPT OF SOCIAL SERVICES**<br>**511 W 8TH ST**<br>**WILMINGTON, DE 19801** |
| | State the term remaining | 72 | |
| | List the contract number of any government contract | FY21-HSS-15-043-CCSP | |
| 2.455 | State what the contract or lease is for and the nature of the debtor's interest | **PROFESSIONAL SERVICES AGREEMENT** | **THE DIVISION OF SUBSTANCE ABUSE & MENTAL HEALTH**<br>**511 W 8TH ST**<br>**WILMINGTON, DE 19801** |
| | State the term remaining | 164 | |
| | List the contract number of any government contract | FY21-HSS-19-050-DUI-CCSP | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

███ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.456 | State what the contract or lease is for and the nature of the debtor's interest | LEASE | THE ELMS LLC<br>1504 N BROOM ST, STE 3<br>WILMINGTON, DE 19805 |
| | State the term remaining<br>List the contract number of any government contract | | |
| 2.457 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 208 FRONT ST APT A, SEAFORD, DE 19973 | THE FLORES RENTALS<br>ATTN: TOM<br>P.O. BOX 1533<br>SEAFORD, DE 19973 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.458 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 9 PAR HAVEN DR APT C31, DOVER, DE 19901 | THE PARKER GROUP<br>673 NORTH BEDFORD ST<br>GEORGETOWN, DE 19946 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.459 | State what the contract or lease is for and the nature of the debtor's interest | 2020 TRANSFORMATION TRANSFER INITIATIVE (TTI) | THE STATE OF DELAWARE, DELAWARE HEALTH & SOCIAL SERVICES<br>DIVISION OF SUBSTANCE ABUSE & MENTAL HEALTH<br>511 W 8TH ST<br>WILMINGTON, DE 19801 |
| | State the term remaining<br>List the contract number of any government contract | 225<br>N/A | |
| 2.460 | State what the contract or lease is for and the nature of the debtor's interest | HIPAA BUSINESS ASSOCIATE AGREEMENT | THE STATE OF DELAWARE, DEPT OF HEALTH & SOCIAL SERVICES<br>DIVISION OF SUBSTANCE ABUSE & MENTAL HEALTH<br>511 W 8TH ST<br>WILMINGTON, DE 19801 |
| | State the term remaining<br>List the contract number of any government contract | Indefinite until terminated<br>N/A | |
| 2.461 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 31 VILLAS DRIVE APT 1, NEW CASTLE, DE 19720 | THE VILLAS ASSOCIATES LP<br>21 VILLAS DR, STE 8<br>NEW CASTLE, DE 19720 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.462 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 31 VILLAS DRIVE APT 8, NEW CASTLE, DE 19720 | THE VILLAS ASSOCIATES LP<br>21 VILLAS DR, STE 8<br>NEW CASTLE, DE 19720 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.463 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 91 VILLAS DRIVE APT 7, NEW CASTLE, DE 19720 | THE VILLAS ASSOCIATES LP<br>21 VILLAS DR, STE 8<br>NEW CASTLE, DE 19720 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.464 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 121 VILLAS DRIVE APT 5, NEW CASTLE, DE 19720 | THE VILLAS ASSOCIATES LP<br>21 VILLAS DR, STE 8<br>NEW CASTLE, DE 19720 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.465 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 131 VILLAS DRIVE APT 3, NEW CASTLE, DE 19720 | THE VILLAS ASSOCIATES LP<br>21 VILLAS DR, STE 8<br>NEW CASTLE, DE 19720 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.466 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 191 VILLAS DRIVE APT 1, NEW CASTLE, DE 19720 | THE VILLAS ASSOCIATES LP<br>21 VILLAS DR, STE 8<br>NEW CASTLE, DE 19720 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.467 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 109 N BROOM ST APT 1, WILMINGTON, DE 19805 | THOMAS W RILEY - ELM<br>813 STATLER RD<br>CHADDS FORD, PA 19317 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.468 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 16 PARKER CIRCLE APT 3, MILLSBORO, DE 19966 | TM ASSOCIATES MGT 1375 PICCARD DR, STE 150 ROCKVILLE, MD 20850 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.469 | State what the contract or lease is for and the nature of the debtor's interest | 340B PROGRAM THIRD PARTY ADMINISTRATOR SERVICE AGREEMENT | TRIAD HEALTH LLC 42 BROADWAY, STE 1815 NEW YORK, NY 10004 |
| | State the term remaining | Indefinite until terminated (90-day notice) | |
| | List the contract number of any government contract | N/A | |
| 2.470 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 15 S WEST ST, CAMDEN, DE 19934 | TRICOUNTY PROPERTY MGT 1198 S GOVERNORS, STE 101 DOVER, DE 19904 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.471 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 27 MEDAL WAY, MAGNOLIA, DE 19962 | TRICOUNTY PROPERTY MGT 1198 S GOVERNORS, STE 101 DOVER, DE 19904 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.472 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 356 PARADEE DRIVE, DOVER, DE 19901 | TRICOUNTY PROPERTY MGT 1198 S GOVERNORS, STE 101 DOVER, DE 19904 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.473 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1926 W 5TH ST APT 2, WILMINGTON, DE 19805 | TROLLEY SQUARE - TWO STONES P.O. BOX 3516 WILMINGTON, DE 19807 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

▮ **Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.474 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 17 SUNNY BEND AVE, NEWARK, DE 19702 | TROSS ASSOCIATES P.O. BOX 2402 BOOTHWYN, PA 19061 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.475 | State what the contract or lease is for and the nature of the debtor's interest | CONTINUUM OF CARE PROGRAM GRANT AGREEMENT | US DEPT OF HOUSING & URBAN DEVELOPMENT OFFICE OF COMMUNITY PLANNING & DEVELOPMENT 100 PENN SQUARE, E PHILADELPHIA, PA 19107 |
| | State the term remaining | 103 | |
| | List the contract number of any government contract | DE0001L3T001909 | |
| 2.476 | State what the contract or lease is for and the nature of the debtor's interest | CONTINUUM OF CARE PROGRAM GRANT AGREEMENT | US DEPT OF HOUSING & URBAN DEVELOPMENT OFFICE OF COMMUNITY PLANNING & DEVELOPMENT 100 PENN SQUARE, E PHILADELPHIA, PA 19107 |
| | State the term remaining | 42 | |
| | List the contract number of any government contract | DE0005L3T001912 | |
| 2.477 | State what the contract or lease is for and the nature of the debtor's interest | CONTINUUM OF CARE PROGRAM GRANT AGREEMENT | US DEPT OF HOUSING & URBAN DEVELOPMENT OFFICE OF COMMUNITY PLANNING & DEVELOPMENT 100 PENN SQUARE, E PHILADELPHIA, PA 19107 |
| | State the term remaining | 195 | |
| | List the contract number of any government contract | DE0023L3T001909 | |
| 2.478 | State what the contract or lease is for and the nature of the debtor's interest | CONTINUUM OF CARE PROGRAM GRANT AGREEMENT | US DEPT OF HOUSING & URBAN DEVELOPMENT OFFICE OF COMMUNITY PLANNING & DEVELOPMENT 100 PENN SQUARE, E PHILADELPHIA, PA 19107 |
| | State the term remaining | 72 | |
| | List the contract number of any government contract | DE0013L3T001912 | |
| 2.479 | State what the contract or lease is for and the nature of the debtor's interest | CONTINUUM OF CARE PROGRAM GRANT AGREEMENT | US DEPT OF HOUSING & URBAN DEVELOPMENT OFFICE OF COMMUNITY PLANNING & DEVELOPMENT 100 PENN SQUARE, E PHILADELPHIA, PA 19107 |
| | State the term remaining | 195 | |
| | List the contract number of any government contract | DE0024L3T001908 | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.480** | State what the contract or lease is for and the nature of the debtor's interest | **CONTINUUM OF CARE PROGRAM GRANT AGREEMENT** | **US DEPT OF HOUSING & URBAN DEVELOPMENT OFFICE OF COMMUNITY PLANNING & DEVELOPMENT 100 PENN SQUARE, E PHILADELPHIA, PA 19107** |
| | State the term remaining | 72 | |
| | List the contract number of any government contract | DE0030L3T001908 | |
| **2.481** | State what the contract or lease is for and the nature of the debtor's interest | **CONTINUUM OF CARE PROGRAM GRANT AGREEMENT** | **US DEPT OF HOUSING & URBAN DEVELOPMENT OFFICE OF COMMUNITY PLANNING & DEVELOPMENT 100 PENN SQUARE, E PHILADELPHIA, PA 19107** |
| | State the term remaining | 677 | |
| | List the contract number of any government contract | DEH190012 | |
| **2.482** | State what the contract or lease is for and the nature of the debtor's interest | **SUPPORTIVE SERVICES FOR VETERAN FAMILIES GRANT AGREEMENT** | **US DEPT OF VETERANS AFFAIRS 5000 WISSAHICKON AVE PHILADELPHIA, PA 19144** |
| | State the term remaining | 894 | |
| | List the contract number of any government contract | 13-DE-095 | |
| **2.483** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 7507 RODIN COURT, NEWARK, DE 19702** | **VILLAGE OF CANTERBURY APTS 9000 REMBRANDT CIR NEWARK, DE 19702** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.484** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 1104 VININGS WAY APT 1104, CHRISTIANA, DE 19702** | **VININGS AT CHRISTIANA 200 VININGS WAY NEWARK, DE 19702** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.485** | State what the contract or lease is for and the nature of the debtor's interest | **SERVICE AGREEMENT** | **VISIONARY EDUCATION & TRAINING SOLUTIONS, LLC 811 BRANDYWINE BLVD WILMINGTON, DE 19809** |
| | State the term remaining | 0 (Can renew for 1 additional year) | |
| | List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

List all contracts and unexpired leases

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.486 | State what the contract or lease is for and the nature of the debtor's interest | OPIOD PRODUCT SALES AGREEMENT | VISTAPHARM, INC<br>7265 ULMERTON RD<br>LARGO, FL 33771 |
| | State the term remaining | Indefinite until terminated (90-day notice) | |
| | List the contract number of any government contract | N/A | |
| 2.487 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 359 NIMITZ ROAD, DOVER, DE 19901 | WAYNE HYLTON<br>390 NIMITZ RD<br>DOVER, DE 01990 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.488 | State what the contract or lease is for and the nature of the debtor's interest | BUSINESS ASSOCIATE CONTRACT | WEINER BENEFITS GROUP LLC<br>2961 CENTERVILLE RD, STE 300<br>WILMINGTON, DE 19808 |
| | State the term remaining | Indefinite until terminated (15-day notice) | |
| | List the contract number of any government contract | N/A | |
| 2.489 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 221 COMMERCE ST, HARRINGTON, DE 19952 | WELCOME HOME REALTY<br>4164 N DUPONT HWY, STE 9<br>DOVER, DE 19901 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.490 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 511 WEST 9TH ST APT 1, WILMINGTON, DE 19801 | WEST NINTH STREET LLC<br>P.O. BOX 17119<br>CHAPEL HILL, NC 27516 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.491 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 511 WEST 9TH ST APT 2, WILMINGTON, DE 19801 | WEST NINTH STREET LLC<br>P.O. BOX 17119<br>CHAPEL HILL, NC 27516 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.492 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 511 WEST 9TH ST APT 3, WILMINGTON, DE 19801 | WEST NINTH STREET LLC P.O. BOX 17119 CHAPEL HILL, NC 27516 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.493 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 511 WEST 9TH ST APT 4, WILMINGTON, DE 19801 | WEST NINTH STREET LLC P.O. BOX 17119 CHAPEL HILL, NC 27516 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.494 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 511 WEST 9TH ST APT 5, WILMINGTON, DE 19801 | WEST NINTH STREET LLC P.O. BOX 17119 CHAPEL HILL, NC 27516 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.495 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 511 WEST 9TH ST APT 6, WILMINGTON, DE 19801 | WEST NINTH STREET LLC P.O. BOX 17119 CHAPEL HILL, NC 27516 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.496 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 37176 BURTON AVE, REHOBOTH BEACH, DE 19971 | WEST REHOBOTH CLT/SOLUTIONS P.O. BOX 594 BETHANY BEACH, DE 19930 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.497 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 28420 DELAWARE AVENUE APT 4, MILLSBORO, DE 19966 | WILGUS ASSOCIATES INC 32904 COASTAL HWY BETHANY BEACH, DE 19930 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.498 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 14 BRISTOL WAY, NEW CASTLE, DE 19720 | WILLIAM CHILSON<br>P.O. BOX 595<br>MIDDLETOWN, DE 19709 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.499 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 20 WINDMILL LANE APT 26, NEW CASTLE, DE 19720 | WILLIAM PENN APT ASSOC LLC<br>595 TULIP LN<br>NEW CASTLE, DE 19720 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.500 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 29 HOLLAND CIRCLE APT 34, NEW CASTLE, DE 19720 | WILLIAM PENN APT ASSOC LLC<br>595 TULIP LN<br>NEW CASTLE, DE 19720 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.501 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 119 S BRADFORD ST APT A, DOVER, DE 19901 | WILLIAM/ROSE MARIE WRIGHT<br>213 QUEEN ANNE CLUB DR<br>STEVERSVILLE, MD 21666 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.502 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 701 BLAIR COURT, NEW CASTLE, DE 19720 | WILLOW CHASE<br>500 BLAIR CT<br>WILMINGTON, DE 19805 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |
| 2.503 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 25 CORBIN COURT APT 2, WILMINGTON, DE 19805 | WOODING RE - WEATHERVANE<br>4023 KENNETT PIKE, STE 285<br>GREENVILLE, DE 19807 |
| | State the term remaining<br>List the contract number of any government contract | N/A | |

| Debtor Name | Connections Community Support Programs, Inc. | Case number (if known): **21-10723** |

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.504** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 618 ILSE DR APT A, NEWARK, DE 19713** | **WOODING REAL ESTATE GROUP 713 GREENBANK RD WILMINGTON, DE 19808** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.505** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 618 ILSE DR APT B, NEWARK, DE 19713** | **WOODING REAL ESTATE GROUP 713 GREENBANK RD WILMINGTON, DE 19808** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.506** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 31 MAPLE WOOD DR, LEWES, DE 19958** | **WRIGHT LOCATIONS, INC 2 BRIDLE RIDGE CIR LEWES, DE 19958** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.507** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 107 SANDRIDGE COURT, MILLSBORO, DE 19966** | **WRIGHT LOCATIONS, INC 2 BRIDLE RIDGE CIR LEWES, DE 19958** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.508** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 118 S PORTER ST APT B, SEAFORD, DE 19973** | **WRIGHT LOCATIONS, INC 2 BRIDLE RIDGE CIR LEWES, DE 19958** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| **2.509** | State what the contract or lease is for and the nature of the debtor's interest | **LEASED PROPERTIES FOR CLIENTS/PATIENTS - 226 N PORTER ST, SEAFORD, DE 19973** | **WRIGHT LOCATIONS, INC 2 BRIDLE RIDGE CIR LEWES, DE 19958** |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| Debtor Name | **Connections Community Support Programs, Inc.** | Case number (if known): **21-10723** |
|---|---|---|

**Additional Page(s) if Debtor has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.510 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 803 CYPRESS DRIVE, SEAFORD, DE 19973 | WRIGHT LOCATIONS, INC 2 BRIDLE RIDGE CIR LEWES, DE 19958 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |
| 2.511 | State what the contract or lease is for and the nature of the debtor's interest | LEASED PROPERTIES FOR CLIENTS/PATIENTS - 607 W 4TH ST APT B, WILMINGTON, DE 19801 | YOUNG REALTY GROUP LLC P.O. BOX 7549 WILMINGTON, DE 19803 |
| | State the term remaining | N/A | |
| | List the contract number of any government contract | | |

| | |
|---|---|
| Debtor Name | **Connections Community Support Programs, Inc.** |

**United States Bankruptcy Court for the  District of Delaware**

Case number (if known):        **21-10723**

☐ Check if this is an
amended filing

Official Form 206H

# Schedule H: Codebtors

**12/15**

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any codebtors?**

☒ No. Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.**    Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| **NONE** | | | |

| **Debtor Name** | Connections Community Support Programs, Inc. |
|---|---|
| **United States Bankruptcy Court for the  District of Delaware** | |
| **Case Number:** 21-10723 | |

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors        12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents.  This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING - Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C.  152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets- Real and Personal Property*    (Official Form 206 A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property*    (Official Form 206 D)

☑ *Schedule E/F: Creditors Who Have Claims Unsecured Claims*    (Official Form 206 E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases*    (Official Form 206 G)

☑ *Schedule H: Codebtors*    (Official Form 206 H)

☑ *Summary of Assets and Liabilities for Non-Individuals*    (Official Form 206Sum)

☐ *Amended Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*   (Official Form 204)

☐ *Other document that requires a declaration*

I, the Chief Restructuring Officer of the Connections Community Support Programs, Inc., declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of 232 sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Executed on:  5/26/2021
                 MM / DD / YYYY

Signature _____ /s/ Robert Katz _____

Robert Katz
Printed Name

Chief Restructuring Officer
Title