**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

In Re:                              Chapter __11__

                                    Case No. __21__-__10723__ (__MFW__)

Debtor: __Connections Community Support Programs, Inc.__

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Gordon Z. Novod__ to represent __Malika Spruill and Douglas Spruill__ in this action.

                                           /s/ Laina M. Herbert

Firm Name: Grant & Eisenhofer P.A.
Address: 123 Justison Street, Wilmington, DE 19801
Phone: (302) 622-7000
Email: lherbert@gelaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __Southern District of New York__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

                                           /s/ Gordon Z. Novod

Firm Name: Grant & Eisenhofer P.A.
Address: 485 Lexington Avenue, 29th Floor, New York, New York 10017
Phone: (646) 722-8500
Email: gnovod@gelaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105