# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC.,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 21-10723 (MFW)<br><br>Related Docket Nos. 245 and 247 |

## NOTICE OF FILING OF CLOSING SIDE AGREEMNT

PLEASE TAKE NOTICE that on June 14, 2021, this Court entered the *Order (I) Authorizing the Assumption, Assignment, and Sale of Certain Assets to Conexio Care, Inc., Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief* (Docket No. 245) (the "MAT Sale Order"). Attachment 1 to the MAT Sale Order is the Asset Purchase Agreement between Conexio Care, Inc. and Connections Community Support Programs, Inc. dated April 30, 2021 ("MAT Asset Purchase Agreement").

PLEASE TAKE FURTHER NOTICE that on June 14, 2021, this Court entered the *Order (I) Authorizing the Assumption, Assignment, and Sale of Certain Assets to Conexio Care, Inc., Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief* (Docket No. 247) (the "Non-MAT Sale Order"). Attachment 1 to the Non-MAT Sale Order is the Asset Purchase Agreement between Conexio Care, Inc. and Connections Community Support Programs, Inc. dated April 21, 2021 ("Non-MAT Asset Purchase Agreement").

PLEASE TAKE FURTHER NOTICE that on June 15, 2021, the above-captioned debtor and debtor-in-possession (the "**Debtor**") filed the attached Closing Side Agreement in connection with the closing of the sales related to the MAT Asset Purchase Agreement and the Non-MAT Asset Purchase Agreement.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030). The address of the Debtor's corporate headquarters is 3812 Lancaster Pike, Wilmington, Delaware 19805.

- 2 -

Dated: June 15, 2021
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Mark L. Desgrosseilliers*

William E. Chipman, Jr. (No. 3818)
Mark L. Desgrosseilliers (No. 4083)
Mark D. Olivere (No. 4291)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone:    (302) 295-0191
Facsimile:    (302) 295-0199
Email:    chipman@chipmanbrown.com
        desgross@chipmanbrown.com
        olivere@chipmanbrown.com

*Counsel to the Debtor and the*
*Debtor-In-Possession*