# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | |
| Connections Community Support ) | Chapter 11 |
| Programs, Inc., ) | |
| ) | Case No. 21-10723 (MFW) |
| Debtor. ) | |
| _____ ) | Rel Doc: 406 |

## O R D E R

**AND NOW** this **17th** day of **SEPTEMBER, 2021,** upon consideration of the Motion for Appointment of Counsel filed by Amir Fatir, it is hereby

**ORDERED** that for reasons stated on the record at the September 17, 2021 hearing, the motion is **DENIED.**

Dated: September 17th, 2021  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE