## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC., | Case No. 21-10723 (MFW) |
| Debtor.[1] | **Related Docket No.: 442** |

## ORDER GRANTING MOTION TO CONVERT DEBTOR'S CHAPTER 11 CASE TO A CASE UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

Upon the motion (the "**Motion**")[2] of the Debtor for conversion of the Debtor's Chapter 11 Case to a chapter 7 case pursuant to sections 105(a), 1112(b), and 1112(c) of the Bankruptcy Code; and the Court having held a hearing on the Motion; and the Court finding it has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334, this Motion is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), the Debtor consents to entry of a final order under Article III of the United States Constitution, and notice of the Motion was due and proper under the circumstances; and the Court finding further cause exists to convert the Debtor's case pursuant to 11 U.S.C. § 1112(b); and the Court finding the Debtor requests such conversion pursuant to 11 U.S.C. § 1112(c); and the Court finding further that conversion of the Debtor's case is in the best interest of the estate and creditors; and any objection(s) to the Motion having been withdrawn or overruled; and good and sufficient cause appearing therefor

**IT IS HEREBY ORDERED THAT:**

1.      The Motion is GRANTED.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030). The address of the Debtor's corporate headquarters is 3812 Lancaster Pike, Wilmington, Delaware 19805.

[2] Capitalized terms used but not defined herein shall have the meaning ascribed to them in the Motion.

2.      The Debtor's chapter 11 case shall be converted to a case under chapter 7 of the Bankruptcy Code pursuant to section 1112(b) of the Bankruptcy Code, effective as of the date of this Order (the "**Effective Date**").

3.      Within seven (7) days of entry of this Order, the Debtor shall turn over to the chapter 7 trustee all records and property of its estate in its possession or control as required by Bankruptcy Rule 1019(4).

4.      Within fourteen (14) days of the Effective Date, the Debtor shall file schedules of unpaid debts incurred after the filing of the petition and before conversion of the Chapter 11 Case, including the name and address of each holder of a claim as required by Bankruptcy Rule 1019(5)(A)(ii).

5.      Within thirty (30) days of the Effective Date, the Debtor shall file and transmit to the United States Trustee a final report and account as required by Bankruptcy Rule 1019(5)(A)(ii).

6.      A representative of the Debtor and, if requested by the chapter 7 trustee, counsel to the Debtor in the Chapter 11 Case, shall appear at the first meeting of creditors after conversion of the Debtor's case to chapter 7 pursuant to sections 341(a) and 343 of the Bankruptcy Code, and such representative shall be available to testify at such meeting.

7.      To the extent professionals retained in the Chapter 11 Cases have not already submitted final fee applications to the Court, all professionals shall submit a final fee application in accordance with the Bankruptcy Code, Bankruptcy Rules, Local Rules, and orders of this Court by no later than thirty (30) days from entry of this Order (the "**Final Fee Application Deadline**"). Objections, if any, shall be filed and served by no later than twenty-one (21) days after the Final Fee Application Deadline. The Court will hold a hearing on such final fee applications on November 23, 2021, at 10:30 a.m. (Eastern).

8.      This Order is effective immediately upon entry, notwithstanding any Bankruptcy Rule to the contrary.

9.      The Debtor is authorized to take all actions necessary to implement and effectuate the terms of this Order.

10.     Omni Agent Solutions shall comply with Local Rule 2002-1(f) as applicable.

11.     This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: September 27th, 2021**
**Wilmington, Delaware**

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**