# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC., | Case No. 21-10723 (MFW) |
| Debtor.[1] | |

## NOTICE OF FILING OF SCHEDULE OF UNPAID DEBTS

PLEASE TAKE NOTICE that on September 27, 2021, the United States Bankruptcy Court for the District of Delaware entered the *Order Granting Motion to Convert Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [Docket No. 537] (the "**Conversion Order**") whereby the chapter 11 case of the debtor (the "**Debtor**") was converted to a case under chapter 7 of title 11 of the United States Code, effective as of September 27, 2021.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Conversion Order, and in accordance with Rule 1019(5)(A)(ii) of the Federal Rules of Bankruptcy Procedure, the Debtor hereby submits its schedule of unpaid debts incurred from the petition date of April 19, 2021, through the conversion date of September 27, 2021, which is attached hereto as **Exhibit A** (the "**Schedule**"). The attached Schedule includes filed administrative expense claims, including claims filed under section 503(b)(9) of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "**Bankruptcy Code**").

**PLEASE TAKE FURTHER NOTICE** that nothing included in the Schedule is intended or shall be deemed to (i) constitute an admission as to the validity of any debt or (ii) impair,

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030). The address of the Debtor's corporate headquarters is 3812 Lancaster Pike, Wilmington, Delaware 19805.

prejudice, waive or otherwise affect any rights, claims, or defenses of the Debtor and its estate with respect to the debts listed therein.  Among other things, the Debtor has not reviewed the majority of the filed alleged claims asserting an administrative expense priority under the Bankruptcy Code and it is expected that the final allowed amount of any such claims will be substantially less than the filed amount of such claims.

Dated: October 11, 2021  
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ Mark L. Desgrosseilliers  
William E. Chipman, Jr. (No. 3818)  
Mark L. Desgrosseilliers (No. 4083)  
Hercules Plaza  
1313 North Market Street, Suite 5400  
Wilmington, Delaware 19801  
Telephone:   (302) 295-0191  
Facsimile:    (302) 295-0199  
Email:        chipman@chipmanbrown.com  
               desgross@chipmanbrown.com

*Counsel to the Debtor and Debtor-In-Possession*

**Connections CSP**
**Working Draft Document**
**Projected Wind Down Expenses Under Chapter 7 Conversion through 09/27**
**Preliminary Draft - For Discussion Purposes Only - Subject to Revision**
See Notes below

| | | (A) Professionals Thru August 31, 2021 | (B) Other Thru August 31, 2021 | (C) Total Thru August 31, 2021 | (D) Professionals September thru 9/27/21 | (E) Other September thru 9/27/21 | (F) Total September thru 9/27/21 | (A) + (D) Total Professionals Open | (B) + (E) Total Other Open | (C) + (F) Grand Total Open |
|---|---|---|---|---|---|---|---|---|---|---|
| **Chipman Brown Cicero & Cole** | | | | | | | | | | |
| Hercules Plaza | July - Hold Back | 29,041 | | 29,041 | | | | | | |
| 1313 N. Market Street, Suite 5400 | August | 99,569 | | 99,569 | | | | | | |
| Wilmington, DE 19801 | September | - | | - | 52,407 | | | | | |
| Total CBCC | | 128,610 | | 128,610 | 52,407 | | | | | |
| | | | | | | | | | | |
| **EisnerAmper LLP** | Hold Back | 64,314 | | 64,314 | | | | | | |
| 1 Logan Square 130 North 18th Street | August | 119,087 | | 119,087 | | | | | | |
| Philadelphia Pa 19103 | September | - | | - | 86,646 | | | | | |
| Total EA | | 183,401 | | 183,401 | 86,646 | | | | | |
| | | | | | | | | | | |
| **Omni Solutions** | Thru July | 50,379 | | 50,379 | | | | | | |
| 5955 DeSoto Avenue, Suite 100 | August | 37,124 | | 37,124 | | | | | | |
| Woodland Hills, CA 91367 | September | - | | - | 51,878 | | | | | |
| Total Omni | | 87,503 | | 87,503 | 51,878 | | | | | |
| | | | | | | | | | | |
| **Polsinelli** | July | 50,861 | | 50,861 | | | | | | |
| 222 Delaware Avenue, Suite 1101 | August | 54,287 | | 54,287 | | | | | | |
| Wilmington, DE 19801 | Sept | - | | - | 26,407 | | | | | |
| | | 105,148 | | 105,148 | 26,407 | | | | | |
| | | | | | | | | | | |
| Patient Care Ombudsperson | | 16,654 | | 16,654 | | | | | | |
| Huebscher & Co. | | | | | | | | | | |
| 630 3rd Avenue – 21st Floor | | | | | | | | | | |
| New York, NY 10017 | | | | | | | | | | |
| | | | | | | | | | | |
| Leech Tishman (Counsel to PCO) | | 16,917 | | 16,917 | | | | | | |
| 1007 North Orange Street, 4th Floor | | | | | | | | | | |
| Wilmington, DE 19801 | | | | | | | | | | |

**Notes**

The analysis consists of preliminary estimates that are subject to updates. Professional fees are subject to Court approval.

**(A)** See attached list. The list attached includes administrative claims and 503 (B) 9 claims totalling in excess of $70 million as submitted. The claims on such attached list have not all been reviewed and analyzed by the Debtor. The Debtor believes that such amounts will be substantially reduced after such ongoing review is complete.

**Connections CSP**
**Working Draft Document**
**Projected Wind Down Expenses Under Chapter 7 Conversion through 09/27**
**Preliminary Draft - For Discussion Purposes Only - Subject to Revision**
See Notes below

| | | (A) Professionals Thru August 31, 2021 | (B) Other Thru August 31, 2021 | (C) Total Thru August 31, 2021 | (D) Professionals September thru 9/27/21 | (E) Other September thru 9/27/21 | (F) Total September thru 9/27/21 | (A)+(D) Total Professionals Open | (B)+(E) Total Other Open | (C)+(F) Grand Total Open |
|---|---|---|---|---|---|---|---|---|---|---|
| Bayshore Ford | | | 40,063 | 40,063 | | | | | | |
| C/O Young Conway Stargatt & Taylor | | | | | | | | | | |
| 1000 N. King Street, Wilmington DE, 19801 | | | | | | | | | | |
| | | | | | | | | | | |
| Headcount Inc - Collection Personnel | 14-Aug | | 6,548 | | | | | | | |
|   Headcount Management Inc. | 21-Aug | | 7,613 | | | | | | | |
|   PO Box 202056 | 28-Aug | | 7,904 | | | | | | | |
|   Dallas, Texas  75320-2056 | 4-Sep | | | | | 7,921 | | | | |
| | | | 22,065 | 22,065 | | 7,921 | - | | | |
| HighMark Health Options | | | 651,675 | | | | | | | |
| C/O Luke Sizemore, Reed Smith LLP | | | | | | | | | | |
| 225 Fifth Avenue, Pittsburgh, PA  15222 | | | | | | | | | | |
|   Amount that Conexio Paid | | | (334,267) | | | | | | | |
|   Net Due | | | 317,408 | 317,408 | | | | | | |
| | | | | | | | | | | |
| Weiner Benefits Group (WBG) | | | 16,312 | 16,312 | | | | | | |
|   2961 Centerville Road, Suite 300 | | | | | | | | | | |
|   Wilmington, DE 19808 | | | | | | | | | | |
| | | | | | | | | | | |
| 503 B 9 Claims - Received some late in the process and not fully analyzed | | | - | (A) | | | | | | |
| Administrative Claims - Received Late in the Process and not yet fully analyzed | | | - | (A) | | | | | | |
| US Trustees Fees | Estimated 2nd Qtr thru 9/27/21 | | 70,000 | 70,000 | | 10,000 | | | | |
| | | | | | | | | | | |
| Subtotal taking into account Note A | | 538,232 | 465,848 | 1,004,080 | 217,338 | 17,921 | 235,259 | 755,570 | 483,769 | 1,239,339 |
| | | | | 1,004,080 | | | | | | |

**Notes**

The analysis consists of preliminary estimates that are subject to updates.  Professional fees are subject to Court approval.

See attached list.  The list attached includes administrative claims and 503 (B) 9 claims totalling in excess of $70 million as submitted.  The claims on such attached list have not all been reviewed and analyzed by the Debtor.  The Debtor believes that such amounts will be substantially reduced after such ongoing review

(A) is complete.

**CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC.**
**CASE NO. 21-10723 (MFW)**
**503(b)(9) & ADMIN EXPENSE CLAIMS**

| Claim No. | Claimant | CLAIM CLASSIFICATION | Amount[1] |
|---|---|---|---|
| 2 | Gordon Food Service, Inc. | 503(b)(9) | $10,773.41 |
| 4 | Staples Business Advantage | 503(b)(9) | $4,898.44 |
| 5 | Gordon Food Service, Inc. | 503(b)(9) | $10,773.41 |
| 22 | Medline Industries Inc. | 503(b)(9) | $13,147.83 |
| 44 | Wayman Fire Protection | 503(b)(9) | $456.00 |
| 47 | Harbor Textile Rental Services, Inc. (New Castle, DE) | 503(b)(9) | $2,191.31 |
| 48 | Sanitary Linen Service, Inc. | 503(b)(9) | $2,076.74 |
| 52 | Gordon Food Service, Inc. | 503(b)(9) | $10,773.41 |
| 52 | Gordon Food Service, Inc. | Admin Expense | $20,734.34 |
| 80 | Patient 80 | Admin Expense | $3,200,000.00 |
| 84 | Eric M. Krise Electrical Contractor LLC | Admin Expense | $360.06 |
| 85 | Patient 85 | Admin Expense | $3,800.00 |
| 87 | Rite Air Mechanical | 503(b)(9) | $2,355.65 |
| 88 | Bob Cat Septic | Admin Expense | $4,440.00 |
| 90 | Rite Air Mechanical | Admin Expense | $2,355.65 |
| 93 | Wes Ventures Inc. dba Glass Doctor Delaware | Admin Expense | $1,115.00 |
| 96 | Patient 96 | Admin Expense | $100,000.00 |
| 98 | Blue Hen Naamans Rd | 503(b)(9) | $462.00 |
| 99 | Blue Hen Car Wash | Admin Expense | $462.00 |
| 105 | Frank V. Dignan | 503(b)(9) | $50,000.00 |
| 106 | Patient 106 | Admin Expense | $50,000.00 |
| 108 | Emergency Response Protocol | Admin Expense | $0.00 |
| 114 | Patient 114 | Admin Expense | $2,500,000.00 |
| 119 | Rockfield Collision LLC | Admin Expense | $15,041.88 |
| 121 | Patient 121 | Admin Expense | $0.00 |
| 123 | Patient 123 | Admin Expense | $0.00 |
| 128 | Bayshore Records Management | 503(b)(9) | $0.00 |

---

[1] The Amounts set forth herein are the filed amounts of the claims. The claims remain subject to ongoing review by the Debtor and are subject to all of the Debtor's rights and defenses. The Debtor believes that the amount of the claims set forth herein will be substantially reduced after such review.

**CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC.**
**CASE NO. 21-10723 (MFW)**
**503(b)(9) & ADMIN EXPENSE CLAIMS**

| | | | |
|---|---|---|---|
| 130 | Bayshore Ford Truck Sales, Inc. | 503(b)(9) | $8,355.98 |
| 131 | Bayshore Ford Truck Sales, Inc. | Admin Expense | $80,062.96 |
| 138 | Seaford Endoscopy Center LLC | Admin Expense | $0.00 |
| 141 | Patient 141 | Admin Expense | $260,000.00 |
| 142 | Patient 142 | Admin Expense | $50,000,000.00 |
| 147 | Patient 147 | Admin Expense | $1,000,000.00 |
| 148 | Phillip Maloney | 503(b)(9) | $0.00 |
| 150 | Old Town Hall Associates, Inc. | Admin Expense | $11,128.84 |
| 160 | Patient 160 | Admin Expense | $28,000.00 |
| 163 | Joseph W Bowlsbey | Admin Expense | $0.00 |
| 165 | Patient 165 | Admin Expense | $0.00 |
| 174 | B&B Design Contracting LLC | 503(b)(9) | $2,450.00 |
| 177 | Balboa Capital Corporation | Admin Expense | $38,903.18 |
| 178 | Balboa Capital Corporation | Admin Expense | $30,480.00 |
| 179 | Care4 Software, Inc. | Admin Expense | $4,733.33 |
| 181 | Drummond Plaza Associates, LLC | Admin Expense | $20,913.98 |
| 182 | B&B Design Contracting Inc. | Admin Expense | $2,450.00 |
| 183 | White and Williams LLP | Admin Expense | $55,144.85 |
| 184 | Highmark BDBSD Inc. | Admin Expense | $651,675.00 |
| 186 | Selective Insurance Company of the Southeast | Admin Expense | $11,793.00 |
| 187 | AmeriHealth Caritas Delaware, Inc. | Admin Expense | $150,000.00 |
| 203 | C&S Computer Consulting, Inc. | 503(b)(9) | $0.00 |
| 209 | Teeo Thomas Morton | Admin Expense | $600.00 |
| 248 | Meyer & Meyer Realty | Admin Expense | $8,200.00 |
| 251 | Meyer & Meyer Realty | Admin Expense | $5,187.00 |
| 253 | Meyer & Meyer Realty | Admin Expense | $7,384.00 |
| 254 | Patient 254 | Admin Expense | $141,025.00 |
| 276 | Patient 276 | Admin Expense | $149.92 |
| 284 | Atlantic Retina Center, PA | 503(b)(9) | $2,115.00 |
| 285 | Atlantic Retina Center, PA | 503(b)(9) | $2,115.00 |
| 286 | Atlantic Retina Center, PA | 503(b)(9) | $155.00 |
| 287 | Atlantic Retina Center, PA | 503(b)(9) | $965.00 |
| 288 | Atlantic Retina Center, PA | 503(b)(9) | $180.00 |

**CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC.**
**CASE NO. 21-10723 (MFW)**
**503(b)(9) & ADMIN EXPENSE CLAIMS**

| | | | |
|---|---|---|---|
| 290 | Atlantic Retina Center, PA | 503(b)(9) | $1,005.00 |
| 292 | Atlantic Retina Center, PA | 503(b)(9) | $995.00 |
| 296 | Atlantic Retina Center, PA | 503(b)(9) | $155.00 |
| 299 | Patient 299 | Admin Expense | $400,000.00 |
| 300 | Patient 300 | Admin Expense | $400,000.00 |
| 302 | Patient 302 | Admin Expense | $0.00 |
| 304 | Atlantic Retina Center, PA | 503(b)(9) | $995.00 |
| 305 | Atlantic Retina Center, PA | 503(b)(9) | $155.00 |
| 309 | Meyer & Meyer Realty | Admin Expense | $8,200.00 |
| 317 | Patient 317 | Admin Expense | $400,000.00 |
| 318 | Meyer & Meyer Realty | Admin Expense | $5,187.00 |
| 319 | Meyer & Meyer Realty | Admin Expense | $7,384.00 |
| 320 | Patient 320 | Admin Expense | $3,000.00 |
| 321 | Patient 321 | Admin Expense | $141,025.00 |
| 324 | Patient 324 | Admin Expense | $15,000,000.00 |
| 327 | Patient 327 | Admin Expense | $0.00 |
| 328 | Precious Purnell | Admin Expense | $0.00 |
| 330 | Patient 330 | Admin Expense | $3,000.00 |
| 333 | Wayman Fire Protection | Admin Expense | $841.00 |
| 335 | Patient 335 | Admin Expense | $149.92 |
| | **Total** | | **$74,902,476.09** |