## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC., | Case No. 21-10723 (MFW) |
| Debtor.[1] | |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, depose and say that I am employed by Omni Agent Solutions (**"Omni"**), the proposed claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On October 11, 2021, at my direction and under my supervision, employees of Omni Agent Solutions caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**:

- **Notice of Filing of Schedule of Unpaid Debts [Docket No. 561]**

Dated: October 19, 2021

Randy Lowry
Omni Agent Solutions
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367

{State of California       }
{                          } ss.
{County of Los Angeles     }

(818) 906-8300

Subscribed and sworn to (or affirmed) before me on this 19th day of October, 20 21, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 22....
My Comm. Expires Feb 11, 202...

---

1 The Debtor in this chapter 7 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030). The address of the Debtor's corporate headquarters is 3812 Lancaster Pike, Wilmington, Delaware 19805

## EXHIBIT A

**EXHIBIT A**
Master Service List
Served as stated below

| Description | Creditor | Address1 | Address2 | Address3 | Address4 | Fax | Email | Method of Service |
|---|---|---|---|---|---|---|---|---|
| NOA - Counsel for Naamanscap, LLC, Creditor | Baird Mandalas Brockstedt, LLC | Attn: Nicole M. Faries | 2711 Centerville Rd, Ste 401 | Wilmington, DE 19808 | | 302-327-1101 | nfaries@bmbde.com | Email |
| NOA - Counsel for Angela Robinson, Creditor | Baird Mandalas Brockstedt, LLC | Attn: Brian V. DeMott | 2711 Centerville Rd, Ste 401 | Wilmington, DE 19808 | | 302-327-1101 | brian@bmbde.com | Email |
| Committee of Unsecured Creditors | Bayshore Ford | Attn: Joe Tracy | 4003 N DuPont Hwy | New Castle, DE 1720 | | | jtracy@bayshoreford.com | Email |
| NOA - Counsel for Delaware Affordable Housing Equity Fund L.P. | Bielli & Klauder, LLC | Attn: David Klauder | 1204 N King St | Wilmington, DE 19801 | | | dklauder@bk-legal.com | Email |
| NOA - Counsel for Philadephia Indemnity Insurance Company | Bodell Bové, LLC | Attn: Bruce W. McCullough | 1225 N King St, Ste 1000 | Wilmington, DE 19801-3250 | | 302-655-6827 | bmccullough@bodellbove.com | Email |
| Committee of Unsecured Creditors | Christiana Care Health Services, Inc | Attn: Gay Lynn Rice | 4000 Nexus Dr, Ave N Ste NW 3-100 | Wilmington, DE 19803 | | | grice@christianacare.org | Email |
| NOA - Counsel for Old Town Hall Associates, LLC | Doroshow, Pasquale, Krawitz & Bhaya | Attn: Eric M. Doroshow | Attn: Elaina L. Holmes | 1202 Kirkwood Hwy | Wilmington, DE 19805 | 302-998-9883 | ElainaHolmes@dplaw.com<br>EricDoroshow@dplaw.com | Email |
| Committee of Unsecured Creditors | Drummond Plaza Associates LLC | Attn: Bob Stella | 2126 W Newport Park, Ste 200 | Wilmington, DE 19804 | | | bob@financialandconsulting.com | Email |
| NOA - Attorneys for Quest Diagnostics Incorporated | Faegre Drinker Biddle & Reath LLP | Attn: Brett D Fallon | Attn: Jaclyn C Marasco | 222 Delaware Ave, Ste 1410 | Wilmington, Delaware 19801 | 302-467-4201 | brett.fallon@faegredrinker.com<br>jaclyn.marasco@faegredrinker.com | Email |
| NOA - Counsel for Delaware State Housing Authority ("DSHA") | Faegre Drinker Biddle & Reath LLP | Attn: Patrick A. Jackson | 222 Delaware Ave | Ste 1410 | Wilmington, DE 19801 | 302-467-4201 | patrick.jackson@faegredrinker.com | Email |
| Committee of Unsecured Creditors | First State Surgery Center, LLC | Attn: David Blaeuer | 4745 Ogletown Stanton Rd, Ste 225 | Newark, DE 19713 | | | dblaeuer@fusrtho.com | Email |
| NOA - Counsel for Philadephia Indemnity Insurance Company | Gellert Scali Busenkell & Brown, LLC | Attn: Charles J. Brown, III | 1201 N Orange St, Ste 300 | Wilmington, DE 19801 | | 302-425-5814 | cbrown@gsbblaw.com | Email |
| NOA - Counsel for Malika Spruill and Douglas Spruill | Grant & Eisenhofer P.A. | Attn: Laina M. Herbert | 123 Justison St | Wilmington, DE 19801 | | | lherbert@gelaw.com | Email |
| Patient Care Ombudsman | Huebscher & Co | Attn: Eric Huebscher, MBA, CPA, CFE, CPCO, President | 630 3rd Ave, 21st Fl | New York, NY 10017 | | 212-202-3503 | ehuebscher@huebscherconsulting.com | Email<br>First Class Mail |
| Core Parties | Internal Revenue Service | Attn: Centralized Insolvency Operation | P.O. Box 7346 | Philadelphia, PA 19101-7346 | | | | First Class Mail |
| NOA - Attorney for Del Lawn LLC | Jack Shrum, PA | Attn: "J" Jackson Shrum | 919 N Market St, Ste 1410 | Wilmington, DE 19801 | | | JJshrum@jshrumlaw.com | Email |
| NOA - Counsel for Delaware Affordable Housing Equity Fund L.P. | Kutak Rock LLP | Attn: Peter Barrett | 901 E Byrd St, Ste 1000 | Richmond, VA 23219 | | | peter.barrett@kutakrock.com | Email |
| NOA - Counsel for Eric Huebscher, Patient Care | Leech Tishman Fuscaldo & Lampl, LLC | Attn: Gregory W. Hauswirth | 1007 N Orange St, 4th Fl | Wilmington, DE 19801 | | 412-227-5551 | ghauswirth@leechtishman.com | Email |
| NOA - Attorneys for National Council on Agricultural Life & Labor, Inc. | Losco & Marconi, PA | Attn: Thomas C Marconi | 1813 N Franklin St | Wilmington, DE 19802 | | 302-656-3081 | tmarconi@delaw.org | Email |
| *NOA - Counsel for Christina Moretti/Action Unlimited Resources | Margolis Edelstein | Attn: James E. Huggett | 300 Delaware Ave, Ste 800 | Wilmington, DE 19801 | | 302-888-1119 | jhuggett@margolisedelstein.com | Email |
| NOA - Counsel to Christiana Care Health Services, Inc | McCarter & English, LLP | Attn: Kate R. Buck<br>Attn: Shannon D. Humiston | 405 N King St, 8th FL | Wilmington, DE 19801 | | 302-984-6399 | kbuck@mccarter.com<br>shumiston@mccarter.com | Email |
| Committee of Unsecured Creditors | Medline Industries Inc | Attn: Scott Smith | Three Lakes Dr | Northfield, IL 60093 | | | scsmith@medline.com | Email |
| Core Parties | Office of the U.S. Trustee | Attn: Rosa Sierra | 844 King St, Ste 2207 | Lockbox 35 | Wilmington, DE 19801 | | rosa.sierra@usdoj.gov | Email<br>First Class Mail |
| Core Parties | Office of the United State Attorney for District of Delaware | Attn: Ellen Slights | Hercules Building | 1313 N Market St, Ste 400 | Wilmington, DE 19801 | | ellen.slights@usdoj.gov | Email<br>First Class Mail |
| NOA - Attorneys for Carroll Properties, LLC | Parkowski, Guerke & Swayze, P.A. | Attn: Shane C. Heberling | 1935AC Miller Rd | Rehoboth Beach, DE 19971 | | | sheberling@pgslegal.com | Email |
| NOA - Counsel for Balboa Capital Corporation | Polis & Associates, APLC | Attn: Thomas J. Polis | 19800 MacArthur Blvd, Ste 1000 | Irvine, CA 92612 | | 949-862-0041 | tom@polis-law.com | Email |
| NOA - Proposed Counsel to the Official Committee of Unsecured Creditors | Polsinelli PC | Attn: Christopher A Ward<br>Attn: Shanti M Katona<br>Attn: Brenna A Dolphin | 222 Delaware Ave, Ste 1101 | Wilmington, DE 19801 | | 302-252-0921 | cward@polsinelli.com<br>skatona@polsinelli.com<br>bdolphin@polsinelli.com | Email |
| NOA - Counsel for Wilmington Savings Fund Society, FSB | Reed Smith LLP | Attn: Mark M. Schenker<br>Attn: Derek M. Osei-Bonsu | Three Logan Sq, Ste 3100 | 1717 Arch St | Philadelphia, PA 19103 | | bschenker@reedsmith.com<br>dosei-bonsu@reedsmith.com | Email |
| NOA - Counsel for Wilmington Savings Fund Society, FSB | Reed Smith LLP | Attn: Mark W. Eckard | 1201 N Market St, Ste 1500 | Wilmington, DE 19801 | | 302-778-7575 | meckard@reedsmith.com | Email |
| NOA - Counsel for Highmark BCBSD Inc. and Highmark BCBSD Health Options Inc. | Reed Smith LLP | Attn: Luke A. Sizemore<br>Attn: Victoria A. Sanford | Reed Smith Centre | 225 Fifth Avenue, Suite 1200 | Pittsburgh, PA 15222 | 412-288-3063 | lsizemore@reedsmith.com<br>vsanford@reedsmith.com | Email |
| Counsel for Highmark BCBSD Inc. and Highmark BCBSD Health Options Inc. | Reed Smith LLP | Attn: Jason D. Angelo | 1201 N Market St, Ste 1500 | Wilmington, DE 19801 | | 302-778-7575 | jangelo@reedsmith.com | Email |
| NOA - Attorneys for the State of Delaware Department of Health and Social Services and the State of Delaware Department of Services for Children, Youth, and their Families | Saul Ewing Arnstein & Lehr LLP | Attn: Mark Minuti/Monique B. DiSabatino | 1201 N Market St, Ste 2300 | P.O. Box 1266 | Wilmington, DE 19899 | | mark.minuti@saul.com<br>monique.disabatino@saul.com | Email |
| NOA - Counsel for AmeriHealth Caritas Delaware, Inc. | Saul Ewing Arnstein & Lehr LLP | Attn: Lucian Murley | 1201 N Market St, Ste 2300 | P.O. Box 1266 | Wilmington, DE 19899 | | luke.murley@saul.com | Email |
| NOA - Counsel for The Reinvestment Fund | Schnader Harrison Segal & Lewis LLP | Attn: Melissa Blanton | 1600 Market St, Ste 3600 | Philadelphia, PA 19103 | | 215-751-2205 | mblanton@schnader.com | Email |
| NOA - Counsel for The Reinvestment Fund | Schnader Harrison Segal & Lewis LLP | Attn: Richard A Barkasy | 824 N Market St, Ste 800 | Wilmington, DE 19801-4939 | | 302-888-1696 | rbarkasy@schnader.com | Email |
| Core Parties | Securities and Exchange Commission | Attn: Mark Berger, Regional Director | Brookfield Pl | 200 Vesey St, Ste 400 | New York, NY 10281-1022 | | kdoughty@schnader.com | First Class Mail |
| Core Parties | Securities and Exchange Commission | 100 F St NE | Washington, DC 20549 | | | | | First Class Mail |
| NOA - Counsel to Conexio Care, Inc., and Inperium, Inc. | Stevens & Lee, P.C. | Attn: Joseph H. Huston, Jr | Attn: David W. Giattino | 919 N Market St, Ste 1300 | Wilmington, DE 19801 | | dwg@stevenslee.com<br>jhh@stevenslee.com | Email |
| NOA - Counsel to Drummond Plaza Associates LLC | The Rosner Law Group LLC | Attn: Scott J. Leonhardt | 824 N. Market Street, Suite 810 | Wilmington, Delaware 19801 | | 610-371-7972<br>610-371-7988 | joseph.huston@stevenslee.com<br>david.giattino@stevenslee.com<br>leonhardt@teamrosner.com | Email |
| NOA - Attorneys for the United States | U.S. Department of Justice | Augustus T. Curtis | Civil Division, P.O. Box 875 | Ben Franklin Station | Washington, D.C. 20044 | | augustus.t.curtis@usdoj.gov | Email |

**<u>EXHIBIT B</u>**

**EXHIBIT B**
**Service List**
**Served as stated below**

| Description | Creditor | Address | | Email | Method of Service |
|---|---|---|---|---|---|
| Chapter 7 Trustee | Don A. Beskrone, Chapter 7 Trustee | P.O. Box 272 | Wilmington, Delaware 19899 | dbeskronetrustee@gmail.com | Email<br>First Class Mail |
| The Debtor | Connections Community Support Programs, Inc. | Attn: Robert D. Katz, Chief Restructuring Officer | 3812 Lancaster Pike | Wilmington, DE 19805 | robert.katz@eisneramper.com | Email<br>First Class Mail |