IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC., | Case No. 21-10723 (MFW) |
| Debtor.[1] | |

**ORDER TERMINATING OMNI AGENT SOLUTIONS
AS CLAIMS AND NOTICING AGENT**

Pursuant to the *Order Granting Motion to Convert Debtor's Chapter 11 Case to a Case Under Chapter 7 of the Bankruptcy Code* [Docket No. 537] entered on September 27, 2021,

**IT IS HEREBY ORDERED THAT:**

1. The claims and noticing services provided by Omni Agent Solutions ("**Omni**") pursuant to *Order Authorizing Retention and Appointment of Omni Agent Solutions as Claims and Noticing Agent Nunc Pro Tunc to the Petition Date* [Docket No. 30] (the "**Retention Order**") are terminated and Omni will have no further obligations under the Retention Order to the Court, the Debtor, or any other party in interest with respect to the services of this Case.

2. Within twenty-eight (28) days of entry of this order, Omni will (a) forward to the Clerk of the Court an electronic version of all imaged claims; (b) upload the creditor mailing list into CM/ECF; and (c) docket in this case a Final Claims Register. Omni also will box and deliver all original claims to the Philadelphia Federal Records Center, 14470 Townsend Road, Philadelphia, Pennsylvania 19154 and docket a completed SF-135 Form indicating the accession and location numbers of the archived claims.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030). The address of the Debtor's corporate headquarters is 3812 Lancaster Pike, Wilmington, Delaware 19805.

3. This Order is effective immediately upon entry, notwithstanding any Bankruptcy Rule to the contrary.

4. The Debtor is authorized to take all actions necessary to implement and effectuate the terms of this Order.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: November 18th, 2021  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE