**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CONNECTIONS COMMUNITY<br>SUPPORT PROGRAMS, INC.,<br><br>                              Debtor.[1] | Chapter 7<br><br>Case No. 21-10723 (MFW)<br><br>**Final Fee Application:**<br><br>Hearing Date: January 5, 2022 at 2:00 p.m. (ET)<br>Objection Deadline: December 28, 2021 at 4:00 p.m. (ET) |

**SUMMARY OF FINAL APPLICATION OF OMNI AGENT SOLUTIONS FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES AS
ADMINISTRATIVE AGENT FOR THE DEBTOR FOR THE FINAL PERIOD FROM
APRIL 19, 2021 THROUGH AND INCLUDING SEPTEMBER 27, 2021**

| | |
|---|---|
| *Name of Applicant:* | Omni Agent Solutions |
| *Authorized to Provide Professional Services to:* | Debtor and Debtor-in-Possession, Effective as of April 19, 2021 |
| *Amount of Final Compensation Sought as Actual, Reasonable and Necessary:* | $14,584.95 |
| *Amount of Final Expense Reimbursement Sought as Actual, Reasonable and Necessary:* | $0.00 |

This is a(n) _____ Interim _____ Monthly \_\_√\_\_ Final Fee Application.

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030). The address of the Debtor's corporate headquarters is 3812 Lancaster Pike, Wilmington, Delaware 19805.

## SUMMARY OF FINAL FEE APPLICATION

| | |
|---|---|
| Name of Applicant: | Omni Agent Solutions |
| Name of Client: | Debtor |
| Time Period Covered by Final Application: | April 19, 2021 through September 27, 2021 |
| Total Compensation Sought During the Final Application Period: | $14,584.95 |
| Total Expenses Sought During the Final Application Period: | $0.00 |
| Petition Date: | April 19, 2021 |
| Retention Date: | April 19, 2021 |
| Date of Order Approving Employment: | May 13, 2021 |
| Total Compensation Approved by Interim Order to Date: | $0.00 |
| Total Expenses Approved by Interim Order to Date: | $0.00 |
| Total Allowed Compensation Paid to Date: | $0.00 |
| Total Allowed Expenses Paid to Date: | $0.00 |
| Blended Rate in the Final Application for All Timekeepers: | $150.21 |
| Compensation Sought in the Final Application Already Paid Pursuant to a Monthly Compensation Order, but Not Yet Allowed: | $11,667.96 |
| Expenses Sought in the Final Application Already Paid Pursuant to a Monthly Compensation Order, but Not Yet Allowed: | $0.00 |
| Number of Professionals Included in Final Application: | 9 |
| Are Any Rates Higher than those Approved or Disclosed at Retention? | No |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CONNECTIONS COMMUNITY<br>SUPPORT PROGRAMS, INC.,<br><br>　　　　　　　　　　Debtor.[1] | Chapter 7<br><br>Case No. 21-10723 (MFW)<br><br>**Final Fee Application:**<br><br>Hearing Date: January 5, 2022 at 2:00 p.m. (ET)<br>Objection Deadline: December 28, 2021 at 4:00 p.m. (ET) |

**FINAL APPLICATION OF OMNI AGENT SOLUTIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS ADMINISTRATIVE AGENT FOR THE DEBTOR FOR THE FINAL PERIOD FROM APRIL 19, 2021 THROUGH AND INCLUDING SEPTEMBER 27, 2021**

Pursuant to sections 330 and 331 of title 11 of the United States Code §§ 101-1532 (the "**Bankruptcy Code**"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"), Omni Agent Solutions ("**Omni**"), administrative agent to the debtor and debtor-in-possession (the "**Debtor**"), hereby submits its final application for the period from April 19, 2021 through and including September 27, 2021 (the "**Application**"). In accordance with the *Order Granting the Motion of the Debtor for an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Pursuant Sections 105(a) And 331 of the Bankruptcy Code* [Docket No. 135] entered May 13, 2021 (the "**Interim Compensation Order**"), Omni seeks reasonable compensation for services rendered as administrative agent to the Debtor in the amount of $14,584.95, together with reimbursement for actual and necessary expenses incurred in the amount

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030). The address of the Debtor's corporate headquarters is 3812 Lancaster Pike, Wilmington, Delaware 19805.

of $0.00 for the final period commencing April 19, 2021 through and including September 27, 2021 (the "**Application Period**").  In support thereof, Omni respectfully represents as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over the Debtor, its estates, and this matter under 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012.  This is a core proceeding under 28 U.S.C. § 157(b).

2. Venue of this proceeding and this Application is proper in this district pursuant to 28 U.S.C. § 1408.

3. Pursuant to Local Rule 9013-1(f), Omni consents to the entry of a final order by the Court in connection with this Application, to the extent it is later determined that the Court, absent consent of the parties, cannot enter final orders or judgments consistent with Article III of the United States Constitution.

4. The statutory predicates for the relief sought herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016 and Local Rule 2016-2.

## BACKGROUND

**A.    GENERAL BACKGROUND.**

5. On April 19, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code in this Court thereby commencing this case (the "Chapter 11 Case").

6. The Debtor is authorized to continue to operate its businesses and manage its properties as debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

7. On May 3, 2021, the Office of the United States Trustee for the District of Delaware appointed an official committee of unsecured creditors in this Chapter 11 Case.

8. On May 13, 2021, the Court signed the Interim Compensation Order, authorizing certain professionals ("**Professionals**") to submit monthly applications for interim compensation and reimbursement for expenses, pursuant to the procedures specified therein. The Interim Compensation Order provides, among other things, that a Professional may submit monthly fee applications. If no objections are made within twenty-one (21) days after service of the monthly fee application the Debtor is authorized to pay the Professional eighty percent (80%) of the requested fees and one hundred percent (100%) of the requested expenses.

B. THE RETENTION OF OMNI AGENT SOLUTIONS.

9. On April 27, 2021, the Debtor filed the *Application of the Debtor for Entry of an Order Authorizing Debtor to Employ Omni Agent Solutions as Administrative Agent to the Debtor Nunc Pro Tunc to the Petition Date* [Docket No. 58] (the "**Retention Application**").

10. On May 13, 2021, the Court entered the *Order Authorizing Debtor to Employ and Retain Omni Agent Solutions as Administrative Agent Nunc Pro Tunc to the Petition Date* [Docket No. 128] (the "**Retention Order**").

**RELIEF REQUESTED**

11. Subject to Court approval, Omni seeks payment for compensation on an hourly basis, plus reimbursement of actual, necessary expenses incurred by Omni during the Application Period.

**SUMMARY OF SERVICES RENDERED**

12. Attached hereto as **Exhibit A** is a detailed statement of fees incurred during the Application Period, showing the amount of $14,584.95 due for fees.

13. The services rendered by Omni during the Application Period are grouped into the categories set forth in **Exhibit A**. The professionals who rendered services relating to each category

are identified, along with the number of hours for each individual and the total compensation sought for each category, in the attachments hereto.

14. Professionals of Omni expended a total of 97.1 hours in connection with this matter during the Application Period. Omni believes that the time entries included in **Exhibit A** attached hereto is in compliance with the requirements of Local Rule 2016-2.

## DISBURSEMENTS

15. Omni incurred no expenses during the Application Period.

## VALUATION OF SERVICES

16. The amount of time spent by each of these persons providing services to the Debtor for the Application Period is set forth on the chart attached hereto as **Exhibit B**. These are Omni's normal hourly rates of compensation for work of this character. The reasonable value of the services rendered by Omni for the Application Period as administrative agent for the Debtor in this case is $14,584.95.

17. During the Final Fee Period, Omni performed necessary services on behalf of the Debtor and its estates. In accordance with the factors enumerated in 11 U.S.C. § 330, approval of the fees requested for the Final Fee Period is fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services, and (e) the costs of comparable services other than in a case under this title. In addition, the out-of-pocket disbursements for which reimbursement is sought were actual, reasonable and necessary costs incurred while representing the Debtor.

18. To the extent that Omni has performed, or will perform additional necessary services after September 27, 2021, it will bill the Debtor directly.

## CERTIFICATE OF COMPLIANCE AND WAIVER

19. The undersigned representative of Omni certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Application substantially complies with that Local Rule. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, Omni believes that such deviations are not material and respectfully requests that any such requirements be waived.

## CONCLUSION

**WHEREFORE**, Omni respectfully requests that allowance be made to it in the sum of (i) $14,584.95 as compensation for necessary professional services, and (ii) the sum of $0.00 for reimbursement of actual necessary costs and expenses, incurred during the Application Period, and further requests such other and further relief as this Court may deem just and proper.

Dated:  December 7, 2021  **OMNI AGENT SOLUTIONS**
         New York, NY

/s/ Paul H. Deutch
Paul H. Deutch
1120 Avenue of the Americas, 4th Fl.
New York, NY 10036
Telephone:  (212) 302-3580
Email:   pdeutch@omniagnt.com

*Administrative Agent for the Debtor and the Debtor-in-Possession*

# **EXHIBIT A**

**Detailed Time Records**



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

May 19, 2021

CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC., et al., - 327

**Invoice Number: 9573**
Invoice Period: 04-01-2021 - 04-30-2021

Payment Terms: Upon Receipt

**RE: Schedules & SOFAs**

## Schedules & SOFAs

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 04-30-2021 | Sejal Kelly | Initial meeting with R Trenk and B Whitaker for preparation of SOFA/SOALs | 0.70 | 165.00 | 115.50 |
| 04-30-2021 | Brittney Whitaker | Conference call with P. Deutch, S. Kelly @ Omni; and R. Trenk @ Eisner re schedules and sofas kick off | 0.40 | 185.00 | 74.00 |
| 04-30-2021 | Brittney Whitaker | Correspond with R. Trenk @ Eisner re: Schedule and SOFA temp and contact information | 0.20 | 185.00 | 37.00 |
|  |  | **Total** |  |  | 226.50 |

### Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Brittney Whitaker | 0.60 | 185.00 | 111.00 |
| Sejal Kelly | 0.70 | 165.00 | 115.50 |
| **Total** |  |  | 226.50 |

**Subtotal for this Invoice**   226.50

Invoice Number: 9573   We appreciate your business   Page  2  of  4



**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367
818-906-8300

June 10, 2021

CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC., et al., - 327

**Invoice Number: 9664**
Invoice Period: 05-01-2021 - 05-31-2021

Payment Terms: Upon Receipt

**RE: Schedules & SOFAs**

## Schedules & SOFAs

### Time Details

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-07-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trenk @ EA re follow up on schedules | 0.20 | 185.00 | 37.00 |
| 05-10-2021 | Sejal Kelly | Review of documentation request for SOFA/SOALs | 0.10 | 165.00 | 16.50 |
| 05-10-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trenk @ EA re follow up on schedules | 0.20 | 185.00 | 37.00 |
| 05-11-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trenk @ EA re call on schedules | 0.20 | 185.00 | 37.00 |
| 05-11-2021 | Sejal Kelly | Preparation for meeting on Schedule of Assets and Liabilities | 0.10 | 165.00 | 16.50 |
| 05-12-2021 | Sejal Kelly | Call with B. Whitaker @ Omni; and R. Trank @ AE re schedules walk through | 1.00 | 165.00 | 165.00 |
| 05-12-2021 | Brittney Whitaker | Preparation of Schedule of Assets and Liabilities | 0.30 | 185.00 | 55.50 |
| 05-12-2021 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 0.30 | 185.00 | 55.50 |
| 05-12-2021 | Javon Couch | Update tracker for files received from R. Trenk for Schedules/SOFAs | 0.10 | 120.00 | 12.00 |
| 05-12-2021 | Brittney Whitaker | Call with S. Kelly @ Omni; and R. Trenk @ AE re | 1.00 | 185.00 | 185.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | schedules walk through | | | |
| 05-12-2021 | Sejal Kelly | Review of data provided and preparation of Schedule of Assets and Liabilities for entry | 0.60 | 165.00 | 99.00 |
| 05-13-2021 | Javon Couch | Preparation of Schedule of Assets and Liabilities | 0.60 | 120.00 | 72.00 |
| 05-13-2021 | Brittney Whitaker | Preparation of Schedule of Assets and Liabilities | 0.40 | 185.00 | 74.00 |
| 05-14-2021 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 0.50 | 185.00 | 92.50 |
| 05-14-2021 | Javon Couch | Update tracker for files received from R. Trenk @ EA for Schedules/SOFAs | 0.10 | 120.00 | 12.00 |
| 05-14-2021 | Brittney Whitaker | Call with S. Kelly @ Omni; and R. Trenk @ AE re schedules and sofas | 0.50 | 185.00 | 92.50 |
| 05-14-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trank @ AE re schedules and sofa data | 0.20 | 185.00 | 37.00 |
| 05-14-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trenk @ AE re schedules data | 0.20 | 185.00 | 37.00 |
| 05-14-2021 | Sejal Kelly | Call with R. Trenk @ EA re Schedules and SoFA preparation | 0.70 | 165.00 | 115.50 |
| 05-17-2021 | Daniel Thomson | Review and Import Sofa AB 47 and AB 8 | 2.00 | 120.00 | 240.00 |
| 05-17-2021 | Luis Solorzano | Perform QC on Schedules AB 8 and AB 47 | 0.80 | 165.00 | 132.00 |
| 05-17-2021 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 0.80 | 185.00 | 148.00 |
| 05-17-2021 | Brittney Whitaker | Preparation of Schedule of Assets and Liabilities | 1.20 | 185.00 | 222.00 |
| 05-18-2021 | Brittney Whitaker | Call with S. Kelly @ Omni; and R. Trenk @ AE re schedules and sofas | 1.00 | 185.00 | 185.00 |
| 05-18-2021 | Brittney Whitaker | Preparation of Schedule of Assets and Liabilities | 0.80 | 185.00 | 148.00 |
| 05-18-2021 | Sejal Kelly | Conference call with R. Trenk re preparation of schedules and statements of financial affairs | 0.70 | 165.00 | 115.50 |
| 05-18-2021 | Sejal Kelly | Review of supporting documentation received for preparation of Schedule of Assets and Liabilities; assignment of resources for preparation of exhibits | 0.90 | 165.00 | 148.50 |
| 05-18-2021 | Sejal Kelly | Call with R. Trenk @ EisnerAmper re Schedules and SOFA preparation | 0.40 | 165.00 | 66.00 |
| 05-19-2021 | Sejal Kelly | Preparation of Schedule of Assets and Liabilities | 0.80 | 165.00 | 132.00 |
| 05-19-2021 | Sejal Kelly | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 0.70 | 165.00 | 115.50 |
| 05-19-2021 | Sejal Kelly | Quality assurance review of Schedules and SOFAs | 0.50 | 165.00 | 82.50 |
| 05-19-2021 | Yelena Bederman | Preparation of Schedule of Assets and Liabilities | 2.00 | 155.00 | 310.00 |
| 05-19-2021 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: schedule G | 0.10 | 155.00 | 15.50 |
| 05-19-2021 | Brittney Whitaker | Preparation of Schedule of Assets and Liabilities | 1.50 | 185.00 | 277.50 |
| 05-19-2021 | Brittney Whitaker | Call with R. Trenk @ AE re schedules for lease assumptions | 1.00 | 185.00 | 185.00 |
| 05-19-2021 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 1.10 | 185.00 | 203.50 |
| 05-19-2021 | Luis Solorzano | Perform QC on Schedules D and F | 0.70 | 165.00 | 115.50 |
| 05-19-2021 | Michael Gumulya | Review and verify schedules for approval for database upload and web access | 2.80 | 125.00 | 350.00 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-19-2021 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: schedules D & F | 0.10 | 155.00 | 15.50 |
| 05-20-2021 | Brittney Whitaker | Preparation of Schedule of Assets and Liabilities | 0.40 | 185.00 | 74.00 |
| 05-20-2021 | Brittney Whitaker | Preparation of Schedule of Assets and Liabilities | 1.50 | 185.00 | 277.50 |
| 05-20-2021 | Yelena Bederman | Review e-mail received and respond to B. Whitaker & S. Kelly re: schedule G | 0.10 | 155.00 | 15.50 |
| 05-20-2021 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: schedules & sofas exhibits | 0.10 | 155.00 | 15.50 |
| 05-20-2021 | Daniel Thomson | Preparation of Schedule of Assets and Liabilities | 0.50 | 120.00 | 60.00 |
| 05-20-2021 | Daniel Thomson | Preparation of Statement of Financial Affairs | 0.50 | 120.00 | 60.00 |
| 05-20-2021 | Yelena Bederman | Preparation of Statement of Financial Affairs | 1.00 | 155.00 | 155.00 |
| 05-20-2021 | Yelena Bederman | Preparation of Schedule of Assets and Liabilities | 2.50 | 155.00 | 387.50 |
| 05-20-2021 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 1.60 | 185.00 | 296.00 |
| 05-20-2021 | Brittney Whitaker | Quality assurance review of Schedules and SOFAs | 2.00 | 185.00 | 370.00 |
| 05-20-2021 | Luis Solorzano | Perform QC on Schedule and SOFA Exhibits | 2.00 | 165.00 | 330.00 |
| 05-20-2021 | Daniel Thomson | Preparation of Schedule of Assets and Liabilities Sofa7 | 0.50 | 120.00 | 60.00 |
| 05-20-2021 | Daniel Thomson | Preparation of Schedule of Assets and Liabilities AB 55 | 0.50 | 120.00 | 60.00 |
| 05-20-2021 | Michael Gumulya | Review and verify schedule G for approval for database upload and web access | 1.00 | 125.00 | 125.00 |
| 05-20-2021 | Yelena Bederman | Prepare drafts for schedules & sofas | 0.20 | 155.00 | 31.00 |
| 05-20-2021 | Siobhan Davis | Preparation of Statement of Financial Affairs | 1.50 | 155.00 | 232.50 |
| 05-20-2021 | Sejal Kelly | Quality assurance review of Schedules and SOFAs | 2.10 | 165.00 | 346.50 |
| 05-20-2021 | Sejal Kelly | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 0.40 | 165.00 | 66.00 |
| 05-20-2021 | Sejal Kelly | Page turn review of .pdfs with manual updates as necessary | 0.80 | 165.00 | 132.00 |
| 05-21-2021 | Sejal Kelly | Review contracts, leases for relevant counterparty information re Schedule G; submit schedule to R.Trenk for additional updates | 0.30 | 165.00 | 49.50 |
| 05-21-2021 | Sejal Kelly | Quality assurance review of Schedules and SOFAs | 0.90 | 165.00 | 148.50 |
| 05-21-2021 | Sejal Kelly | Coordinate conference call with counsel, FAs and Omni | 0.20 | 165.00 | 33.00 |
| 05-21-2021 | Sejal Kelly | Conference call with B. Whitaker, S. Davis @ Omni; M. Degrosselliers @ Chipman; R. Trenk @ AE; M. Haldeman @ CCSP re schedules and sofas page turn | 1.50 | 165.00 | 247.50 |
| 05-21-2021 | Brittney Whitaker | Conference call with S. Kelly, S. Davis @ Omni; M. Degrosselliers @ Chipman; R. Trenk @ AE; M. Haldeman @ CCSP re schedules and sofas page turn part 2 | 1.70 | 185.00 | 314.50 |
| 05-21-2021 | Siobhan Davis | Conference call with B. Whitaker, S. Kelly @ Omni; M. Degrosselliers @ Chipman; R. Trenk @ AE; M. Haldeman @ CCSP re schedules and sofas page turn | 1.50 | 155.00 | 232.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-21-2021 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: updates to schedules F & D | 0.10 | 155.00 | 15.50 |
| 05-21-2021 | Yelena Bederman | Preparation of Schedule of Assets and Liabilities | 0.50 | 155.00 | 77.50 |
| 05-21-2021 | Siobhan Davis | Preparation of Statement of Financial Affairs | 0.20 | 155.00 | 31.00 |
| 05-21-2021 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 1.00 | 185.00 | 185.00 |
| 05-21-2021 | Sejal Kelly | Conference call with B. Whitaker, S. Davis @ Omni; M. Degrosselliers @ Chipman; R. Trenk @ AE; M. Haldeman @ CCSP re completion of schedules and sofas page turn | 1.00 | 165.00 | 165.00 |
| 05-21-2021 | Brittney Whitaker | Conference call with S. Kelly, S. Davis @ Omni; M. Degrosselliers @ Chipman; R. Trenk @ AE; M. Haldeman @ CCSP re schedules and sofas page turn | 1.50 | 185.00 | 277.50 |
| 05-21-2021 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 0.50 | 185.00 | 92.50 |
| 05-21-2021 | Brittney Whitaker | Preparation of Schedule of Assets and Liabilities | 1.20 | 185.00 | 222.00 |
| 05-21-2021 | Siobhan Davis | Conference call with B. Whitaker, S. Kelly @ Omni; M. Degrosselliers @ Chipman; R. Trenk @ AE; M. Haldeman @ CCSP re schedules and sofas page turn | 1.50 | 155.00 | 232.50 |
| 05-23-2021 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 0.50 | 185.00 | 92.50 |
| 05-23-2021 | Brittney Whitaker | Preparation of Schedule of Assets and Liabilities | 0.50 | 185.00 | 92.50 |
| 05-24-2021 | Sejal Kelly | Review contracts, leases for relevant counterparty information re Schedule G; process information, draft description in Excel file re same | 0.30 | 165.00 | 49.50 |
| 05-24-2021 | Sejal Kelly | Quality assurance review of Global Notes to Schedules and SOFAs | 0.40 | 165.00 | 66.00 |
| 05-24-2021 | Sejal Kelly | Quality assurance review of Schedules and SOFAs based on new documentation received | 2.30 | 165.00 | 379.50 |
| 05-24-2021 | Sejal Kelly | Quality assurance review of updated Global Notes for Schedules and SOFAs | 0.20 | 165.00 | 33.00 |
| 05-24-2021 | Sejal Kelly | Call with R. Trenk @ EisnerAmpner re Schedules and SOFA updates | 0.20 | 165.00 | 33.00 |
| 05-24-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trenk @ AE re Schedule AB 74 | 0.20 | 185.00 | 37.00 |
| 05-24-2021 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: updates for schedules | 0.10 | 155.00 | 15.50 |
| 05-24-2021 | Yelena Bederman | Preparation of Schedule of Assets and Liabilities | 1.50 | 155.00 | 232.50 |
| 05-24-2021 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 2.00 | 185.00 | 370.00 |
| 05-24-2021 | Brittney Whitaker | Preparation of Schedule of Assets and Liabilities | 1.80 | 185.00 | 333.00 |
| 05-24-2021 | Yelena Bederman | Preparation of Statement of Financial Affairs | 0.50 | 155.00 | 77.50 |
| 05-24-2021 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: updates for schedule G | 0.10 | 155.00 | 15.50 |
| 05-24-2021 | Yelena Bederman | Prepare drafts for schedules & sofas | 0.20 | 155.00 | 31.00 |
| 05-24-2021 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: schedules & sofas signatory information | 0.10 | 155.00 | 15.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 05-24-2021 | Siobhan Davis | Preparation of Statement of Financial Affairs | 1.00 | 155.00 | 155.00 |
| 05-24-2021 | Brittney Whitaker | Quality assurance review of Schedules and SOFAs | 1.50 | 185.00 | 277.50 |
| 05-24-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trenk @ AE re SOFA 4 | 0.20 | 185.00 | 37.00 |
| 05-24-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trenk @ AE re Schedule G | 0.20 | 185.00 | 37.00 |
| 05-24-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trenk @ AE re Schedule and SOFA changes | 0.20 | 185.00 | 37.00 |
| 05-24-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trenk @ AE re global notes | 0.10 | 185.00 | 18.50 |
| 05-25-2021 | Yelena Bederman | Preparation of Statement of Financial Affairs | 0.50 | 155.00 | 77.50 |
| 05-25-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trenk @ AE re SOFA 4 | 0.20 | 185.00 | 37.00 |
| 05-25-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trenk @ AE re update on schedules | 0.20 | 185.00 | 37.00 |
| 05-25-2021 | Brittney Whitaker | Call with S. Kelly @ Omni; and R. Trenk @ AE re schedules and sofas | 0.50 | 185.00 | 92.50 |
| 05-25-2021 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: schedules & sofas drafts | 0.10 | 155.00 | 15.50 |
| 05-25-2021 | Yelena Bederman | Prepare schedules & sofas drafts | 0.50 | 155.00 | 77.50 |
| 05-25-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trenk, R. Katz @ AE; M. Degrosseilliers @ Chipman re schedule and sofa drafts | 0.20 | 185.00 | 37.00 |
| 05-25-2021 | Sejal Kelly | Call with B. Whitaker @ Omni; and R. Trenk @ AE re schedules and sofas | 0.50 | 165.00 | 82.50 |
| 05-25-2021 | Sejal Kelly | Updating of Top 30 amounts into Schedule F and updating of addresses and creditor descriptors | 0.60 | 165.00 | 99.00 |
| 05-25-2021 | Sejal Kelly | Quality assurance review of Schedules and SOFAs with final updates | 1.90 | 165.00 | 313.50 |
| 05-25-2021 | Brittney Whitaker | Review e-mail received and respond to R. Trenk @ AE re Schedule changes | 0.20 | 185.00 | 37.00 |
| 05-25-2021 | Brittney Whitaker | Quality assurance review of Schedules and SOFAs | 2.00 | 185.00 | 370.00 |
| 05-25-2021 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: updates to schedules | 0.10 | 155.00 | 15.50 |
| 05-25-2021 | Yelena Bederman | Preparation of Schedule of Assets and Liabilities | 1.00 | 155.00 | 155.00 |
| 05-25-2021 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: updates to sofas | 0.10 | 155.00 | 15.50 |
| 05-25-2021 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 0.70 | 185.00 | 129.50 |
| 05-25-2021 | Brittney Whitaker | Preparation of Schedule of Assets and Liabilities | 1.20 | 185.00 | 222.00 |
| 05-26-2021 | Sejal Kelly | Conference call with B. Whitaker @ Omni; M. Degrosselliers @ Chipman; R. Trenk @ AE; M. Haldeman @ CCSP re schedules and sofas final page turn | 0.80 | 165.00 | 132.00 |
| 05-26-2021 | Sejal Kelly | Call with R. Katz@ EisnerAmpner re Schedule | 0.10 | 165.00 | 16.50 |

| Date | Professional | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| | | Summary | | | |
| 05-26-2021 | Sejal Kelly | Call with R. Trenk @ EA re Schedule Summary | 0.10 | 165.00 | 16.50 |
| 05-26-2021 | Sejal Kelly | Call with B. Whitaker @ Omni; R. Trenk @ AE re schedules | 0.40 | 165.00 | 66.00 |
| 05-26-2021 | Sejal Kelly | Final quality assurance review of Schedules and SOFAs and prepared for filing | 0.70 | 165.00 | 115.50 |
| 05-26-2021 | Sejal Kelly | Updating of Schedule E and research re law firm address for noticing | 0.50 | 165.00 | 82.50 |
| 05-26-2021 | Sejal Kelly | Review, process, and upload filed Schedules and SOFA's data files | 0.10 | 165.00 | 16.50 |
| 05-26-2021 | Sejal Kelly | Review and respond to counsel email inquiries/calls and update work flow log re: same | 0.60 | 165.00 | 99.00 |
| 05-26-2021 | Brittney Whitaker | Quality assurance review of Schedules and SOFAs | 1.20 | 185.00 | 222.00 |
| 05-26-2021 | Brittney Whitaker | Conference call with S. Kelly @ Omni; M. Degrosselliers @ Chipman; R. Trenk @ AE; M. Haldeman @ CCSP re schedules and sofas final page turn | 0.80 | 185.00 | 148.00 |
| 05-26-2021 | Brittney Whitaker | Call with S. Kelly @ Omni; R. Trenk @ AE re schedules | 0.40 | 185.00 | 74.00 |
| 05-26-2021 | Brittney Whitaker | Preparation of Schedule of Assets and Liabilities | 0.40 | 185.00 | 74.00 |
| 05-26-2021 | Brittney Whitaker | Preparation of Statement of Financial Affairs | 0.10 | 185.00 | 18.50 |
| 05-26-2021 | Yelena Bederman | Review e-mail received and respond to B. Whitaker re: drafts for schedules & sofas | 0.10 | 155.00 | 15.50 |
| 05-26-2021 | Yelena Bederman | Prepare drafts for schedules & sofas | 0.20 | 155.00 | 31.00 |
| 05-26-2021 | Yelena Bederman | Review e-mail received and respond to S. Kelly re: schedules updates | 0.10 | 155.00 | 15.50 |
| 05-26-2021 | Yelena Bederman | Preparation of Schedule of Assets and Liabilities | 0.10 | 155.00 | 15.50 |
| 05-27-2021 | Tom Plagwitz | Review, process, and upload filed Schedules and SOFA's data files | 4.50 | 155.00 | 697.50 |
| | | **Total** | | | 15,979.00 |

## Time Summary

| Professional | Hours | Rate | Amount |
|---|---|---|---|
| Brittney Whitaker | 38.10 | 185.00 | 7,048.50 |
| Daniel Thomson | 4.00 | 120.00 | 480.00 |
| Javon Couch | 0.80 | 120.00 | 96.00 |
| Luis Solorzano | 3.50 | 165.00 | 577.50 |
| Michael Gumulya | 3.80 | 125.00 | 475.00 |
| Sejal Kelly | 23.40 | 165.00 | 3,861.00 |
| Siobhan Davis | 5.70 | 155.00 | 883.50 |
| Tom Plagwitz | 4.50 | 155.00 | 697.50 |
| Yelena Bederman | 12.00 | 155.00 | 1,860.00 |
| **Total** | | | 15,979.00 |

CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC., et al., - 327

June 10, 2021

**Omni Management Group**
5955 DeSoto Avenue, Suite #100
Woodland Hills, CA 91367

**Invoice Number: 9664**
Invoice Period: 05-01-2021 - 05-31-2021

## REMITTANCE COPY

**RE: Schedules & SOFAs**
   Schedules & SOFAs

| | |
|---:|---:|
| **Fees** | 15,979.00 |
| **Discount** | (1,597.90) |
| **Total for this Invoice** | 14,381.10 |
| **Previous Balance** | 203.85 |
| **Total Amount to Pay** | 14,584.95 |

| Matter | Balance Due |
|---|---:|
| Schedules & SOFAs | 14,584.95 |
| **Total Amount to Pay** | **14,584.95** |

**Open Invoices and Credits**

| Date | Transaction | Matter | Amount | Applied | Balance |
|---|---|---|---:|---:|---:|
| 05-19-2021 | Invoice 9573 | Schedules & SOFAs | 203.85 | | 203.85 |
| 06-10-2021 | Invoice 9664 | Schedules & SOFAs | 14,381.10 | | 14,381.10 |
| | | | | **Balance** | **14,584.95** |

# EXHIBIT B

### FINAL COMPENSATION BY PROFESSIONAL
### FOR THE PERIOD APRIL 19, 2021 THROUGH SEPTEMBER 27, 2021

| Professional | Hours | Rate | Total |
|---|---|---|---|
| Brittney Whitaker | 38.7 | $185.00 | $7,159.50 |
| Daniel Thomson | 4.0 | $120.00 | $480.00 |
| Javon Couch | 0.8 | $120.00 | $96.00 |
| Luis Solorzano | 3.5 | $165.00 | $577.50 |
| Michael Gumulya | 3.8 | $125.00 | $475.00 |
| Sejal Kelly | 24.1 | $165.00 | $3,976.50 |
| Siobhan Davis | 5.7 | $155.00 | $883.50 |
| Tom Plagwitz | 4.5 | $155.00 | $697.50 |
| Yelena Bederman | 12.0 | $155.00 | $1,860.00 |
| **SUBTOTAL** | **97.1** | ---- | **$16,205.50** |
| **DISCOUNT** | | | **($1,620.55)** |
| **ADJ. TOTAL** | **97.1** | | **$14,584.95** |

### FINAL COMPENSATION BY PROJECT CATEGORY

| Category | Hours | Total |
|---|---|---|
| Preparation of Schedules/SoFA | 97.1 | $16,205.50 |
| **SUBTOTAL** | **97.1** | **$16,205.50** |
| **DISCOUNT** | | **($1,620.55)** |
| **ADJ. TOTAL** | **97.1** | **$14,584.95** |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CONNECTIONS COMMUNITY<br>SUPPORT PROGRAMS, INC.,<br><br>Debtor.[1] | Chapter 7<br><br>Case No. 21-10723 (MFW) |

## VERIFICATION

STATE OF NEW YORK    )
                     )    SS
COUNTY OF NEW YORK   )

I, Paul H. Deutch, being duly sworn according to law, deposes and says:

1. I am the Executive Vice President of Omni Agent Solutions, administrative agent to Connections Community Support Programs, Inc.

2. I have read the foregoing Application of Omni Agent Solutions for allowance of compensation and reimbursement of expenses and know the contents thereof, and the same are correct to the best of my knowledge, information, and belief.

3. I have reviewed the requirements of Local Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware, and to the best of my knowledge, information and belief this Application complies with Local Rule 2016-2.

Dated: December 7, 2021

/s/ Paul H. Deutch
Paul H. Deutch

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030). The address of the Debtor's corporate headquarters is 3812 Lancaster Pike, Wilmington, Delaware 19805.