JTVCC - 1181 Paddock Road
Smyrna, DE 19977
December 8, 2021

Clerk of Court
Bankruptcy Court
824 Market St., 3rd Floor
Wilmington, DE 19801

Dear Sir or Madam:

    Awarded fee's cover cataract/pupil operations, as result Connections Community Support Programs, Inc. failure pay previous ophthalmologist willing perform both surgeries. Be present at 12/22/21 hearing.

Sincerely,
Robert Saunders, 052590

xc: Mark L. Desgrosseilliers, Esq.

FILED 2021 DEC 14 AM 8:48 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE