# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CONNECTIONS COMMUNITY | ) | Case No. 21-10723 (MFW) |
| SUPPORT PROGRAMS, INC., | ) | |
| | ) | |
| Debtor.[1] | ) | |
| | ) | **Related D.I. 543** |
| | ) | |

## CERTIFICATION OF COUNSEL REGARDING MOTION
## FOR RELIEF FROM STAY FILED BY TYRONE MORRIS

I, Ricardo Palacio, a member of the law firm of Ashby & Geddes, P.A., counsel to Don

A. Beskrone, in his capacity as the Chapter 7 trustee (the "Trustee") in the above-captioned case

and for the above-referenced debtor (the "Debtor"), hereby certify the following:

1.       On April 19, 2021 (the "Petition Date"), the Debtor filed a voluntary petition for

relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case").

2.       On September 1, 2021, the Debtor filed a *Motion to Convert Debtor's Chapter 11*

*Case to a Case Under Chapter 7 of the Bankruptcy Code* [D.I. 466]. The Court entered an Order

converting the Chapter 11 Case to a case under chapter 7 of the Bankruptcy Code on September

27, 2021 (the "Conversion Order") [D.I. 537].

3.       On September 27, 2021, the OUST appointed Don A. Beskrone to serve as the

Interim Chapter 7 Trustee in this Case [D.I 538]. A meeting of creditors pursuant to 11 U.S.C. §

341(a) was held and concluded on December 22, 2021. As such, the Trustee now serves as the

trustee of the Debtor and its estate pursuant to 11 U.S.C. §702(d).

---

[1] The Debtor in this chapter 7 case, along with the last four digits of its tax identification number, is as follows:
Connections Community Support Programs, Inc. (3030).

{01758775.v1 }

4.     On September 28, 2021, Tyrone Morris ("Morris") filed his motion for relief from stay (the "Motion") [D.I. 543]. Thereafter, the Trustee filed responses to the Motion. *See* D.I. 559, 631.

4.     On January 5, 2022, the Court convened a hearing on the Motion. At the hearing, the Court granted, in part, and denied, in part, the Motion. Following its ruling, the Court instructed the undersigned to submit a proposed form of order reflecting the Court's ruling.

5.     Consistent with the Court's instruction, the undersigned hereby submits a proposed form of order on the Motion (the "Proposed Order"), a copy of which is attached hereto as Exhibit A. The undersigned, on behalf of the Trustee, respectfully requests that the Court enter the Proposed Order at the Court's convenience.

Dated: January 6, 2022                          ASHBY & GEDDES, P.A.

                                                 */s/ Ricardo Palacio*
                                                Ricardo Palacio (#3765)
                                                500 Delaware Avenue, 8th Floor
                                                P.O. Box 1150
                                                Wilmington, Delaware 19899
                                                (302) 654-1888
                                                rpalacio@ashbygeddes.com

                                                *Counsel for Don A. Beskrone,*
                                                *Chapter 7 Trustee*

# **Exhibit A**

{01758775.v1 }

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| CONNECTIONS COMMUNITY | ) | Case No. 21-10723 (MFW) |
| SUPPORT PROGRAMS, INC., | ) | |
| | ) | |
| Debtor.[2] | ) | |
| | ) | **Related D.I. 543** |
| | ) | |

## ORDER GRANTING, IN PART, AND DENYING, IN PART, MOTION FOR RELIEF FROM STAY FILED BY TYRONE MORRIS

Upon consideration of the motion for relief from stay (the "Motion") filed by Tyrone Morris ("Morris"), and any objections or responses thereto, including the *Omnibus General Objection and Reservation of Rights of Don A. Beskrone, Interim Chapter 7 Trustee, to (I) motion to Approve Lack of Time to Respond, (II) Motion to Appoint Counsel, and (III) Motion for Relief from Stay* [D.I. 559], and *Supplemental Response of Don A. Beskrone, Chapter 7 Trustee to Motion of Tyrone Morris for Relief from Stay* [D.I. 631] (collectively, the "Responses"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and the Responses; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1. The Motion is granted, in part, and denied, in part, as set forth herein.

---

[2] The Debtor in this chapter 7 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030).

2. Morris is granted relief from stay under 11 U.S.C. §362(a) to continue and pursue litigation captioned *Morris v. Cooper*, Case No. 18-252 (RGA) (D. Del.) (the "Morris Litigation").

3. However, and for the avoidance of doubt, the Motion is denied to the extent Morris seeks relief from the automatic stay to commence, pursue or litigate any action, including the Morris Litigation, against the Debtor, the Debtor's estate or the Trustee.

4. The Court shall retain jurisdiction to interpret and enforce this Order.

**Miscellaneous:**

21-10723-MFW Connections Community Support Programs, Inc. **Converted** 09/27/2021

| | | |
|---|---|---|
| Type: bk | Chapter: 7 v | Office: 1 (Delaware) |
| Assets: y | Judge: MFW | |

Case Flag: LeadSC, MEGA, CLMSAGNT, SealedDoc(s), CONVERTED

## U.S. Bankruptcy Court

## District of Delaware

Notice of Electronic Filing

The following transaction was received from Ricardo Palacio entered on 1/6/2022 at 4:38 PM EST and filed on 1/6/2022

**Case Name:**      Connections Community Support Programs, Inc.
**Case Number:**      21-10723-MFW
**Document Number:** 640

**Docket Text:**
Certification of Counsel *Regarding Motion for Relief from Stay Filed by Tyrone Morris* (related document(s)[543]) Filed by Don A. Beskrone. (Attachments: # (1) Exhibit A - Proposed Order # (2) Certificate of Service) (Palacio, Ricardo)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**01759218.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=1/6/2022] [FileNumber=17393859-0]
[6711885e96a5cfcebe55a0dd9eb2376f488376f1fdf14dfd6907fe7a418a7d392c11
5f286ce57c4ac17c066e8eed20efde0b65015a67f0269d5245753887004a]]
**Document description:**Exhibit A - Proposed Order
**Original filename:**C:\fakepath\01759221.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=1/6/2022] [FileNumber=17393859-1]
[4af474787e92ff287a2d7c0aa3a1348997130940064a36b2236f9795f1c6b568450
0b69baccd414f81a1c05bc4dec8b134909dd9ffc87ab7890c627da96d665]]
**Document description:**Certificate of Service
**Original filename:**C:\fakepath\01759233.PDF
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=983460418 [Date=1/6/2022] [FileNumber=17393859-2]
[5d6dd8d398289df4df09df2b27ac280eecc2c8cc26f661930c2ff29122a8afb4cb3d
f52ea4e440aee7847c011f4112959d1c8c5ec6cbd0fea065cd7f38ceea0f]]

**21-10723-MFW Notice will be electronically mailed to:**

Jason Daniel Angelo on behalf of Creditor Highmark BCBSD Health Options Inc.
jangelo@reedsmith.com, glauer@reedsmith.com

Jason Daniel Angelo on behalf of Creditor Highmark BCBSD Inc.
jangelo@reedsmith.com, glauer@reedsmith.com

Richard A. Barkasy on behalf of Creditor The Reinvestment Fund
rbarkasy@schnader.com

Peter John Barrett on behalf of Interested Party Delaware Affordable Housing Equity Fund L.P.
peter.barrett@kutakrock.com

Don A. Beskrone
dbeskronetrustee@gmail.com, DE19@ecfcbis.com

Don A. Beskrone on behalf of Trustee Don A. Beskrone
dbeskronetrustee@gmail.com, DE19@ecfcbis.com

Ian Connor Bifferato on behalf of Creditor Balboa Capital Corporation
cbifferato@tbf.legal, mstewart@tbf.legal;yshenton@tbf.legal;amugavero@tbf.legal

Amy D. Brown on behalf of Creditor Care4 Software, Inc.
abrown@gsbblaw.com

**Fill in this information to identify the case:**

Debtor 1 _Connection Community Support program, Inc_

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: _____ District of _Delaware_

Case number _21-10723-MFW_

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

_Tyrone J Morris_
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _None_

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

_Tyrone Morris #322529_
Name

_JTVCC  1181 paddock Rd_
Number     Street

_Smyrna        DE        19977_
City            State        ZIP Code

Contact phone _None_

Contact email _None_

Where should payments to the creditor be sent? (if different)

_____
Name

_____
Number        Street

_____
City            State        ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on ____ / ____ / _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Part 2:** **Give Information About the Claim as of the Date the Case Was Filed**

6. **Do you have any number you use to identify the debtor?**
   ☐ No
   ☐ Yes. Last 4 digits of the debtor's account or any number you use to identify the debtor: 3 0 3 0

7. **How much is the claim?** $ 400,000 .  **Does this amount include interest or other charges?**
   ☑ No
   ☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. **What is the basis of the claim?**
   Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card.

   Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c).

   Limit disclosing information that is entitled to privacy, such as health care information.

   Personal Injury by DR carla cooper whose
   employed and Insured by connect.ons. pain/suffer.ng mental Anguish

9. **Is all or part of the claim secured?**
   ☑ No
   ☐ Yes. The claim is secured by a lien on property.

   **Nature of property:**
   ☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (Official Form 410-A) with this *Proof of Claim.*
   ☐ Motor vehicle
   ☐ Other. Describe: _____

   **Basis for perfection:** _____
   Attach redacted copies of documents, if any, that show evidence of perfection of a security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

   **Value of property:** $_____
   **Amount of the claim that is secured:** $_____

   **Amount of the claim that is unsecured:** $_____ (The sum of the secured and unsecured amounts should match the amount in line 7.)

   **Amount necessary to cure any default as of the date of the petition:** $_____

   **Annual Interest Rate** (when case was filed) _____%
   ☐ Fixed
   ☐ Variable

10. **Is this claim based on a lease?**
    ☑ No
    ☐ Yes. **Amount necessary to cure any default as of the date of the petition.** $_____

11. **Is this claim subject to a right of setoff?**
    ☑ No
    ☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

☑ No
☐ Yes. *Check one:*

| | Amount entitled to priority |
|---|---|
| ☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B). | $_____ |
| ☐ Up to $3,025* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7). | $_____ |
| ☐ Wages, salaries, or commissions (up to $13,650*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4). | $_____ |
| ☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8). | $_____ |
| ☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5). | $_____ |
| ☐ Other. Specify subsection of 11 U.S.C. § 507(a)(__) that applies. | $_____ |

\* Amounts are subject to adjustment on 4/01/22 and every 3 years after that for cases begun on or after the date of adjustment.

---

**Part 3:  Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☑ I am the creditor.
☐ I am the creditor's attorney or authorized agent.
☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.
☐ I am a guarantor, surety, endorser, or other codebtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _I 9  22_
MM / DD / YYYY

_Tyrone M_
Signature

**Print the name of the person who is completing and signing this claim:**

Name   _Tyrone M_   _Jeremy_   _Morris_
First name    Middle name    Last name

Title  _____

Company  _____
Identify the corporate servicer as the company if the authorized agent is a servicer.

Address  _JTVCC  1181 Paddock Rd_
Number    Street

_Smyrna_    _DE_    _19977_
City    State    ZIP Code

Contact phone  _____    Email  _____

**IN THE UNITED STATES DISTRICT COURT** FILED
**FOR THE DISTRICT OF DELAWARE**

2022 FEB 23   AM 10: 08

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

Tyrone Morris                               )
_Plantiff/creditor_                         )
                                            )
                                            )
v.                                          )    Civ. Action No. 21-10723 (MFW)
                                            )
Connections support program/carla cooper)    previous District court  Civ Action No:
_defendent/debtor_                          )      18-252-(RGA)
                                            )

**MOTION FOR** _Amending proof of claim_
_For chapter 7_

I've put in motion For ~~m~~ a Lift of stay
on carla cooper miller who worked For Connections
At the time of my Medical distress.

The Bankruptcy court granted motion
For Lift of Stay. I wasn't sure How to
proceed now that stay was Lifted so Im
not sure IF I was starting all over However
Im sure you'll want the complaint that I
put in originally that started the suit in the
~~First~~ First place. so I ask that you allow me
to Amend proof of claim so I may Add my
original complaint and some Evidence as well.

Thank you your Honor.

Date: 2 /0 22

Tyro M

Tyrone Morris

SBI# 322529

James T. Vaughn Correctional Center
1181 Paddock Road
Smyrna, DE 19977

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

Connections community support program

_____Debtor_____,

v.                                    Civ. Action No. 21-10723 MFW

Tyrone Morris_____,

_____Creditor_____.


## ORDER


IT IS HEREBY ORDERED, this _____ day of _____, 20___, that

the attached Motion _____

has been read and considered.

It is ordered that the motion is hereby GRANTED/DENIED.

It is further ordered that _____

_____

_____

_____

_____

_____

_____


_____
Judge

## Certificate of Service

I, _Tyrone Mims_, hereby certify that I have served

a true and correct cop(ies) of the attached _Motion For Amending_

_Proof of Claim_ upon the following parties/persons:

To: _Bankruptcy District Court_
_824 Market Street 3rd Floor_
_Wilmington DE 19801_
_____

To: _Connections Community support program_
_claims Processing c/o Omni Agent Solutions_
_5955 De Soto Avenue Suite 100_
_Woodland Hills CA 91367_

To: _Mark L Desgrosseilliers_
_Chipman, Brown, Cicero, Cole LLP_
_Hercules Plaza_
_1313 North Market Street Suite 5400_
_Wilmington DE 19801_

To: _____
_____
_____
_____
_____

**BY PLACING SAME IN A SEALED ENVELOPE,** and depositing same
in the United States Mail at the James T. Vaughn Correctional Center,
Smyrna, DE 19977.

On this _10_ day of _February_, 20 _22_

_____

*Ammended Copy*

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

**DEFENDANTS**

(b) County of Residence of First Listed Plaintiff *NCL*
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant *NCL*
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☑ 1  U.S. Government
     Plaintiff

☐ 3  Federal Question
     *(U.S. Government Not a Party)*

☑ 2  U.S. Government
     Defendant

☐ 4  Diversity
     *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☑ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other<br><br>**LABOR**<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g))<br><br>**FEDERAL TAX SUITS**<br>☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609 | ☐ 375 False Claims Act<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY**<br>☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | **CIVIL RIGHTS**<br>☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **PRISONER PETITIONS**<br>**Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | **IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from Another District *(specify)*  ☐ 6 Multidistrict Litigation

*Mental suffer*
*mental ANguish*

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*

Brief description of cause: *medical pain suffering - malpractice, negct*

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☐ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*   JUDGE *Richard G andrews*   DOCKET NUMBER *1:18-CV-00252-RGA*

DATE

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

FILED

2022 FEB 23 AM 10: 08

CLERK
US DISTRICT COURT
DISTRICT OF DELAWARE

Tyrone Morris J

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Warden Metzger
Connection
Deputy Warden Scarborough
DR Jakson et all

*(In the space above enter the full name(s) of the defendant(s).
If you cannot fit the names of all of the defendants in the
space provided, please write "see attached" in the space
above and attach an additional sheet of paper with the full list
of names. The names listed in the above caption must be
identical to those contained in Section IV. Do not include
addresses here.)*

Civ. Action No. 18 252 RGA
(To be assigned by Clerk's
Office)

**COMPLAINT**
*(Pro Se Prisoner)*

Jury Demand?
☐ Yes
☐ No

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from
public access to electronic court files. Under this rule, papers filed with the court should *not*
contain: an individual's full social security number or full birth date; the full name of a person
known to be a minor; or a complete financial account number. A filing may include *only*: the last
four digits of a social security number; the year of an individual's birth; a minor's initials; and
the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other
materials to the Clerk's Office with this complaint.**

## I.    COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑    42 U.S.C. § 1983 (state, county, or municipal defendants)

☐    Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II.    PLAINTIFF INFORMATION

Morris Tyrone J
Name (Last, First, MI)                                   Aliases

00322529
Prisoner ID #

JTVCC
Place of Detention

1181 Paddock Rd
Institutional Address

Smyrna              DE              19977
County, City              State              Zip Code

## III.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☐    Pretrial detainee
☐    Civilly committed detainee
☐    Immigration detainee
☑    Convicted and sentenced state prisoner
☐    Convicted and sentenced federal prisoner

## IV.  DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: Warden Metzger
_____
Name (Last, First)

_____
Current Job Title

1181 paddock Rd
_____
Current Work Address

Smyrna          DE          19977
_____
County/City          State          Zip Code

Defendant 2: Deputy Warden Scarborough
_____
Name (Last, First)

_____
Current Job Title

1181 paddock Rd
_____
Current Work Address

Smyrna          DE          19977
_____
County, City          State          Zip Code

add
To
Law Suit

## Defendant(s) Continued

Defendant 3: _____Connection_____
Name (Last, First)

_____Pro-vider_____
Current Job Title

_____
Current Work Address

_____Wilmington_____
County, City        State        Zip Code

Defendant 4: _____DR Jackson_____
Name (Last, First)

# 5  _____Carla Coope Nurse Practioner_____
Current Job Title

# 6  _____DR Harewood_____
Current Work Address

_____
County, City        State        Zip Code

?

## V. STATEMENT OF CLAIM

Place(s) of
occurrence: ___JT VCC___

Date(s) of occurrence: ___Last 2 yrs___

State which of your federal constitutional or federal statutory rights have been violated:

___8th Amendment USC Right to___
___From cruel and unusal punishment 5th 14th___

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

I am sueing Connections For not allowing proper Treatment of my Psoriass Im not to be on any Bio logic medcation as stated by Kent General Hospital. I was told by DR cooper and Deputy warden scarborough was affailable but after almost DiEing of staphyloccus Luqdunens From open wounds /From my Psoriasis, I was put on a biologic as a last resort. also I was Being Denied ointmentS and left to suffer, Medical Records and pictures enclosed included also in Lawsuit Doctor Harewood and Nurse practitioner carla cooper DR Jackson

What happened to you?

| Who did what? |

all OR and Nurse practioner mentioned would not Follow DRs From Kent General and DR Burke all For Denieing me Simple ointment and carla cooper For No ointment and Denieing my Light treatment

Deptury warden Sc ar borouh For not Folloing through w th the many complaints From my mothere over the Phone, only to tell me to tell my mom to stop calling and to tell me that Light treatment was here at JTVCC waiting For me To use over 6 months ago. I Still seen No Light therapy I'm very worried about getting Sick in a Dorm Setting For the sick while I'm on a immune System surpessant, (Belogicl) warden metzger For not accepting or calling my mother Back and not making sure Deputy warden dees his Job

RESPECTFULLY, I TYRONE Morris, AT THE AGE OF 13
I HAVE BEEN HAVING SEVERE O.C.D. + P.T.S.D AND
ANXIETY ISSUES, AT THE AGE OF 15, I'VE HAD SEVERE
PSORIASIS, ALL OVER MY DAMAGED body, I'VE BEEN A
PATIENT OF Dr. MITCHELL STICKLER, OUT OF LEWES, DEL.
SINCE. BETWEEN 2011 - 2013, I'VE USED HUMAIRA AND
LIGHT THERAPY, To get There, with good SUCCESS.
HUMAIRA is one of MANY Meds tHAt help WITH PSORIASIS
AND is Known AS A BioLogic, WHich MEANS, it Suppresses
The immune System. I TYRONE Morris WAS Locked UP 8·28·2013,
My PSORIASIS got bad without treAtment. AFTER About
6 months, I tried, To get on humAirA. After testing, I WAS
Told, I CoulDn't USE humAirA, because Some now, I ended
UP WiTH Hep b. I believe I CAught it, in PRISON, THROUGH
An open wound, on My legs but I'm not Sure. You Are
not SUPPOSE To use biologic Meds, iF you hAVE or had Hep B.,
through this whole time I'm in tHE SHU, So now Dr. Burke
SAYS THE only tHing tHAt will help me is Light therApy.
I Fight To get it. through All of this, I'm Covered with
tHick, dead skin every where peeling OFF, ALSO, There is
A Lot OF BLOOD. I AM iN So MUCH PAIN, I CAN't even CLEAN
My own Room. The guArds WOULD CALL The hAZZMAT, To Come
CleAn it up, every So oFTen. I CouLDn't Shower
regulArly, I Could hArdLY get ointments. I wRoTE
gRievAnces, And WAS told, I've been Approved For Light
therApy And I'm Just wAiting.

Its Just Been Brought to My
Attentions that othere people have
Tr

EVEN My Public deFender WAS Surprised, oF how bad I WAS And took Pictures. ALL the guards And inmates made Fun oF me And tHE guards did not WANT To handLe with me. the DR's And tHE nurses wouid do nothing. FINALLY A LT. WAS tired oF Seeing me. THe wAy I WAS SuFFering And made sure I got To To inFirmary, only tHEN did DR. Richards See me And Approved My Light therapy. So ALL THAt time They were Lying About me Already being APProved. I tried A LAWSuit, on ALL oF This, bAck in Like 2016, And BecAuse oF my mentAl, medicAL, And LAck oF education, I messed up Somehow. So THAt WAS $350.00 I Spent For nothing. AFTer Some issues, My light therApy StArted To work until DR. BrAithwAite's oFFice WAS cLosed. His nurses on SeverAL OccAsions CAlled The Prison medicAl, on My behAlF. They SAw how I wAsn't Able to cAre, For my SkiN, AS I Should hAve, And how it WAS cAuSing Swelling And other ProbLems. AFter Light therApy Stopped, DR. Burke THougHT or DiAgnosed THAt OtezuiA wouid be OK, For me To tAke, I Still hAd PSoriASiS, ALL over, but Not AS BAd or A PAinFul, Still, OintmentS WAS AN issue, But, I MANAged, I WAS on OtezLA until 7-19-17.

07-14-17 I Tyrone Morris Started haVing Fevers And nightsweats. I put A Sick CAll iN, I told nurses And guards, And No one Would do Any thing, until my mom And my Aunt terry CAlled up here And FinAlly, I WAS Sent to Sick CAll. The guards didn't WANt to help BecAuse tHey didn't WANt to have To PACK my stuff up BecAuse They Thought I WAS Contagius becAuse of my PsoriAsiS, once At Sick CAll, THE FIRSt THiNg nurse Amy SAid WAS, How did I KNow, I hAd A Fever, witHout A tHermometor? AS Soon AS my VitAlS WAS tAKeN, I WAS Sent to Kent GenerAl HospitAl, For 8 dayS, oN 7-19-17, THEy SAid I hAd An Allergic ReActioN or infection, due To tHe use of Otezla medicAtion. Enclosed, Are Some PAperS, From Kent GenerAl, with Certain INFO Circled. I WAS Sent BACK To PRisoN, AFter 8 dAyS, witH No medS, For PsoriASiS, other ThAN ointments And INFo ThAt I WAS not To BE TAKeN Any more BioLogieS. DR. Burke's OFFice ALSo ORDEREA me To get ointments. I did get ointments But It WAS never enough To APPLy AS ORDEREA, ANA I Slowly got BAD AgAiN. I Also Couldn't Shower RegulARly, AgAin, This hAs been An ON-going issue.

So here I am, in a dorm setting, flaking, and bleeding, all the time. Looked at, like a monster, wishing I was dead. Being made fun of, by inmates and by guards alike. Dr. Cooper refused to make sure I receive enough ointments to apply 2-3 times a day. I could only take a shower every three to four days and apply ointments when when I shower. This has caused me to become so much more worse. Again, I was in pain and on certain times HAZZMAT was used for clean up. I also have seen "Doctor HARE WOOd", "NURSE PRACTITIONER CARLA COOPER" AND and it was always an issue, to get ointments as needed, during all of this, my mental health was an issue. YES, I Tyrone Morris do take Luvox to help but, only a little, Psoriasis is stress related, one of many stress related issues. COUNSELOR A. Smith would only listen and then tell me, it sounds like a problem. I did see DR. King, who started to see me and once I got comfortable enough to open up and show her how I twitch and get stuck in my head, she stopped seeing me. I believe she thought I was making things up, which I dealt with, all of my life, even with my own parents, until it was just apparent I have mental issues. I knew I should be getting behavior therapy because I was supposed to get it on the street;

BUT, I couldn't stay, out of being locked up, long enough to follow through. I grieved these issues, with no success. ALL this helped with the psoriasis becoming so much worse. D'huama said she would put me on her list but I only have seen her twice. I believe she either thought I was also faking or I was just too monstrous to look at. I've since been tested and I have PTSD, O.C.D. And Anxiety. I am now recieving behavior therapy twice a month, only after I almost died and was put on new meds for psoriasis. The main issue through was lack of ointment. Even if it was, to only help with pain and make it easier to move. At the end of March of 2018, I ended up sick and was sent to the infirmary for about five days and I was given antibiotics by Dr. Jackson, even then I could only get enough ointment to shower once. If I take a shower with no ointments I become bed ridden at this point. I was sent back to the dorm, looking worse than I was. About a week later I'm sent to the infirmary again. This time they took a blood culture and gave me 2 antibiotics by mouth and one by I V, 8 bags of IV, I had to find out, on my own that I had some kind of staph infection, in my blood. Again, I almost died.

AGAIN I WAS SENT BACK TO THE DORM, LOOKING WORSE THAN I DID. MY MOM WOULD TRY TO TALK TO THE WARDEN AND HE WOULDN'T TALK TO HER. MY MOM TALKED TO THE DEPUTY WARDEN. SEVERAL TIMES AND STILL I COULDN'T GET ENOUGH OINTMENT. HE WOULDN'T EVEN COME TO SEE ME HOW BAD I WAS. FOR MONTHS NOW. FINALLY, HE CAME TO TELL ME TO ASK MY MOM TO STOP CALLING AND TO TELL ME MEDICAL BOUGHT A LIGHT THERAPY BOX FOR ME. ~~TO THIS DAY, I HAVE NOT SEEN IT.~~ DR. BURKE PUT ME ON BIOLOGIC AFTER SHE SEEN HOW BAD I WAS. THIS STUFF WAS KILLING ME. "PSORIASIS." SO NOW, I'M ON A DANGEROUS DRUG STILL ~~AND I STILL HAVE NOT SEEN THIS LIGHT THERAPY~~ THAT HAS BEEN BROUGHT HERE FOR ME. DR. BURKE SAYS THAT EVEN THOUGH I'M ON BIOLOGICS, I STILL HAVE PSORIASIS. ALL OVER AND ITS BEST TO GET OFF BIOLOGICS ALL TOGETHER. I HAVE TOO MUCH TIME TO BE TAKING BIOLOGICS ALL THROUGH MY SENTENCE. DEPUTY WARDEN AND DR.'S SAY THEY HAVE LIGHT THERAPY BUT NOW ~~THE NURSE~~ SAYS, I DON'T NEED IT. I DO NEED IT AND I SHOULD NOT ~~HAVE SUFFERED AS I HAVE.~~

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution?  ☑ Yes  ☐ No

Have you filed a grievance concerning the facts relating to this complaint?  ☑ Yes  ☐ No
    If no, explain why not:

Is the grievance process completed?  ☑ Yes  ☐ No
    If no, explain why not:

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

Light Therapy - proper care Mantained
$1,400,000 For pain and
suffering, and mental Angush
suffering

WHITE AND WILLIAMS LLP

BY: _____
**Joseph Bellew, Esquire (#4816)**
**Roopa Sabesan  (#5951)**
Courthouse Square
600 North King Street, Suite 800
Wilmington, DE  19801
Telephone: (302) 467-4538
Facsimile: (302) 467-4558
Email: bellewj@whiteandwilliams.com
Email: sabesanr@whiteandwilliams.com
*Counsel for Defendant Carla Cooper Miller*

December 19, 2019


*exhibit 2*

BAYHEALTH MEDICAL
CENTER
640 S. State Street
Dover DE 19901

Morris, Tyrone J
MRN: 1255627, DOB: 12/29/1972, Sex: M
Acct #: 100278200
Adm: 7/19/2017, D/C: 7/26/2017

Kent General · Milford Memorial

---

Erythroderma

## SECONDARY DIAGNOSES
**Patient Active Problem List**
Diagnosis
- Erythroderma
- Psoriasis
- Hepatitis B
- Psoriatic arthritis
- Obsessive compulsive disorder
- Severe dehydration
- Hyperalbuminemia
- Sepsis
- Cellulitis
- Low serum prealbumin
- Protein calorie malnutrition


## DISCHARGE DIAGNOSES[JS.1T]
Exfoliative erythroderma associated with psoriasis
Psoriatic arthritis
Hepatitis B[JS.1M]

## DISCHARGE EXAM:
**VITAL SIGNS:** BP 126/75 (BP Position: Sitting) | Pulse 100 | Temp 36.4 °C (97.6 °F) (Oral) | Resp 18 | Ht
185.4 cm | Wt 81.9 kg | SpO2 100% | BMI 23.82 kg/m2

**Physical Exam:**
Vitals reviewed.  Stable.
Chest clear.
Head: nc at
Cardiovascular: Normal rate and regular rhythm.
Abdominal: Soft. Bowel sounds are normal.[JS.1T]
Skin:  Psoriasis, erythema all over but improved[JS.1M]

## SIGNIFICANT LABS[JS.1T]
**Lab Results**

| Component | Value | Date |
|---|---|---|
| WBC | 9.5 | 07/26/2017 |
| HGB | 12.9 (L) | 07/26/2017 |
| HCT | 37.9 (L) | 07/26/2017 |
| MCV | 88.7 | 07/26/2017 |
| PLT | 296 | 07/26/2017 |

Lab Results

| Component | Value | Date |
|---|---|---|
| GLUR | 94 | 07/26/2017 |
| CALCIUM | 8.7 | 07/26/2017 |

 exhibit 3

**Bayhealth**
Kent General · Milford Memorial



BAYHEALTH MEDICAL CENTER
640 S. State Street
Dover DE 19901

Morris, Tyrone J
MRN: 1255627, DOB: 12/29/1972, Sex: M
Acct #: 100278200
Adm: 7/19/2017, D/C: 7/26/2017

## Medication Information

**ARIPiprazole (ABILIFY) 5 MG tablet**
Take 5 mg by mouth Bedtime Indications: no indication given on MAR.

**clobetasol (TEMOVATE) 0.05 % cream**
Apply topically to affected area 2 (two) times a day.

**doxepin (SINEquan) 10 MG capsule**
Take 2 capsules (20 mg total) by mouth Bedtime.

**HYDROcodone-acetaminophen (NORCO) 5-325 mg per tablet**
Take 1 tablet by mouth every 6 (six) hours as needed for moderate pain (Pain Score 4-7). Max Daily Amount: 4 tablets

**hydrocortisone 0.5 % cream**
Apply topically to affected area 2 (two) times a day.

**hydrOXYzine (ATARAX) 50 MG tablet**
Take 1 tablet (50 mg total) by mouth 3 (three) times a day.

**tenofovir (VIREAD) 300 mg tablet**
Take 300 mg by mouth 1 (one) time a day Indications: no indication given on MAR.

**triamcinolone (KENALOG) 0.1 % ointment**
Apply topically to affected area 3 (three) times a day.

**vitamin A and D ointment**
Apply 1 application topically 2 (two) times a day Indications: Skin Irritation.

**white petrolatum-mineral oil (eucerin) cream**
Apply 1 application topically to affected area 2 (two) times a day Indications: Skin Irritation.

Time spent > 35 minutes on discharge

Electronically signed by: Jenny So, MD, 7/26/2017 2:26 PM[JS.1T]

Exhibit 4



BAYHEALTH MEDICAL
CENTER
640 S. State Street
Dover DE 19901

Morris, Tyrone J
MRN: 1255627, DOB: 12/29/1972, Sex: M
Acct #: 100278200
Adm: 7/19/2017, D/C: 7/26/2017

**Discharge Summaries - Encounter Notes (continued)**

Discharge Summaries by Jenny So, MD (continued)                                          Version 1 of 1 at 7/26/2017  2:21 PM

| | | | |
|---|---|---|---|
| NA | 137 | | 07/26/2017 |
| K | 4.7 | | 07/26/2017 |
| CO2 | 28.0 | | 07/26/2017 |
| CHLORIDE | 105 | | 07/26/2017 |
| BUN | 19 (H) | | 07/26/2017 |
| CREATININE | 1.1 | | 07/26/2017[JS.2T] |

## BRIEF HOSPITAL COURSE
Please review H&P in the chart.

Tyrone J Morris is a 44 y.o. male[JS.1T] with hep B on Viread, psoriatic arthritis on ortezla, OCD on clomipramine, who presented with worsening rash and was seen by dermatology and rheumatology who stated this was an exfoliative erythroderma associated with psoriatic arthritis. Also, recommended stopping otezla, though it is unsure if this was the culprit medication, and perhaps pt can be re-challenged with this medication in the future. He cannot be on biologics due to his active hep B infection. Pt thinks that the culprit medication is the clomipramine which was recently started for his OCD after he switched from Luvox. His rash has improved over the past week while being off both clomiramine and otezla; however, pt is complaining that his psoriasis is getting worse. He is started on steroid creams with improvement. He will need close follow up with rheumatology and dermatology. He will also need to follow up with GI as well for his hep B. Pt is otherwise in stable condition[JS.1M]

This is only a brief summary of the pt's hospital course. Further details outlined in the EMR.

## PENDING ISSUES AFTER DISCHARGE[JS.1T]
none[JS.1M]

## CONDITION ON DISCHARGE
Stable

## DISPOSITION[JS.1T]
jail[JS.1M]

## DIET/ACTIVITY INSTRUCTIONS[JS.1T]
As tolerated[JS.1M]

## FOLLOW UP INSTRUCTIONS[JS.1T]
Follow up with PMD within 1 week
Follow up with dermatology in 1-2 week
Follow up with rheumatology in 2-3 weeks
Follow up with GI in 3-4 weeks[JS.1M]

## DISCHARGE MEDICATIONS

**Home Medication Instructions**

Morris, Tyrone J
HAR:100278200
Printed on:07/26/17 1426

*exhibit 5*

**MORRIS, TYRONE**

## Visit Note - September 20, 2017

| PMS ID | Sex | DOB | MRN |
|---|---|---|---|
| 12401 | Male | 12/29/1972 | 3250389 |

**Medical History**
None
Other: OCD

**Surgical History**
None

**Derm History**
None

**Social History**
Occupation:
Place of Residence:
Smoking status - Former smoker

**Medications**
Otezla 30 mg Oral - tablet
clobetasol
doxepin
fluvoxamine
hydrocodone-acetaminophen
hydroxyzine HCl

**Allergies**
clomipramine

**ROS**
A focused review of systems was performed including Allergic / Immunologic, Cardiovascular, Constitutional / Symptom, Endocrine, ENT and Mouth, Eyes, Gastrointestinal (G.I.), Genitourinary (G.U.), Hematologic / Lymphatic, Integumentary, Musculoskeletal, Neurological, Other, Psychiatric, and Respiratory and was negative.

**Chief Complaint: F/U Psoriasis evaluated on August 10, 2017**

**HPI:** This is a 44 year old male who is following up for psoriasis on the body throughout. He was seen on August 10, 2017, at which time the following treatment regimen was given:

Continue the following treatment(s):
Triamcinolone 0.1% ointment bid on psoriasis 2 weeks on/2 weeks off prn flares
Clobetasol 0.05% cream bid on psoriasis hot stops bid 2 weeks on/2 weeks off relating prn flares

Discontinue the following treatment(s):
Pt has discontinued Otezla due to a possible interaction with a new OCD medication that caused him to become hospitalized
Pt states he was never fully improved with Otezla and rated it a 5/10 improvement

Instructions: Pt has Hepatitis B and is currently on treatment for it
Pt has tried and failed Enbrel, Humira and methotrexate with previous dermatologist
Pt to follow up in 1 month. and he was treated with IM Kenalog.

The patient is now here for further evaluation and management.

**Exam:**

An examination was performed including the head (including face), lips but not teeth and gums, right upper extremity, left upper extremity, right hand, and left hand.

Patient Skin Type is Type II.

General Appearance of the patient is well developed and well nourished.

Orientation: alert and oriented x 3.

Mood and affect: in no acute distress.

Findings in the above examined areas were normal with the exception of the following exam descriptions below:

**Impression/Plan:**
1. **Psoriasis**
   (L40.0)
   distributed on the right inferior central malar cheek, left superior lateral buccal cheek, left medial inferior chest, and right medial upper back.

   **Plan: Counseling.**
   I counseled the patient regarding the following:
   Skin care: Emollients, ambient sun exposure, shampoos with tar, selenium or zinc pyrithione can improve psoriasis.
   Expectations: Psoriasis is chronic in nature with periods of remissions and flares. Flares can be triggered by stress, infections (group A strep), certain medications and alcohol.
   Contact office if: Psoriasis worsens, or fails to improve despite several months of treatment.

   **Plan: Treatment Regimen.**
   Continue the following treatment(s):
   Clobetasol for body bid 2 weeks on x 2 weeks off prn
   Triamcinalone for face qhs 1 week on x 1 week off prn

   Instructions: Patient needs light box therapy with Dr. Stickler in Lewes Delaware
   We do not have a light box in our practice.

**Staff:**

Nicole Bright, DO (Primary Provider)  (Bill Under)

Lacie Nance

**Nicole Bright, DO (Primary Provider) (Bill Under)**
(302) 734-3379 Fax
(302) 734-3376 Work

Burke Dermatology Dover
95 Wolf Creek Blvd
Suite 1
Dover, DE 19901

Page 1

*exhibit 6*

## Visit Note - March 29, 2018

| PMS ID | Sex | DOB | MRN |
|---|---|---|---|
| 12401 | Male | 12/29/1972 | 3250389 |

**Medical History**
None
Other: OCD

**Surgical History**
None

**Derm History**
None

**Family History of Melanoma**
No

**Social History**
Occupation:
Place of Residence:
Smoking status - Former smoker

**Medications**
Otezla 30 mg Oral - tablet
clobetasol
doxepin
fluvoxamine
hydrocodone-acetaminophen
hydroxyzine HCl

**Allergies**
clomipramine

**ROS**
Provider reviewed on Mar 29, 2018.

A focused review of systems was performed including Allergic / Immunologic, Cardiovascular, Constitutional / Symptom, Endocrine, Gastrointestinal (G.I.), Hematologic / Lymphatic, Integumentary, Neurological, and Other and was negative.

**Chief Complaint: F/U Psoriasis evaluated on September 20, 2017**

**HPI:** This is a 45 year old male who is following up for psoriasis on the right inferior central malar cheek, left superior lateral buccal cheek, left medial inferior chest, and right medial upper back. He was seen on September 20, 2017, at which time
The following treatment regimen was given:

Continue the following treatment(s):
Clobetasol for body bid 2 weeks on x 2 weeks off prn
Triamcinalone for face qhs 1 week on x 1 week off prn

Instructions: Patient needs light box therapy with Dr. Stickler in Lewes Delaware.
We do not have a light box in our practice. .

The patient is now here for further evaluation and management.

**Exam:**

An examination was performed including the head (including face), lips (but not teeth and gums), neck, chest, abdomen, back, right upper extremity, and left upper extremity.

Patient Skin Type is Type II.

General Appearance of the patient is well developed, well nourished, and frail.

Orientation: alert and oriented x 3.

Mood and affect: depressed.

Findings in the above examined areas were normal with the exception of the following exam descriptions below:

**Impression/Plan:**
1. **Psoriasis**
   (L40.0)
   Psoriasiform plaques with micaceous scale located on the body throughout.

   **Plan: Counseling.**
   I counseled the patient regarding the following:
   Skin care: Emollients, ambient sun exposure, shampoos with tar, selenium or zinc pyrithione can improve psoriasis.
   Expectations: Psoriasis is chronic in nature with periods of remissions and flares. Flares can be triggered by stress, infections (group A strep), certain medications and alcohol.
   Contact office if: Psoriasis worsens, or fails to improve despite several months of treatment.

   **Plan: Treatment Regimen.**
   Continue the following treatment(s):
   Prescription for Clobetasol ointment and Triamcinolone ointment given to guards

   Start the following treatment(s):
   Cosentyx 300mg qweekly x 5 weeks then decrease to monthly
   Injection given at today's appointment (sample Cosentyx)
   Lot # SD180
   Exp: June 2018

   Instructions: Spoke with JTVCC medical and patient TB is negative.
   Bili - 1.3
   AST - 23
   ALT - 26.

2. **High Risk Medication Monitoring**
   (Z79.899)
   The risks and benefits of the medication were reviewed in full with the patient. Should any side effects occur, the patient will stop the medication and contact me immediately.

   **Plan: Counseling.**
   I counseled the patient regarding the following:
   Instructions: Patients on high risk medications should be vigilant about any new symptoms and understand the

**Nicole Bright, DO (Primary Provider) (Bill Under)**
(302) 734-3379 Fax
(302) 734-3376 Work

Burke Dermatology Dover
95 Wolf Creek Blvd
Suite 1
Dover, DE 19901

Page 1



*exhibit 7* (handwritten)

**Bayhealth**
Kent General · Milford Memorial

BAYHEALTH MEDICAL CENTER
640 S. State Street
Dover DE 19901

Morris, Tyrone J
MRN: 1255627, DOB: 12/29/1972, Sex: M
Acct #: 100278200
Adm: 7/19/2017, D/C: 7/26/2017

**H&P - Encounter Notes (continued)**

H&P by Naga R Krishna Tangirala, MD (continued)                    Version 1 of 1 at 7/19/2017 11:30 PM

Hepatitis B[NT.2T]
Dehydration[NT.4M]

**PLAN**[NT.1T]

1. Erythroderma: Patient has nearly entire skin covered by the erythematous rash which is scaly, discriminating. At this time the differentials include erythrodermic psoriasis with an acute flareup, allergic reaction to one of the medications that he is using, primarily psoriasis with a secondary bacterial infection causing a flareup. He also has hepatitis B unsure if it could be one of the syndromes that can happen also in association with hepatitis B. Given this complex presentation in this gentleman I have requested consultation from infectious disease, dermatology and rheumatology for adequate medication management. At this time he seems to be significantly dehydrated. I have given him a total of 4 L [including the boluses he received in the emergency department] was recommended along with maintenance fluids. He will require aggressive battery of measures. Along with the pectoral abdomen topical therapy clobetasol has been ordered for the entire body along with hydrocortisone for the face. With his chronic medications as he has been using these medications and at this time I am unsure of the implications of discontinuing these medications. Patient would require barrier precautions to prevent any infection or a secondary bacterial infection from outside sources. He will require isolation. I will start him on clindamycin to have MRSA coverage due to his risk factors. Blood cultures have been ordered. He does need to sepsis criteria however I am unsure if infection is the reason for this symptoms I believe dehydration from significant and extensive skin involvement could be presenting with these symptoms. We will follow closely.
I will avoid steroids at this time.

2. Continue with aripiprazole.

DVT prophylaxis with Lovenox and Gi prophylaxis with famotidine

Patient is a high risk for morbidity and mortality given the extensive involvement of the skin with the condition. Explained to him in detail regarding the plan and he will be admitted to the IMC for close monitoring.[NT.4M]

Electronically signed by:[NT.1T] Naga R Krishna Tangirala, MD[NT.2T] [NT.11] 7/20/2017 1:07 AM[NT.2T]

Electronically Signed by Naga R Krishna Tangirala, MD on 7/20/2017 1:37 AM

**Attribution Key**

NT.1 - Naga R Krishna Tangirala, MD on 7/20/2017 1:06 AM
NT.2 - Naga R Krishna Tangirala, MD on 7/20/2017 1:07 AM
NT.3 - Naga R Krishna Tangirala, MD on 7/20/2017 1:13 AM
NT.4 - Naga R Krishna Tangirala, MD on 7/20/2017 1:23 AM
C - Copied. M - Manual. T - Template

**Consults - Encounter Notes**

Consults by Eric R. Tamesis, MD                                   Version 1 of 1 at 7/20/2017 2:09 PM

exhibit 8

Visit Note - September 20, 2017

12401     Male     12/29/1972        3250389



psoriasis - counseling

psoriasis - counseling

psoriasis - counseling

R   L       L   R

Electronically Signed By: Nicole Bright, DO, 09/20/2017 01:47 PM EDT

any and all evidence From
DR Nicole Bright

**Nicole Bright, DO (Primary Provider) (Bill Under)**
(302) 734-3379 Fax
(302) 734-3375 Work

Burke Dermatology



*exhibit 9*

MEDICAL USE ONLY (RECEIVED STAMP)

**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**BUREAU OF CORRECTIONAL HEALTHCARE SERVICES**

**SICK CALL FORM**

**(CIRCLE ONE)    MEDICAL        MENTAL HEALTH        DENTAL**

PRINT NAME: *Tyrone Morris*            DATE OF REQUEST: *1  8  18*

SBI NO.: *322529*    DATE OF BIRTH: *12 29 72*    HOUSING LOCATION: *7-L*

PROBLEM OR REQUEST: *I can't keep going on like
this. So much pain and discomfort.
I flake and bleed so much
My legs are swollen and very painful.  It Hurts to stand*

I AGREE TO BE TREATED BY HEALTH STAFF FOR THE PROBLEM ABOVE.

SIGNATURE: *[signature]*

---

**DO NOT WRITE BELOW THIS AREA – MEDICAL USE ONLY**

---

**Triaged by:** *(Initial & Date)*_____    TIME: _____
**Triaged to** (circle):    NSC    Mid-level/Physician SC    MH    Dental    Administrative
                                    ☐ ROUTINE                    ☐ URGENT

**HEALTH CARE DOCUMENTATION**

SUBJECTIVE: _____

_____

OBJECTIVE:    BP _____    T _____    P _____    R _____    Wt. _____

_____

PHYSICAL ASSESSMENT: _____

_____

ASSESSMENT (NURSING DIAGNOSIS): _____

_____

PLAN: _____

☐ Inmate education handout reviewed with and given to the patient.
REFER TO (circle):  Mid-level/Physician    MH    Dental    Other: _____

SIGNATURE & TITLE: _____    DATE: _____    TIME: _____

Form #: DOC MED-63-E

PLACE THIS SLIP IN THE MEDICAL REQUEST BOX OR DESIGNATED AREA

exhibit 10



MEDICAL USE ONLY (RECEIVED STAMP)

JAN 17 0:48

**STATE OF DELAWARE
DEPARTMENT OF CORRECTION
BUREAU OF CORRECTIONAL HEALTHCARE SERVICES**

**SICK CALL FORM**

(CIRCLE ONE)     MEDICAL     MENTAL HEALTH     DENTAL

PRINT NAME: _Tyrone Morris_     DATE OF REQUEST: 1 15 18

SBI NO.: 322329     122972     HOUSING LOCATION: T-1

PROBLEM OR REQUEST: DR Wells said I should have No problem getting aintments as needed. I now Have No aintment and cannot take a shower until I get some

I AGREE TO BE TREATED BY HEALTH STAFF FOR THE PROBLEM ABOVE.

SIGNATURE: _____

**DO NOT WRITE BELOW THIS AREA – MEDICAL USE ONLY**

Triaged by: (Initial & Date) 1/17/18     TB     TIME: 0254
Triaged to (circle):     NSC     Mid-level/Physician SC     MH     Dental     Administrative
☑ ROUTINE     ☐ URGENT

**HEALTH CARE DOCUMENTATION**

SUBJECTIVE: _____

OBJECTIVE:     BP _____     T _____     P _____     R _____     Wt. _____

Hydrophor Refilled 1/1/18
Lac Hydrin Refilled 12/27/18

PHYSICAL ASSESSMENT: _____
Triamcinolone Refilled 1/1/18
Clobetasol Refilled 12/28/17

ASSESSMENT (NURSING DIAGNOSIS): _____
Ointments are given out on a 30 day supply. Cannot Refill at this time.

PLAN: _____

☐ Inmate education handout reviewed with and given to the patient.
REFER TO (circle):  Mid-level/Physician     MH     Dental     Other: _____

SIGNATURE & TITLE: _____     DATE: _____     TIME: _____

Form #: DOC MED-03-E

*exhibit 1)*



MEDICAL USE ONLY (RECEIVED STAMP)

**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**BUREAU OF CORRECTIONAL HEALTHCARE SERVICES**

**SICK CALL FORM**

**(CIRCLE ONE)      MEDICAL        MENTAL HEALTH        DENTAL**

PRINT NAME: *Tyrone Morris*          DATE OF REQUEST: *2 6 18*

SBI NO.: *322529*    DATE OF BIRTH: *12-29-72*    HOUSING LOCATION: *J2/*

PROBLEM OR REQUEST: *Im out of Triamclose*
*ointment.*
*Need To keep Psoriss form getting*
*Bad again.*

I AGREE TO BE TREATED BY HEALTH STAFF FOR THE PROBLEM ABOVE.

SIGNATURE: _____

**DO NOT WRITE BELOW THIS AREA – MEDICAL USE ONLY**

Triaged by: *(Initial & Date)* *2-6-18*          TIME: *2:10 pm*
Triaged to (circle):    NSC   Mid-level/Physician SC    MH    Dental    Administrative
                        ☐ ROUTINE              ☐ URGENT

**HEALTH CARE DOCUMENTATION**

SUBJECTIVE: _____

_____              *KOP*

OBJECTIVE:   BP _____ T _____ P _____ R _____ Wt. _____

_____              *refill*

PHYSICAL ASSESSMENT: _____

_____              *received*

ASSESSMENT (NURSING DIAGNOSIS): _____

_____              *1-21-18*

PLAN: _____

☐ Inmate education handout reviewed with and given to the patient.
REFER TO (circle):  Mid-level/Physician    MH    Dental    Other: _____

SIGNATURE & TITLE: _____    DATE: _____    TIME: _____

Form #: DOC MED-63-E

UPDATED: AUGUST 2010                **\*CONFIDENTIAL\***

*exhibit 12*



MEDICAL USE ONLY (RECEIVED STAMP)

(15)  FEB 1 2:30

**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**
**BUREAU OF CORRECTIONAL HEALTHCARE SERVICES**

**SICK CALL FORM**

**(CIRCLE ONE)**    **MEDICAL**    **MENTAL HEALTH**    **DENTAL**

PRINT NAME: *Tyrone Morris*                   DATE OF REQUEST: *2 / 28*

SBI NO.: *322529*    DATE OF BIRTH: *12 29 72*    HOUSING LOCATION: *T-1*

PROBLEM OR REQUEST: *Need aintment so I can*
*shower*
*please*

I AGREE TO BE TREATED BY HEALTH STAFF FOR THE PROBLEM ABOVE.

SIGNATURE: _____

**DO NOT WRITE BELOW THIS AREA – MEDICAL USE ONLY**

Triaged by: *(Initial & Date)* *TB    2/1/18*                   TIME: *0234*
Triaged to (circle):    NSC    Mid-level/Physician SC    MH    Dental    (Administrative)

☑ ROUTINE                    ☐ URGENT

**HEALTH CARE DOCUMENTATION**

SUBJECTIVE: _____

OBJECTIVE:    BP _____    T _____    P _____    R _____    Wt. _____

PHYSICAL ASSESSMENT: *Vitamin A & D ordered*
*1/31/18 by Carla Miller*
*Please allow a few day*
ASSESSMENT (NURSING DIAGNOSIS): *for it to arrive and be*
*processed by pharmacy.*

PLAN: _____

☐ Inmate education handout reviewed with and given to the patient.
REFER TO (circle): Mid-level/Physician    MH    Dental    Other: _____

SIGNATURE & TITLE: _____    DATE: _____    TIME: _____

Form #: DOC-MED-63-F

*exhibit 13*



MEDICAL USE ONLY (RECEIVED STAMP)

AUG 1 3 REC'D

## STATE OF DELAWARE
## DEPARTMENT OF CORRECTION
## BUREAU OF CORRECTIONAL HEALTHCARE SERVICES

### SICK CALL FORM

(CIRCLE ONE)  (MEDICAL)   MENTAL HEALTH   DENTAL

PRINT NAME: *Tyrone Morris*   DATE OF REQUEST: *8-8-15*

SBI No.: *322529*   DATE OF BIRTH: *12 29 72*   HOUSING LOCATION: *T-2*

PROBLEM OR REQUEST: *I need my Ointments*
*so I can shower.*

I AGREE TO BE TREATED BY HEALTH STAFF FOR THE PROBLEM ABOVE.

SIGNATURE:

| DO NOT WRITE BELOW THIS AREA – MEDICAL USE ONLY |
|---|

Triaged by: (Initial & Date) *OmB* *8/14/15*   TIME: *0123*
Triaged to (circle):   NSC   Mid-level/Physician SC   MH   Dental   (Administrative)

☑ ROUTINE   ☐ URGENT

### HEALTH CARE DOCUMENTATION

SUBJECTIVE: _____

OBJECTIVE:   BP _____  T _____  P _____  R _____  Wt. _____

PHYSICAL ASSESSMENT: _____

ASSESSMENT (NURSING DIAGNOSIS): _____

PLAN: *referred to pharmacy*

☐ Inmate education handout reviewed with and given to the patient.

REFER TO (circle):  Mid-level/Physician   MH   Dental   Other: _____

SIGNATURE & TITLE: *Palmea M. Rodriguez*   DATE: *8/14/15*   TIME: *0124*

Form #: DOC MED-63-E

*exh.b + 14*



MEDICAL USE ONLY (RECEIVED STAMP)

OCT 30 21:27

## STATE OF DELAWARE
## DEPARTMENT OF CORRECTION
## BUREAU OF CORRECTIONAL HEALTHCARE SERVICES

### SICK CALL FORM

**(CIRCLE ONE)     MEDICAL     MENTAL HEALTH     DENTAL**

PRINT NAME: *Tyrone Morris*     DATE OF REQUEST: *10 30 17*

SBI No.: *322529*     DATE OF BIRTH: *12*     USING LOCATION: *I 1*

PROBLEM OR REQUEST: *Whats going on with*
*Light therapy, Im covered with Psoriass.*
*My face, penis, ass feet Im in constent pain*
*My legs and feet hurt and throbi.*     *pain meds*

I AGREE TO BE TREATED BY HEALTH STAFF FOR THE PROBLEM ABOVE.

SIGNATURE: _____

---

**DO NOT WRITE BELOW THIS AREA – MEDICAL USE ONLY**

**Triaged by:** *(Initial & Date)* 10-31-17     **TIME:** 00:01

**Triaged to** (circle): **NSC**    Mid-level/Physician SC    MH    Dental    Administrative

☐ ROUTINE          ☐ URGENT

### HEALTH CARE DOCUMENTATION

SUBJECTIVE: _____

_____

OBJECTIVE:     BP _____  T _____  P _____  R _____  Wt. _____     *N/C*

_____     *schedule*

PHYSICAL ASSESSMENT: _____     *with*

_____     *provider*

ASSESSMENT (NURSING DIAGNOSIS): _____

_____

PLAN: _____

☐ Inmate education handout reviewed with and given to the patient.

REFER TO (circle): Mid-level/Physician     MH     Dental     Other: _____

SIGNATURE & TITLE: _____     DATE: _____     TIME: _____

Form #: DOC MED-63-E

*exhibit 15*



MEDICAL USE ONLY (RECEIVED STAMP)
OCT 30 21:27

## STATE OF DELAWARE
## DEPARTMENT OF CORRECTION
## BUREAU OF CORRECTIONAL HEALTHCARE SERVICES

### SICK CALL FORM

**(CIRCLE ONE)**    **MEDICAL**    **MENTAL HEALTH**    **DENTAL**

PRINT NAME: _Tyrone Morris_    DATE OF REQUEST: _10 30 17_

SBI No.: _322529_    DATE OF BIRTH: _1?_    USING LOCATION: _T-1_

PROBLEM OR REQUEST: _Need more ___ so_

_I can shower._

I AGREE TO BE TREATED BY HEALTH STAFF FOR THE PROBLEM ABOVE.

SIGNATURE: _____

### DO NOT WRITE BELOW THIS AREA – MEDICAL USE ONLY

Triaged by: *(Initial & Date)* _10-30-17 an_

Triaged to (circle): **NSC**    Mid-level/Physician SC    MH    Dental    TIME: _10:34m_    Administrative

☐ ROUTINE    ☐ URGENT

### HEALTH CARE DOCUMENTATION

SUBJECTIVE: _____

OBJECTIVE:    BP _____    T _____    P _____    R _____    Wt. _____

PHYSICAL ASSESSMENT: _____

ASSESSMENT (NURSING DIAGNOSIS): _____

PLAN: _____

☐ Inmate education handout reviewed with and given to the patient.

REFER TO (circle): Mid-level/Physician    MH    Dental    Other: _____

SIGNATURE & TITLE: _____    DATE: _____    TIME: _____

Form #: DOC MED-83-E

PLACE THIS SLIP IN THE MEDICAL REQUEST BOX OR DESIGNATED AREA

*exhibit 16*



MEDICAL USE ONLY (RECEIVED STAMP)

**STATE OF DELAWARE**
**DEPARTMENT OF CORRECTION**          SEP 29 21:02
**BUREAU OF CORRECTIONAL HEALTHCARE SERVICES**

**SICK CALL FORM**

(CIRCLE ONE)          MEDICAL          MENTAL HEALTH          DENTAL

PRINT NAME: Tyrone Morris                    DATE OF REQUEST: 9 29 17

SBI NO.: 322329          DATE OF BIRTH: 12 25 72          HOUSING LOCATION: I-1

PROBLEM OR REQUEST: I'm will be out of ointment as of
10/2/17. Please I need more ointment ordered
so I can shower.

I AGREE TO BE TREATED BY HEALTH STAFF FOR THE PROBLEM ABOVE.

SIGNATURE: Tyrone Morris

DO NOT WRITE BELOW THIS AREA – MEDICAL USE ONLY

Triaged by: *(Initial & Date)* OmL  9/29/17          TIME: 2300
Triaged to (circle):   NSC   Mid-level/Physician SC   MH   Dental   Administrative

☑ ROUTINE                    ☐ URGENT

**HEALTH CARE DOCUMENTATION**

SUBJECTIVE: _____

OBJECTIVE:  BP _____ T _____ P _____ R _____ Wt. _____

PHYSICAL ASSESSMENT: _____

ASSESSMENT (NURSING DIAGNOSIS): _____

PLAN: ___ to pharmacy _____
☐ Inmate education handout reviewed with and given to the patient.
REFER TO (circle):  Mid-level/Physician   MH   Dental   Other: _____
SIGNATURE & TITLE: Patricia M Rollins RN  DATE: 9/29/17  TIME: 2300

Form #: DOC MED-63-E

exhbt 17

## GRIEVANCE APPEAL FORM

This must be completed and returned to the IGC, via the Grievance Box, No Later than Due Date to appeal the Warden/Designee/BSME Decision/MGC. Please specify the reason for the appeal in the space below. If you decide not to appeal the decision you must so indicate with the statement "I do not wish to appeal". Appeal must be returned via the Grievance Box. If you need additional space, attach 8.5" x 11" size sheets of paper. Failure to reply by the due date will result in the grievance being considered resolved.

Grievant: Tyrone Morris          SBI: 322539

Location: Shu 1a C u5    Case#: 421706

Date: 1 12 19          Appeal Due Date: Wednesday 23 January 2018

APPEAL INFORMATION: *DO NOT WRITE ON THE BACK OF ANY PAGES OR DOCUMENTS: THE GRIEVANCE OFFICE CANNOT DOUBLE SIDE SCAN.*

I dont want to be right off Biologic Just yet. I need to Be on Both Biologic and Light therapy until I clear all up then I can Be taken of Biologic and use Light therapy to maintain and keep clear. This place Bought a Light therapy machine I was told it cost $10,000 so why have it and not use it. also DR Burke office says I should Be on Biologic for long cause of my Liver. they said I also should Be on Both Light, and biologrce then use only Light To Maintain, Im also not getting the Blood work need to check my Lver and DR Burkes office asked me to come Back in 30 days with Blood work. That was over half a year ago.

(GRIEVANT'S SIGNATURE)

*exhibit 17*

DEPARTMENT OF CORRECTION
Bureau of Healthcare Services
245 Mckee Road
Dover, Delaware 19904

February 19, 2019

Inmate MORRIS TYRONE J
SBI # 00322529
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear TYRONE MORRIS:

I have reviewed your Grievance Case # 421706 dated 09/24/2018.

Based upon the documentation presented for review, I uphold your Grievance.

Accordingly, this fully exhausts all available administrative remedies. There is no further issue to mediate nor Outside Review necessary as provided by BHS Procedure 4.4 entitled "Inmate Grievance Procedure".

Sincerely,

Bureau Chief
Marc Richman

exhibit 18

Jeon

JTVCC

FACILITY: ~~[crossed out]~~

INMATE'S NAME: Tyrone Morris

HOUSING UNIT: T-1

DATE SUBMITTED: 9-1-17

SBI#: 32252 9

CASE #: 378700

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

My Psoriasis is getting much worse. you should
Be able to look at me to see that. I'm not
given enough ointment to shower regularly.
I'm in pain every Day I can't shower.
I'm also not getting my Clobetasol In
ointment Form. You guys are giving me a
very small tube of clobetasol cream. I
need ointment and Lots of It.
Need to see

GRIEVANT'S SIGNATURE: _____  DATE: 9-1-17

ACTION REQUESTED BY GRIEVANT: To get ample supply of
ointment. Triamcinolone + clobetasol
Need Shampoo. selson Blue

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

*exhibit 18*

**DEPARTMENT OF CORRECTION**
Bureau of Healthcare Services
245 Mckee Road
Dover, Delaware 19904

March 5, 2018

Inmate MORRIS TYRONE J
SBI # 00322529
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear TYRONE MORRIS:

I have reviewed your Grievance Case # 378700 dated 09/01/2017.

Based upon the documentation presented for review, I deny your Grievance.

Accordingly, this fully exhausts all available administrative remedies. There is no further issue to mediate nor Outside Review necessary as provided by BHS Procedure 4.4 entitled "Inmate Grievance Procedure".

Sincerely,

Bureau Chief
Marc Richman

*e xh-b.t 19*

February 7, 2017

Inmate MORRIS TYRONE J
SBI # 00322529
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear TYRONE MORRIS:

I have reviewed your Grievance Case # 353295 dated 12/04/2016.

Based upon the documentation presented for review, I deny your Grievance.

Accordingly, this fully exhausts all available administrative remedies. There is no further issue to mediate nor Outside Review necessary as provided by BHS Procedure 4.4 entitled "Inmate Grievance Procedure".

Sincerely,

Bureau Chief
Marc Richman

exhibt 20

**FORM #: 585**

**MEDICAL GRIEVANCE**

JTVCC

FACILITY: _____

INMATE'S NAME: _Tyrone Morris_

HOUSING UNIT: _F-2_

DATE SUBMITTED: _6 | 8 | 6_

SBI#: _322529_

CASE #: _339653_

///////////////////////////////////////////////////////////////////////////////////////////////////

**SECTION 1**

DATE AND TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

_Im not getting ointments (meds) as ordered so I can shower Daily._

_have not seen DR._

GRIEVANT'S SIGNATURE: _____ DATE: _6|8|6._

ACTION REQUESTED BY GRIEVANT: _To get to see DR and to get meds as ordered._

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

*exhibit 20*

DEPARTMENT OF CORRECTION
Bureau of Healthcare Services
245 Mckee Road
Dover, Delaware 19904

August 17, 2016


Inmate MORRIS TYRONE J
SBI # 00322529
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear TYRONE MORRIS:


I have reviewed your Grievance Case # 339053 dated 06/08/2016.

Based upon the documentation presented for review, I deny your Grievance.

Accordingly, this fully exhausts all available administrative remedies. There is no further issue to mediate nor Outside Review necessary as provided by BHS Procedure 4.4 entitled "Inmate Grievance Procedure".

Sincerely,

Bureau Chief
Marc Richman

exhibit 21

## M.G.C. Decision

Grievant's Name: Morris, Tyrone    SBI # 322529

Case # 378697    Housing Unit: T1

(Complaint and Requested Remedy must be completed by medical staff prior to MGC Hearing) (Please write legibly)

Complaint: I went to see C. Miller (Cooper) about getting back on pain meds for arthritis.

Requested Remedy: Put back on pain meds until arthritis is under controll.

Action: Chart review: Started on longer term medication. Celebrex 100mg BID

Plan: Cont with current plan of care. Use sick call process as needed.

| | Uphold | Deny | Abstain |
|---|---|---|---|
| Medical Staff & Title: | ☐ | ☑ | ☐ |
| Medical Staff & Title: | ☐ | ☑ | ☐ |
| Medical Staff & Title: | ☐ | ☑ | ☐ |

I.G.C.: 

M.G.C.: ☒ Deny  ☐ Uphold

Date: 10/28/17

Appeal Due: 11/10/17

*Exhibit 22*                                              Jean

FORM #585

MEDICAL GRIEVANCE

FACILITY: JTVCC

INMATE'S NAME: Tyrone Morris

HOUSING UNIT: T-1

DATE SUBMITTED: 9-1-17

SBI#: 322529

CASE #: 378698

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

I had a Life threating issue (allergic reaction From meds),
I had a Fever and red Blotchs on my Face and
The Nurses refused to help. They told me to put in
sick call witch I did to No avail. I put sick call in
and I was called to informery and only given cream.
No vitals were taken untll 5 days of suffering. My
people had to call For me to get help. what good is
medical and the Nurses IF I cant get help in a emergency
and my sick calls go unanswered I had a sick call unanswerd
about my chest as well. I spent 8 days in hrt general

GRIEVANT'S SIGNATURE: _____        DATE: 9-1-17,

ACTION REQUESTED BY GRIEVANT: For medical Nurses be
Trained to see and emergency and to
not let inmates suffer when a Dotor is needed

DATE RECEIVED BY MEDICAL UNIT: _____

NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.

Exhibit 23

Jeon

FACILITY: JTVCC        (15)        DATE SUBMITTED: 10-15-17

INMATE'S NAME: Tyrone Morris        SBI#: 372529

HOUSING UNIT: T-1        CASE #: ~~878902~~

382151        ~~389022~~

(or a New case)

---

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

Ever since I Been off otezla My Psoriasis has Became unmanagable and very painfull I was take off otezla because of and allergic reaction. I Just seen DR Burkes office in Sept~2017. Since I have been told I cant take shots for my skin and the pills that help my skin cause allergic ceations the DR said the only Feesable Treatment is Light therapy Since topical creams Do not take my Psoriasis Better

GRIEVANT'S SIGNATURE: _____        DATE: 10 15 17

RECEIVED

OCT 23 2017

JTVCC GRIEVANCE OFFICE

ACTION REQUESTED BY GRIEVANT: To Recieve Light therapy & to get pain meds for To recieve pain meds untill skin is undercontroll        Must fill out Action Requested. cph Burkey

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

exhibit 24

**FORM #585**

**MEDICAL GRIEVANCE**

Jevon

FACILITY: JTVCC Morris

TO:
INMATE'S NAME: Tyrone Moros

HOUSING UNIT: T.1

DATE SUBMITTED: 12 31 17

SBI#: 322529

CASE #: 389471

RECEIVED

JAN 0 9 2018

JTVCC GRIEVANCE OFFICE

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

This is my second grievance on this issue as of late, in or around the month of Sept I put a grievence in about not being properly treatment. I had a outside DR prescribe light therapy and I still have not recieved it. I don't understand why my grievence on this issue has not been answered yet, Im tired of living in pain and suffering the way you guys having me

GRIEVANT'S SIGNATURE: _____     DATE: _____

ACTION REQUESTED BY GRIEVANT: To have grievence answer. To get light treatment and Pain Meds up so pain is more manayable.

You must fill out Action requested

Cathy

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

*exhibit 25*

**DEPARTMENT OF CORRECTION**
Bureau of Healthcare Services
245 Mckee Road
Dover, Delaware 19904

August 25, 2014

Inmate MORRIS TYRONE J
SBI # 00322529
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear TYRONE MORRIS:

I have reviewed your Grievance Case # 284929 dated 06/03/2014.

Based upon the documentation presented for review, I deny your Grievance.

Accordingly, this fully exhausts all available administrative remedies. There is no further issue to mediate nor Outside Review necessary as provided by BHS Procedure 4.4 entitled "Inmate Grievance Procedure".

Sincerely,

Bureau Chief
Welch James

exhibit 26

## GRIEVANCE APPEAL FORM

This must be completed and returned to the IGC, via the Grievance Box, No Later than Due Date to appeal the
Warden/Designee/BSME Decision/MGC. Please specify the reason for the appeal in the space below. If you decide not to
appeal the decision you must so indicate with the statement "I do not wish to appeal". Appeal must be returned via the
Grievance Box. If you need additional space, attach 8.5" x 11" size sheets of paper. Failure to reply by the due date will result
in the grievance being considered resolved.

Grievant: _Tyrone Morris_     SBI: _322529_

Location: _T-2_     Case#: _____

Date: _Oct 4 15_     Appeal Due Date: Monday 12 October 2015

**APPEAL INFORMATION:** _DO NOT WRITE ON THE BACK OF ANY PAGES OR DOCUMENTS:_
_THE GRIEVANCE OFFICE CANNOT DOUBLE SIDE SCAN._

Need ointments so I can shower.
I go 3 or 4 days with out
showering, outside DRS
Bruke and braithwait ordered At
Aqua Fur + calcipotriene and I need
TV put on twice a day, even DR
Lynch agrees, IF I take a shower
and have nothing to put on I get
10 times worse, 100 grams is nott
enough to last a week, 100 grams
dont even last two Days I need 150
grams at least week, also Ive seen
my name forge in medical Book
saying I signed For meds that
I never gotten

RECEIVED

OCT 06 2015

JTVCC GRIEVANCE OFFICE

(GRIEVANT'S SIGNATURE)

exhibit 26

October 26, 2015

Inmate MORRIS TYRONE J
SBI # 00322529
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear TYRONE MORRIS:

I have reviewed your Grievance Case # 315196 dated 09/07/2015.

Based upon the documentation presented for review, I deny your Grievance.

Accordingly, this fully exhausts all available administrative remedies. There is no further issue to mediate nor Outside Review necessary as provided by BHS Procedure 4.4 entitled "Inmate Grievance Procedure".

Sincerely,

Bureau Chief
Marc Richman

*exhibit 26*

July 10, 2015

Inmate MORRIS TYRONE J
SBI # 00322529
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear TYRONE MORRIS:

I have reviewed your Grievance Case # 304656 dated 04/03/2015.

Based upon the documentation presented for review, I deny your Grievance.

Accordingly, this fully exhausts all available administrative remedies. There is no further issue to mediate nor Outside Review necessary as provided by BHS Procedure 4.4 entitled "Inmate Grievance Procedure".

Sincerely,

Bureau Chief
James Welch

*exhibit 27*

DEPARTMENT OF CORRECTION
Bureau of Healthcare Services
245 Mckee Road
Dover, Delaware 19904

August 13, 2014

Inmate MORRIS TYRONE J
SBI # 00322529
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear TYRONE MORRIS:

I have reviewed your Grievance Case # 284434 dated 05/24/2014.

Based upon the documentation presented for review, I deny your Grievance.

Accordingly, this fully exhausts all available administrative remedies. There is no further issue to mediate nor Outside Review necessary as provided by BHS Procedure 4.4 entitled "Inmate Grievance Procedure".

Sincerely,

Bureau Chief
Welch James

exh.b.t 28

# GRIEVANCE APPEAL FORM

This must be completed and returned to the IGC, **via the Grievance Box**, No Later than Due Date to appeal the Warden Designee/BSME Decision/MGC. Please specify the reason for the appeal in the space below. If you decide not to appeal the decision you must so indicate with the statement **"I do not wish to appeal"**. Appeal must be returned via the Grievance Box. If you need additional space, attach 8.5" x 11" size sheets of paper. Failure to reply by the due date will result in the grievance being considered resolved.

Grievant: Tyrone Morris          SBI: 322529

Location: 17 DL8               Case#: 290444

Date: 11/6/2014               Appeal Due Date: 11/20/2014

**APPEAL INFORMATION:**

I have not seen DR since oct 6 when
she told me I was to get TWO Tubes of A+D
ointment a week. I was only getting one tube
a week (some times one tube every two weeks).
I was supposed to see DR 15 Days after
so she could check up. I could of let her
know the A+D situation but I never seen
her. The grievance people said I seen her
on the 26 of oct but that was not
the DR. That was the Nurse for a
sick call I put in on some different
stuff. The Nurse said I needed to see DR
but I still havent. I still dont know IF
I'm getting Two Tubes of A+D a week yet I havent
seen it happen yet. I still need to see DR.

_____
(GRIEVANT'S SIGNATURE)

*exhibit 24*

November 17, 2014

Inmate MORRIS TYRONE J
SBI # 00322529
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear TYRONE MORRIS:

I have reviewed your Grievance Case # 290444 dated 09/04/2014.

Based upon the documentation presented for review, I deny your Grievance.

Accordingly, this fully exhausts all available administrative remedies. There is no further issue to mediate nor Outside Review necessary as provided by BHS Procedure 4.4 entitled "Inmate Grievance Procedure".

Sincerely,

Bureau Chief
Welch James

exhibit 30

## GRIEVANCE APPEAL FORM

This must be completed and returned to the IGC, via the Grievance Box, No Later than Due Date to appeal the Warden/Designee/BSME Decision/MGC. Please specify the reason for the appeal in the space below. If you decide not to appeal the decision you must so indicate with the statement "I do not wish to appeal". Appeal must be returned via the Grievance Box. If you need additional space, attach 8.5" x 11" size sheets of paper. Failure to reply by the due date will result in the grievance being considered resolved.

Grievant: Tyrone Morris          SBI: 322639

Location: Shu 1a C U5   Case#: 421206

Date: 1 12 19          Appeal Due Date: Wednesday 23 January 2018

APPEAL INFORMATION: _DO NOT WRITE ON THE BACK OF ANY PAGES OR DOCUMENTS: THE GRIEVANCE OFFICE CANNOT DOUBLE SIDE SCAN._

I dont want to be right off Biologic Just yet. I need to Be on Both Biologic and Light therapy until I clear all up then I can Be taken of Biologic and use Light therapy to maintain and keep clear. This place Bought a Light therapy machine I was told it cost $10,000 so why have it and not use it. also DR Burke office says I should Be on Biologic for long cause of my Liver. they said I also should Be on Both Light, and Biologice then use only Light to Maintain. Im also not getting the Blood work need to check my Liver and DR Burkes office asked me to come Back in 30 days with Blood work, that was over half a year ago.

_____
(GRIEVANT'S SIGNATURE)

ex h.b.t 30

DEPARTMENT OF CORRECTION
Bureau of Healthcare Services
245 Mckee Road
Dover, Delaware 19904

February 19, 2019

Inmate MORRIS TYRONE J
SBI # 00322529
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear TYRONE MORRIS:

I have reviewed your Grievance Case # 421706 dated 09/24/2018.

Based upon the documentation presented for review, I uphold your Grievance.

Accordingly, this fully exhausts all available administrative remedies. There is no further issue to mediate nor Outside Review necessary as provided by BHS Procedure 4.4 entitled "Inmate Grievance Procedure".

Sincerely,

Bureau Chief
Marc Richman

exhibit 31

FORM #585

MEDICAL GRIEVANCE

JTVCC

FACILITY: ~~Crossed out~~

INMATE'S NAME: Tyrone Morris

HOUSING UNIT: T-1

DATE SUBMITTED: 9-1-17

SBI#: 322529

CASE #: 378700

---

SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

My Psoriasis is getting much worse. You should Be able to look at me to see that. I'm not given enough ointment to shower regularly, I'm in pain every Day I can't shower. I'm also not getting my Clobetasal in ointment Form. You guys are giving me a very small tube of clobetasal cream. I need ointment and lots of It. Need to see

GRIEVANT'S SIGNATURE: _____ DATE: 9-1-17

ACTION REQUESTED BY GRIEVANT: To get ample supply of ointment Triancinolone + clobetasal Need shampoo, selson Blue

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

exhibit 31

March 5, 2018

**Inmate MORRIS TYRONE J**
**SBI # 00322529**
**JTVCC James T. Vaughn Correctional Center**
**SMYRNA DE, 19977**

**Dear TYRONE MORRIS:**

I have reviewed your Grievance Case # 378700 dated 09/01/2017.

Based upon the documentation presented for review, I deny your Grievance.

Accordingly, this fully exhausts all available administrative remedies. There is no further issue to mediate nor Outside Review necessary as provided by BHS Procedure 4.4 entitled "Inmate Grievance Procedure".

Sincerely,

Bureau Chief
Marc Richman

*I Received this appeal paper Paper on 7-10-18*

## GRIEVANCE APPEAL FORM

This must be completed and returned to the IGC, **via the Grievance Box**, No Later than Due Date to appeal the Warden Designee/BSME Decision/MGC. Please specify the reason for the appeal in the space below. If you decide not to appeal the decision you must so indicate with the statement "**I do not wish to appeal**". Appeal must be returned via the Grievance Box If you need additional space, attach 8.5" x 11" size sheets of paper. Failure to reply by the due date will result in the grievance being considered **Resolved.**

Grievant:                                    SBI:

Location:                                    Case#: 402597

Date: 06/28/2018                             Appeal Due Date: 07/16/2016

**APPEAL INFORMATION:  DO NOT WRITE ON THE BACK OF ANY PAGES OR DOCUMENTS: THE GRIEVANCE OFFICE CANNOT DOUBLE SIDE SCAN.**

Again this is the second time I received this late, theres no way I can get this appeal to you in Time why is it that you keep dang this, I need to appeal.

I've Been in pain, I cant take care of my Psorlass correctly, Im in pain and need Treatment. and its- I cant even Treate whats eting on I need to be able to put ointments on everyday not every 3+4 days

RECEIVED
JUL 1 5 2016
JTVCC GRIEVANCE OFFICE

(GRIEVANT'S SIGNATURE)

exhibit 32

DEPARTMENT OF CORRECTION
Bureau of Healthcare Services
245 Mckee Road
Dover, Delaware 19904

August 8, 2018

Inmate MORRIS TYRONE J
SBI # 00322529
JTVCC James T. Vaughn Correctional Center
SMYRNA DE, 19977

Dear TYRONE MORRIS:

I have reviewed your Grievance Case # 402597 dated 04/21/2018.

Based upon the documentation presented for review, I deny your Grievance.

Accordingly, this fully exhausts all available administrative remedies. There is no further issue
to mediate nor Outside Review necessary as provided by BHS Procedure 4.4 entitled "Inmate
Grievance Procedure".

Sincerely,

Bureau Chief
Marc Richman

exhibit 32

# GRIEVANCE REPORT

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** MORRIS, TYRONE J | **SBI#** : 00322529 | **Institution** : JTVCC |
| **Grievance #** : 402597 | **Grievance Date** : 04/21/2018 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status :** | **Resol. Date** : |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/21/2018 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing at the time of Grievance :** Bldg T1, Cell 1, Bed 15 | |
| **Grievance Loc :** JTVCC -T1 | **Current Housing** : Bldg T1, Cell 1, Bed 15 | |

## OFFENDER GRIEVANCE DETAILS

**Description of Complaint:** Inmate Claims: Need proper treatment outside Doctor, ointments and pain meds.  See entire grievance at top under scanner.

**Remedy Requested** :

## ADDITIONAL GRIEVANCE INFORMATION

**Medical Grievance :** YES

**Date Received by Medical Unit :** 04/24/2018

**Grievance Amount :**

# INFORMAL RESOLUTION

## OFFENDER GRIEVANCE INFORMATION

| | | |
|---|---|---|
| **Offender Name :** MORRIS, TYRONE J | **SBI#** : 00322529 | **Institution** : JTVCC |
| **Grievance #** : 402597 | **Grievance Date** : 04/21/2018 | **Category** : Individual |
| **Status** : Unresolved | **Resolution Status:** | **Inmate Status :** |
| **Grievance Type:** Health Issue (Medical) | **Incident Date** : 04/21/2018 | **Incident Time :** |
| **IGC** : Dutton, Matthew | **Housing at the time of Grievance :** Bldg T1, Cell 1, Bed 15 | |
| **Grievance Loc :** JTVCC -T1 | **Current Housing** : Bldg T1, Cell 1, Bed 15 | |

## INFORMAL RESOLUTION

**Investigator Name** : Jeon, Ephram  RN

**Date of Report:** 05/29/2018

**Investigation Report :** patient is currently being treated by outside provider, patient refused to sign off upset was not treated in a timely manner.

**Reason for Referring:**

**Offender's Signature:**_____

**Date** : _____

**Witness (Officer)** : _____

Exhibit 33

**FORM #585**

**MEDICAL GRIEVANCE**

FACILITY: JTVCC     DATE SUBMITTED: 12 30 17

INMATE'S NAME: Tyrone Morris     SBI#: 322529

HOUSING UNIT: ~~888888~~ J-1     CASE #: 389383

RECEIVED

JAN 08 2018

JTVCC GRIEVANCE OFFICE

**SECTION #1**

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

I've put one grievence in about this already
Im not getting enough ointment so I can
shower regularly and Im not getting
enough ointment so I can put meds on
twice a day, I need my showers, Im
so tired of suffering and being in
pain. Im not being properly treated for
My Psoriasis that I cant see why at
least I can get ample supply of ointment
Im tired of living like this.

GRIEVANT'S SIGNATURE: _Tony_     DATE: 12 30 17

ACTION REQUESTED BY GRIEVANT: To get ~~date~~ 1 Jar
a week so I can shower A+d
or steroid ointment

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL
GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**

exhibit 34

## MEDICAL GRIEVANCE

FACILITY: JTVCC

INMATE'S NAME: Tyrone Morris

HOUSING UNIT: T21

DATE SUBMITTED: 5 25 18

SBI#: 322529

CASE #: 405861

//////////////////////////////////////////////////////////////////////////////////////////////////////////////////

### SECTION #1

DATE & TIME OF MEDICAL INCIDENT: _____

TYPE OF MEDICAL PROBLEM:

This is my second grievance on
This subject, on grievance number
38947 my appeal was given
To me a month late so when
I did my appeal you said
It was to late and my
appeal was not honored.

GRIEVANT'S SIGNATURE: _____ DATE: 5 25 18

ACTION REQUESTED BY GRIEVANT: To honor my appeal
accept the appeal

RECEIVED

MAY 2 9 2018

JTVCC GRIEVANCE OFFICE

DATE RECEIVED BY MEDICAL UNIT: _____

**NOTE: EMERGENCY MEDICAL CONDITIONS WILL TAKE PRIORITY. OTHERWISE, MEDICAL GRIEVANCES WILL BE ADDRESSED AT THE WEEKLY MEDICAL COMMITTEE MEETING.**