## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 7 |
| ) | |
| CONNECTIONS COMMUNITY ) | Case No. 21-10723 (MFW) |
| SUPPORT PROGRAMS, INC., ) | |
| ) | |
| Debtor.[2] ) | |
| ) | Related D.I. 543 |

### ORDER GRANTING, IN PART, AND DENYING, IN PART, MOTION FOR RELIEF FROM STAY FILED BY TYRONE MORRIS

Upon consideration of the motion for relief from stay (the "Motion") filed by Tyrone Morris ("Morris"), and any objections or responses thereto, including the *Omnibus General Objection and Reservation of Rights of Don A. Beskrone, Interim Chapter 7 Trustee, to (I) motion to Approve Lack of Time to Respond, (II) Motion to Appoint Counsel, and (III) Motion for Relief from Stay* [D.I. 559], and *Supplemental Response of Don A. Beskrone, Chapter 7 Trustee to Motion of Tyrone Morris for Relief from Stay* [D.I. 631] (collectively, the "Responses"); and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having reviewed the Motion and the Responses; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is granted, in part, and denied, in part, as set forth herein.

---

[2] The Debtor in this chapter 7 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030).

{01758775;v1 }

2. Morris is granted relief from stay under 11 U.S.C. §362(a) to continue and pursue litigation captioned *Morris v. Cooper*, Case No. 18-252 (RGA) (D. Del.) (the "Morris Litigation").

3. However, and for the avoidance of doubt, the Motion is denied to the extent Morris seeks relief from the automatic stay to commence, pursue or litigate any action, including the Morris Litigation, against the Debtor, the Debtor's estate or the Trustee.

4. The Court shall retain jurisdiction to interpret and enforce this Order.

**Dated: February 25th, 2022**
**Wilmington, Delaware**
{01758775;v1 }

**MARY F. WALRATH**
**UNITED STATES BANKRUPTCY JUDGE**