# Exhibit A

**(Sale Procedures Order)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC., | Case No. 21-10723 (MFW) |
| Debtor.[1] | RE: D.I. _____ |

**ORDER APPROVING (1) PRIVATE SALE PROCESS, INCLUDING DESIGNATION OF STALKING HORSE BIDDER AND BID PROTECTIONS, AND (2) SETTING SALE HEARING**

Upon consideration of the *Motion of Don A. Beskrone, Chapter 7 Trustee, for Orders (A) Approving (1) Private Sale Process, Including Designation of Stalking Horse Bidder and Bid Protections, and (2) Sale Of Certain Real Property, and (B) Granting Related Relief* (the "Sales Procedures Motion")[2] filed by Don A. Beskrone, Chapter 7 Trustee (the "Trustee") of Connections Community Support Programs, Inc. and its estate for entry of an order (i) approving and authorizing a private sale process, subject to higher and better offers, for the sale of the Harrington Property to Coras Wellness and Behavioral Health, LLC ("Coras"), free and clear of all liens, claims, encumbrances and other interests, and (ii) granting related relief; and due and proper notice of the Motion having been provided; and the Court having reviewed the Motion and the Beskrone Declaration and having heard the statements, if any, in support of the relief requested therein at a hearing before the Court; and consideration of the Sales Procedures Motion being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper in this District pursuant to 28 U.S.C. § 1408; and notice of the Sales Procedures Motion being adequate

---

[1] The Debtor in this chapter 7 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030).

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed in the Sales Procedures Motion.

{01795167;v3}    1

and appropriate under the particular circumstances; and it appearing that the relief requested in the Sales Procedures Motion is in the best interest of the Debtor and its Estate; and it further appearing that the legal and factual bases set forth in the Sales Procedures Motion and the Beskrone Declaration establish just cause for the relief granted herein; and it appearing that the Court has jurisdiction over this matter; and after due deliberation thereon and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT:**

1. The relief requested in the Sales Procedures Motion is **GRANTED** as set forth herein.

2. A private sale process, subject to higher and better offers or bids, as set forth in the Sales Procedures Motion (and the Hilco Application), is approved in all respects.

3. If prior to the hearing to consider the sale of the Harrington Property the Trustee receives a higher and better offer for the Harrington Property as the Trustee may determine following consultation with the USDA, the Trustee may convene an auction, or may engage in such other marketing and sale process as the Trustee and the USDA agree upon to obtain the highest and best bid for the Harrington Property, provided that in no event shall Trustee accept a higher and better offer for the Harrington Property without affording Coras the right to submit a topping bid(s) at an auction or otherwise. The Trustee will retain the right and flexibility to conduct an auction, provided the Trustee, subject to prior consultation with the USDA, determines such an auction is necessary or appropriate.

4. The Bid Protections are authorized and approved, and Coras is and shall be deemed the "stalking horse" bidder for the Harrington Property entitled to all such Bid Protections.

5. The hearing to consider the sale of the Harrington Property shall be convened on June 22, 2022 at 2:00 p.m. (ET).