# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC. | ) ) | Case No. 21-10723 (MFW) |
| | ) | |
| Debtors, | ) ) | |
| | ) | |
| SHATERIA CASON-BUSH, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONNECTIONS COMMUNITY, SUPPORT PROGRAMS, INC. | ) ) | |
| | ) | |
| Respondent. | ) | |

## NOTICE OF MOTION OF SHATERIA CASON-BUSH FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d)

**PLEASE TAKE NOTICE** that on **September 15, 2021**, the attached *Motion of Shateria Cason-Bush, for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d)* (the "Motion") was filed.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, are to be filed on or before **August 17, 2022, at 4:00 p.m. (Prevailing Eastern Time)**. At the same time, you must serve a copy of the objection or response on the undersigned attorneys.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **August 24, 2022, AT 2:00 P.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE MARY F. WALRATH, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF

DELAWARE, 824 NORTH MARKET STREET, 5th FLOOR, COURTROOM #4, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**THE POLIQUIN FIRM, LLC**

/s/ Ronald G. Poliquin
Ronald G. Poliquin, Esquire (DE No. 4447)
1475 S. Governors Ave.
Dover, Delaware 19904
P: 302-702-5501
F: 302-213-0042
ron@poliquinfirm.com
Attorney for Movant