**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC.,<br><br>Debtor.[1] | Chapter 7<br><br>Case No. 21-10723 (MFW) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR**
**HEARING ON JUNE 22, 2022 AT 2:00 P.M. (ET)**
**BEFORE THE HONORABLE MARY F. WALRATH**

---

**THIS HEARING WILL BE HELD BY VIDEO VIA ZOOM.**
**BOTH VIDEO AND AUDIO WILL BE THROUGH ZOOM.**

**ALL PARTICIPANTS APPEARING REMOTELY MUST REGISTER THEIR ZOOM APPEARANCE NO LATER THAN NOON ON TUESDAY, JUNE 21, 2022.**

**https://debuscourts.zoomgov.com/meeting/register/vJIsfuGtpj0uHGG0f58IhHke_8clZNLs_eE**

**YOU MUST USE YOUR FULL NAME WHEN LOGGING INTO ZOOM OR YOU WILL NOT BE ALLOWED INTO THE MEETING.**

---

**I.  RESOLVED MATTERS**

1. Motion of Life Insurance Company of North America for Entry of an Order Enlarging the Claims Bar Date [D.I. 685; 5/23/2022]

    **Objection Deadline**:    June 7, 2022 at 4:00 p.m. (ET)

    **Objections/Informal Responses**:  None.

    **Related Pleadings:**

    i.  Certificate of No Objection Regarding Motion of Life Insurance Company of North America for Entry of an Order Enlarging the Claims Bar Date [D.I. 705; 6/9/2022]

---

[1] The Debtor in this chapter 7 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030).

{01810834;v1 }

      ii.      Order Granting Motion of Life Insurance Company of North America for Entry of an Order Enlarging the Claims Bar Date [D.I. 706; 6/13/2022]

      **Status:**      The order has been entered.

2.      Motion of Don A. Beskrone, Chapter 7 Trustee, to Authorize Entry Into a Transaction with Alliance Tax Credit Fund 96, LP and Alliant ALP 2020, LLC Regarding Quaker Arts, LLC [D.I. 686; 5/24/2022]

      **Objection Deadline**:      June 7, 2022 at 4:00 p.m. (ET)

      **Objections/Informal Responses**:    None.

      **Related Pleadings:**

      i.      Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, to Authorize Entry Into a Transaction with Alliance Tax Credit Fund 96, LP and Alliant ALP 2020, LLC Regarding Quaker Arts, LLC [D.I. 704; 6/8/2022]

      ii.      Order Granting Motion of Don A. Beskrone, Chapter 7 Trustee, to Authorize Entry Into a Transaction with Alliance Tax Credit Fund 96, LP and Alliant ALP 2020, LLC Regarding Quaker Arts, LLC [D.I. 707; 6/13/2022]

      **Status:**      The order has been entered.

## II.    MATTER GOING FORWARD

3.      Motion of Don A. Beskrone, Chapter 7 Trustee, for Orders (A) Approving (1) Private Sale Process, Including Designation of Stalking Horse Bidder and Bid Protections, and (2) Sale of Certain Real Property, and (B) Granting Related Relief [D.I. 677; 5/11/2022]

      **Objection Deadline**:      May 25, 2022 at 4:00 p.m. (ET) for Sale Procedures Order; June 15, 2022 at 4:00 p.m. for Proposed Sale Order

      **Objections/Informal Responses**:

      A.      Informal Response by the USDA/U.S. Department of Justice, Civil Division, Commercial Litigation Branch to Proposed Sale Order

      **Related Pleadings:**

      i.      Declaration of Don A. Beskrone, Chapter 7 Trustee, In Support of Private Sale Process and Related Sale [D.I. 678; 5/11/2022]

ii. Certificate of No Objection Regarding Motion of Don A. Beskrone, Chapter 7 Trustee, for Orders (A) Approving (1) Private Sale Process, Including Designation of Stalking Horse Bidder and Bid Protections, and (2) Sale of Certain Real Property, and (B) Granting Related Relief [D.I. 688; 6/1/2022]

iii. Order Approving (1) Private Sale Process, Including Designation of Stalking Horse Bidder and Bid Protections, and (2) Setting Sale Hearing [D.I. 689; 6/2/2022]

iv. Notice of Hearing Regarding Entry of Proposed Sale Order Pursuant to the Motion of Don A. Beskrone, Chapter 7 Trustee, for Orders (A) Approving (1) Private Sale Process, Including Designation of Stalking Horse Bidder and Bid Protections, and (2) Sale of Certain Real Property, and (B) Granting Related Relief [D.I. 703; 6/7/2022]

v. Notice of Revised Proposed Order Approving Motion of Don A. Beskrone, Chapter 7 Trustee, for Order Authorizing Sale of Certain Real Property [D.I. 709; 6/17/2022]

**Status:** The order has been entered approving the (i) a private sale process regarding certain real property located in Harrington, Delaware, including the designation of a stalking horse bid and the grant of bid protections for the stalking horse bidder, and (ii) scheduling the sale of the Harrington Property. A notice of revised proposed sale order was filed on June 17, 2022. The sale hearing regarding the Harrington Property is going forward.

Dated: June 17, 2022  
Wilmington, Delaware

**ASHBY & GEDDES, P.A.**

*/s/ Ricardo Palacio*
Ricardo Palacio (DE Bar No. 3765)
500 Delaware Avenue, 8th Floor
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: RPalacio@ashbygeddes.com

*Counsel to Don A. Beskrone, Chapter 7 Trustee*