# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 7 |
|---|---|
| CONNECTIONS COMMUNITY SUPPORT PROGRAMS, INC., | Case No. 21-10723 (MFW) |
| Debtor.[1] | **Related D.I. 771** |

## ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

Upon the motion (the "Motion") of the United States of America (the "United States") on behalf of the United States Department of Housing and Urban Development ("HUD") for entry of an order granting relief from stay (1) to permit HUD to terminate a pre-petition grant agreement entitled "Grant Agreement for a Housing Opportunities for Persons With AIDS Program (HOPWA) Grant, Grant #DEH190012" (the "Grant Agreement"), (2) to permit HUD and Don A. Beskrone, chapter 7 trustee (the "Trustee") to execute the Termination of Grant Agreement (the "Termination Agreement") affixed to the Motion, and (3) to permit the United States to exercise a right of setoff with respect to any reimbursements arising from pre-petition services under the Grant Agreement, all as set forth in the Motion; and upon the consent of the Trustee to the relief sought in the Motion; and the Court having determined that good and sufficient cause exists to grant the relief requested in the Motion; it is hereby:

ORDERED that the Motion be, and is hereby, GRANTED as set forth herein; and it is further

---

[1] The Debtor in this chapter 11 case, along with the last four digits of its tax identification number, is as follows: Connections Community Support Programs, Inc. (3030). The address of the Debtor's corporate headquarters is 3812 Lancaster Pike, Wilmington, Delaware 19805.

ORDERED that the automatic stay of Section 362(a) of the Bankruptcy Code is lifted to permit HUD to terminate the Grant Agreement, and to permit the Trustee to execute the Termination Agreement; and it is further;

ORDERED that the Trustee is authorized to execute the Termination Agreement and take all actions and execute all other documents necessary or appropriate to effectuate the foregoing; and it is further

ORDERED that the United States be, and is hereby, granted relief from the automatic stay to exercise any and all setoff rights to the extent of its allowed prepetition claims in the bankruptcy case against reimbursements sought under the Grant Agreement for grant services prior to the petition date, April 19, 2021; and it is further

ORDERED that in the event the parties disagree on the amount(s) or propriety of any prospective setoff, the Court shall retain jurisdiction to adjudicate any such disputes, provided that the United States reserves all rights to assert the Court lacks jurisdiction to determine disputes concerning reimbursements under the Grant Agreement; and it is further

ORDERED that the fourteen (14) day stay provided under Federal Rule of Bankruptcy Procedure 4001(a)(3) shall not apply.

Dated: February 3rd, 2023  
Wilmington, Delaware

MARY F. WALRATH  
UNITED STATES BANKRUPTCY JUDGE

-2-